**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

STMICROELECTRONICS, INC.,                    No. C 12-2475 CW

      Plaintiff,                              ORDER OF RECUSAL

    v.

INVENSENSE, INC.,

      Defendant.
_____/

    Due to a conflict of interest, I find I must and hereby do
recuse myself in the above-entitled matter and request that the
case be reassigned pursuant to Section E of the Assignment Plan of
this Court.

    All pending dates are hereby vacated and are to be reset by
the newly assigned Judge.

    IT IS SO ORDERED.


Dated: 5/29/2012

                                       CLAUDIA WILKEN
                                 United States District Judge