1  Vinay V. Joshi (Cal Bar No. 213487)
   TUROCY & WATSON LLP
2  560 S Winchester Blvd Suite 500
   San Jose, CA 95128
3  Telephone: 408-893-1512
   Facsimile: 216-696-8731
4  Email: vjoshi@thepatentattorneys.com

5  Attorney for Defendant
   INVENSENSE, INC.
6

7

8  **UNITED STATES DISTRICT COURT**
   **NORTHERN DISTRICT OF CALIFORNIA**
9  **SAN FRANCISCO DIVISION**

10

11 STMICROELECTRONICS, INC.,                Case No. CASE NO. CV 12-02475-JSW

12                 Plaintiff,               **NOTICE OF APPEARANCE BY VINAY V. JOSHI**

13        v.                                Judge: Hon. Jeffrey S. White

14 INVENSENSE, INC.,

15                 Defendant.

16

17

18  TO STMICROELECTRONICS, INC. AND ITS COUNSEL OF RECORD:

19     PLEASE TAKE NOTICE THAT Vinay V. Joshi, California State Bar No. 213487, of

20  Turocy & Watson LLP hereby enters his appearance as counsel of record for Defendant

21  INVENSENSE, INC. in the above captioned matter.

22  Dated:  June 4, 2012

23                                          By: /s/ Vinay V. Joshi_____
                                                VINAY V. JOSHI
24
                                            **Attorney for Defendant**
25                                          INVENSENSE, INC.

26

27

28