1 RACHEL KREVANS (CA SBN 116421)
RKrevans@mofo.com
2 MORRISON & FOERSTER LLP
425 Market Street
3 San Francisco, California  94105-2482
Telephone: 415.268.7000
4 Facsimile: 415.268.7522

5 RUDY Y. KIM (CA SBN 199426)
RudyKim@mofo.com
6 MORRISON & FOERSTER LLP
755 Page Mill Road
7 Palo Alto, California  94304-1018
Telephone: 650.813.5600
8 Facsimile: 650.494.0792

9 VINAY JOSHI (CA SBN 213487)
vjoshi@thepatentattorneys.com
10 Turocy & Watson, LLP
560 S. Winchester Blvd # 500
11 San Jose, California  95128-2500
Telephone: 408.893.1512
12 Facsimile: 216. 696.8731

13 Attorneys for Defendant
INVENSENSE, INC.
14

15              UNITED STATES DISTRICT COURT

16             NORTHERN DISTRICT OF CALIFORNIA

17                SAN FRANCISCO DIVISION

18 STMICROELECTRONICS, INC.,              Case No. CV 12-02475-JSW

19                Plaintiff,          **STIPULATION TO CONTINUE
                                       CASE MANAGEMENT
20        v.                           CONFERENCE;** ~~**[PROPOSED]**~~
                                       **ORDER**
21 INVENSENSE, INC.,
                                       CMC:  August 24, 2012
22                Defendant.           Judge: Jeffrey S. White

23

24

25

26

27

28

1    Plaintiff STMicroelectronics, Inc., ("STI") and Defendant InvenSense, Inc.,

2    ("InvenSense"), through their respective undersigned counsel, hereby stipulate pursuant to this

3    Court's June 1, 2012 Order Setting Case Management Conference, and Local Rules 6-2 and 7-12

4    as follows:

5    WHEREAS, on or about May 16, 2012, STI filed a Complaint against InvenSense in this

6    Court;

7    WHEREAS, on or about May 16, 2012, STI served its Complaint upon InvenSense;

8    WHEREAS, on July 6, 2012, InvenSense filed its Answer, Affirmative Defenses, and

9    Counterclaims to Complaint for Patent Infringement pursuant to a stipulation to extend

10   InvenSense's time to answer or other response to the Complaint by 30 days;

11   WHEREAS, on July 27, 2012, STI filed a Stipulation to Extend Time to Respond to

12   InvenSense's Counterclaims;

13   WHEREAS, an Initial Case Management Conference ("CMC") in this matter is currently

14   scheduled for August 24, 2012; and

15   WHEREAS, lead counsel for InvenSense and STI will be unavailable for the scheduled

16   CMC due to a conflict with their trial before the Honorable Lucy Koh.

17   IT IS HEREBY STIPULATED THAT:

18   1.    The date for the Initial CMC shall be continued from August 24, 2012 to

19   September 14, 2012, or such date thereafter as is convenient for the Court.

20   2.    All of the deadlines that are calculated based on the date of the Initial CMC shall

21   be adjusted accordingly in light of the new CMC date.

22

23

24

25

26

27

28

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER          1
Case No. CV 12-02475-JSW
sf-3176496

1

2   Dated: July 30, 2012                    RACHEL KREVANS
                                            RUDY Y. KIM
3                                           MORRISON & FOERSTER LLP

4                                           By:    /s/ Rudy Y. Kim
                                                   RUDY Y. KIM
5
                                            Attorneys for Defendant
6                                           INVENSENSE, INC.

7   Dated: July 30, 2012                    CHARLES K. VERHOEVEN
                                            SEAN PAK
8                                           MICHELLE A. CLARK
                                            LANCE YANG
9                                           MICHAEL POWELL
                                            SUONG T. NGUYEN
10                                          THOMAS D. PEASE
                                            CARLOS A. RODRIGUEZ
11                                          QUINN EMANUEL URQUHART &
                                            SULLIVAN, LLP
12
                                            By:    /s/ Michael Powell
13                                                 MICHAEL POWELL

14                                          Attorneys for Plaintiff
                                            STMICROELECTRONICS, INC.
15

16                  **ATTESTATION OF CONCURRENCE**

17        I, Rudy Y. Kim, am the ECF User whose ID and password are being used to file this

18   STIPULATION CONTINUING CASE MANAGEMENT CONFERENCE.  In compliance with

19   General Order 45, X.B., I hereby attest that Michael Powell has concurred in this filing.

20

21   Dated:    July 30, 2012              By:    /s/ Rudy Y. Kim
                                                 RUDY Y. KIM
22

23        PURSUANT TO STIPULATION, IT IS SO ORDERED.

24   Dated: July 31, 2012

25

26                                       By:
                                              The Honorable Jeffrey S. White
27                                            UNITED STATES DISTRICT JUDGE

28