## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTE ORDER

**DATE**: **September 14, 2012**                    Time in Court: 11 minutes

**JUDGE: JEFFREY S. WHITE**            **Court Reporter**:  **Joan Columbini**

**Courtroom Deputy**: Jennifer Ottolini

**CASE NO. C-12-2475  JSW**

**TITLE:  STMicroelectronics, Inc., v. InvenSense, Inc.**

| COUNSEL FOR PLAINTIFF: | COUNSEL FOR DEFENDANT: |
|---|---|
| **Sean Pak** | **Rachel Krevans** |
| **Mike Powell** | **Rudy Kim** |

**PROCEEDINGS:  Initial Case Management Conference**

**RESULTS:**     Counsel shall confer with clients and submit a joint consent / declination for reassignment to a Magistrate Judge for All Purposes by 9-21-12.

The Court adopted the schedule on page 11, lines 1 - 14 of the parties *Joint Case Management Statement* (document no. 41).

STMicroelectronics, Inc. is limited to a total of 120 hours for taking depositions of fact witnesses; InvenSense is limited to a total of 150 hours for taking depositions of fact witnesses.  Both included 30(b)(6) depositions.

Claims Construction Tutorial:  5-22-13 at 1:30 p.m.

Claims Construction Hearing:  5-29-13 at 1:30 p.m.

A Further Case Management will be scheduled within the claims construction order.