UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STMICROELECTRONICS, INC., <br><br> Plaintiff, <br><br> v. <br><br> INVENSENSE, INC., <br><br> Defendant. | Case No. CV 12-02475-JSW <br><br> **[PROPOSED] ORDER GRANTING SHORTENING OF TIME FOR HEARING** |

The Court, having reviewed Defendant InvenSense, Inc.'s ("InvenSense") Motion to Shorten Time for Hearing on InvenSense's Motion to Partially Stay Proceedings Pending Reexamination and the documents filed therewith, and receiving no objection thereto, hereby orders as follows:

The Court hereby GRANTS Defendant's Motion to Shorten Time for Hearing of Defendant's Motion to Partially Stay.

The Court therefore ORDERS that the hearing for Defendant's Motion to Partially Stay be scheduled for November 2, 2012. In the alternative, the Court shall decide the Motion to Shorten Time for Hearing of Defendant's Motion to Partially Stay without hearing by further order.

IT IS SO ORDERED.

Dated: October 12, 2012      By: _/s/ Jeffrey S. White_
                                 Hon. Jeffrey S. White
                                 United States District Judge

**[PROPOSED] ORDER GRANTING SHORTENING OF TIME**
Case No. CV 12-02475-JSW

1