1  Charles K. Verhoeven (Bar No. 170151)
   charlesverhoeven@quinnemanuel.com
2  Sean Pak (Bar No. 219032)
   seanpak@quinnemanuel.com
3  Michelle A. Clark (Bar No. 243777)
   michelleclark@quinnemanuel.com
4  Lance Yang (Bar No. 260705)*
   lanceyang@quinnemanuel.com
5  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   50 California Street, 22nd Floor
6  San Francisco, California  94111-4788
   Telephone:     (415) 875-6600
7  Facsimile:     (415) 875-6700

8  Michael Powell (Bar No. 202850)
   michaelpowell@quinnemanuel.com
9  Suong T. Nguyen (Bar No. 237557)
   suongnguyen@quinnemanuel.com
10 QUINN EMANUEL URQUHART & SULLIVAN, LLP
   555 Twin Dolphin Drive, Fifth Floor
11 Redwood Shores, CA 94065
   Telephone:     (650) 801-5000
12 Facsimile:     (650) 801-5100

13 Thomas D. Pease*
   thomaspease@quinnemanuel.com
14 Carlos A. Rodriguez*
   carlosrodrigeuz@quinnemanuel.com
15 QUINN EMANUEL URQUHART & SULLIVAN, LLP
   51 Madison Avenue, 22nd Floor
16 New York, New York 10010
   Telephone:     (212) 849-7000
17 Facsimile:     (212) 849-7100
   *pro hac vice application to be filed
18

19 Attorneys for STMicroelectronics, Inc.

20                     UNITED STATES DISTRICT COURT

21                    NORTHERN DISTRICT OF CALIFORNIA

22 
   STMICROELECTRONICS, INC.,
23                                              Case No. 12-CV-2475 JSW
           Plaintiff,
24
       vs.                                      STIPULATION AND [PROPOSED] ORDER
25                                              CHANGING TIME FOR PATENT L.R. 3-2
   INVENSENSE, INC.,                            DOCUMENT PRODUCTION
26                                              ACCOMPANYING DISCLOSURE OF
           Defendant.                           ASSERTED CLAIMS AND
27                                              INFRINGEMENT CONTENTIONS

28

1  Pursuant to Local Rules 6-2 and 7-12, Plaintiff STMicroelectronics, Inc., ("ST") and
2  Defendant InvenSense, Inc., ("InvenSense") (collectively, "Parties"), through their respective
3  undersigned counsel, hereby stipulate and request an order extending the due date for the Parties'
4  Patent L.R. 3-2 Document Productions Accompanying Disclosure of Asserted Claims and
5  Infringement Contentions by three weeks, from October 19, 2012 to November 9, 2012.  This
6  extension of time will provide the Parties the time necessary to prepare and complete the
7  Document Productions.  The requested time modification would change no other due dates and
8  would have no effect on the remaining schedule for the case.  Accordingly, ST and InvenSense
9  hereby stipulate as follows:
10  WHEREAS, pursuant to the Court's Case Management Order entered September 14,
11  2012, and pursuant to the Patent Local Rules, the current due date for the Parties' Patent L.R. 3-2
12  Document Production Accompanying Disclosure of Asserted Claims and Infringement
13  Contentions is October 19, 2012; and
14  WHEREAS the parties have met and conferred and desire to begin their respective Patent
15  L.R. 3-2 production on October 19 but to provide additional time to complete their productions.
16  IT IS HEREBY STIPULATED THAT:
17  1.  The time for completing the Parties' Patent L.R. 3-2 Document Productions
18  Accompanying Disclosure of Asserted Claims and Infringement Contentions shall be extended
19  by three weeks, from October 19, 2012 to November 9, 2012.

1  DATED: October 19, 2012                    Respectfully submitted,
2
                                               QUINN EMANUEL URQUHART &
3                                              SULLIVAN, LLP
4
                                               By:  /s/ Michael D. Powell
5                                                   Michael D. Powell
                                                    Attorneys for Plaintiff
6                                                   STMICROELECTRONICS, INC.
7

8

9  DATED: October 19, 2012                    Respectfully submitted,

10                                             MORRISON & FOERSTER LLP

11
                                               By: /s/ Rudy Y. Kim
12                                                  Rudy Y. Kim
                                                    Attorneys for Defendant
13                                                  INVENSENSE, INC.

14

15                         **ATTESTATION OF CONCURRENCE**

16        I, Michael D. Powell, am the ECF User whose ID and password are being used to file this

17  STIPULATION AND [PROPOSED] ORDER CHANGING TIME FOR PATENT L.R. 3-2

18  DOCUMENT PRODUCTION ACCOMPANYING DISCLOSURE OF ASSERTED CLAIMS

19  AND INFRINGEMENT CONTENTIONS. In compliance with General Order 45, X.B., I hereby

20  attest that Rudy Y. Kim has concurred in this filing.

21

22
   DATED: October 19, 2012                    By: /s/ Michael D. Powell
23                                                 Michael D. Powell

24

25

26

27

28

**PURSUANT TO STIPULATION IT IS SO ORDERED.**

Dated: October 22, 2012          By: _____
                                 The Honorable Jeffrey S. White
                                 UNITED STATES DISTRICT JUDGE

-4-

STIPULATION AND [PROPOSED] ORDER
Case No. 12-CV-2475 JSW