1  RACHEL KREVANS (CA SBN 116421)
   RKrevans@mofo.com
2  MORRISON & FOERSTER LLP
   425 Market Street
3  San Francisco, California 94105-2482
   Telephone: 415.268.7000
4  Facsimile: 415.268.7522

5  RUDY Y. KIM (CA SBN 199426)
   RudyKim@mofo.com
6  MORRISON & FOERSTER LLP
   755 Page Mill Road
7  Palo Alto, California 94304-1018
   Telephone: 650.813.5600
8  Facsimile: 650.494.0792

9  Attorneys for Defendant
   INVENSENSE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| STMICROELECTRONICS, INC., | Case No. CV 12-CV-2475 JSW |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO DISCLOSE INVALIDITY CONTENTIONS** |
| v. | |
| INVENSENSE, INC., | |
| Defendant. | |

Pursuant to Local Rules 6-2 and 7-12, Plaintiff STMicroelectronics, Inc., ("ST") and Defendant InvenSense, Inc., ("InvenSense") (collectively, "Parties"), through their respective undersigned counsel, hereby stipulate and request an order extending the due date for the Parties' Patent L.R. 3-4 Document Productions Accompanying Disclosure of Invalidity Contentions and Patent L.R. 3-3 Invalidity Contentions by one week, from December 3, 2012 to December 10, 2012. This extension of time will provide the Parties the time necessary to prepare and complete the Invalidity Contentions and accompanying production. The requested time modification would change no other due dates and would

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO DISCLOSE INVALIDITY CONTENTIONS
CASE NO. CV 12-CV-2475 JSW
sf-3223663

1

1  have no effect on the remaining schedule for the case. Accordingly, ST and InvenSense
2  hereby stipulate through their respective counsel of record as follows:
3      WHEREAS, on or about May 24, 2012, the Parties stipulated to an extension of
4  time for InvenSense to respond to the Complaint; and
5      WHEREAS, on or about July 27, 2012, the Parties stipulated to an extension of
6  time for ST to respond to the InvenSense's Counterclaims; and
7      WHEREAS, on or about July 31, 2012, the Court ordered a continuance of the
8  Case Management Conference; and
9      WHEREAS, on or about October 12, 2012, the Court granted an order to shorten
10 time for hearing; and
11     WHEREAS, on or about October 22, 2012, the Court ordered an extension of
12 time to respond to the Parties' L.R. 3-2 Document Productions Accompanying Disclosure
13 of Asserted Claims and Infringement Contentions; and
14     WHEREAS, pursuant to the Court's Case Management Order entered September
15 14, 2012, and pursuant to the Patent Local Rules, the current due date for the Parties'
16 Invalidity Contentions and accompanying production of documents is December 3, 2012;
17 and
18     WHEREAS, the Parties require additional time to prepare their Document
19 Productions Accompanying Disclosure of Invalidity Contentions and Invalidity
20 Contentions, and ST and InvenSense, through their respective counsel of record, have
21 agreed to extend the due date for Document Productions Accompanying Disclosure of
22 Invalidity Contentions and Invalidity Contentions the by one week, from December 3,
23 2012 to December 10, 2012;
24     IT IS HEREBY STIPULATED by and between the Parties hereto that the Parties shall
25 have to and including December 10, 2012, to exchange their Document Productions
26 Accompanying Disclosure of Invalidity Contentions and Invalidity Contentions.
27
28

| | | |
|---|---|---|
| 1 | Dated: December 3, 2012 | RACHEL KREVANS |
| 2 | | RUDY Y. KIM |
| | | MORRISON & FOERSTER LLP |

By: /s/ Rudy Y. Kim
RUDY Y. KIM

Attorneys for Defendant
INVENSENSE, INC.

Dated: December 3, 2012
CHARLES K. VERHOEVEN
SEAN PAK
MICHELLE A. CLARK
LANCE YANG
MICHAEL POWELL
SUONG T. NGUYEN
THOMAS D. PEASE
CARLOS A. RODRIGUEZ
QUINN EMANUEL URQUHART &
SULLIVAN, LLP

By: /s/ Michael Powell
MICHAEL POWELL

Attorneys for Plaintiff
STMICROELECTRONICS, INC.

**ATTESTATION OF CONCURRENCE**

I, Rudy Y. Kim, am the ECF User whose ID and password are being used to file this STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT. In compliance with General Order 45, X.B., I hereby attest that Michael Powell has concurred in this filing.

Dated: December 3, 2012      By: /s/ Rudy Y. Kim
RUDY Y. KIM

**PURSUANT TO STIPULATION IT IS SO ORDERED.**

Dated: December 4, 2012      By: [signature]
The Honorable Jeffrey S. White
UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO DISCLOSE INVALIDITY CONTENTIONS
CASE NO. CV 12-CV-2475 JSW
sf-3223663

3