| | |
|---|---|
| 1 | RACHEL KREVANS (CA SBN 116421) |
| | RKrevans@mofo.com |
| 2 | MORRISON & FOERSTER LLP |
| | 425 Market Street |
| 3 | San Francisco, California 94105-2482 |
| | Telephone: 415.268.7000 |
| 4 | Facsimile: 415.268.7522 |
| 5 | RUDY Y. KIM (CA SBN 199426) |
| | RudyKim@mofo.com |
| 6 | MORRISON & FOERSTER LLP |
| | 755 Page Mill Road |
| 7 | Palo Alto, California 94304-1018 |
| | Telephone: 650.813.5600 |
| 8 | Facsimile: 650.494.0792 |
| 9 | Attorneys for Defendant |
| | INVENSENSE, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STMICROELECTRONICS, INC., | Case No. CV 12-CV-2475 JSW |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO EXCHANGE PROPOSED TERMS FOR CONSTRUCTION** |
| v. | |
| INVENSENSE, INC., | |
| Defendant. | |

Pursuant to Local Rules 6-2 and 7-12, Plaintiff STMicroelectronics, Inc., ("ST") and Defendant InvenSense, Inc., ("InvenSense") (collectively, "Parties"), through their respective undersigned counsel, hereby stipulate and request an order extending the due date for the Parties' Patent L.R. 4-1 Exchange of Proposed Terms for Construction from December 17, 2012 to December 21, 2012. This extension of time will provide the Parties the time necessary to prepare and complete the Proposed Terms for Construction. The requested time modification would change no other due dates and would have no

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO EXCHANGE PROPOSED TERMS FOR CONSTRUCTION
CASE NO. CV 12-CV-2475 JSW
sf-3229941

1

1  effect on the remaining schedule for the case.  Accordingly, ST and InvenSense hereby

2  stipulate through their respective counsel of record as follows:

3        WHEREAS, on or about May 24, 2012, the Parties stipulated to an extension of

4  time for InvenSense to respond to the Complaint; and

5        WHEREAS, on or about July 27, 2012, the Parties stipulated to an extension of

6  time for ST to respond to the InvenSense's Counterclaims; and

7        WHEREAS, on or about July 31, 2012, the Court ordered a continuance of the

8  Case Management Conference; and

9        WHEREAS, on or about October 12, 2012, the Court granted an order to shorten

10  time for hearing; and

11        WHEREAS, on or about October 22, 2012, the Court ordered an extension of

12  time to respond to the Parties' L.R. 3-2 Document Productions Accompanying Disclosure

13  of Asserted Claims and Infringement Contentions; and

14        WHEREAS, on or about December 4, 2012, the Court ordered an extension of

15  time to respond to the Parties' L.R. 3-4 Document Productions Accompanying Disclosure

16  of Invalidity Contentions and Patent L.R. 3-3 Invalidity Contentions; and

17        WHEREAS, pursuant to the Court's Case Management Order entered September

18  14, 2012, and pursuant to the Patent Local Rules, the current due date for the Parties'

19  Exchange of Proposed Terms for Construction is December 17, 2012; and

20        WHEREAS, the Parties require additional time to prepare their Exchange of

21  Proposed Terms for Construction, and ST and InvenSense, through their respective

22  counsel of record, have agreed to extend the due date for the Exchange of Proposed

23  Terms for Construction from December 17, 2012 to December 21, 2012;

24        IT IS HEREBY STIPULATED by and between the Parties hereto that the Parties shall

25  have to and including December 21, 2012, to exchange their Proposed Terms for Construction.

26

27

28

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO EXCHANGE PROPOSED TERMS FOR CONSTRUCTION
CASE NO. CV 12-CV-2475 JSW
sf-3229941

2

| | | |
|---|---|---|
| 1 | Dated: December 14, 2012 | RACHEL KREVANS |
| 2 | | RUDY Y. KIM |
| | | MORRISON & FOERSTER LLP |
| 3 | | |
| | | By: /s/ Rudy Y. Kim |
| 4 | | RUDY Y. KIM |
| 5 | | Attorneys for Defendant |
| | | INVENSENSE, INC. |
| 6 | Dated: December 14, 2012 | CHARLES K. VERHOEVEN |
| 7 | | SEAN PAK |
| | | MICHELLE A. CLARK |
| 8 | | LANCE YANG |
| | | MICHAEL POWELL |
| 9 | | SUONG T. NGUYEN |
| | | THOMAS D. PEASE |
| 10 | | CARLOS A. RODRIGUEZ |
| | | QUINN EMANUEL URQUHART & |
| 11 | | SULLIVAN, LLP |
| 12 | | By: /s/ Michael Powell |
| 13 | | MICHAEL POWELL |
| 14 | | Attorneys for Plaintiff |
| | | STMICROELECTRONICS, INC. |

**ATTESTATION OF CONCURRENCE**

I, Rudy Y. Kim, am the ECF User whose ID and password are being used to file this STIPULATION TO EXCHANGE PROPOSED TERMS FOR CONSTRUCTION. In compliance with General Order 45, X.B., I hereby attest that Michael Powell has concurred in this filing.

Dated: December 14, 2012    By: /s/ Rudy Y. Kim
                                 RUDY Y. KIM

**PURSUANT TO STIPULATION IT IS SO ORDERED.**

Dated: January 2, 2013    By: *Jeffrey S. White*
                              The Honorable Jeffrey S. White
                              UNITED STATES DISTRICT JUDGE