# EXHIBIT B1

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 14836870 |
| **Application Number:** | 90012777 |
| **International Application Number:** | |
| **Confirmation Number:** | 6170 |
| **Title of Invention:** | MOS VOLTAGE ELEVATOR OF THE CHARGE PUMP TYPE |
| **First Named Inventor/Applicant Name:** | Francesco  Pulvirenti |
| **Customer Number:** | 25224 |
| **Filer:** | Mehran Arjomand/Kristine Lauchang |
| **Filer Authorized By:** | Mehran Arjomand |
| **Attorney Docket Number:** | 568362800400 |
| **Receipt Date:** | 30-JAN-2013 |
| **Filing Date:** | |
| **Time Stamp:** | 23:47:16 |
| **Application Type:** | Reexam (Third Party) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | yes |
| Payment Type | Deposit Account |
| Payment was successfully received in RAM | $17750 |
| RAM confirmation Number | 10793 |
| Deposit Account | 031952 |
| Authorized User | |
| The Director of the USPTO is hereby authorized to charge indicated fees and credit any overpayment as follows: | |

Charge any Additional Fees required under 37 C.F.R. Section 1.16 (National application filing, search, and examination fees)

Charge any Additional Fees required under 37 C.F.R. Section 1.17 (Patent application and reexamination processing fees)

Charge any Additional Fees required under 37 C.F.R. Section 1.19 (Document supply fees)

Charge any Additional Fees required under 37 C.F.R. Section 1.20 (Post Issuance fees)

Charge any Additional Fees required under 37 C.F.R. Section 1.21 (Miscellaneous fees and charges)

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | Reexam  - Affidavit/Decl/Exhibit Filed by 3rd Party | Exhibit_1_5874850.pdf | 1382463<br>b363465fd96d5573671d3c0361be713d31a139b9 | no | 10 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 2 | Reexam  - Affidavit/Decl/Exhibit Filed by 3rd Party | Exhibit_2_5280420.pdf | 2127842<br>f29c228bde72377e3615d2245d78f9505ab930a3 | no | 13 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 3 | Reexam  - Affidavit/Decl/Exhibit Filed by 3rd Party | Exhibit_3_3942047.pdf | 1399032<br>dd8fcea63e6856d1c7ca40f87994364a2c4508c | no | 8 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 4 | Reexam  - Affidavit/Decl/Exhibit Filed by 3rd Party | Exhibit_4_Application.pdf | 2466666<br>ea5ef3d5c17859ff70ef129da1f4a62ab5f656dc | no | 22 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 5 | Reexam  - Affidavit/Decl/Exhibit Filed by 3rd Party | Exhibit_5_19951213_OA.pdf | 1270271<br>3b4e014401c2ba28c247385bd26f47ef308e6a07 | no | 12 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 6 | Reexam  - Affidavit/Decl/Exhibit Filed by 3rd Party | Exhibit_6_5172013.pdf | 1315492<br>2f9478f70b2c531d099992a076d2e4de9b37dece | no | 10 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 7 | Reexam  - Affidavit/Decl/Exhibit Filed by 3rd Party | Exhibit_7_19960513_Amendment.pdf | 1974029<br>dc17d34643b0ff490dcf027d513afeb83a83c16b | no | 19 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 8 | Reexam  - Affidavit/Decl/Exhibit Filed by 3rd Party | Exhibit_8_19960812_OA.pdf | 1046313<br>ff8c43a2af07f5870ea6b0783fe1a05752360cb7 | no | 10 |

| | | | | | |
|---|---|---|---|---|---|
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 9 | Reexam - Affidavit/Decl/Exhibit Filed by 3rd Party | Exhibit_9_19961112_Amendment.pdf | 1416760<br>f51fca21fe24c9fb7942d77c06c4116e1ed12a0a | no | 14 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 10 | Reexam - Affidavit/Decl/Exhibit Filed by 3rd Party | Exhibit_10_19970204_OA.pdf | 1348004<br>4c1fa7d18762b79213cff4cac3282944918e6d72 | no | 12 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 11 | Reexam - Affidavit/Decl/Exhibit Filed by 3rd Party | Exhibit_11_19970430_Amendment.pdf | 2191488<br>da4675766b8f69cab6f765d5c01e86f4e63d579d | no | 21 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 12 | Reexam - Affidavit/Decl/Exhibit Filed by 3rd Party | Exhibit_12_19970530_Advisory Action.pdf | 254777<br>56e8888bd89f6689a355fd3b2563987a43a96f8f | no | 3 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 13 | Reexam - Affidavit/Decl/Exhibit Filed by 3rd Party | Exhibit_13_19980127_OA.pdf | 759118<br>618c3c1bc144b7622b3ee02ee905bf4172539904 | no | 8 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 14 | Reexam - Affidavit/Decl/Exhibit Filed by 3rd Party | Exhibit_14_19980331_Amendment.pdf | 841898<br>faacde3ddf79638a421dbc072e6010c5af5f06e8 | no | 3 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 15 | Reexam - Affidavit/Decl/Exhibit Filed by 3rd Party | Exhibit_15_19980424_NtcAllowance.pdf | 379188<br>078a403f222cf1137bdd172711f266c0adb06820 | no | 4 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 16 | Reexam - Affidavit/Decl/Exhibit Filed by 3rd Party | Exhibit_16_claim_chart_APA_RAPP.pdf | 129279<br>6745de5d13425c155d3b69348341a9f709ce5a52 | no | 22 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 17 | Reexam - Affidavit/Decl/Exhibit Filed by 3rd Party | Exhibit_17_claim_chart_APA_Buchanan.pdf | 148915<br>1f77638ae57ec4c4dbc941aee61792e64f2ffeab | no | 24 |

