UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STMICROELECTRONICS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>INVENSENSE, INC.,<br><br>Defendant. | Case No. 3:12-cv-02475-JSW<br><br>**[PROPOSED] ORDER GRANTING INVENSENSE, INC.'S MOTION TO STAY PROCEEDINGS PENDING REEXAMINATION OR IN THE ALTERNATIVE, TO STRIKE INFRINGEMENT CONTENTIONS AND/OR TO SEEK LEAVE TO DESIGNATE ADDITIONAL TERMS FOR CONSTRUCTION** |

The Court, having considered Defendant InvenSense, Inc.'s Motion to Stay Proceedings Pending Reexamination or in the Alternative, to Strike Infringement Contentions and/or to Seek Leave to Designate Additional Terms for Construction ("Motion"), any responses, and all other things properly before it, finds that Defendant's Motion has merit and should be GRANTED.

[ALTERNATIVE 1: LANGUAGE STAYING PROCEEDINGS]:

The Court therefore ORDERS that this action be stayed in its entirety, including Defendant's patent infringement counterclaims, until completion of the reexamination proceedings in the United States Patent and Trademark Office involving U.S. Patent Nos. 6,504,253; 6,846,690; 6,405,592; 6,546,799; 6,928, 872; 7,450,332; 7,409,291;

5,874,850; and 5,986,861.

[ALTERNATIVE 2: LANGUAGE STRIKING INFRINGEMENT CONTENTIONS]:

Pursuant to Federal Rule of Civil Procedure 37 and Civil Local Rule 37-4, Defendant seeks an order striking the infringement contentions submitted by STMicroelectronics, Inc. ("ST"), and the references relied therein, based on ST's failure to serve infringement contentions that comply with Patent Local Rule 3-1.

The Court finds that ST's infringement contentions do not comply with Patent Local Rule 3.1. The Court thereby strikes ST's infringement contentions without leave to amend.

[ALTERNATIVE 3: LANGUAGE GRANTING LEAVE TO DESIGNATE ADDITIONAL TERMS FOR CONSTRUCTIONS]:

On January 30, 2013, Defendant submitted a request pursuant to Civil Local Rule 7-11 and Paragraph 4 of the Court's Standing Order for Patent Cases, requesting leave to designate twelve additional claim terms for construction.

Having reviewed Defendant's submission and good cause appearing therefor, Defendant's request is hereby GRANTED.

**IT IS SO ORDERED.**

Dated: _____, 2013      By: _____
                                            Honorable Jeffrey S. White
                                            United States District Judge