| | | | | | |
|---|---|---|---|---|---|
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 18 | | 03Request.pdf | 1105692 | yes | 33 |
| | | | 1beec027e3db122c9b1e6c14bfb14978495<br>6404f | | |

| | | | |
|---|---|---|---|
| **Multipart Description/PDF files in .zip description** | | | |
| **Document Description** | | **Start** | **End** |
| Receipt of Orig. Ex Parte Request by Third Party | | 1 | 32 |
| Reexam Certificate of Service | | 33 | 33 |

| | | | | | |
|---|---|---|---|---|---|
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 19 | Reexam - Info Disclosure Statement Filed by 3rd Party | 04SB08.pdf | 53400 | no | 1 |
| | | | 6021d0bbee6f3b789d8b7cc1d18776268c69<br>3793c | | |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 20 | Reexam Miscellaneous Incoming Letter | 05Exhibit_Transmittal.pdf | 39221 | no | 2 |
| | | | 11b494ebad4544e1d1f013ae5b3fb24ca1c<br>93cb3 | | |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 21 | Copy of patent for which reexamination is requested | 02US5874850.pdf | 1377254 | no | 9 |
| | | | 1f2d66b1042fffc2df9e0370658ba9e7bc7cf<br>cbf | | |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 22 | Transmittal of New Application | Transmittal.pdf | 94705 | no | 2 |
| | | | 41193a8e7fed30a040a4802739848 5e408a<br>1826d | | |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 23 | Fee Worksheet (SB06) | fee-info.pdf | 29872 | no | 2 |
| | | | 0d1bd71f7e76fbdccb48bdbcd83c8563919c<br>57560 | | |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| **Total Files Size (in bytes):** | | | 23151679 | | |

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

New Applications Under 35 U.S.C. 111
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.

National Stage of an International Application under 35 U.S.C. 371
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

New International Application Filed with the USPTO as a Receiving Office
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

**VIA EFS**

# IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

<u>In re Reexamination of</u>:

Pulvirenti et al.

| | | | |
|---|---|---|---|
| Patent No.: | 5,874,850 | Group Art Unit No.: | Not Yet Assigned |
| Issue Date: | February 23, 1999 | Examiner: | Not Yet Assigned |
| Title: | MOS VOLTAGE ELEVATOR OF THE CHARGE PUMP TYPE | | |

## DETAILED REQUEST FOR EX PARTE REEXAMINATION

# TABLE OF CONTENTS

**Page**

I.  INTRODUCTORY COMMENTS ................................................................................ 1

II.  IDENTIFICATION OF CLAIMS FOR REEXAMINATION ........................... 5

III.  CO-PENDING LITIGATION ................................................................................. 6

IV.  SUMMARY OF THE '850 PATENT ..................................................................... 6

V.  PROSECUTION HISTORY OF THE '850 PATENT.......................................... 10

    A.  Office Action dated December 13, 1995 .......................................... 11

    B.  Response dated May 13, 1996 ........................................................... 12

    C.  Office Action dated August 12, 1996 .............................................. 13

    D.  Response dated November 12, 1996.................................................. 13

    E.  Final Office Action dated February 4, 1997 ................................... 14

    F.  Response to Final Office Action dated April 30, 1997.................. 14

    G.  Advisory Action dated May 30, 1997 and Continuation Application (The '512 Application)................................................................. 15

    H.  Office Action dated January 27, 1998 ............................................. 15

    I.  Response dated March 31, 1998 ........................................................ 15

    J.  Notice of Allowance dated April 24, 1998 ..................................... 16

VI.  THE PRIOR ART .................................................................................................. 16

    A.  Applicants' Admitted Prior Art (APA) ........................................... 16

    B.  U. S. Patent No. 5,280,420 to Rapp ................................................ 18

    C.  U. S. Patent No. 3,942,047 to Buchanan ....................................... 21

VII.  CLAIMS MUST BE GIVEN THEIR BROADEST REASONABLE CONSTRUCTION DURING REEXAMINATION................................................... 23

VIII.  SUBSTANTIAL NEW QUESTIONS OF PATENTABILITY ...................... 24

    A.  APA in view of Rapp......................................................................... 24

    B.  APA in view of Buchanan ................................................................. 27

IX.  DETAILED EXPLANATION OF THE PERTINENCY OF THE PRIOR ART TO THE CLAIMS OF THE '850 PATENT ................................................ 28

    A.  APA in combination with Rapp renders obvious claims 1, 5-7, 9, 11 and 16.................................................................................................... 28

    B.  Applicant Admitted Prior Art in combination with Buchanan renders obvious claims 1, 5-7, 9, 11 and 16 ................................................ 29

X.  CONCLUSION.......................................................................................................... 29

568362800400

## I.   INTRODUCTORY COMMENTS

InvenSense Inc. ("the Requester") hereby requests *ex parte* reexamination of claims 1, 5-7, 9, 11 and 16 of U.S. Patent No. 5,874,850 ("the '850 patent," Exhibit 1) under 35 U.S.C. §§ 302-307 and 37 C.F.R. § 1.501 *et seq.* The '850 patent issued on February 23, 1999 from an application filed on August 5, 1997. The '850 patent is entitled "MOS Voltage Elevator of the Charge Pump Type." It issued to Francesco Pulvirenti and Roberto Gariboldi (the "Applicants"). It is currently assigned to STMicroelectronics, Inc. (the "Patent Owner").

As shown in FIG. 3 below, the '850 patent is directed to a charge pump that comprises a bridge of four transistors (M1-M4) configured to boost an input voltage VS of the device at the output of the device (OUT).



*Fig. 3*

An oscillator (OSC) produces two square wave outputs O1 and O2, which are in phase opposition relative to each other. The bridge of four transistors are configured such that, during one half of a square wave cycle, a first capacitor (TC1) charges while a second capacitor (TC2) discharges its stored charge into a storage capacitor (SC) at the output of the pump. During the

568362800400

other half of the square wave cycle, the first capacitor TC1 discharges its stored charge into the storage capacitor SC while the second capacitor TC2 charges. Thus, during any given moment, one of the capacitors TC1 and TC2 is discharging into the storage capacitor SC while the other capacitor is charging. The constant pumping of charge into the storage capacitor SC leads to a smoother output OUT by reducing any voltage ripple caused by charge dropping in the storage capacitor SC.

In this Request, the Requester presents the combination of Applicants' Admitted Prior Art ("APA") with U.S. Patent No. 5,280,420 to Rapp ("Rapp") (Exhibit 2) and the combination of APA with U.S. Patent No. 3,942,047 to Buchanan ("Buchanan") (Exhibit 3) that teach a charge pump circuit having an oscillator outputting opposing phase outputs to a four transistor bridge, with the bridge forming two CMOS inverters.

The '850 patent admits that a charge pump comprising a bridge of four transistors was known. As shown in FIG. 2 of the '850 patent below, entitled "Prior Art," a bridge of four transistors (forming two CMOS inverters) is driven by an oscillator with a single output, which causes a capacitor TC1 to charge up during one half of a square wave cycle, and to discharge into a storage capacitor SC during the other half of a square wave cycle.

568362800400



*Fig. 2*
(PRIOR ART)

Applicants disclose that the charge pump of FIG. 2 suffers from "a certain ripple at the output OUT." (Exhibit 1 at col. 1, ll. 44-48.)  To address this ripple, Applicants employ an oscillator with two opposing phase outputs with the known bridge as discussed above with respect to FIG. 3.  However, a charge pump that utilizes two signals in phase opposition was also known.  For example, FIG. 6 below of Rapp discloses such a charge pump.  Specifically, FIG. 6 of Rapp discloses a charge pump that comprises a bridge of four transistors (MN11-MN14) that are driven by two signals ($\phi_1$, $\phi_2$) in phase opposition, the signals being generated from a common oscillator.

568362800400



PRIOR ART
FIG. 6

Moreover, Rapp discloses the same motivation as the '850 patent for utilizing opposing phase outputs: reducing voltage ripple. Specifically, Rapp recognizes that driving a charge pump with two signals of opposing phases – such that an output of the charge pump is constantly being pumped with charge from a discharging capacitor – would result in an output that was smoother with reduced voltage ripple. (Exhibit 2 at col. 8, ll. 16-22.) Thus, Rapp when combined with APA discloses driving a charge pump that comprises a bridge of four transistors with two signals of opposing phase to produce a smoother output.

Another example is Buchanan. As shown in FIG. 1A below, it also discloses driving a charge pump that utilizes two signals in phase opposition. A charge pump comprising a bridge of four controlled switches (including capacitors 26 and 46) is driven by two signals of opposing phase at its inputs 14 and 16. The input signals are generated by a common oscillator.

568362800400



Like Rapp, Buchanan also recognizes that driving a charge pump with two signals of opposing phase would result in an output that was smoother with reduced ripple.  (Exhibit 3 at col. 3, ll. 44-48.)

Neither Rapp nor Buchanan was considered in the original examination.  Furthermore, the combinations of APA with Rapp or Buchanan were also not considered.  Had they been considered, claims 1, 5-7, 9, 11 and 16 of the '850 patent would not have been allowed.  Accordingly, the Requester respectfully requests that the Patent Office issue an order for reexamination.

## II.    IDENTIFICATION OF CLAIMS FOR REEXAMINATION

This request for reexamination raises substantial new questions of patentability with respect to claims 1, 5-7, 9, 11 and 16.  Thus, reexamination is requested for claims 1, 5-7, 9, 11 and 16.

568362800400

## III.   CO-PENDING LITIGATION

STMicroelectronics, Inc. has filed a patent infringement lawsuit against Requester, alleging infringement of the '850 patent and eight other patents.  The lawsuit is styled as *STMicroelectronics, Inc. v. Invensense, Inc.*, Case No. 12-cv-2475, in the United States District Court for the Northern District of California.

The Requester is not currently aware of any reexamination proceeding related to the '850 patent.  The Requester has filed requests for ex parte reexamination of several other patents at issue in this litigation, including U.S. Patent Nos. 6,504,253; 6,846,690; 6,928,872; 6,405,592; 7,450,332; 6,546,799, 7,409,291.  All of these requests have been granted, and reexamination has been respectively ordered in the following proceedings: 90/012,499; 90/012,521; 90/012,518; 90/012,497; 90/012,519; 90/012,520; and 90/012,500.

## IV.   SUMMARY OF THE '850 PATENT

The '850 patent is directed towards a charge pump type MOS voltage elevator.  The charge pump takes a voltage at its input and produces a voltage at its output that is higher than the voltage at the input, thereby effectively "boosting" the input voltage.  The '850 patent proposes modifying a prior art charge pump illustrated in FIG. 2 (below) to improve its performance.  (*See* Exhibit 1 at col. 2, ll. 30-32.)

568362800400



Fig. 2
(PRIOR ART)

The operation of FIG. 2 is well known in the art given its arrangement. Oscillator OSC outputs a signal O connected to a capacitor TC1 and then input into the charge pump comprising transistors M1-M4. Signal O is a periodic signal, usually a square wave, that oscillates from a logic high value to a logic low (i.e., ground). Because oscillator OSC is powered by continuous voltage source VS, the signal O will oscillate between the voltage at VS and ground. When signal O is at voltage VS, a circuit pathway is created such that capacitor TC1 charges up through transistor M2. When signal O is at logic low, a circuit pathway is created such that capacitor TC1 discharges its stored charge into storage capacitor SC through transistor M1. Applicants note that the charge pump illustrated in FIG. 2 suffers from ripple at the output OUT. (*Id.* at col. 1, ll. 44-48.)

To mitigate the ripple at the output OUT, Applicants employ an oscillator with opposing phase outputs as shown in FIG. 3 below in the known four bridge transistor arrangement.

568362800400



*Fig. 3*

The charge pump of FIG. 3 comprises an oscillator OSC that is powered by a continuos

voltage source VS and produces a square wave output O1 and O2. (*Id.* at col. 1, ll. 19-23.) The

outputs O1 and O2 are in phase opposition to each other, meaning that when O1 is at a peak

value (voltage VS), O2 is at a minimum value (ground) and vice versa. (*Id.* at col. 2, ll. 32-34.)

Each output O1 and O2 is coupled to a first terminal of capacitors TC1 and TC2 respectively.

The second terminals of capacitors TC1 and TC2 are coupled to a bridge of four transistors M1-

M4. The bridge is controlled by the outputs O1 and O2 of the oscilator OSC. The capacitors

TC1 and TC2 alternate between being charged by voltage source VS and discharging stored

charge to storage capacitor SC (which is tied to the output of the charge pump). In order to

understand the operation of the circuit depicted in FIG. 3, it is necessary to analyze the circuit at

particular moments during the cycle of the square waves generated by the oscillator.

### O1 low, O2 high

When O1 is low, i.e., at ground, and O2 is high, i.e., at voltage VS, transistors M1 and

M4 are deactivated, while transistors M2 and M3 are activated. (*Id.* at col. 3, ll. 54-56.) This

simulataneously creates two circuit pathways (illustrated below seperately for clarity), one for capacitor TC1 and the other for capacitor TC2.



Specifically, capacitor TC1 will be charged up by voltage source VS via a connection facillated by transistor M2 as illustrated in the left FIG. 3. (*Id.* at col. 3, ll. 54-60). Capacitor TC2 simultaneously will discharge its stored charge into storage capacitor SC via a connection facillatated by transistor M3 as illustrated in the right FIG. 3. (*Id.*)

### O1 high, O2 low

When O1 is high, i.e., at voltage VS, and O2 is low, i.e., at ground, transistors M1 and M4 are activated, while transistors M2 and M3 are deactivated. (*Id.* at col. 3, ll. 61-67). This simulataneously creates two circuit pathways (illustrated below seperately for clarity), one for capacitor TC1 and the other for capacitor TC2. (*Id.*)



*Fig. 3*                    *Fig. 3*

Specifically, capacitor TC1 will discharge its stored capacitance to storage capacitor SC

via a connection facilitated by transistor M1 as illustrated in the left FIG. 3. (*Id.* at col. 3, ll. 61-

66). Capacitor TC2 simultaneously will be charged by voltage source VS via a connection

facilitated by transistor M4 as illustrated by the right FIG. 3. (*Id.*)

Thus at any given moment during the operation of the charge pump, either capacitor TC1

or TC2 is discharging its stored charge into storage capacitor SC. The '850 patent discloses that

this arrangement reduce voltage ripple at the output:

> By using an oscillator in the doubler or elevator having two outputs in phase
> opposition and two corresponding charge transfer capacitors in addition to a
> bridge of controlled switches, it is possible to charge the accumulation capacitor
> during a first half-period through one of the two capacitors and during the
> following half-period charge the accumulation capacitor through the other of the
> two capacitors and reduce ripple at the output. (1:60-66.)

## V.   PROSECUTION HISTORY OF THE '850 PATENT

The '850 patent issued from U.S. patent application 08/919,592 ("the '592 application"),

which is a continuation of U.S. patent application 08/513,293 ("the '293 application"). (Exhibit

4.) The Applicants filed the '293 application on August 10, 1995. The '293 application was filed

with 25 claims. Original claim 1 recited:

> A voltage doubler receiving at an input a continuous power voltage and supplying
> at an output a voltage having a value virtually double that of said continuous
> power voltage, the voltage double comprising:

a. an oscillator, powered by said continuous power voltage having a first output, and a second output in phase opposition to the first output,

b. a charge accumulation capacitor having a first terminal connected to a potential reference and a second terminal connected to the output of the doubler,

c. a first charge transfer capacitor having a first terminal connected to said first output of said oscillator, and

d. two inverters connected together in a loop so as to form a flip flop having a first input connected to a second terminal of said first capacitor, negative power terminals connected together to said continuous power voltage and positive power terminals connected together to said second terminal of said charge accumulation capacitor, and

e. a second charge transfer capacitor having a first terminal connected to said second output of said oscillator and a second terminal connected to a second input of said inverters. (*Id.* at 11.)

Original claims 6-8, 10, 13 and 19 recited similar limitations in various combinations and

further recited "a bridge of controlled switches."

### A.    Office Action dated December 13, 1995

In an Office Action dated December 13, 1995 (Exhibit 5), all the original claims were

rejected by the Examiner under 35 U.S.C. § 103 as being unpatentable in view of U.S. Patent

5,172,013 to Matsumura (Exhibit 6). The Examiner found that either FIG. 4 of Matsumura

(reproduced below) or the knowledge in the art disclosed the claimed limitations. (*See* Exhibit 5

at 6-9.) Specifically, the Examiner found that an oscillator (not pictured) was input into a first

inverter chain comprising transistors 17-20, and a second inverter chain comprising transistors

21 and 22, thus creating two signals in phase opposition. The two signals were then used to

drive a charging section made up of switches 13-16 via capacitors 11 and 12. (*Id.*)



The Examiner also rejected the original claims in view of U.S. Patent 4,740,715 to Okada. Specifically, the Examiner found either FIG. 2A of Okada (reproduced below) or knowledge in the art disclosed the claimed limitations, such as osciallator 1, first charge transfer capacitor C1, second charge transfer capacitor C2 and a bridge of switchtes T1, T2, TD1, TD2. (*Id.* at 9-11.)



### B.   Response dated May 13, 1996

In response, Applicants submitted an amendment dated May 13, 1996 (Exhibit 7), traversing both the rejections over Matsumura and Okada. Specifically, at page 16 of the Response, the Applicants claimed that both references failed to disclose the following features:

- Two inverters;

- A bridge circuit of four diodes;

- Four transistors having conduction paths parallel with the diodes; and

- A charge accumulation condenser.

As discussed above, original claim 1 recited two inverters, original claim 6 recited a "bridge of controlled switches" and a charge accumulation condenser and original dependent claims 7, 8 and 10 recited further details such as the switches forming CMOS inverters.  Moreover, Applicants noted that "the recitations in the claims of the connections of the inverters (claim 1) . . . switches (claims 6, 13, 14, 19, 24 and 25) are necessary to proper operation of the circuit" and these "connection[s] are not suggested by the cited art." (*Id.* at 17.)

### C.   Office Action dated August 12, 1996

In an Office Action dated August 12, 1996 (Exhibit 8), the Examiner rejected claims 1-11, 13-14, 16-19, 21 and 24 under 35 U.S.C § 102 as being anticipated separately by both Matsumura and Okada and under § 103 based on Okada.  (*See id.* at 4-6.)  The Examiner reiterated the elements that the Applicants claimed were missing from Matsumura and Okada were indeed present.  Moreover, the Examiner found that both Matsumura and Okada failed to disclose the use of multiple charge pump stages in series, but that the technique was well known. (*Id.*)

### D.   Response dated November 12, 1996

In response, Applicants submitted an amendment on November 15, 1996 (Exhibit 9). Applicants canceled claim 5 and amended certain claims, including claim 6, to address non-prior art rejections.  (*See id.* at 9.)  Applicants however repeated their previous arguments in regard to the prior art rejections.  (*Id.* at 9-13.)  With respect to claim 6, Applicants emphasized the claim

language of a voltage booster "having a charging section with a bridge of controlled switches" and "[a]s discussed above, Matsumara and Okada only have two controlled switches." (*Id.* at 11.)

### E. Final Office Action dated February 4, 1997

The Office Action was made final on February 4, 1997 (Exhibit 10). The Examiner found Applicants arguments to be unpersuasive, particularly pointing out how both Matsumara and Okada separately disclosed each and every claimed element or that Applicants' arguments were not reflected in the claim language. For example, with respect to claim 6, the Examiner noted that "the limitation of having more than two controlled switches has never been claimed, the limitation is not relevant to the corresponding rejections." (*Id.* at 10.)

### F. Response to Final Office Action dated April 30, 1997

In a response to the final Office Action (Exhibit 11), Applicants amended claims 1, 3, 6, 7, 13, 14, 19, 24 and 25. Specifically, Applicants amended claim 1 to narrow the "two inverters" to be two "CMOS" inverters. Applicants also amended claim 6, 13 and 19 to narrow the "bridge of controlled switches" to a bridge of "four" controlled switches. Dependent claim 7 was amended to recite that the switches of the bridge form two "CMOS" inverters. Applicants continued to argue that while neither Matsumara nor Okada disclosed each and every element of the claims, and further argued that neither reference disclosed CMOS inverters as recited in claim 1, nor disclosed a bridge of four switches as recited in claim 6 and similarly recited in claims 13 and 19. (*See id.* at 13-18.) For example, Applicants stated that "neither Okada nor Matsumara teaches or suggests a voltage booster having at least one charging section formed of a bridge of controlled switches. Rather in both Okada and Matsumara, two of the transistors (TD1, TD2) and (13 and 14) operate as diodes by having their gates and drains connected together." (*Id.* at 15-16.)

568362800400

For dependent claims 7-11, Applicants argued that neither Matsumura nor Okada disclosed the bridge of switches being arranged to form a flip-flop, or the switches being CMOS. (*Id.*)

### G. Advisory Action dated May 30, 1997 and Continuation Application (The '512 Application)

In an Advisory Action dated May 30, 1997 (Exhibit 12), the Examiner did not enter the amendments made by Applicants, due to the finality of the Office action and the fact that the amendments engendered further search and consideration.

In response, Applicants filed a continuation application – the '592 application – on August 4, 1997 allowing the parent '293 application to go abandoned.  The '592 continuation application was filed with the amendments to the claims that were not entered from the response dated May 2, 1997.

### H. Office Action dated January 27, 1998

In the ensuing Office Action dated January 27, 1998 (Exhibit 13), the Examiner allowed claims 1-4, 6-11, 13, 14, and 16-22, while maintaining his rejection of certain other claims.

The Examiner noted that claims 1-4, 6-11, 13-14 and 16-22 were allowed "for the reason that prior art fails to show that the bridge circuit comprises two CMOS inverters." (*See id.* at 5.) Claims 6, 13 and 19 did not recite two CMOS inverters that supposedly made it allowable, although dependent claim 7 did.

### I. Response dated March 31, 1998

In a response to the Office Action dated March 31, 1998 (Exhibit 14), Applicants cancelled all of the claims that were not allowed in the previous Office Action while accepting the Examiner's allowance of the claims in the previous Office Action.

568362800400

### J.    Notice of Allowance dated April 24, 1998

A Notice of Allowance was issued on April 24, 1998 (Exhibit 15).  Claim 1-4, 6-11, 13, 14 and 16-22 were allowed.  (*Id.*)  In the reason for allowance, the Examiner presented a different reason for allowance that in the previous Office Action.  Rather than rely on the specific disclosure of CMOS inverters, the Examiner stated that the "prior art of record when considered as a whole discloses a circuit of similar structure to that of the claimed invention.  Prior art, however, fails to show that the circuit comprises a bridge comprising four transistors and corresponding bulk diodes of the transistor, wherein the transistors are arranged so that the four bulk diodes form a bridge." (*See id.* at 2.)  Thus, the Examiner appears to have based his patentability analysis on the claimed charge pump circuit having a bridge structure of four transistors and, for certain claims, the bridge forming two CMOS inverters.

The '592 continuation application thereafter matured as the '850 patent on February 23, 1999.

## VI.    THE PRIOR ART

### A.    Applicants' Admitted Prior Art (APA)

MPEP § 2217(III) allows for admissions to be combined with prior art patents or publications in a reexamination.  Such admissions help define the scope and content of the prior art.  In the "Background" section of the '850 patent, Applicants admitted prior art circuit arrangements in FIGs. 1 and 2 (entitled "Prior Art") with corresponding specification discussion.  (Exhibit 1 at col. 1, ll. 38-48.)  (*See also* MPEP § 2129(I) (quoting case law that "a statement by an applicant in the specification or made during prosecution identifying the work of another as 'prior art' is an admission which can be relied upon for both anticipation and obviousness determinations . . . .").)

568362800400

APA discloses a charge pump that utilizes a bridge of four MOS transistors M1-M4 that is driven by an oscillator OSC. The APA charge pump comprises an oscillator OSC that is powered by a continuos voltage source VS and produces a square wave output O. The output of the oscillator O is coupled to a first terminal of capacitor TC1. The second terminal of capacitor TC1 is coupled to a bridge of four transistors M1-M4. The bridge is controlled by the output O of the oscilator OSC such that capacitor TC1 alternates between being charged by voltage source VS and discharging its stored charge to storage capacitor SC which is tied to the output of the charge pump.



Fig. 2
(PRIOR ART)

Thus, during one half of the square wave cycle of the oscillator OSC, the storage capacitor SC receives charge from the discharge of capacitor TC1. During the other half of the square wave cycle of the oscillator OSC, the storage capacitor SC does not receive a signal. Because storage capacitor SC only receives signal during one half of the square wave cycle, the output OUT can exhibit some voltage ripple according to the '850 patent.

Finally, the charge pump circuit of FIG. 2 was never discussed or combined in a prior art rejection during the original examination.

### B.      U. S. Patent No. 5,280,420 to Rapp

Rapp was filed October 2, 1992 and issued on January 18, 1994.  (Exhibit 2.)  It thus qualifies as prior art under 35 U.S.C. § 102(b) based on the earliest effective filing date of the '850 patent, i.e., the August 10, 1995 filing date of the parent '293 application.  Rapp was not considered during the original examination of the '850 patent.

Rapp at FIG. 6 discloses a charge pump 96 that is driven by two opposite phase clock signals generated by an oscillator.



PRIOR ART
FIG. 6

The operation of charge pump 96 is described at column 7, line 61 to column 8, line 20 of Rapp.  Pump stage 96 includes two capacitors connected n-channel MOS transistors MN9 and MN10 which have both their sources and drains connected to complementary clock signals $\phi_1$

568362800400

and $\phi_2$ respectively. Two n-MOS transistors MN11 and MN12 have their gate/drains connected to the gates of transistors MN9 and MN10 respectively. Two n-MOS transistors MN13 and MN14 have their sources connected to the drains of transistors MN11 and MN12, respectively, and their drains connected to input 98. In order to understand the operation of the circuit depicted in FIG. 6, it is necessary to analyze the circuit at particular moments during the cycle of the square waves generated by the oscillator.

### $\phi_1$ is low and $\phi_2$ is high

When $\phi_1$ is low and $\phi_2$ is high, transistors MN11 and MN14 are closed, while transistors MN12 and MN13 are open. This simultaneously creates two circuit pathways (illustrated below seperately for clarity), one for transistor MN9 and the other for transistor MN10.



PRIOR ART
FIG. 6

When $\phi_1$ is low and $\phi_2$ is high, transistor MN9 will be charged up by the input voltage 98 via a connection facillated by transistor MN13 as illustrated in the left FIG. 6. (*Id.* at col. 7, l. 61 - col. 8, l. 20.) Transistor MN10 simultaneously will discharge its stored charge into the output

568362800400

of the charge pump 100 via a connection facillatated by transistor MN12 as illustrated in the right FIG. 6. (*Id.*)

### $\phi_1$ is high and $\phi_2$ is low

When $\phi_1$ is high and $\phi_2$ is low, transistors MN11 and MN14 are open, while transistors MN12 and MN13 are closed. This simulataneously creates two circuit pathways (illustrated below seperately for clarity), one for transistor MN9 and the other for transistor MN10.



When $\phi_1$ is high and $\phi_2$ is low, MN10 will be charged up by the input voltage 98 via a connection facillated by transistor MN14 as illustrated in the left FIG. 6. (*Id.* at col. 7, l. 61 - col. 8, l. 20.) MN9 simultaneously will discharge its stored charge into the output of the charge pump 100 via a connection facillatated by transistor MN11 as illustrated in the right FIG. 6. (*Id.*)

Rapp recognizes the benefits of employing a charge pump that is driven by an oscillator with opposing clock signals, stating that:

> Thus, charge is being "pumped" out of node 100 during the entire clock cycle instead of just every half clock cycle . . . . The constant pumping of pump stage 96 during the entire clock cycle is what provides the smoother output. (*Id.* at col. 8, ll. 16-22.)

568362800400

### C.    U. S. Patent No. 3,942,047 to Buchanan

Buchanan was filed June 3, 1974 and issued on March 2, 1976.  (Exhibit 3.)  It thus

qualifies as prior art under 35 U.S.C. § 102(b) based on the earliest effective filing date of the

'850 patent, i.e., the August 10, 1995 filing date of the parent '293 application.  Buchanan was

not considered during the original examination of the '850 patent.

Buchanan at FIG. 1A discloses a charge pump that is driven by two opposite phase clock

signals generated by an oscillator.



Charge pump 10 includes two inputs 14 and 16 which receive signals $\phi_1$ and $\phi_2$

respectively.  The signals $\phi_1$ and $\phi_2$ are generated by an oscillator depicted in FIG. 1A (not

shown).  The inputs 14 and 16 are coupled to enhancement capacitors 26 and 46 respectively.

MOSFETs 22 and 42 are connected together such that their gates are connected to the each

other's drains.  Additionally the drains of MOSFETs 22 and 42 are connected to capacitors 26

and 46 respectively.  The sources of transistors 22 and 42 are tied to a voltage source Vdd, which

serves as the input to the charge pump.  The output of the circuit is taken at node 18 labeled as

Vout.  The clock signals $\phi_1$ and $\phi_2$ are described as being non-overlapping clock signals.  (*Id.* at

568362800400

col. 4, ll. 33-35.)  In order to understand the operation of the circuit depicted in FIG. 1A, it is necessary to analyze the circuit at particular moments during the cycle of the square waves generated by the oscillator.

### $\phi_1$ is low and $\phi_2$ is high

When $\phi_1$ is low and $\phi_2$ is high, transistor 34 is closed while transistor 48 is open.  This simulataneously creates two circuit pathways, one for capacitor 26 and the other for capacitor 46.



When $\phi_1$ is low and $\phi_2$ is high, as illustrated, capacitor 26 will be charged up by the input voltage VDD via a connection facillated by transistor 22.  Capacitor 46 simultaneously will discharge its stored charge into the output of the charge pump 10 at node 18 via a connection facillatated by transistor 48.

### $\phi_1$ is high and $\phi_2$ is low

When $\phi_1$ is high and $\phi_2$ is low, transistor 34 is open while transistor 48 is closed.  This simulataneously creates two circuit pathways, one for capacitor 26 and the other for capacitor 46.

568362800400



When $\phi_1$ is low and $\phi_2$ is high, as illustrated, 26 will be charged up by the input voltage VDD via a connection facillated by transistor 22. Capacitor 46 simultaneously will discharge its stored charge into the output of the charge pump 10 at node 18 via a connection facillatated by transistor 48.

Buchanan also recognizes the benefits of employing a charge pump that is driven by an oscillator with opposing clock signals. It discloses that the addition of a second clock signal and the use of that signal to drive the charge pump lead to a decreased ripple. (*See id.* at col. 3, ll. 44-48.)

## VII.   CLAIMS MUST BE GIVEN THEIR BROADEST REASONABLE CONSTRUCTION DURING REEXAMINATION

During reexamination, claims are given their "broadest reasonable construction" consistent with the specification. MPEP § 2258(I)(G). The Requester reserves the right to advocate a different claim interpretation in district court or any other forum if necessary.

568362800400

## VIII.  SUBSTANTIAL NEW QUESTIONS OF PATENTABILITY

### A.    APA in view of Rapp

APA in view of Rapp presents a substantial new question of patentability with respect to

claims 1, 5-7, 9, 11 and 16 of the '850 patent.  During the original examination, the Examiner

allowed, for example, issued claims 1 and 5 once they were respectively amended to recite:

> two <u>CMOS</u> inverters connected together in a loop . . ..

> a bridge of <u>four</u> controlled switches having two intermediate terminals connected
> to respective second terminals of said first charge transfer condenser and said
> second charge transfer condenser a negative terminal connected to said power
> input terminal and a positive terminal connected to said charge output terminal. . .
> .

Furthermore, in his reasons for allowance, the Examiner stated that the prior art of record

"when considered as a whole discloses a circuit of similar structure to that of the claimed

invention" but that the prior art "fails to show that the circuit comprises a bridge comprising four

transistors and corresponding bulk diodes of the transistor, wherein the transistors are arranged

so that the four bulk diodes form a bridge."  (Exhibit 15 at 2.)

The combination of APA and Rapp discloses the claimed charge pump circuit having a

bridge of four transistors (forming two CMOS inverters) and receiving opposing phase signals.

As shown below in FIG. 2, APA discloses a bridge of four controlled switches comprising four

transistors (forming two CMOS inverters) and one charge transfer condenser connected to the

bridge.

568362800400



Fig. 2
(PRIOR ART)

Applicants state in the specification of the '850 patent that the circuit of FIG. 2 "solves the problem of voltage drop on the diodes since the voltage drop on the channel of the MOS transistors is extremely small but exhibits…a certain ripple at the output OUT." (Exhibit 1 at col.1, ll. 44-48.)

Rapp in the same field of endeavor at FIG. 6 (below) discloses a charge pump that is driven by two signals in phase opposition, each oscillator signal driving a separate charge accumulation condenser.

568362800400



PRIOR ART
FIG. 6

Rapp teaches  that the  in the circuit of FIG. 6 "charge is being 'pumped' out of node 100

during the entire clock cycle instead of just every half clock cycle . . . . The constant pumping of

pump stage 96 during the entire clock cycle is what provides the smoother output." (Exhibit 2 at

col. 8, ll. 16-22.)  Thus, Rapp expressly discloses that its arrangement solves the problem

identified by the APA with respect to FIG. 2.  The APA's "certain ripple at the output" would be

addressed by Rapp's two phase opposition arrangement that "provides the smoother output."

The combination of APA in view of Rapp was not considered during the original

examination of the '850 patent.  The combination thus presents a new, non-cumulative

technological teaching.  Moreover, a reasonable Examiner would consider the combination

important in determining the patentability of the '850 patent, particularly in view of what was

allegedly missing from the applied art of the original examination.  It thus raises a substantial

new question of patentability as to claims 1, 5-7, 9, 11 and 16 of the '850 patent.

568362800400

### B.    APA in view of Buchanan

The combination of APA and Buchanan raises a substantial new question of patentability. Buchanan also discloses a charge pump that is driven by two signals in phase opposition, each oscillator signal driving a separate charge accumulation condenser.



Buchanan teaches the benefits of employing a charge pump that is driven by an oscillator with opposing clock signals.  It discloses that the addition of a second clock signal and the use of that signal to drive the charge pump lead to a decreased ripple.  (*See* Exhibit 3 at col. 3, ll. 44-48.)

Thus, Buchanan expressly discloses that its arrangement solves the problem identified by the APA with respect to FIG. 2.  The APA's "certain ripple at the output" would be addressed by Buchanan's two phase opposition arrangement to reduce ripple.

The combination of APA in view of Buchanan was not considered during the original examination of the '850 patent.  The combination thus presents a new, non-cumulative

technological teaching.  Moreover, a reasonable Examiner would consider the combination important in determining the patentability of the '850 patent, particularly in view of what was allegedly missing from the applied art of the original examination.  It thus raises a substantial new question of patentability as to claims 1, 5-7, 9, 11 and 16 of the '850 patent.

## IX.   DETAILED EXPLANATION OF THE PERTINENCY OF THE PRIOR ART TO THE CLAIMS OF THE '850 PATENT

### A.   APA in combination with Rapp renders obvious claims 1, 5-7, 9, 11 and 16

Claims 1, 5-7, 9, 11 and 16 are obvious in view of APA and Rapp as set forth in the accompanying claim chart. (Exhibit 16.)  As discussed in detail in the chart, the combination of APA in view of Rapp render obvious claims 1, 5-7, 9, 11 and 16.  FIG. 2 of APA teaches the majority of the claimed elements including:

- An oscillator powered by a continuous power voltage;

- A charge accumulation condenser;

- A charging section connected to a power input terminal, an output terminal and one side terminal; and

- A bridge of four controlled switches comprising four transistors

To the extent that FIG. 2 of the APA does not disclose an oscillator with two outputs in phase opposition and a charging section with two side terminals connected to the oscillator outputs, it would have been obvious to modify FIG. 2 in view of Rapp.  Rapp teaches these two elements to address the very problem – voltage ripples – identified with respect to FIG. 2 by the '850 patent.  In view of Rapp, the skilled artisan would have modified FIG. 2 of APA to add a second clock signal in opposing phase to the first clock signal to drive the charge pump so as to reduce a ripple at the output of the charge pump.

568362800400

**B.     Applicant Admitted Prior Art in combination with Buchanan renders obvious claims 1, 5-7, 9, 11 and 16**

Claims 1, 5-7, 9, 11 and 16 are obvious in view of APA and Buchanan as set forth in the accompanying claim chart.  (Exhibit 17.)  Buchanan, which issued over two decades before the '850 patent renders the claims obvious in a similar manner to Rapp and serves to show that the technique of driving a charge pump with two clock signals of opposing phase was well known in the art at the time of filing of the '850 patent.

## X.     CONCLUSION

For the reasons set forth above, the Requester respectfully requests reexamination of claims 1, 5-7, 9, 11 and 16 of the '850 patent.

568360000032

In the event that the Patent Office determines that any fee or relief is required, the

Requester petitions for any required relief and authorize the Commissioner to charge the cost of

such petitions and/or other fees due in connection with the filing of this document to **Deposit**

**Account No. 03-1952** referencing docket no. **568362800400**.

Dated: January 30, 2013                                    Respectfully submitted:


Mehran Arjomand
Reg. No. 48,231
MORRISON & FOERSTER LLP
555 West Fifth Street, Suite 3500
Los Angeles, California 90013
(213) 892-5630
ATTORNEY FOR REQUESTERS


Shouvik Biswas
Reg. No. 68,439
MORRISON & FOERSTER LLP
555 West Fifth Street, Suite 3500
Los Angeles, California 90013
(213) 892-5672
ATTORNEY FOR REQUESTERS

568362800400

## CERTIFICATE OF SERVICE

Pursuant to 37 C.F.R. § 1.510(b)(6), the undersigned, on behalf of the Requester, hereby

certifies that a copy of each of the following documents:

1.  Request for Ex Parte Reexamination Transmittal Form (2 pages);
2.  U.S. Patent No. 5,874,850;
3.  The attached Detailed Request (33 pages, including this certificate, the cover page, and the table of contents);
4.  Information Disclosure Statement listing 2 U.S. patents on a substitute for form 1449/PTO (1 page); and
5.  Exhibit Transmittal (2 pages) and accompanying Exhibits 1-17.

was served on the Patent Owner at the following address, Wolf, Greenfield & Sacks, P.C., 600

Atlantic Ave, Boston MA 02210 provided for in § 1.33(c) via first class mail on January 30,

2013.

_____
Mehran Arjomand