# Exhibit J

1

2

3

4

5

6

7

8

9

10

UNITED STATES DISTRICT COURT

11

NORTHERN DISTRICT OF CALIFORNIA

12

SAN FRANCISCO DIVISION

13

| | |
|---|---|
| STMICROELECTRONICS, INC., | Case No. CV 12-02475-JSW |
| Plaintiff, | **DECLARATION OF DR. THOMAS W. KENNY REGARDING CLAIM CONSTRUCTION** |
| v. | |
| INVENSENSE, INC., | |
| Defendant. | |

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

I, THOMAS W. KENNY, PH.D, declare as follows,

     1.     I am a Professor in the Mechanical Engineering department at Stanford University. I make this declaration based on my personal knowledge except where stated on information and belief, and if so stated, I believe my information to be true and correct.  If called as a witness, I could and would testify competently to the matters set forth herein.

     2.     InvenSense Inc. has asked me to offer my opinions concerning the meaning of certain claim terms from U.S. Patent No. 6,546,799 (the "'799 patent"), 6,928,872 (the "'872 patent"), 7,450,332 (the "'332 patent"), 7,458,263 (the "'263 patent"), and 7,290,435 (the "'435 patent").  In particular, I have been asked to opine regarding how a person of ordinary skill in the art at the time of the invention would interpret these claim terms.

     3.     In performing my analysis, I have reviewed the proposed constructions and supporting evidence set forth by InvenSense and STMicroelectronics Inc. ("ST") for these claim terms, which have been summarized in **Exhibit 1**.  My analysis indicates that the evidence supports InvenSense's proposed constructions of these terms and, therefore, I agree with the constructions proposed by InvenSense in **Exhibit 1**.

     4.     Below, I offer specific analysis as to some of the claim terms listed in **Exhibit 1**, which I understand may be at issue in the parties' claim construction briefing.  In my analysis, I have relied upon the patent, its prosecution history, and the parties' proposed claim constructions. My opinions below are not exhaustive, and they are rendered without the benefit of any expert opinions offered by ST or positions taken by ST in its opening claim construction brief.  Without more, it is not apparent how ST believes that its intrinsic or extrinsic evidence supports its claim construction positions.

     5.     I reserve the right to offer additional opinions concerning the interpretation of these claim terms in response to any expert opinions or briefing from ST, including during my deposition or at the claim construction hearing in this action.  Moreover, I understand that InvenSense has asked the Court for leave to construe additional claim terms, and I reserve the right to supplement this declaration should the Court grant that request.

## I.     EDUCATION AND EXPERIENCE

6.      My academic and professional background is in mechanical engineering and microfabricated physical sensors, and I have been working in those fields since the completion of my Ph.D. for more than 22 years.  The details of my background, education and a listing of all publications I have authored in the past 25 years are provided in my curriculum vitae, attached to this declaration as **Exhibit 2**.  Below I provide a short summary of my education and experience which I believe to be most pertinent to the opinions that I express.

7.      I was educated as a Physicist specializing in sensors and measurement.  My Physics Ph.D. Thesis (U.C. Berkeley, 1989) involved measurements of the heat capacity of monolayers of atoms on surfaces, and relied on precision measurements of temperature, electrical signals, and also on the design and construction of miniature sensor components.  These devices were all operated under vacuum conditions at very low temperatures.

8.      After completion of my Ph.D. in Physics at U.C. Berkeley in 1989, I joined the Jet Propulsion Laboratory (JPL) in Pasadena, CA as a staff scientist, and began working on miniature sensors and instruments for small spacecraft.  This work involved use of silicon microfabrication technologies for miniaturization of the sensors, and served as my introduction to the field of micro-electromechanical systems (MEMS), or the study of very small mechanical structures powered by electricity.

9.      While at JPL, we developed accelerometers, gyroscopes, infrared sensors, magnetometers, seismometers, coil chemistry sensors, miniature structures for trapping interstellar dust, and many other miniature devices.  In 1994, I left JPL to take a faculty position in the Department of Mechanical Engineering at Stanford University, where I lead a research group specializing in the design, fabrication and characterization of MEMS devices, such as accelerometers, gyroscopes, AFM cantilevers, pressure sensors, resonators, and various instruments and devices for measuring forces on the microscale.

10.     My work experience includes 6 years as a Ph.D. student in Physics at U.C. Berkeley (1983-1989), 4.5 years as a Member of the Technical Staff and a Technical Group Leader at JPL (1989-1994), and now 19 years as a Faculty Member of the Department of

1   Mechanical Engineering at Stanford.  During my time at Stanford, I also spent 1.5 years as a

2   Chief Technical Officer at Cooligy (a startup company) and 4 years as a Program Manager in the

3   Microsystems Technology Office at the Defense Advanced Research Projects Agency (DARPA).

4         11.    I am currently a Full Professor in the Department of Mechanical Engineering at

5   Stanford University.  I also serve as the Associate Department Chair for Graduate Curriculum and

6   as the Chair of the Department Appointments and Promotions Committee.

7         12.    I am the named inventor on more than 45 issued United States patents. These

8   patents relate to micromechanical sensors, micromechanical devices and structures, and micro-

9   scale technologies related to thermal management of electronic devices.

10  **II.     LEGAL FRAMEWORK**

11        13.    I have been informed by counsel regarding the legal framework by which patent

12  claim terms are interpreted.  I understand that claim terms should be given their "ordinary and

13  customary meaning"—the  meaning that the term would have to a person of ordinary skill in the

14  art in question at the time of the invention—unless the patentee acted as his own lexicographer

15  and provided a special meaning for the term.  Importantly, the person of ordinary skill in the art is

16  deemed to read the claim term in the context of the entire patent, including the claims and

17  specification, and also the patent's file history.  The context in which the claim term appears in

18  the asserted claim, as well as the context provided by other claims, can also be instructive as to

19  the meaning of the term.  The specification is often the best source for understanding the scope

20  and meaning of the claims, as the words of the claims must be based on the description.  Like the

21  specification, the prosecution history provides evidence of how the PTO and the inventor

22  understood the scope of the patent claims.  Extrinsic evidence external to the patent and

23  prosecution history can shed useful light on the meaning of the claims and the relevant art, but is

24  less significant than the intrinsic record.

25  **III.    '799 PATENT**

26        14.    The '799 patent is entitled "Method for Compensating the Position Offset of a

27  Capacitive Inertial Sensor, and Capacitive Inertial Sensor."  The patent generally relates to an

28  inertial sensor made of semiconductor material that includes an electrostatically coupled stator

3

1  and rotor, and an actuator coupled to the rotor.  Rotational motion of the rotor about the stator

2  provides a change in capacitance that detects force acting on the inertial sensor.  However, if the

3  at-rest rotor is not perfectly positioned at an intended zero position relative to the stator, a

4  difference in capacitance will be measured even when no force is applied to the inertial sensor.  In

5  the invention of the '799 patent, the actuator moves the rotor so as to compensate for this position

6  offset, *i.e.*, the difference between the intended zero position ("nominal zero position") and the

7  actual resting position of the rotor ("effective zero position").  The intended goal achieved

8  through repositioning of the rotor is to "…bring it back into the nominal zero position."  ('799

9  patent at 3:53.)

10      15.    According to the face of the patent, the '799 patent was filed on September 8, 2000

11  and claims priority to a European patent application filed September 10, 1999.  My opinions

12  relating to the '799 patent are based on the understanding of one of ordinary skill in the art as of

13  the September 8, 2000, filing date.  My opinions would be the same if the relevant date was

14  moved to September 10, 1999.

15      16.    A person of ordinary skill in the art at the time of the alleged invention would have

16  a bachelor's degree in mechanical or electrical engineering, or in a related field, and five or more

17  years of experience in designing micro-electro-mechanical systems ("MEMS") accelerometers or

18  gyroscopes, or alternatively, a Master's degree in mechanical or electrical engineering, or in a

19  related field, and two or more years of experience in designing MEMS accelerometers or

20  gyroscopes.

21      17.    As a result of my education and experience, including my work as a professor at

22  Stanford University, I am very familiar with the state of the art for the '799 patent.  For the past

23  19 years, I have taught courses at Stanford University on the design and operation of sensors,

24  including accelerometers and gyroscopes.  I have been an attendee, member of the Technical

25  Program Committee, Chair of the Technical Program Committee, and General Conference Chair

26  for more than 50 conferences on microfabricated sensors and instruments; these conferences have

27  included presentations and papers on accelerometers and gyroscopes throughout this time.  My

28  initial research on MEMS devices in 1990 was related to the development of an accurate

4

1  accelerometer for detection of vibrations in underwater instruments, including correction of the

2  offset signals arising from manufacturing imperfections.  More recently, I have directed research

3  activities at Stanford that included correction of offset signals in pressure sensors, accelerometers,

4  and gyroscopes.  In the 1999-2000 time frame, I was active in research and teaching in the

5  MEMS inertial sensor art.  In particular, at that time, I was leader of research projects on MEMS

6  devices that lead to publications entitled "Planar Piezoresistive Accelerometers," "High

7  Sensitivity Micromachined Tunneling Accelerometers," "Packaging a Piezoresistive Pressure

8  Sensor for Pressure and Temperature Stability in a Martian Environment."  All of these projects

9  included development of solutions for measurement of physical signals in the presence of offsets

10  arising from factors influencing the structure of the devices.

11      18.      Therefore, I consider myself to be a person with at least ordinary skill in the art

12  pertaining to the '799 patent.

13  **A.     "controlled so as to compensate a position offset of the rotor element" (claim
14       1); "configured to adjust positions of the stator and the rotor relative to one
       another in response to a driving signal" (claim 19)**

15      19.      The term "controlled so as to compensate a position offset of the rotor element"

16  appears in claim 1 of the '799 patent.  The term "configured to adjust positions of the stator and

17  the rotor relative to one another in response to a driving signal" appears in claim 19.

18      20.      In light of the intrinsic evidence (*see, e.g.*, '799 patent, Claims 1, 13, 14, 16-25;

19  Specification at Abstract, 1:8-3:20; 3:43-5:62; 6:6-12; Figs. 1-4) and knowledge of one of

20  ordinary skill in the art at the time of the invention, I believe the term "controlled so as to

21  compensate a position offset of the rotor element," should be construed as "controlled so as to

22  move the rotor element into the nominal (intended)zero position."

23      21.      As disclosed in the '799 patent, "on account of the imperfect configuration of the

24  elastic-suspension and anchoring elements 10 and on account of the residual mechanical stress of

25  the material of which the inertial sensor 1 is made, the rotor 4 is generally affected by a position

26  offset; *i.e.*, the effective zero position of the rotor 4 does not coincide with the nominal zero

27  position envisaged in the design phase."  ('799 patent, 2:1-7.)  The '799 patent provides "an

28

5

1   integrated microactuator 24 made of semiconductor material, coupled to the rotor 4 and having

2   the purpose of rotating the rotor 4 by an amount equal to the position offset to bring it back into

3   the nominal zero position." (*Id*. at 3:47-54.) The actuator is "dedicated to effecting the

4   movement of the rotor 4 to bring it back into the nominal zero position." (*Id*. at 6:6-11.)

5          22.    Thus, when claim 1 of the '799 patent sets out "an actuator made of semiconductor

6   material, coupled to said rotor element and controlled so as to compensate a position offset of the

7   rotor element," one of ordinary skill would understand "compensate a position offset of the rotor

8   element" to mean "move the rotor element into the nominal (intended) zero position" envisaged

9   in the design phase.

10         23.    In light of the '799 patent specification and claims, one of ordinary skill in the art

11  would understand that an actuator "controlled so as to compensate a position offset of the rotor

12  element" physically moves the rotor element into the nominal zero position envisaged during the

13  design phase, and does not encompass other methods of correcting the position offset, including

14  the prior art signal processing methods described in the '799 patent. (*Id*. at 2:15-46.) As clearly

15  stated specification, the '799 patent's actuator is "configured to adjust the positions of the stator

16  and the rotor relative to one another" and "dedicated to effecting the movement of the rotor 4 to

17  bring it back into the nominal zero position." (*Id*. at 2:59-67, 6:6-11.)

18         24.    I understand that ST seeks to construe only the term "position offset," as it appears

19  within the longer phrase "controlled so as to compensate a position offset of the rotor element," to

20  mean "the effective zero position of the rotor that does not coincide with the nominal zero

21  position envisaged in the design phase." The Invensense construction set forth above is more

22  correct for the following reasons.

23         25.    By construing the fuller claim term, Invensense's construction provides an

24  explanation on the meaning of "to compensate," which in the context of the '799 patent is

25  synonymous with physically moving the rotor element. (*Id*. at 3:47-54, claim 13.) If only the

26  truncated "position offset" term were construed, then the scope of the claim would be ambiguous,

27  as the language "to compensate" would leave open other means of compensating for the position

28

6

1    offset of the rotor, such as the prior art signal processing methods described in the '799 patent.

2    (*Id*. at 2:15-46.)

3         26.     Similarly, in light of the intrinsic evidence (*see, e.g.*, '799 patent, Claims 1, 13, 14,

4    16-25; Specification at Abstract, 1:8-3:20; 3:43-5:62; 6:6-12; Figs. 1-4) and knowledge of one of

5    ordinary skill in the art at the time of the invention, I believe the term "configured to adjust

6    positions of the stator and the rotor relative to one another in response to a driving signal" should

7    be construed to mean "configured to move the rotor relative to the stator in response to a signal

8    indicating the difference between the effective (actual) zero position of the rotor and the nominal

9    (intended) zero position."

10        27.     As set out in the '799 patent, the actuator is "dedicated to effecting the movement

11   of the rotor 4 to bring it back into the nominal zero position." (*Id*. at 6:6-11; *see also* 3:49-54

12   ("an integrated microactuator 24 made of semiconductor material, coupled to the rotor 4 and

13   *having the purpose* of rotating the rotor 4 by an amount equal to the position offset to bring it

14   back into the nominal zero position") (emphasis added).) The actuator elements are connected to

15   a driving circuit "having the purpose of applying a biasing voltage" to the actuator elements "in

16   such a way that the potential difference . . . causes a rotation of the rotor 4 in one direction or the

17   other, sufficient for bringing the rotor 4 back into the nominal zero position." (*Id*. at 3:47-4:31.)

18   In particular, the driving circuit provides "an nbit digital correction word, for example with n=6,

19   indicating the compensation potential to be applied to the fixed arms 34, 36 of the actuator

20   elements 28 to compensate the position offset of the rotor 4." (*Id*. at 4:57-5:35.)

21        28.     Within the context of the '799 patent, one of ordinary skill in the art would

22   understand that the claimed "actuator configured to adjust positions of the stator and the rotor

23   relative to one another in response to a driving signal" means the actuator described in the patent

24   as "dedicated to effecting the movement of the rotor 4 to bring it back into the nominal zero

25   position." Thus, one of ordinary skill in the art would not interpret the claimed "driving signal"

26   to be any generic signal for driving the actuator. Rather, the ordinary artisan would understand

27   the "driving signal" to be the signal described in the '799 patent as "indicating the compensation

28

1   potential to be applied [to the actuator elements] to compensate the position offset of the rotor,"

2   and therefore indicative of the difference between actual and intended zero positions.

3   **IV.    '872 PATENT**

4           29.     The '872 patent is entitled "Integrated Gyroscope of Semiconductor Material With

5   At Least One Sensitive Axis in the Sensor Plane."  The patent generally relates to a gyroscope

6   fabricated in an integrated process by formation and patterning of epitaxial films on a single

7   substrate, resulting in production of a driving assembly that moves a planar sensitive mass in a

8   first direction, where the plane of the sensitive mass extends in the first direction and a second

9   direction.  The gyroscope has a sensitive axis that is parallel to the second direction, such that

10  upon rotation of the gyroscope about the second direction, a Coriolis force is generated acting on

11  the sensitive mass in a third direction perpendicular to the first and second directions (and the

12  plane of the sensitive mass).  A capacitive sensor measures this Coriolis force by the change in

13  distance between a capacitive electrode and the sensitive mass.

14          30.     According to the face of the patent, the '872 patent was filed on May 21, 2003, and

15  is a continuation-in-part of an application filed on April 23, 2002.  My opinions relating to the

16  '872 patent are based on the understanding of one of ordinary skill in the art as of the May 21,

17  2003, filing date.  My opinions would be the same if the relevant date was moved to April 23,

18  2002.

19          31.     A person of ordinary skill in the art at the time of the alleged invention would have

20  a bachelor's degree in mechanical or electrical engineering, or in a related field, and five or more

21  years of experience in designing MEMS accelerometers or gyroscopes, or alternatively, a

22  Master's degree in mechanical or electrical engineering, or in a related field, and two or more

23  years of experience in designing MEMS accelerometers or gyroscopes.

24          32.     As a result of my education and experience, including my work as a professor at

25  Stanford University, I am very familiar with the state of the art for the '872 patent.  For the past

26  19 years, I have taught courses at Stanford University on the design and operation of sensors,

27  including accelerometers and gyroscopes.  I have been an attendee, member of the Technical

28  Program Committee, Chair of the Technical Program Committee, and General Conference Chair

8

for more than 50 conferences on microfabricated sensors and instruments; these conferences have

included presentations and papers on accelerometers and gyroscopes throughout this entire time

period.  Additionally, I have directed research on design, fabrication and testing of miniature

inertial sensors including planar structures designed to deflect in multiple axes, and using

capacitive electrodes for exerting forces and measuring deflections.  In addition, I was active in

researching and teaching in the state of the art for the '872 patent in the 2002-2003 time frame.

In particular, I directed research in the development of planar inertial sensors, leading to

publications entitled "Planar Piezoresistive Accelerometers" and "High Sensitivity

Micromachined Tunneling Accelerometers."  All of these projects included design and operation

of planar micromechanical structures integrated with means for exerting forces and detecting

displacement as a way of measuring applied inertial signals.  Throughout this time, I was the

Chairman of the North American Technical Program Committee for the 2003 International

Conference on Solid State Sensors, Actuators and Microsystems, which included numerous

presentations on gyroscopes, accelerometers and other microfabricated structures and devices for

sensing of planar forces and displacements.

33.     Therefore, I consider myself to be a person with at least ordinary skill in the art

pertaining to the '872 patent.

**A.     "driving assembly"/ "driving assemblies" (claims 1, 3, 16, 17); "driving element" (claims 3, 14, 16, 24, 25, 26)**

34.     The term "driving assembly" or "driving assemblies" appears in claims 1, 3, 16,

and 17 of the '872 patent.  The term "driving element" appears in claims 3, 14, 16, and 24-26.

35.     In light of the intrinsic evidence (*see, e.g.*, '872 patent, Claims 1, 3, 7, 10, 14, 16-

18, 23-25, 27; Specification at Abstract, 2:15-49, 3:12-36, 3:51-5:9, 5:50-67, 6:37-64, 7:62-8:26;

Figs. 1, 2, 5, 7; File History at April 23, 2004 Office Action; July 17, 2004 Response to Office

Action; March 7, 2005 Notice of Allowability) and knowledge of one of ordinary skill in the art

at the time of the invention, I believe these terms should be construed as follows.

36.     As to the term "driving assembly" or "driving assemblies," one of ordinary skill in

the art would not be able to determine the  meaning of this term without reference to the patent

for context.  "Driving assembly" is not a term of art that has a specific, generally-understood meaning to the ordinary artisan.  However, by reference to the claims and the patent specification, one of ordinary skill in the art would understand the term to mean "a structure that consists of: (1) an oscillating element that houses the sensitive mass (i.e., a driving element); (2) movable driving arms extending from the oscillating element carrying movable driving electrodes; and (3) fixed driving arms parallel to the movable driving arms carrying fixed driving electrodes."

37.  As is apparent from the claims and the specification, the driving assembly moves the sensitive mass in the first direction.  (*See, e.g.*, '872 patent, Claim 1 ("said first sensitive mass being moved by said driving assembly in said first direction"); Specification at 2:15-20 ("the [sensitive] mass extends in a first direction and a second direction and is moved by the driving assembly in the first direction").)  Looking to the '872 patent, the "driving system" for each sensitive mass consists of "the driving element 5, the movable driving arms 12, the movable driving electrodes 13, the fixed driving arms 14a, 14b, and the fixed driving electrodes 15a, 15b together . . . ."  (*Id.* at 4:54-57; Fig. 1.)



FIG. 1

38.  As taught in the '872 patent, the "driving element 5" is an oscillating element that houses the sensitive mass.  (*Id.* at 3:66-4:13 ("a sensitive mass 6, completely housed inside the

space delimited by the driving element 5"); Fig. 1; Claim 18 ("a driving element . . . configured to oscillate along a first axis . . . the sensing mass being configured to oscillate with the driving element along the first axis").)  The "movable driving arms 12" extend from the oscillating element 5 and carry on them movable driving electrodes 13.  (*Id*. at 4:30-38; Fig. 1.)  "Associated to each movable driving arm 12 is a first and second fixed driving arms 14a, 14b (see FIG. 2), which are parallel to the movable driving arms 12 and carry respective fixed driving electrodes 15a, 15b."  (*Id*. at 4:39-42; Fig. 2.)  The fixed and movable driving electrodes are comb-figured and a potential bias is applied to oscillate the driving element 5.  (*Id*. at 4:39-4:53.)



*FIG. 2*

39.     For the same reasons set out above, I agree that the term "driving element" should be construed as "oscillating element that houses the sensitive mass."  As taught in the '872 patent, the "driving element 5" serves to house and oscillate the sensitive mass.  (*Id*. at 3:66-4:13; Fig. 1; Claim 18.)

11

**B.**   **"sensitive mass extending in a first direction and [a/the] second direction" (claims 1, 3, 17)**

40.    The term "sensitive mass extending in a first direction and [a/the] second direction" appears in claims 1, 3, and 17 of the '872 patent.

41.    In light of the intrinsic evidence (*see, e.g.*, '872 patent, Claims 1-3, 5, 6, 17; Specification at 2:15-37; 3:12-4:5; 4:58-5:49; 6:1-7:25; 8:14-9:58; Figs. 1-3, 5, 7-9) and knowledge of one of ordinary skill in the art at the time of the invention, I believe this term should be construed as "sensitive mass of a planar shape that extends mainly in a first direction and a second direction."

42.    For instance, as set forth in the specification, the integrated gyroscope of the '872 patent includes "an acceleration sensor having a driving assembly and a sensitive mass." ('872 patent at 2:15-18.)  "The mass extends in a first direction and a second direction and is moved by the driving assembly in the first direction."  (*Id.* at 2:18-20.)  "The [acceleration] sensor further includes a capacitive sensing electrode, facing the sensitive mass . . . [the sensing electrode comprising] a conductive material region extending underneath and at a distance in a third direction, from the sensitive mass."  (*Id.* at 2:20-29.)  "The sensitive mass and the capacitive sensing electrode have a reciprocal facing area that is constant in presence of movements of the sensitive mass in the first direction or in said second direction, thus only movements of the sensitive mass in the third direction are detected."  (*Id.* at 2:32-37.)

43.    Figures 1 and 3 of the '872 patent illustrate the sensitive mass 6, which faces the capacitive electrode region 20.  "The sensitive mass 6 has a basically plane shape, with the main extension in the direction of the axes X and Y."  (*Id.* at 4:58-59.)  "Underneath each sensitive mass 6, there extends a sensing electrode 20 of deposited doped polycrystalline silicon (for example, polysilicon deposited by low-pressure chemical vapor deposition LPCVD), the perimeter of the sensing electrode 20 being represented by a dashed line in FIG. 1."  (*Id.* at 5:10-14.)

12

1
2
3
4
5
6
7
8
9
10
11



12
13
14
15
16
17
18
19
20

44.     "As may be seen from FIG. 3, each sensitive mass 6 is separated from the respective sensing electrode 20 by an air gap 35 . . . The sensitive mass 6 and the sensing electrode 20 thus form the plates of a capacitor 22 (represented by dashed lines in FIG. 3), the dielectric whereof is formed by the air gap 35." (*Id.* at 5:15-21.)  Additionally, the sensitive mass is described as being "formed in a structural layer, here constituted by an epitaxial layer 29 formed on top of a substrate 30" (5:45-46).  Someone of ordinary skill in the art would understand that this "layer 29 formed on top of a substrate" is a thin, planar structure extending in the X and Y directions, parallel to the surface of the underlying substrate, as is common in surface micromachining processes widely used for inertial sensors.

21
22
23
24
25
26
27
28



45.     Thus, the gyroscope of the '872 patent is able to detect Coriolis force in the Z direction (*i.e.*, third direction perpendicular to the plane formed by the first and second directions of the sensitive mass) by measuring the change in capacitance caused by displacement of the sensitive mass in the Z direction relative to the electrode 20. (*Id*. at 6:1-12.)

46.     Moreover, the '872 patent touts the planar nature of the sensitive mass as an advantage of the invention. (*Id*. at 6:32-34 ("The gyroscope 1 has a high sensitivity thanks to the large facing area between the sensitive mass 6 and the sensing electrode 20").)

47.     In light of the context provided by the intrinsic evidence, one of ordinary skill in the art would understand that the "first direction" and "second direction" together define the primary plane of the sensitive mass (forming the first plate of a capacitor) and that the sensitive mass mainly extends in those two directions. Accordingly, the sensitive mass also faces the capacitive sensing electrode (forming the second plate of the capacitor) and is sensitive to forces acting perpendicular its major plane.

**V.     '263 PATENT**

48.     The '263 patent is entitled "Method of Making an X-Y Axis Dual-Mass Tuning Fork Gyroscope with Vertically Integrated Electronics and Wafer-Scale Hermetic Packaging." The patent generally relates to a dual-axis gyroscope sensor for measuring angular velocity along two axes, *i.e.*, the x axis and y axis. The dual-axis gyroscope sensor includes a first subsensor for measuring angular velocity along the first axis (*i.e.*, the x axis) and a second subsensor for measuring angular velocity along the second axis (*i.e.*, the y axis). In addition, the patent discloses that the first subsensor and the second subsensor are contained together within a single hermetic seal. Additionally, the patent describes a number of embodiments for the subsensor, including distinct details that provide performance advantages over prior art designs.

49.     The '263 patent application was filed on November 18, 2005, and the patent claims priority to an application filed on October 20, 2003. I understand that the inventions of the '263 patent were conceived and reduced to practice sometime prior to October 20, 2003. My opinions relating to the '263 patent are based on the understanding of one of ordinary skill in the

14

1  art as of the October 20, 2003 priority date.  My opinions would be the same if the relevant date

2  was (i) any date in 2002 or 2003 prior to October 20, 2003; or (ii) November 18, 2005.

3       50.      A person of ordinary skill in the art at the time of the invention would have a

4  bachelor's degree in mechanical or electrical engineering, or in a related field, as well as about

5  two years of experience in designing micro-electro-mechanical systems ("MEMS")

6  accelerometers or gyroscopes.

7       51.      As a result of my education and experience, including my work as a professor at

8  Stanford University, I am very familiar with the state of the art for the '263 patent.  For the past

9  19 years, I have taught courses at Stanford University on the design and operation of sensors,

10  including accelerometers and gyroscopes.  I have been an attendee, member of the Technical

11  Program Committee, Chair of the Technical Program Committee, and General Conference Chair

12  for more than 50 conferences on microfabricated sensors and instruments; these conferences have

13  included presentations and papers on accelerometers and gyroscopes throughout this entire time

14  period.  Additionally, I have directed research on design, fabrication and testing of miniature

15  inertial sensors including planar structures designed to deflect in multiple axes, and using

16  capacitive electrodes for exerting forces and measuring deflections. Furthermore, I was active in

17  researching and teaching in the state of the art for the '263 patent in the 2002-2005 time frame.

18  In particular, I directed research in the development of planar inertial sensors, such as the "Planar

19  Piezoresistive Accelerometers", "High Sensitivity Micromachined Tunneling Accelerometers."

20  All of these projects included design and operation of planar micromechanical structures

21  integrated with means for exerting forces and detecting displacement as a way of measuring

22  applied inertial signals.  Throughout this time, I was the Chairman of the North American

23  Technical Program Committee for the 2003 International Conference on Solid State Sensors,

24  Actuators and Microsystems, which included numerous presentations on gyroscopes,

25  accelerometers and other microfabricated structures and devices for sensing of planar forces and

26  displacements.  The inventions described in the '263 patent are understandable to me within the

27  context of my own teaching and research activities and all information reviewed and discussed

28  through my involvement in conferences and collaborations.

15

sf- 3250079

52. Therefore, I consider myself to be a person of at least ordinary skill in the art pertaining to the '263 patent.

**A.    "subsensor"; "first subsensor"; "second subsensor" (claims 1, 5, 9, 14, 15, 26)**

53. The term "subsensor" appears in asserted claims 1, 5, 9, 14, 15, and 26 of the '263 patent.

54. I have reviewed the proposed constructions and supporting evidence set forth by InvenSense and ST for this claim term in **Exhibit 1**. I agree with the construction proposed by InvenSense in light of the intrinsic evidence and knowledge of one of ordinary skill in the art at the time of the invention. (*See, e.g.*, '263 patent, Claims 1, 5, 9, 14, 15, 26; Specification at 2:40-67; 3:3-7; 3:29-38; 5:12-13; 5:53-62; 6:65-7:7; 10:62-11:6; 17:30-50; Figs. 1, 2, 11a, 11b, 13, 14a, 14b, 17; File History at November 19, 2007 Supplemental Amendment in Reply to Action of May 16, 2007.)

55. In light of the teachings from the intrinsic record, one of ordinary skill in the art would understand the terms "subsensor"/"first subsensor"/"second subsensor" to mean "a subpart of the dual-axis sensor including two masses disposed in the X-Y plane driven to oscillate in opposite directions along a single axis."

56. The specification discloses "a dual-axis sensor for measuring X and Y components of angular velocity in an X-Y sensor plane." (Specification at 3:29-31.) As shown in Figure 13, the dual-axis sensor includes a "first subsensor for measuring the X component of angular velocity" and a "second subsensor for measuring the Y component of angular velocity." (Specification at 3:31-38; 5:12-13; 17:30-38; Fig. 1, 2, 13.) The subsensors of Figure 13 are described in Figures 1, 2, 11a, and 11b. (*See, e.g.*, Specification at 17:34-37.)

57. The subsensors of the patented dual-axis sensor are designed to reduce "common mode" interference in the measurement of angular velocity. Common mode interference can occur when a proof mass of an angular velocity sensor is subject to linear acceleration in the same direction as the Coriolis force to be sensed. Such interference can cause the sensor to register erroneous readings of angular velocity if the effect of the linear acceleration is to cause forces or displacements that are similar to the forces or displacements caused by rotation. For example, an

inertial sensor with a single mass may be responsive to many forces that cause displacement in the sensitive direction, including Coriolis forces related to angular velocity as well as inertial forces related to acceleration. Other sources of common-mode interference could include deformations in the supporting structure for the sensor due to thermal expansion effects or stresses caused by forces exerted by packaging or mounting materials. In general, these interference sources will exert static or dynamic forces on all elements of a sensor that are in the same direction. Interference due to this class of phenomena can be reduced by including two proof masses (instead of one) in the angular velocity sensor, the masses being driven to oscillate in equal and opposite directions along the same axis. As described in the patent: "[A]n angular velocity sensor having a single proof mass can register an incorrect reading if subjected to linear acceleration in the same direction as the Coriolis force to be sensed. With two masses, various arrangements are possible, including those mentioned above, that respond to Coriolis forces but generally do not respond to linear acceleration in the same direction as the Coriolis force. Typically, such arrangements depend on driving the two masses so that their velocities are always equal and opposite." (*See, e.g.*, Specification at 2:42-54.)

58.     The '263 patent addresses the problem of common mode interference by including in each subsensor two proof masses designed to be driven in opposite directions, "thereby improving common mode rejection." (*See, e.g.*, Specification at 3:3-7.) In each subsensor, two proof masses are driven in equal and opposite directions along the same axis. (*See, e.g.*, Specification at 5:53-62; 6:65-7:7; Figs. 11a, 11b.) In this manner, common mode interference is reduced.

59.     ST proposes a construction for "subsensor"/"first subsensor"/"second subsensor" to mean a "first subsensor distinct and separate from the second subsensor" or a "second subsensor distinct and separate from the first subsensor." I disagree with ST's proposed construction. The '263 patent describes the two subsensors as being part of an "integrated dual-axis gyroscope," with "a Y-axis subsensor" and an "X-axis subsensor" "preferably fabricated on a single Silicon chip." (*See* Specification at 17:30-50; Figs. 13, 14a, 14b, 17.) The patent discusses the advantages of integrating the two subsensors in a single chip, including that the gyroscope

17

"can be hermetically sealed by a single hermetic seal ring 21." (*Id.*)  A person of ordinary skill in the art would understand that the subsensors of the dual-axis sensor are not separate and distinct, but integrated together as part of a single dual-axis gyroscope.  (*See* File History at November 19, 2007 Supplemental Amendment in Reply to Action of May 16, 2007, at 13 (two subsensors are not "separately sealed in two different environments"; "the first subsensor and the second subsensor [are] underline contained together in a single hermetic seal") (emphasis in original).)

### B.    "membrane" (claims 5, 6, 9)

60.    The term "membrane" appears in asserted claims 5, 6, and 9 of the '263 patent.

61.    I have reviewed the proposed constructions and supporting evidence set forth by InvenSense and ST for this claim term in **Exhibit 1**.  I agree with InvenSense that this term should have its plain and ordinary meaning, as understood by one of ordinary skill in the art reading the term in the context of the claim language.  However, if this term were to be construed, I agree with the alternative construction proposed by InvenSense in light of the intrinsic evidence and knowledge of one of ordinary skill in the art at the time of the invention.  (*See, e.g.*, '263 patent, Claims 5, 6, 9; Specification at 5:45-48; 14:7-12; 14:20-33; 14:38-46; Figs. 8a, 8b, 18a.)

62.    Based on the teachings of the patent specification, one of ordinary skill in the art would understand the term "membrane" to mean "a portion of a wafer over a rectangular cavity of the dual-axis sensor."

63.    The specification discloses that "membrane region 73" is the portion of "gyroscope wafer 20" that is positioned over a rectangular cavity in "cap wafer 42."  (*See* Specification at 14:7-12; 14:20-33; 14:38-46; Figs. 8a, 8b.)  The gyroscope wafer is "preferably a prime low total thickness variation (TTV) wafer."  (*Id.* at 14:9-10.)  As shown in Figures 8a and 8b, the gyroscope wafer is bonded to the cap wafer and then thinned by grinding and polishing its surface.  (*See* Specification at 14:7-12; 14:20-33; 14:38-46; Figs. 8a, 8b.)  The "membrane region 73" is identified as the part of the gyroscope wafer that is positioned over the rectangular cavity in the cap wafer.  (*Id.*)

64.    The specification does not disclose that the membrane region 73 is a "pliable sheet of material," as proposed by ST.  Nowhere in the specification does it disclose that the membrane

18

1 should be a pliable sheet. The membrane region 73 is the portion of gyroscope wafer 20 from

2 which the proof masses and other gyroscope components are formed. (*Id*. at 14:30-33.) The

3 specification discloses: "The thinning of gyroscope wafer 20 can be done uniformly, or it can be

4 done so that regions of gyroscope wafer 20 that will become masses 22 and 24 are thicker than

5 other parts of gyroscope wafer 20. Such increased thickness is beneficial because it increases the

6 masses of masses 22 and 24." (*Id*. at 14:24-29.) Given the description of membrane region 73 as

7 the part of the gyroscope wafer from which gyroscope components are formed, one of ordinary

8 skill in the art would not understand the membrane to be pliable.

9       65. Among engineers of skill in the art of microsensors, a "pliable" membrane is

10 understood to be a membrane that can be stretched, like a balloon made from silicone rubber.

11 Silicon (not silicone) is a hard, brittle material that is extremely resistant to stretching, even in the

12 form of a thin membrane. Engineers of ordinary skill in the art of microsensors would not

13 consider a silicon membrane to be "pliable." In the patent, the introduction of "flexures" and

14 "hinges" in the membrane (*e.g.*, 15:16-30) allows parts of the membrane to be deflected because

15 these new flexures and hinges can be bent. In this regard, the proposed construction of membrane

16 as a "thin, pliable sheet of material" is not an accurate description of the characteristics of this

17 structure.

18       **C.**    **"constrains the first and second masses [or the third and fourth masses] to**
19            **move in opposite directions perpendicular to the X-Y sensor plane" (claim 15)**

20       66. The term "constrains the first and second masses [or the third and fourth masses]

21 to move in opposite directions perpendicular to the X-Y sensor plane" appears in claim 15 of the

22 '263 patent.

23       67. I have reviewed the proposed constructions and supporting evidence set forth by

24 InvenSense and ST for this claim term in **Exhibit 1**. I agree with InvenSense that this term

25 should have its plain and ordinary meaning, as understood by one of ordinary skill in the art. The

26 intrinsic evidence does not disclose a special meaning for "constrains the first and second masses

27 [or the third and fourth masses] to move in opposite directions perpendicular to the X-Y sensor

28 plane." (*See, e.g.*, '263 patent, Claim 15; Specification at 1:31-47; 2:9-54; 5:57-62; 6:6-20; 6:31-

sf- 3250079

1    39; 6:55-7:10; 9:51-10:3; 10:62-11:6; 12:40-49; 17:65-18:31; 18:54-19:3; Figs. 1, 2, 11a, 11b,

2    14a, 14b, 15.)

3          68.     ST proposes the construction:  "limits the first and second masses [or the third and

4    fourth masses] to movement only in opposite directions perpendicular to the X-Y sensor plane."  I

5    disagree with ST's proposed construction.  The '263 patent discloses that "the linkage formed by

6    mass 22, mass 24 and plates 26, 28, and 30 ensures that masses 22 and 24 necessarily move in

7    opposite directions along the Z axis."  (*See* Specification at 7:5-7.)  The patent does not state that

8    the proof masses may move only in the direction perpendicular to the X-Y plane.  In view of the

9    patent specification and the principles of gyroscope operation, a person of ordinary skill in the art

10   would expect the proof masses to move in at least two directions – the masses would be driven to

11   move along a drive axis and would be deflected by Coriolis force along an orthogonal axis.  That

12   is consistent with the disclosure of the '263 patent.  (*See, e.g.*, Specification at 1:31-47; 2:9-54;

13   10:62-11:3.)

14   **VI.    '435 PATENT**

15         69.     The '435 patent is entitled "Method and Apparatus for Electronic Cancellation of

16   Quadrature Error."  The patent generally relates to detecting a rate of rotation and in response to

17   the rotation, sensing the deflection of the proof mass orthogonally to the drive axis, the deflection

18   being detected as a change in charge.  The patent further discloses generating a quadrature error

19   cancellation signal to substantially cancel quadrature error from the change in charge in an axis

20   orthogonal to the drive axis.

21         70.     The '435 patent application was filed on February 6, 2006.  I understand that the

22   inventions of the '435 patent were conceived and reduced to practice sometime prior to February

23   6, 2006.  My opinions relating to the '435 patent are based on the understanding of one of

24   ordinary skill in the art as of the February 6, 2006, filing date.  My opinions would be the same if

25   the relevant date was any date in 2005 or 2006 prior to February 6, 2006.

26         71.     A person of ordinary skill in the art at the time of the alleged invention would have

27   a bachelor's degree in mechanical or electrical engineering, or in a related field, as well as about

28

20

sf- 3250079

1   two years of experience in designing micro-electro-mechanical systems ("MEMS")

2   accelerometers or gyroscopes.

3       72.     As a result of my education and experience, including my work as a professor at

4   Stanford University, I am very familiar with the state of the art for the '435 patent.  For the past

5   19 years, I have taught courses at Stanford University on the design and operation of sensors,

6   including accelerometers and gyroscopes.  I have been an attendee, member of the Technical

7   Program Committee, Chair of the Technical Program Committee, and General Conference Chair

8   for more than 50 conferences on microfabricated sensors and instruments; these conferences have

9   included presentations and papers on accelerometers and gyroscopes throughout this entire time

10  period.  Additionally, I have directed research on design, fabrication and testing of miniature

11  resonators and inertial sensors including planar structures designed to deflect in multiple axes,

12  and using capacitive electrodes for exerting forces and measuring deflections.  For many of these

13  resonating structures, resonant motion is driven along one axis and erroneous coupling into

14  orthogonal axes (often called quadrature error in resonators and gyroscopes) is a common

15  problem, requiring careful design and compensation methods.

16      73.     In addition, I was active in researching and teaching in the state of the art for the

17  '435 patent in the 2005-2006 time frame.  In particular, I directed research in the development of

18  planar inertial sensors, such as the "Acceleration Sensitivity in Beam-Type Electrostatic

19  Microresonators", "Optimal Drive Condition for Nonlinearity Reduction in Electrostatic MEMS

20  Resonators".  All of these projects included design and operation of planar micromechanical

21  structures integrated with means for exerting forces and detecting displacement as a way of

22  measuring applied inertial signals. Throughout this time, I was the Chairman of the North

23  American Technical Program Committee for the 2003 International Conference on Solid State

24  Sensors, Actuators and Microsystems, which included numerous presentations on gyroscopes,

25  accelerometers and other microfabricated structures and devices for sensing of planar forces and

26  displacements. The inventions described in the '435 patent are understandable to me within the

27  context of my own teaching and research activities and all information reviewed and discussed

28  through my involvement in conferences and collaborations.

sf- 3250079

74.     Therefore, I consider myself to be a person with at least ordinary skill in the art pertaining to the '435 patent.

**A.     "a pre-determined frequency" (claims 1, 9)**

75.     The term "a pre-determined frequency" appears in claims 1 and 9 of the '435 patent.

76.     I have reviewed the proposed constructions and supporting evidence set forth by InvenSense and ST for this claim term in **Exhibit 1**.  I agree with InvenSense that this term should have its plain and ordinary meaning, as understood by one of ordinary skill in the art.  The intrinsic evidence does not disclose a special meaning for "a pre-determined frequency."  (*See, e.g.*, '435 patent, Claims 1, 9; Specification at 1:21-23; 4:46-54; 4:60-64; U.S. Patent No. 6,892,575 at 8:25-49.)

77.     As is apparent from the claims and the specification, the proof mass is vibrated (or driven) along a drive axis at a frequency.  (*See, e.g.*, Specification at 1:21-23; 4:60-64.)  As described, this frequency can be "a resonant frequency associated with the proof mass." (Specification at 4:63-64.)  In this case, the specification is referring to a resonant frequency of the proof mass that is determined by the values of the mass and the stiffness of the suspension supporting the mass during the vibration.  Generally, such a resonant frequency is related to the square root of the ratio of the effective stiffness of the suspension to the value of the effective mass.  This frequency is pre-determined by the values of the inherent parameters for the structure, including the mass of the proof mass and the stiffness of the suspension during the vibration.  For very simple spring-mass systems, the resonant frequency is exactly the square root of the stiffness divided by the mass.  For complex dynamic structures that can have a variety of bending, torsional, or flexural modes of vibration, accurate equations relating the resonant frequency to these parameters can be more complicated.  For dynamic structures being driven into an oscillation, the resonant frequency can be slightly altered by the characteristics of the driving forces.  Nevertheless, in all cases, the resonant frequency is determined by the properties of the structure, such as the mass of the proof mass and the stiffness of the suspension during the vibration.  However, one of ordinary skill in the art would understand that these properties

sf- 3250079

1   determine a target resonant frequency, because it is impossible to control the mass and stiffness of

2   the suspension with infinite precision in a real manufacturing process.  The actual frequency at

3   which the proof mass is vibrated will encompass a narrow range of frequencies around the target

4   frequency – that is, the actual frequency will vary slightly depending on the actual values of the

5   mass and stiffness parameters and other specific conditions of the system, such as temperature.

6   These effects are well-known among designers of MEMS inertial sensors.

7          78.     I understand that ST, in its Patent Local Rule 4-2 submission, initially proposed

8   the construction:  a "fixed frequency determined in advance."  There is nothing in the

9   specification that requires that the "pre-determined frequency" be a "fixed frequency."  ST's

10  original construction suggests that the frequency must be a single, fixed frequency.  That is not

11  so.  As discussed above, while the target frequency may be pre-determined by the parameters of

12  the structure, the actual frequency can vary slightly across a narrow range around the target

13  frequency.  Moreover, one of ordinary skill in the art would understand this claim limitation to

14  cover a device that performs the claimed method at one frequency, and then shifts to another

15  frequency for other measurements or operations.  In other words, nothing in the patent requires

16  that a "pre-determined frequency" be limited to a single, fixed frequency.  In fact, U.S.

17  Patent No. 6,892,575 (incorporated by reference at Col. 4:46-51) discloses that there is more than

18  one frequency that can be used.  ('575 Pat. at 8:25-49.)  Furthermore, it is known to those skilled

19  in the art that the physical parameters (such as the previously mentioned mass and stiffness) may

20  include characteristics that can vary over time.  For example, the stiffness of materials used for

21  suspension can depend on temperature; therefore slight changes in the frequency of the resonance

22  are well-known to arise from changes in the temperature of the device.

23         79.     While ST's current construction (*i.e.*, "frequency at which a proof mass is

24  vibrated, determined prior to vibration of the proof mass") may be more aligned than ST's

25  original construction with how one of ordinary skill in the art would understand the term "a pre-

26  determined frequency," one of ordinary skill in the art would understand that it is the target

27  frequency that is pre-determined by the parameters of the structure.  The actual frequency at

28  which the proof mass is vibrated will encompass a narrow range of frequencies around the target

frequency, and will vary slightly depending on the actual values of the mass and stiffness parameters and other specific conditions of the system, such as temperature.  Because this construction does not fully capture the understanding of one of ordinary skill in the art, it is my opinion that this term should be given its plain and ordinary meaning.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on this 13th day of February 2013 in San Francisco, California.

_____

Thomas W. Kenny

sf- 3250079

# EXHIBIT 1

**Exhibit 1: Proposed Constructions - U.S. Patent Nos. 7,458,263; 7,290,435; 6,546,799; 6,928,872; 7,450,332**

| CLAIM TERM | ST'S PROPOSED CONSTRUCTION | ST'S SUPPORTING EVIDENCE | INVN'S PROPOSED CONSTRUCTION | INVN'S SUPPORTING EVIDENCE |
|---|---|---|---|---|
| **7,458,263** | | | | |
| **"subsensor"** <br><br> **"a first subsensor"** / **"a second subsensor"** <br><br> (Claims 1, 5, 9, 14, 15, 26) | "first subsensor distinct and separate from the second subsensor" <br><br> "second subsensor distinct and separate from the first subsensor" | Intrinsic Evidence: <br><br> Specification at 3:29-38; 3:39-3:53; 4:31-36;17:30-50; 17:51-64; Figs. 13, 17. <br><br> '263 Patent File History, 11/19/07 Resp. to OA at 12-13 ("The Examiner recognizes that Tamura fails to disclose a second angular velocity sensor (as required by the claims), however, the Examiner asserts that it would have been obvious to one of skill in the art to employ an angular velocity sensor as disclosed in MacGugan in place of the acceleration sensor in Tamura."); 11/19/07 Resp. to OA at 13 ("even assuming that one of skill in the art would | "a subpart of the dual-axis sensor including two masses disposed in the X-Y plane driven to oscillate in opposite directions along a single axis" | Intrinsic Evidence: <br><br> Claims 1, 5, 9, 14, 15, 26. <br><br> Specification at 2:40-67; 3:3-7; 3:29-38; 5:12-13; 5:53-62; 6:65-7:7; 10:62-11:6; 17:30-50; Figs. 1, 2, 11a, 11b, 13, 14a, 14b, 17. <br><br> File History at November 19, 2007 Supplemental Amendment in Reply to Action of May 16, 2007. |

| Claim Term | ST's Proposed Construction | ST's Supporting Evidence | INVN's Proposed Construction | INVN's Supporting Evidence |
|---|---|---|---|---|
| | | have been motivated to replace the acceleration sensor in Tamura with an angular velocity sensor as disclosed in MacGugan (which Applicant does not concede), the two angular sensors would be separately sealed in two different environments. In contrast, claim 1 requires that both the first subsensor and the second subsensor be <u>contained together within a single hermetic seal</u>.") (emphasis in original). | | |
| **"membrane"** | "thin pliable sheet of material" | Intrinsic Evidence:<br><br>Specification at 3:48-53; 14:30-37; 14:38-46; Figs. 8b, 18a, 18b.<br><br>Extrinsic Evidence:<br><br>Dictionary/Treatise Definitions:  Random House Webster's | Plain meaning.<br><br>_Alternative:_ "a portion of a wafer over a rectangular cavity of the dual-axis sensor" | Intrinsic Evidence:<br><br>Claim 5, 6, 9.<br><br>Specification at 5:45-48; 14:7-12; 14:20-33; 14:38-46; 15:16-30; Figs. 8a, 8b, 18a. |

2

| CLAIM TERM | ST'S PROPOSED CONSTRUCTION | ST'S SUPPORTING EVIDENCE | INVN'S PROPOSED CONSTRUCTION | INVN'S SUPPORTING EVIDENCE |
|---|---|---|---|---|
| | | Dictionary (4th ed. 2001) (ST00010829 *et seq.*), at p. 450 (ST00010835) (defining "membrane") ("a thin, pliable sheet or layer of animal or vegetable tissue"). Dictionary.com at http://dictionary.reference.com/browse/membrane (ST00010817 *et seq.*) (World English Dictionary defining "membrane") ("1. any thin pliable sheet of material"). Beeby, S. et al., MEMS Mechanical Sensors (2004) (ST00010807 *et seq.*), at pp. 127 (ST00010810) ("Membranes can be considered as very thin diaphragms with large deflection *(yo lh* >5) [3]. In theory, a membrane has no flexural rigidity and experiences tensile stress, but no bending stress. The characteristic | | |

3

| Claim Term | ST's Proposed Construction | ST's Supporting Evidence | INVN's Proposed Construction | INVN's Supporting Evidence |
|---|---|---|---|---|
| | | equation for a membrane is given by [4] …"). | | |
| "constrains the first and second masses [or the third and fourth masses] to move in opposite directions perpendicular to the XY sensor plane"<br><br>(Claim 15) | "limits the first and second masses [or the third and fourth masses] to movement only in opposite directions perpendicular to the X-Y sensor plane" | Intrinsic Evidence:<br><br>Specification at 2:40-67; 3:3-7; 5:53-62; 6:65-7:10; Figs. 1, 2.<br><br>Extrinsic Evidence:<br><br>Dictionary/Treatise Definitions: Random House Webster's Dictionary (4th ed. 2001) (ST00010829 *et seq.*), at p. 152 (ST00010832) (defining "constrain") ("1. to compel. 2. to confine. 3. to repress or restrain.").<br><br>Dictionary.com at http://dictionary.referenc e.com/browse/constrain (ST00010812 *et seq.*) (defining "constrain") ("1. to force, compel, or oblige: *He was constrained to admit the offense.* 2. to confine forcibly, as by bonds. 3. | Plain meaning. | Intrinsic Evidence:<br><br>Claim 15.<br><br>Specification at 1:31-47; 2:9-54; 5:57-62; 6:6-20; 6:31-39; 6:55-7:10; 9:51-10:3; 10:62-11:6; 12:40-49; 17:65-18:31; 18:54-19:3; Figs. 1, 2, 11a, 11b, 14a, 14b, 15. |

4

| CLAIM TERM | ST'S PROPOSED CONSTRUCTION | ST'S SUPPORTING EVIDENCE | INVN'S PROPOSED CONSTRUCTION | INVN'S SUPPORTING EVIDENCE |
|---|---|---|---|---|
| | | to repress or restrain: *Cold weather constrained the plant's growth.*"). IEEE 100 The Authoritative Dictionary of IEEE Standards Terms (7th ed. 2000) (ST00010819 *et seq.*), at p. 224 (ST00010823) (defining "constraint") ("(2) A limitation or implied requirement that constrain the design solution or implementation of the systems engineering process, is not changeable by the enterprise, and is generally nonallocable. … (3) An externally imposed limitation on system requirements, design, or implementation or on the process used to develop or modify a system. … (4) A statement that | | |

5

| CLAIM TERM | ST'S PROPOSED CONSTRUCTION | ST'S SUPPORTING EVIDENCE | INVN'S PROPOSED CONSTRUCTION | INVN'S SUPPORTING EVIDENCE |
|---|---|---|---|---|
| | | expresses measurable bounds for an element or function of the system. That is, a constraint is a factor that is imposed on the solution by force or compulsion and may limit or modify the design changes:"); *id.* (defining "constraints") ("constraints (1) Limits on the ranges of variables or system parameters because of physical or system requirements. ... (2) A restriction placed on the control signal, control law, or state variables. *See.also:* control system. … (3) Conditions and/or resource requirement limitations affecting the process. … (4) Restrictions, resources, rules, etc., that limit Software Life Cycle Model selection, project planning, and management."). | | |

6

| CLAIM TERM | ST'S PROPOSED CONSTRUCTION | ST'S SUPPORTING EVIDENCE | INVN'S PROPOSED CONSTRUCTION | INVN'S SUPPORTING EVIDENCE |
|---|---|---|---|---|
| **7,290,435** | | | | |
| **"a pre-determined frequency"**<br><br>(Claims 1, 9) | "frequency at which a proof mass is vibrated, determined prior to vibration of the proof mass" | Intrinsic Evidence:<br><br>Specification at 2:43-46; 3:17-22; 4:60-62; 5:38-41; 6:4-6.<br><br>Extrinsic Evidence:<br><br>Dictionary/Treatise Definitions: IEEE 100 The Authoritative Dictionary of IEEE Standards Terms (7th ed. 2000) (ST00010819 *et seq.*), at p. 458 (ST00010827) (defining "frequency") ("(2) (periodic function) (data transmission) (Wherein time is the independent variable) a) (general). The number of periods per unit time."). Random House Webster's Dictionary (4th ed. 2001) (ST00010829 *et seq.*), at p. 287 (ST00010834) (defining "frequency") | Plain meaning. | Intrinsic Evidence:<br><br>Claims 1, 9.<br><br>Specification at 1:21-23; 4:46-54; 4:60-64.<br><br>Extrinsic Evidence:<br><br>U.S. Patent No. 6,892,575 at 8:25-49. |

7

| CLAIM TERM | ST'S PROPOSED CONSTRUCTION | ST'S SUPPORTING EVIDENCE | INVN'S PROPOSED CONSTRUCTION | INVN'S SUPPORTING EVIDENCE |
|---|---|---|---|---|
| | | ("1. the state or fact of being frequent. 2. rate of occurrence. 3. *Physics.* the number of cycles or completed alternations per unit time of a wave or oscillation"); *id.* at 565 (ST00010836) (defining "predetermine[d]") ("**1.** To decide in advance. **2.** To ordain in advance; predestine."). | | |
| **6,546,799** | | | | |
| **"configured to adjust positions of the stator and the rotor relative to one another in response to a driving signal"** (Claim 19) | Plain and ordinary meaning | None | "configured to move the rotor relative to the stator in response to a signal indicating the difference between the effective (actual) zero position of the rotor and the nominal (intended) zero position" | Intrinsic Evidence: Claims 1, 13, 14, 16-25. Specification at Abstract; 1:8-3:20; 3:43-5:62; 6:6-12; Figs. 1-4. |

| CLAIM TERM | ST'S PROPOSED CONSTRUCTION | ST'S SUPPORTING EVIDENCE | INVN'S PROPOSED CONSTRUCTION | INVN'S SUPPORTING EVIDENCE |
|---|---|---|---|---|
| **"controlled so as to compensate a position offset of the rotor element"** (Claim 1) | **"position offset"**: "the effective zero position of the rotor that does not coincide with the nominal zero position envisaged in the design phase" | Intrinsic Evidence:<br><br>Specification at 2:1-14; 2:36-46; 3:47-54; 4:20-30; 4:43-47; 5:10-34; 6:6-11. | "controlled so as to move the rotor element into the nominal (intended) zero position" | Intrinsic Evidence:<br><br>Claims 1, 13, 14, 16-25.<br><br>Specification at Abstract; 1:8-3:20; 3:43-5:62; 6:6-12; Figs. 1-4. |
| "coupled to said rotor element"<br><br>(Claim 1) | Plain and ordinary meaning | None | "formed on or attached to said rotor element" | Intrinsic Evidence:<br><br>Claim 1, 2, 6, 8, 9, 11, 15, 19.<br><br>Specification at Abstract; 2:52-3:20; 3:43-4:56; 6:6-26; Fig. 3. |

9

| CLAIM TERM | ST'S PROPOSED CONSTRUCTION | ST'S SUPPORTING EVIDENCE | INVN'S PROPOSED CONSTRUCTION | INVN'S SUPPORTING EVIDENCE |
|---|---|---|---|---|
| "rotor element" (Claim 1) / "rotor" (Claim 19) | Plain and ordinary meaning | None | "structure that rotates about a stator" | Intrinsic Evidence:<br><br>Specification at Abstract, 1:8-66; 2:23-4:56; 6:27-34; Figs. 1, 3, 5.<br><br>File History at January 25, 2002 Office Action; February 25, 2002 Response to Office Action; April 26, 2002 Response to Office Action. |
| "stator element" (Claim 1) / "stator" (Claim 19) | Plain and ordinary meaning | None | "fixed element about which a rotor rotates" | Intrinsic Evidence:<br><br>Specification at Abstract, 1:8-66; 2:23-3:20; 3:43-4:67; Figs. 1, 3, 5.<br><br>File History at January 25, 2002 Office Action; February 25, 2002 Response to Office Action; April 26, 2002 Response to Office Action. |

10

| CLAIM TERM | ST'S PROPOSED CONSTRUCTION | ST'S SUPPORTING EVIDENCE | INVN'S PROPOSED CONSTRUCTION | INVN'S SUPPORTING EVIDENCE |
|---|---|---|---|---|
| **6,928,872** | | | | |
| **"driving assembly"/"driving assemblies"**<br><br>(Claims 1, 3, 16, 17) | Plain and ordinary meaning | None | "a structure that consists of: (1) an oscillating element that houses the sensitive mass (*i.e.*, a driving element); (2) movable driving arms extending from the oscillating element carrying movable driving electrodes; and (3) fixed driving arms parallel to the movable driving arms carrying fixed driving electrodes" | Intrinsic Evidence:<br><br>Claims 1, 3, 7, 10, 14, 16-18, 23-25, 27.<br><br>Specification at Abstract, 2:15-49; 3:12-36; 3:51-5:9; 5:50-67; 6:37-64; 7:62-8:26; Figs. 1, 2, 5, 7.<br><br>File History at April 23, 2004 Office Action; July 17, 2004 Response to Office Action; March 7, 2005 Notice of Allowability. |

11

| CLAIM TERM | ST'S PROPOSED CONSTRUCTION | ST'S SUPPORTING EVIDENCE | INVN'S PROPOSED CONSTRUCTION | INVN'S SUPPORTING EVIDENCE |
|---|---|---|---|---|
| "driving element"<br><br>(Claims 3, 14, 16, 24, 25, 26) | Plain and ordinary meaning | None | "oscillating element that houses the sensitive mass" | Intrinsic Evidence:<br><br>Claims 1, 3, 7, 10, 14, 16-18, 23- 27.<br><br>Specification at Abstract, 2:15-49; 3:12-36; 3:51-5:9; 5:50-67; 6:37-64; 7:62-8:26. Figs. 1, 2, 5, 7.<br><br>File History at April 23, 2004 Office Action; July 17, 2004 Response to Office Action; March 7, 2005 Notice of Allowability. |
| "**sensitive mass extending in a first direction and [a/the] second direction**"<br><br>(Claims 1, 3, 17) | Plain and ordinary meaning | None | "sensitive mass of a planar shape that extends mainly in a first direction and a second direction" | Intrinsic Evidence:<br><br>Claims 1-3, 5, 6, 17.<br><br>Specification at 2:15-37; 3:12-4:5; 4:58-5:49; 6:1-7:25; 8:14-9:58; Figs. 1-3, 5, 7-9. |

12

| CLAIM TERM | ST'S PROPOSED CONSTRUCTION | ST'S SUPPORTING EVIDENCE | INVN'S PROPOSED CONSTRUCTION | INVN'S SUPPORTING EVIDENCE |
|---|---|---|---|---|
| "[capacitive sensing electrode/first capacitive sensing electrode/second capacitive sensing electrode], facing said [sensitive mass/first sensitive mass/second sensitive mass]"<br><br>(Claims 1, 3, 17) | Plain and ordinary meaning | None | "[capacitive sensing electrode/first capacitive sensing electrode/second capacitive sensing electrode] facing the plane of the [sensitive mass/first sensitive mass/second sensitive mass] extending in the first and second directions" | Intrinsic Evidence:<br><br>Claims 1-3, 5, 6, 8, 13, 15, 17, 18, 21, 24, 27.<br><br>Specification at 2:15-37; 3:50-4:5; 4:58-5:49; 6:1-20; 6:32-7:25; 8:14-9:7; Figs. 1-3, 5, 7-9. |
| "wherein said acceleration sensor has a rotation axis parallel to said second direction"<br><br>(Claims 1, 3, 17) | Plain and ordinary meaning | None | "wherein said acceleration sensor detects rotation about an axis parallel to said second direction" | Intrinsic Evidence:<br><br>Claims 1, 3, 9, 17, 18, 23.<br><br>Specification at Abstract; 2:15-49; 2:57-58; 2:66-67; 3:3-4; 3:12-5:40; 6:1-7:24; 8:14-48; 9:8-58; Figs. 1-3, 5, 7. |
| "sensitive to forces acting in a third direction"<br><br>(Claims 1, 3, 17) | Plain and ordinary meaning | None | "detecting forces acting in a third direction" | Intrinsic Evidence:<br><br>Claims 1, 3, 17.<br><br>Specification at Abstract; 2:15-49; 2:57-58; 2:66-67; 3:3-4; 3:12-5:40; 6:1-7:24; 8:14-48; 9:8-58; Figs. 1-3, 5, 7. |

13

| CLAIM TERM | ST'S PROPOSED CONSTRUCTION | ST'S SUPPORTING EVIDENCE | INVN'S PROPOSED CONSTRUCTION | INVN'S SUPPORTING EVIDENCE |
|---|---|---|---|---|
| "the first and second driving assemblies being connected by central springs"<br><br>(Claim 1) | Plain and ordinary meaning | None | "the oscillating elements of the first and second driving assemblies are connected directly by central springs" | Intrinsic Evidence:<br><br>Claims 1, 17, 26.<br><br>Specification at 3:12-4:13; Figs. 1-3, 5, 7.<br><br>File History at April 23, 2004 Office Action; July 17, 2004 Response to Office Action; March 7, 2005 Notice of Allowability. |
| "gyroscope comprising two symmetrical parts connected by central springs"<br><br>(Claim 17) | Plain and ordinary meaning | None | "gyroscope comprising two symmetrical parts in which the respective oscillating elements are connected directly by central springs" | Intrinsic Evidence:<br><br>Claims 1, 17, 26.<br><br>Specification at 3:12-4:13; Figs. 1-3, 5, 7.<br><br>File History at April 23, 2004 Office Action; July 17, 2004 Response to Office Action; March 7, 2005 Notice of Allowability. |

14

| Claim Term | ST's Proposed Construction | ST's Supporting Evidence | INVN's Proposed Construction | INVN's Supporting Evidence |
|---|---|---|---|---|
| **7,450,332** | | | | |
| "free-fall detection signal"<br><br>(Claims 1, 4, 6, 7, 13) | Plain and ordinary meaning | None | "a continuously-generated signal that has one of two logic values indicating whether the apparatus is free falling" | Intrinsic Evidence:<br><br>Claims 1, 4, 6, 7, 13.<br><br>Specification at Abstract; 5:40-53; 7:12-40;<br>7:52-60; 8:38-47; 9:8-12; 9:34-37; 10:5-17; Figs. 3, 7-10. |
| "acceleration threshold"<br><br>(Claim 1) | Plain and ordinary meaning | None | "a value not higher than 0.577g" | Intrinsic Evidence:<br><br>Claims 2, 3.<br><br>Specification at Abstract; 3:4-15; 3:49-67; 4:27-51; 5:40-7:28; Figs. 3, 7, 8. |

15

# EXHIBIT 2

# Thomas W. Kenny

Department of Mechanical Engineering, Stanford University, Stanford, CA 94305-4021
(415) 725-3805 kenny@cdr.stanford.edu

## Education

- University of California, Berkeley
  Ph D   Physics   June 1989

- University of Minnesota, Minneapolis
  BS       Physics       March 1983

## Experience

**Program Manager, DARPA Microsystems Technology Office, 10/06-10/10**

**Founder, Member, Board of Directors, Chair of Technical Advisory Board, SiTime  8/04-present**
- CMOS-Compatible MEMS Resonators for Electronic Products.

**CTO and Founder Cooligy, 6/02-Present**
- Developing technology for liquid cooling of microprocessors and other high power-density electronic devices.

**Professor, Department of Mechanical Engineering, Stanford University, 1/94-Present**
- Leading Micromechanical Systems Research Group, with emphasis on development of high-performance microsensors, and measurements of fundamental properties of microstructures.
- Active research in Micromechanical Resonators for Time References, Encapsulated Inertial Sensors, Optimal Design of MEMS Structures, Wafer-Scale Packaging of MEMS Devices.
- Teaching Smart Product Design, Sensors and Measurement, and others
- Stanford Collaborations with EE (Howe, Solgaard, Quate), Chemistry (Dai), Aero/Astro (Twiggs, Cantwell), Appl. Phys. (Kapitulnik, Geballe, Moler), Molecular Biochemistry (Spudich), Cell Biology (Nelson), Civil Engineering (Law), and ME (Goodson, Santiago, Cutkosky, Prinz, Pruitt, and Kuhl)
- Active Industrial Collaborations with Robert Bosch, Intel, Boeing, Teledyne, Rockwell Collins, Honeywell, Invensense, SiTime, Hewlett Packard, Qualcomm.

**Staff Scientist, Technical Group Leader,  Jet Propulsion Laboratory,  7/89-1/94.**
- Led the design, construction, and characterization of novel micromachined Si infrared detectors magnetometers and accelerometers based on an electron tunneling displacement transducer. Fully packaged tunneling sensors were delivered to collaborators for characterization.
- Participated in development of meterological instrumentation (pressure, wind, temperature, humidity,...), seismological instrumentation, deformable optical elements, instrumented neurological probes, soil chemistry apparatus, calibration parts for space telescopes,...

**Research Assistant, Physics Department, University of California, Berkeley. 1/84-7/89.**
- Measured of the heat capacity of $^4$He submonolayers on metallic films, showing them to be in a 2-dimensional Bose gas phase, in contradiction to similar measurements on other substrates.

## Honors

- Winner        Coed Ultimate Frisbee World Champion        8/99
- Winner        Coed Ultimate Frisbee National Champion     11/98
- Recipient     NSF CAREER Award                            7/95
- Recipient     Terman Fellowship                           7/94
- Recipient     R+D 100 Award                               5/93
- Recipient     Distinguished Teaching Award                6/89
- Recipient     AT&T Bell Laboratories Fellowship           8/86-6/89

**Books :**

J.E. Carryer, M.Ohline and T.W. Kenny, "Introduction to Mechatronic Design", Pearson (2011).

**Refereed Journal Publications:**

1.  **S. Yoneoka**, J. Lee, M. Liger, G. Yama, T. Kodama, M. Gunji, R.T. Howe, K.E. Goodson and T.W. Kenny, "Electrical and Thermal Conduction in Atomic Layer Deposition Nanobridges down to 7nm Thickness",  NanoLett, 12 (2) 683 (2012).

2.  **Y. Won**, J.Lee, M. Asheghi, T.W. Kenny, and K.E. Goodson "Phase and thickness dependent modulus of Ge $_2$Sb $_2$Te $_5$ films down to 25 nm thickness", Appl. Phys. Lett 100, 161905 (2012).

3.  **Y. Won**, Y. Gao. M.A. Panzer, S. Dogbe, L. Pan, T.W. Kenny, and K.E. Goodson, "Mechanical Characterization of Aligned Milti-Walled Carbon Nanotube Films using Microfabricated Resonators", Carbon 50, 347 (2011)

4.  **H.K. Lee, R. Melamud, S. Chandorkar, J.G. Salvia, S. Yoneoka** and T.W. Kenny, "Stable Operation of MEMS Oscillators Far Abve the Critical Vibration Amplitude in the Nonlinear Regime", JMEMS Letters 20,1228 (2011).

5.  K.P. Bloschock, A.R. Schofield, and T.W Kenny, "Tip-Based Nanofabrication : An Approach to True Nanotechnology", Proceedings of the SPIE 8031, 803102 (2011).

6.  **H.K. Lee, R. Melamud, B. Kim, M.A. Hopcroft, J.G. Salvia**, and T.W. Kenny, "Electrostatic Tuning to Achieve Higher Stability Micromechanical Composite Resonators", JMEMS 20, 1355 (2011).

7.  **G. Bahl, S. Wang, J.C. Salvia, R. Melamud**, R.T. Howe and T.W. Kenny, "AC Polarization for Charge-Drift Elimination in Resonant Electrostatic MEMS and Oscillators", IEEE JMEMS 20, 355-364 (2011).

8.  **H.K. Lee, B. Kim, R. Melamud, M.A. Hopcroft, J.C. Salvia and T.W. Kenny,** **"**Influence of the Temperature-Dependent Nonlinearities on the Performance of Micromechanical Resonators", Appl. Phys. Lett 99, 194102 (2011).

9.  **Y. Won, E.N. Wang,** K.E. Goodson and T.W. Kenny, "3-D Visualization of Flow in Microscale Jet Impingement Systems", International Journal of Thermal Sciences, 50, 325 (2011).

10. **K-L. Chen, S. Wang, J.C. Salvia. R. Melamud** R.T. Howe and T.W. Kenny, "Wafer-Level Epitaxial Silicon Packaging for Out-of Plane RF MEMS Resonators with Integrated Actuation Electrodes", IEEE Transactions on Components, Packaging and Manufacturing Technology Vol 1, 310-317 (2011).

11. **G. Hill, D. Soto**, A. Peattie, R.J. Full, T.W. Kenny, "Orientation angle and the adhesion of single gecko setae", Journal of the Royal Society Interface, Vol 8 926-933 (2011).

12. **S. Yoneoka, J.C. Salvia, G. Bahl, R. Melamud, S.A, Chandorkar**, and T.W. Kenny, "Active Electrostatic Compensation of Micromechanical Resonators under Random Vibrations", IEEE JMEMS 19, 1270 (2010).

13. A.R. Schofield, K,P, Bloschock, and T.W Kenny, "Tip-Based Nanofabrication : An Approach to True Nanotechnology", Proceedings of the SPIE 7637, 76371 (2010).

14. **D. Soto, G. Hill**, A. Parness, N. Esparza, M. Cutkosky, and T. Kenny, "Effect of Fibril Shape on Adhesive Properties", Appl. Phys Lett 97, 153701 (2010).

15.    **M.A. Hopcroft**, W.D. Nix, T.W. Kenny, "What is the Young's Modulus of Silicon?", IEEE JMEMS 19, 229 (2010)

16.    **S. Yoneoka,** C.S. Roper, **R.N. Candler, S.A. Candorkar, A.B. Graham**, J. Provine, R. Maboudian, R.T. Howe, and T.W. Kenny, "Characterization of Encapsulated Micromechanical Resonators Sealed and Coated with Polycrystalline SiC", IEEE JMEMS 19, 357 (2010).

17.    **A.B. Graham, M.W. Messana**, P.G. Hartwel, J. Provine, **S. Yoneoka, R. Melamud, B. Kim**, R.T. Howe and T.W. Kenny, "A Method for Wafer-Scale Encapsulation of Large Lateral-Deflection MEMS Devices", IEEE JMEMS 19, 28 (2010).

18.    **G. Bahl, R. Melamud, B. Kim, S.A. Chandorkar, J.C. Salvia, M.A. Hopcroft**, D. Elata, R.G. Hennessy, R.N. Candler, R.T. Howe and T.W. Kenny, "Model and Observations of Dielectric Charge in Thermally-Oxidized Silicon Resonators", IEEE JMEMS 19, 162, (2010).

19.    **J.C. Salvia, R. Melamud, S.A. Chandorkar, S.F. Lord** and T.W. Kenny, "Real-Time Temperature Compensation of MEMS Oscillators using an Integrated Micro-Oven and a Phase-Locked Loop", IEEE JMEMS 19, 192 (2010).

20.    **R. Melamud, S.A. Chandorkar, B. Kim, HK Lee, J. Salvia, G. Bahl, MA Hopcroft**, and TW Kenny, "Temperature-Insensitive Composite Micromechanical Resonators", IEEE JMEMS 18, 1409 (2009).

21.    **V. Ayanoor-Vitikkate, K-L Chen, W.T. Park,** T.W. Kenny, "Development of Wafer-Scale Encapsulation Process for Large Displacement Piezoresistive MEMS Device", Sensors and Actuators A 156, 275 (2009).

22.    **K-L Chen, J. Salvia,** R. Potter, R.T. Howe, and T.W. Kenny, "Performance evaluation and equivalent model of silicon interconnects for fully-encapsulated RF MEMS devices", IEEE Transactions on Advanced Packaging 32, p. 402-9  (2009).

23.    **S.A. Chandorkar, R.N Candler, A. Duwel, R. Melamud, M. Agarwal**, K.E. Goodson, T.W. Kenny, "Multimode thermoelastic dissipation", Journal of Applied Physics105, P 043505 (13 pp.) (2009).

24.    **B. Kim, R.N. Candler, R. Melamud, M.A. Hopcroft,  S. Yoneoka, H-K Lee, M. Agarwal, S.A. Chandorkar,**  G. Yama, and T.W. Kenny, "Hermeticity and diffusion investigation in polysilicon film encapsulation for microelectromechanical systems", Journal of Applied Physics105 pp. 013514 (10 pp.), (2009).

25.    **C.M. Jha, J. Salvia, S.A. Chandorkar, R. Melamud**, E. Kuhl, T.W. Kenny, "Acceleration insensitive encapsulated silicon microresonator", Applied Physics Letters 93 P. 234103 (3 pp.) (2008)

26.    **B. Kim, M.A. Hopcroft, R.N. Candler, C.M. Jha, M. Agarwal, R. Melamud, S.A. Chandorkar**, G. Yama, T.W. Kenny, "Temperature Dependence of Quality Factor in MEMS Resonators", JMEMS 17, 755 (2008).

27.    **M. Agarwal, SA Chandorkar, H. Mehta, RN Candler, B, Kim, MA Hopcroft, R. Melamud**, TW Kenny, and B. Muhrmann, "A Study of Electrostatic Force nonlinearities in Resonant Microstructures", Appl. Phys Lett. 92, 104 (2008).

28.    **M. Swartwout**, C Kitts, R. Twiggs, T.W. Kenny, B.R. Smith, R. Lu, K. Stattenfield, F. Pranajaya, "Mission Results for a Student-Built Satellite", ACTA Astronautica 62, 521 (2008).

29.     **C.M. Jha, M.A. Hopcroft, S.A. Chandorkar, J.C. Salvia, M. Agarwal, R.N Candler, R. Melamud, B. Kim,** and T.W. Kenny, "Thermal Isolation of Encapsulated MEMS Resonators", JMEMS 17, 175 (2008).

30.     **W.T. Park**, K.N. O'Connor, **K.L. Chen,** J.R. Mallon, T. Maetani, **P. Dalal, R.N. Candler, V. Ayanoor-Vitikkate,** J.B. Roberson, S. Puria, and T.W. Kenny, **"**Ultraminiature Encapsulated Accelerometers as a Fully-Implantable Sensors for Implantable Hearing Aids", Biomedical MicroDevices 9, 939 (2007).

31.     **M. Bartsch**, W. Federle, R.J. Full and T.W. Kenny, "A Multi-Axis Force Sensor for the Study of Insect Biomechanics", JMEMS 16, 709 (2007).

32.     **M.Agarwal, H.Mehta**, **R.N. Candler, S.A. Chandorkar, B. Kim, M.A. Hopcroft, R.Melamud, G. Bahl,** G. Yama[2], T. W. Kenny and B. Murmann,"Scaling of A-f nonlinearities in electrostatically transduced microresonators", Journal of Applied Physics 102, 74903 (2007).

33.     **B. Kim, R.N. Candler, M.A. Hopcroft; M. Agarwal, WT Park**, T.W. Kenny, "Frequency stability of wafer-scale film encapsulated silicon based MEMS resonators " Sensors and Actuators A (Physical), 136, 125 (2007).

34.     **M.A. Hopcroft,  B. Kim,  S. Chandorkar,  R. Melamud,  M. Agarwal, C.M. Jha, G. Bahl, J.Salvia,  H.Mehta, H.K.Lee, R.N.Candler,** T.W.Kenny, "Using the Temperature Dependence of Resonator Quality Factor as a Thermometer", Appl. Phys. Lett. **91**, 13505 (2007).

35.     **J. Bower,** C. Mehls, N. Vora, R. Torii, and T Kenny, "Effect of Surface Roughness on Thin Film Niobium Coatings", IEEE Transactions on Applied Superconductivity 2, 768 (2007).

36.     **O. Ajakaiye, J. Grade, C. Shin**, and T. Kenny, "Wafer-Scale Fabrication of Infrared Detectors based on Tunneling Displacement Transducers", Sensors and Actuators A (Physical) 134, 575 (2007).

37.     **C. M. Jha, G. Bahl, R. Melamud, S. A. Chandorkar, M. A. Hopcroft, B. Kim, M. Agarwal, J. Salvia, H. Mehta**, and T. W. Kenny, "High Resolution microresonator-based digital temperature sensor", Appl. Phys. Lett 91, 74101 (2007).

38.     **R. Melamud, B. Kim, S.A. Chandorkar, M.A. Hopcroft, M. Agarwal, C.M. Jha** and T.W. Kenny, "Temperature Compensated High-Stability Silicon Resonators", Appl. Phys. Lett. **90**, 244107 (2007).

39.     **C.M. Jha, M.A. Hopcroft, S.A. Chandorkar, J.Salvia, M.Agarwal,R.N. Candler, R.Melamud, B.Kim,** and Thomas W. Kenny, "Thermal Isolation of Encapsulated MEMS Resonators" Accedpted with Minor Revision JMEMS (2007).

40.     **M. Agarwal, K.K. Park, S.A. Chandorkar, R.N. Candler, B. Kim, M.A. Hopcroft, R. Melamud,** T.W. Kenny, and B. Murmann**,** "Acceleration sensitivity in beam-type electrostatic microresonators",  Appl. Phys. Lett. 90, 14103 (2007).

41.     **M. Agarwal, S.A. Chandorkar, R.N. Candler, B. Kim, M.A.  Hopcroft, R. Melamud, C.M. Jha,** T.W. Kenny and B. Murmann "Optimal drive condition for nonlinearity reduction in electrostatic MEMS resonators", Appl. Phys. Lett., 89, (2006)

42.     **R.N. Candler, M.A. Hopcroft, B. Kim, W.-T. Park, R. Melamud, M. Agarwal,** G. Yama, A. Partridge, M. Lutz, and T.W. Kenny, "Long-Term and Accelerated Life Testing of a Novel  Single-Wafer Vacuum Encapsulation for MEMS Resonators", JMEMS 15, 1446 (2006).

43.     **E.N. Wang**, S. Devasenathipathy, H. Lin, C.H. Hidrovo, J.G. Santiago, K.E. Goodson, and T.W. Kenny, "A Hybrid Method for Bubble Geometry Reconstruction in Two-Phase Microchannels", Experiments in Fluids 40, 847 (2006).

44.     C.H. Hidrovo, T.A. Kramer, **E.N. Wang**, S.Vigneron, **J.E. Steinbrenner**, J.M. Koo, F.M. Wang, **D.W. Fogg, R.D. Flynn**, E.S. Lee, C.H. Cheng, T.W. Kenny, J.K. Eaton, and K.E. Goodson, "Two-Phase Microfluidics for Semiconductor Circuits and Fuel Cells," Heat Transfer Engineering, 27, 53 (2006).

45.     T.W. Kenny, K.E. Goodson, J.G Santiago, **E.N.Wang,** J-M Koo, L. Jiang, E. Pop, S. Sinha, **L. Zhang,** D. Fogg, S. Yao, R. Flynn, CH Chang, C.H. Hidrovo, "Advanced Cooling Technologies for Microprocessors", International Journal of High Speed Electronics and Systems, 15, 301 (2006).

46.     A. Duwel, **R.N. Candler**, T.W. Kenny, M. Varghese, "Engineering MEMS Resonators with Low Thermoelastic Damping", IEEE JMEMS 15, 1437 (2006).

47.     **R.N. Candler**, A. Duwel, M. Varghese, **S. Chandorkar, M. Hopcroft, W.T. Park, B. Kim**, G. Yama, A. Partridge, M. Lutz, and T.W. Kenny, "Impact of Geometry on Thermoelastic Dissipation in Micromechanical Resonant Beams", IEEE JMEMS 15, 927 (2006).

48.     **W.T. Park,** A. Partridge, **R.N. Candler, V. Ayanoor-Vitikkate,** G. Yama, M. Lutz, and T.W. Kenny, "Encapsulated Sub-Millimeter Piezoresistive Accelerometers", JMEMS 15, 507 (2006).

49.     **E.N. Wang**, S. Devasenathipathy, J.G. Santiago, K.E. Goodson, and T.W. Kenny, "Nucleation and Growth of Vapor Bubbles in a Heated Silicon Microchannel," ASME *Journal of Heat Transfer*, Vol. 128, p. 497. (2004)

50.     B.W. King, T.W. Kenny, and K.E Goodson, "Comparison of Thermal and Piezoresistive Sensing Approaches for Atomic Force Microscopy Topography Measurements", Appl. Phys. Lett. 85, 2086 (2004).

51.     **E.N. Wang, L. Zhang,** L. Jiang, J.M. Koo, J.G. Maveety, E.A. Sanchez, K.E. Goodson, and T.W. Kenny, "Micromachined Jets for Liquid Impingement Cooling of VLSI Chips", JMEMS 13, 833 (2004).

52.     **L. Zhang, E.N. Wang**, K.E. Goodson, and T.W. Kenny, "Phase Change Phenomena in Silicon Microchannels", International Journal of Heat and Mass Transfer 48, 1572 (2005).

53.     E.N. Renuart, **A.M. Fitzgerald**, T.W. Kenny, R. H. Dauskardt, "Fatigue Crack Growth in Micromachined Silngle Crystal Silicon", Journal of Materials Research 19, 2635 (2004).

54.     J.P. Lynch, A. Sundararajan, K.H. Law, A.S. Kiremidjian, T. Kenny and S. Carryer, "Embedment of structural monitoring algorithms in a wireless sensing unit", Structural Engineering and Mechanics, 15, 285-97 (2003).

55.     **R.N. Candler, W.T. Park, H.M. Li,** G. Yama, A. Partridge, M. Lutz, and T.W. Kenny, "Single Wafer Encapsulation of MEMS Devices", IEEE Transactions on Advanced packaging 26, 227 (2003).

56.     **J.P. Lynch, A. Partridge**, K.H. Law, T.W. Kenny, A.S. Kiremidjian, E. Carryer, "Design of Piezoresistive MEMS-based Accelerometer for Integration with Wireless Sensing Unit for Structural Monitoring", Journal of AeroSpace Engineering, 16, 108 (2003).

57.     **Y. Hishinuma**, T. Geballe, B. Moyzhes, and T.W. Kenny, "Measurements of Cooling by Room-Temperature Thermionic Emission across a Nanometer Gap" Journal of Applied Physics 94,4690 (2003).

58.     **E.M. Chow, A. Partridge,** V. Chandrasekaran, M. Sheplak, C.F. Quate, and T.W. Kenny, "Process-Compatible Polysilicon-Based Through-Wafer Interconnects in Silicon Substrates", JMEMS, 11,631 (2002).

59.     K. Autumn, M. Sitti, **Y.A. Liang**, A.M. Peattie, W.R. Hansen, S. Sponberg, T.W. Kenny, R. Fearing, J.N. Israelachvili, and R.J. Full, "Evidence for van der Waals adhesion in gecko setae", Proceedings of the National Academy of Science, 99, 12252 (2002).

60.     K.E. Goodson,  J.G. Santiago, T.W. Kenny, L. Jiang,, S. Zeng, J.M. Koo**, L. Zhang,** S. Yao, and **E.N. Wang,** "Electroosmotic Microchannel Cooling System for Microprocessors," *Electronics Cooling*, Vol. 8, No. 4, pp. 46-47.  (2002)

61.     **A.M. Fitzgerald**, T.W. Kenny, and R.H Dauskardt, "Stress wave interference effects during fracture of silicon micromachined specimens," IEEE Special Issue on Experimental Mechanics 43,317, (2003).

62.     **B.L. Pruitt, W.-T. Park**, T. Kenny. Measurement System for Low Force and Small Displacement Contacts." *Journal of Micro-electro-mechanical Systems*. 13, 220 (2004).

63.     W.P. King, T.W. Kenny, K.E. Goodson, G.L.W. Cross, M. Despont, U.T. Dürig, H. Rothuizen, G.K. Binnig, and P. Vettiger, "Design of Atomic Force Microscope Cantilevers For Combined Thermomechanical Writing and Thermal Reading in Array Operation," *Journal of MicroElectroMechanical Systems* 11, 765 (2002).

64.     **A.E. Herr, J.I. Molho**, K.A. Drouvalakis, J.C. Mikkelsen, P.J. Utz, J.G. Santiago, and T.W. Kenny, "On-Chip Coupling of Isoelectric Focusing and Free Solution Electrophoresis for Multi-Dimensional Separations", Analytical Chemistry 75, 1180 (2003)

65.     Jiang, L., Mikkelsen J., Koo J.-M., Huber D., Yao S., **Zhang L.,** Zhou P., Maveety J.G., Prasher R., Santiago J.G., Kenny T.W., & Goodson K.E., "Closed-loop electroosmotic microchannel cooling system for VLSI circuits", IEEE Transactions on Components & Packaging Technologies 25, 347 (2002).

66.     **Y. Hishinuma**, B.Y. Moyzhes, T.H. Geballe, and T.W. Kenny, "Vacuum Thermionic Refrigeration with a Semiconductor Heterojunction Structure", Appl. Phys. Lett. 81, 4242 (2002).

67.     **B.L. Pruitt**, T. Kenny. "Piezoresistive Cantilevers and Measurement System for Low Force Electrical Contact Measurements." *Sensors and Actuators, A* 104, 68 (2003).

**68.     J.Grade**, H. Jerman, and T.W. Kenny, Design and Characterization of Large Displacement Electrostatic Actuators, JMEMS, 12, 335 (2003).

69.     **E.M. Chow**, G. Yaralioglu, C.F. Quate, and T.W. Kenny, Characterization of a Two-Dimensional Cantilever Array with Through-Wafer Electrical Interconnects, Appl. Phys Lett. 80, 664 (2002).

70.     B.C. Stipe, H.J. Mamin, C.S. Yannoni, **T.D. Stowe**, T.W. Kenny and D. Rugar "Electron Spin Relaxation near a Micron-Sized Ferromagnet", Phys. Rev. Lett. 87, 2776 (2001).

71.     B.C. Stipe, H.J. Mamin, **T.D. Stowe**, T.W. Kenny and D. Rugar, Non-contact friction and force fluctuations between closely spaced bodies, Phys. Lett. Rev. 8709,  6801  (2001).

72.     Rugar, B.C. Stipe, H.J. Mamin, C.S. Yannoni, **T.D. Stowe, K.Y. Yasumura** and T.W. Kenny <u>Adventures in Attonewton Force Detection</u>, Applied Physics A 72 [Suppl] S3-S10 (2001).

73.     B. C. Stipe, H.J. Mamin, **T.D.Stowe**, T.W. Kenny and D. Rugar, <u>Magnetic dissipation and fluctuations in individual nanomagnets measured by ultrasensitive cantilever magnetometry</u>, Phys. Rev. Lett. 86 2874 (2001)

74.     **L. Zhang,** J.M. Koo, L. Jiang, K.E. Goodson, J.G. Santiago, and T.W. Kenny, <u>Measurements and Modeling of Two-Phase Flow in Microchannels with Nearly-Constant Heat Flux Boundary Conditions</u>, JMEMS 11,12 (2002).

75.     B.W. King, T.W. Kenny, K.E. Goodson, G. Cross, M. Despont, U. Durig, H. Rothuizen, G.K. Binnig, and P. Vettiger, <u>Atomic Force Microscope Cantilevers for Combined Thermomechanical Data Writing and Reading</u>, Appl. Phys. Lett. 78, 1300 (2001).

76.     T.W. Kenny, <u>Nanometer-Scale Force Sensing with MEMS Devices</u>, Invited Review , IEEE Sensors 1,148 (2001).

77.     **J.A. Harley** and T.W. Kenny, <u>A High-Stiffness Axial Resonant Probe for Atomic Force Microscopy</u>, JMEMS 10, 434 (2001)

78.     **Y. Hisunuma**, T.H. Geballe , B.Y. Moyzhes, , and T.W Kenny, <u>Refrigeration by Combined Tunneling and Thermionic Emission in Vacuum: Use of Nanometer Scale Design</u>", Appl. Phys. Lett. 78, 2572 (2001).

79.     **J.I. Molho, A.E. Herr,** B.P. Mosier,  J.G. Santiago, T.W. Kenny, R.A Brennen, G.B. Gordon, B. Mohammadi, <u>Optimization of Turn Geometries for On-Chip Electrophoresis</u>, Analytical Chemistry 73, 1350 (2001).

80.     **A.M. Fitzgerald**, R.S. Iyer, R.H. Dauskardt, and T.W. Kenny, <u>Sub-Critical Crack Growth in Single Crystal Silicon Using Micromachined Specimens</u>, Journal of Materials Research 17, 683  (2002).

81.     **C.H. Liu**, and T.W. Kenny, <u>A High-Precision, Wide-Bandwidth Micromachined Tunneling Accelerometer</u>, JMEMS, 10,425 (2001)

82.     K. Autumn, **Y. Liang**, W.P. Chan, T. Hsieh, R. Fearing, T.W. Kenny, and R. Full, <u>Dry Adhesive Force of a Single Gecko Foot-Hair</u>,  Nature. 405: 681-685 (2000).

83.     **A.E. Herr, J.I. Molho**, J.G. Santiago, M.G. Mungal, T.W. Kenny, and M.G. Garguilo, <u>Electroosmotic Capillary Flow with Non-Uniform Surface Potential</u>, Analytical Chemistry 72, 1053-1057 (2000).

84.     **E.M. Chow**, H.T. Soh, H.C. Lee, J.D. Adams, S.C. Minne, G. Yaralioglu, A. Atalar, C.F. Quate, and T.W. Kenny, <u>Integration of Through-Wafer Interconnects with a Two-Dimensional Cantilever Array</u>, Sensors and Actuators 83, 118-123 (2000).

85.     **K.Y. Yasumura, T.D. Stowe, E.M. Chow**, T.E. Pfafman, T.W. Kenny, B. Stipe, and D. Rugar, <u>Quality Factors in Micron- and Submicron-Thick Cantilevers</u>, JMEMS 9, 117-125 (2000).

86.     **J.K. Reynolds**, D.C. Catling, R.C. Blue, N. Maluf, T.W. Kenny, <u>Packaging a piezoresistive pressure sensor for pressure and temperature stability in a Martian environment</u>, Sensors and Actuators 83, 142-149 (2000).

87.     **R. G. Rudnitsky, E.M. Chow**, and T.W. Kenny, <u>High-Speed Biological Screening with Magnetic Force Microscope Cantilever Arrays</u>, Sensors and Actuators 83, 256-262 (2000).

88.     **A.M. Fitzgerald**, T.W. Kenny, S.Iyer, R. Dauskard, <u>Fracture Toughness and Crack-Growth Phenomena of Plasma-Etched Single Crystal Silicon</u>, Sensors and Actuators 83, 194-199 (2000)

89.     **J.A. Harley** and T.W. Kenny, <u>Design and Process Optimization of Piezoresistive Cantilevers</u>, JMEMS 9, 226-235 (2000).

**90.**     **T.D. Stowe**, T.W. Kenny, D.J. Thompson, and D. Rugar, <u>Silicon Dopant Imaging by Dissipation Force Microscopy</u>, Appl. Phys Lett, 75, 2785-2787 (1999).

91.     **A. Partridge, J.K. Reynolds, B.W. Chui, E.M. Chow, A.M. Fitzgerald, L. Zhang**, N.I. Maluf, and T.W. Kenny, <u>A High-Performance Planar Piezoresistive Accelerometer</u> JMEMS 9, 58-66 (2000).

92.     **J.A. Harley**, and T.W. Kenny, <u>High Sensitivity Piezoresistive Cantilevers under 1000Å Thick</u>, Appl. Phys. Lett. 75, 289-291 (1999).

93.     **B.W. Chui, M. Asheghi, Y.S. Ju**, K.E. Goodson, T.W. Kenny and H.J. Mamin, <u>Intrinsic-Carrier Thermal Runaway in Silicon Microcantilevers</u>, Microscale Thermophysical Engineering 3, 217-228 (1999).

**94.**     G. Binnig, M. Despont, U. Drechsler, W. Haberle, M. Lutwyche, P. Vettiger, H.J. Mamin, **B.W. Chui**, and T.W. Kenny, <u>High-Density Data Read, Write, and Erase using Heated Atomic Force Microscopy Cantilevers</u>, Appl. Phys Lett, 74 1329-1331 (1999)

95.     **A. Partridge, J.K. Reynolds, J.D. Grade,** B.J. Kane, N.I. Maluf, G.T.A. Kovacs, and T.W. Kenny, <u>An Integrated Controller for Tunnel Sensors</u>, J. Solid State Circuits 34, 1099-1107 (1999).

96.     T.E. Pfafman, **A.M. Fitzgerald** and T.W. Kenny, <u>A Micromachined Calorimeter for Spacecraft Exposure Monitoring</u>, J. Vac. Sci. Technol., In review (8/99).

97.     **B.W. Chui**, T.W. Kenny, H.J. Mamin, B.D. Terris, and D. Rugar, <u>Independent Detection of Vertical and Lateral Forces with a Sidewall-Implanted Dual-Axis Piezoresistive Cantilever</u>, Appl. Phys Lett. 72, 1388-1390 (1998).

98.     **C.H. Liu,  A.M. Barzilai, J.K. Reynolds, A. Partridge**, T.W. Kenny, **J.D. Grade** and H.K. Rockstad, <u>Characterization of a High-Sensitivity Micromachined Tunneling Accelerometer with Micro-g Resolution</u>, J. MicroElectroMechanical Systems 7, 235-244 (1998).

99.     **A.M. Barzilai**, T.R. VanZandt, T. Kenny, <u>Measurement of the Noise of a Geophone in the Presence of Large Background Signals</u>, Rev. Sci. Instrum. 69, 2767-2772 (1998).

100.    **B.W. Chui, T.D. Stowe,** Y.S. Ju, K.E. Goodson, T.W. Kenny, H.J. Mamin, B.D. Terris, R.P.Ried, and D. Rugar, <u>Low-stiffness Silicon Cantilevers with Integrated Heaters and Piezoresistive Sensors for High-Density AFM Thermomechanical Data Storage</u>, IEEE Journal of MicroElectroMechanical Systems, 7, 69-78 (1998).

101.    **T.D. Stowe, K. Yasumura**, T. Pfafman, T. Kenny, D. Botkin, and D. Rugar, <u>Attonewton Force Detection using Ultrathin Silicon Cantilevers</u>, Appl. Phys. Lett. 71, 288-290 (1997).

102.    R.A. Brennen, M.H. Hecht, D.V. Wiberg, S.J. Manion, W.D. Bonivert, J.M. Hruby**, M.L. Scholz, T.D. Stowe**, T.W. Kenny, K.H. Jackson, and C.K. Malek, <u>Fabrication of Collimating Grids for an X-Ray Solar Telescope using LIGA Methods</u>, Microsystem Technologies 3, 91-96 (1997).

103.    D.Dilella, L.J. Whitman, R.J. Colton, T.W. Kenny, W.J. Kaiser, E.C. Vote, J.A. Podosek, and L.M. Miller,  A Micromachined Magnetic-Field Sensor based on an Electron Tunneling Displacement Transducer, Sensors and Actuators A, 86, 8 (2000).

104.    **B.W. Chui, T.D. Stowe**, T.W. Kenny, H.J., Mamin, B.D. Terris, and D.Rugar,  Low-Stiffness Silicon Cantilevers for Thermal Writing and Piezoresistive Readback with the Atomic Force Microscope, Appl. Phys Lett., 69, 2767-2769 (1996).

105.    H.K. Rockstad, T.K.Tang, **J.K. Reynolds**, T.W. Kenny, W.J. Kaiser, and T.B. Gabrielson,  A Miniature, High-Sensitivity, Electron Tunneling Accelerometer, Sensors and Actuators A53, 227-231 (1996).

106.    T.W. Kenny**, J.K. Reynolds**, J.A. Podosek, E.C. Vote, L.M. Miller, H.K. Rockstad, and W.J. Kaiser, Micromachined Infrared Sensors using Tunneling Displacement Transducers, Rev. Sci. Instrum. 67, 112-128 (1996).

107.    T.W. Kenny, W.J. Kaiser, H.K. Rockstad, J.K. Reynolds, J.A. Podosek, and E.C. Vote, Wide-Bandwidth Mechanical Elements for Tunneling Transducers, J. MicroElectroMechanical Systems 3, 97-104 (1994).

108.    R.E. Stalder, S. Boumsellek, T.R. VanZandt, T.W. Kenny, M.H. Hecht and F.E Grunthaner, Micromachined Array of Electrostatic Energy Analyzers for Charged Particles, J. Vac. Sci. Technol. A12, 2554-2558  (1994).

109.    H.K. Rockstad, T.W. Kenny, J.K. Reynolds, W.J. Kaiser, and T.B. Gabrielson, A Miniature High-Sensitivity Broad-Band Accelerometer Based on Electron Tunneling Transducers, Sensors and Actuators A 43, 107-114 (1994).

110.    T.W. Kenny, W.J. Kaiser, J.A. Podosek, H.K. Rockstad, J.K. Reynolds, and E.C. Vote, Micromachined Tunneling Displacement Transducers for Physical Sensors, J. Vac. Sci. Technol. A11, 797-803  (1993).

111.    T.W. Kenny, W.J. Kaiser, J.K. Reynolds, J.A. Podosek, H.K. Rockstad, E.C. Vote, and S.B. Waltman, Electron Tunnel Sensors, J. Vac. Sci. Technol. A  10(4), 2114-2118 (1992)

112.    T.W. Kenny, W.J. Kaiser, S.B. Waltman, J.K. Reynolds, A Novel Infrared Detector Based on a Tunneling Displacement Transducer,  Appl. Phys. Lett. 59, 1820-1822 (1991).

113.    T.W. Kenny, S.B. Waltman, J.K. Reynolds, and W.J. Kaiser, A Micromachined Silicon Tunnel Sensor for Motion Detection, Appl. Phys. Lett.  58, 100-102 (1991).

114.    T.W. Kenny and P.L. Richards, Heat Capacity and Sticking Probability Measurements of $^4$He Submonolayers Adsorbed on Evaporated Ag Films: Bose Statistics in Two Dimensions, Phys. Rev. Lett. 64, 2386-2389 (1990).

115.    T.W. Kenny and P.L. Richards,  AC Calorimeter for Measurements of Adsorbed Gases on Metal Films at $^4$He Temperatures, Rev. Sci. Instr. 61, 822-829 (1990).

116.    T.W. Kenny, P.L. Richards, I.S. Park, E.E. Haller, and J.W. Beeman, Bias Induced Nonlinearities in Neutron Transmutation Doped Germanium at $^4$He Temperatures, Phys. Rev. B  39, 8476-8482 (1989)

117.    M. Berg, C.B. Harris, T.W. Kenny, and P.L. Richards, Generation of Intense Tunable Picosecond Pulses in the Far-Infrared, Appl. Phys. Lett. 47, 206-208 (1985).

118.    U. Frick, T.W. Kenny, R.O. Pepin, "The Irradiation History of Lunar Breccia 79035", Meteoritics 17, 216 (1982).

**Refereed Symposia and Conference Proceedings:**

1.    C.H. Hidrovo, T.A. Kramer, **E.N. Wang**, S. Vigneron, J.E. Steinbrenner, J.-M. Koo, F.-M. Wang, D. Fogg, R. Flynn, E.S. Lee, C.-H. Cheng, T.W. Kenny, J.K. Eaton, K.E. Goodson, "Two-phase Microfluidics for Semiconductor Circuits and Fuel Cells," 3rd International Conference on Microchannels & Minichannels, Toronto, Canada, June 13-15, ICMM2005-75085. 2005

2.    **E.N. Wang**, J.G. Santiago, K.E. Goodson, T.W. Kenny.  "Microjet Impingement Cooling with Phase Change," ASME International Mechanical Engineering Congress & Exposition, November 13-19, Anaheim, CA, USA, IMECE2004-62176. 2004.

3.    **E.N. Wang**, S. Devasenathipathy, C.H. Hidrovo, D.W. Fogg, J.-M. Koo**,** J.G. Santiago, K.E. Goodson, T.W. Kenny. "Liquid Velocity Fields in Two-Phase Microchannel Convection," 3rd International Symposium on Two-Phase Flow Modelling and Experimentation, September 22-24, 2004, Pisa, Italy.

4.    **E.N. Wang**, S. Devasenathipathy, J.G. Santiago, K.E. Goodson, T.W. Kenny. "Nucleation and Growth of Vapor Bubbles in a Heated Silicon Microchannel," ASME International Mechanical Engineering Congress & Exposition, Washington, D.C., USA, Nov. 15-21, 2003.

5.    Koo, J.-M., Jiang, L., Bari, A., **Zhang, L., Wang, E**., Kenny, W., Goodson, K.E., and Santiago, J.G., "Convective Boiling in Microchanenl Heat Sinks with Spatially-varying Heat Flux", *ITHERM 2002*, San Diego, CA, USA, May, 2002.

6.    Jiang, L**.**, Koo, J.-M., Bari, A.**, Wang, E**., Prasher, R.S., Maveety, J., Kenny, T.W., Goodson, K.E., and Santiago J.G., "Cross-linked Microchannels for VLSI Hotspot Cooling", *2002 ASME International Mechanical Engineering Congress & Exposition*, New Orleans, USA, Nov.17-22, 2002.

7.    Koo, J.-M., Im, S., Goodson, K.E., Cho, E., Prashe,r R.S., **Wang, E**., Jiang, L., Bari, A., Campion, D., Fogg, D., Kim, M., Kenny, T.W., and Santiago, J.G., "VLSI Hotspot Cooling Using Two-phase Microchannel Convection", *2002 ASME International Mechanical Engineering Congress & Exposition*, New Orleans, USA, Nov. 17-22, 2002.

8.    Jiang, L., Mikkelsen, J., Koo, J-M**, Zhang, L.,** Huber, D., Yao, S., Bari, A., Zhou, **P.,** Santiago, J., and Kenny, T.W. and Goodson, K.E., "Transient and Sub-atmospheric Performance of A Closed-loop Electroosmotic Microchannel Cooling System", Proceeding of Thermal Challenges in Next Generation Electronic Systems, THERMES 2002, Santa Fe, New Mexico, USA, pp. 133-139, Jan. 13-16, 2002.

9.    J.M. Koo**,** S. Im., S.S. Banerjee, D. Fogg, **E.N. Wang, L. Zhang,** L. Jiang, A. Bari, T.W. Kenny, K.E. Goodson, and J.G. Santiago, "Two-phase Microchannel Heat Sinks for Sub-100nm High Performance VLSI," Proc. ISLPED. 2002.

10.    L. Jiang, J.M. Koo S.  **L. Zhang., S. Banerjee,** P. Zhou. J.G, T.W. Kenny, K.E. Goodson,, "An Electrokinetic Closed-Loop Micro Cooler for High-Power VLSI Chips," presented at SEMI-THERM, San Jose, CA, USA, March. 2001.

11.    R.M. Zeighami**,** **D. Laser**, P. Zhou**,** M. Asheghi, S. Devasenathipathy, T.W. Kenny, J.G. Santiago and K.E. Goodson, "Experimental Investigation of Flow Transition in Microchannels using Micron Resolution Particle Image Velocimetry," Proc. ITherm, Las Vegas, Nevada, May. 2000.

12.     **C.H.Liu**, T.W. Kenny and H.K. Rockstad, <u>Robust Controller Design via $\mu$-synthesis for High-Performance Micromachined Tunneling Accelerometers</u>, 1999 American Controls Conference Digest (1999)

13.     W.P. King, J.G. Santiago, T.W. Kenny, and K.E. Goodson, "<u>Modeling and Simulation of Sub-Micrometer Heat Transfer in AFM Thermomechanical Data Storage</u>," ASME MEMS-Vol. 1, pp. 583-588. 1999.

14.     **J.I. Molho, A.E. Herr,** T.W. Kenny, M.G. Mungal, M.G. Garguilo, P.H. Paul, M. Desphande, J.R. Gilbert, P.M. St.John, T.M. Woudenberg, and C. Connell, <u>Fluid Transport Mechanisms in MicroFluidic Devices</u>, Proceedings 1998 ASME Winter Meeting DSC Vol 66, 69 (1998).

15.     S.M. Kumar**,** W.C. Reynolds, and T.W. Kenny, <u>MEMS Based Actuators for Boundary Layer Control</u>, Proceedings 1998 ASME Winter Meeting DSC Vol 66, 103 (1998).

**16.**    **J.A. Harley, E.M Chow**, and T.W. Kenny <u>Design of Resonant Beam Force Transducers; An Axial Force Probe for Atomic Force Microscopy</u>, Proceedings 1998 ASME Winter Meeting DSC Vol 66, 247 (1998).

17.     **Y. Liang** and T.W. Kenny, <u>Mechanical Optimization of a Dual-Axis Piezoresistive Force Sensor</u>, Proceedings 1998 ASME Winter Meeting DSC Vol 66, 389 (1998).

18.     **A.M. Fitzgerald**, R.S. Iyer, R.H. Dauskardt, and T.W. Kenny, <u>Fracture and Sub-Critical Crack Growth Behavior of Micromachined Single Crystal Silicon Structures</u>,  Proceedings 1998 ASME Winter Meeting DSC Vol 66, 395 (1998).

**19.**    **J.K. Reynolds**, D.C Catling, R.C. Blue, N.I. Maluf, and T.W. Kenny <u>Packaging and Instrumentation of a Commercial Pressure Sensor for a High-G Impact and the Martian Environment</u>, Proceedings 1998 ASME Winter Meeting DSC Vol 66, 401 (1998).

**20.**    **B.W. Chui,** T.W. Kenny, H.J. Mamin, B.D. Terris, and D. Rugar, <u>A Novel AFM Cantilever with Independent Piezoresistive Sensors for Simultaneous Lateral and Vertical Force Detection</u>, ASME Winter Exposition 1997.

21.     **C.H. Liu, A. Barzilai, J.K. Reynolds, J.Grade**, H.K.Rockstad, T.W. Kenny, <u>Feedback Control Strategies for High-Sensitivity Micromachined Tunneling Accelerometer</u>, ASME Winter Exposition 1997.


## Non-Refereed Symposia and Conference Publications:

1.     C-F. Chiang, A.B. Graham, E.J. Ng, C.H. Ahn, G.J. O'Brien and T.W. Kenny, "A Novel, High-Resolution Resonant Thermometer used for Temperature Compensation of a Cofabricated Pressure Sensor", Proceedings 2012 Solid State Sensors and Actuators Workshop, P54, Hilton Head, SC (2012).

2.     E.J. Ng, S. Wang, D. Buchman, C-F. Chiang, T.W. Kenny, H. Muenzel, M. Fuertsch, J. Marek, U.M. Gomez, G. Yama and G.O'Brien, "Ultra-Stable Epitaxial Polysilicon Resonators", Proceedings 2012 Solid State Sensors and Actuators Workshop, P271, Hilton Head, SC (2012).

3.     V.A. Hong, S. Yoneoka, M.W. Messana, A.B. Graham, J.C. Salvia, T.T. Branchflower, E.J. Ng and T.W. Kenny, "High-Stress Fatigue Experiments on Single Crystal Silicon in an Oxygen-Free Environment", Proceedings 2012 Solid State Sensors and Actuators Workshop, P553, Hilton Head, SC (2012).

4.  M.A. Philippine, O. Sigmund, G.M Rebeiz and T.W. Kenny, "Reduction of Stress-Stiffening by Topology Optimization", Proceedings 2012 Design Test Integration and Packaging Workshop (DTIP 2012), 2012, Cannes France (2012).

5.  C-F. Chiang, A.B. Graham, G.J. O'Brien, and T.W. Kenny, "A single process for building capacitive pressure sensors and timing references with precise control of released area using lateral etch stop", Proceedings IEEE MEMS 2012, P. 519, Paris (2012).

6.  E. Ng, H.K. Lee, C.H. Ahn, R. Melamud, and T.W. Kenny, "Stability measurements of silicon MEMS resonant thermometers", Proceedings IEEE Sensors 2011, Limerick (2011).

7.  C-F. Chiang, A.B. Graham, M.W. Messana, J. Provine, D.T. Buchman, G.J. O'Brien, and T.W. Kenny, "Capacitive Absolute Pressure Sensor with Independent Electrode and Membrane Sizes for Improved Fractional Capacitance Change", Proceedings Transducers 2011, P. 894, Beijing (2011).

8.  H.K. Lee, R. Melamud, S.A. Chandorkar, Y.Q. Qu, J.C. Salvia, B. Kim, M.A. Hopcroft, and T.W. Kenny, "Influence of the A-F Effect on the Temperature Stability of Silicon Micromechanical Resonators", Proceedings Transducers 2011, P. 506, Beijing (2011).

9.  H.K. Lee, P.A. Ward, A.E. Duwel, J.C. Salvia, Y.Q. Qu, R. Melamud, S.A. Chandorkar, M.A. Hopcroft, B. Kim, and T.W. Kenny, "Verification of the Phase-Noise Model for MEMS Oscillators Operating in the Nonlinear Regime", Proceedings Transducers 2011, P. 510, Beijing (2011).

10. R.G. Hennessy, M. M. Shulaker, M. W. Messana, A. B. Graham, N. Klejwa, J Provine, T. W. Kenny and R. T. Howe, "Temperature Dependence of Vacuum-Encapsulated Resonators for Humidity Measurement", Proceedings Transducers 2011, P. 1950, Beijing (2011).

11. S. Wang, S. A. Chandorkar, A. B. Graham, M. W. Messana, J. Salvia, and T.W. Kenny, "Encapsulated Mechanically-Coupled Fully-Differential Breathe-Mode Ring Filters with Ultra-Narrow Bandwidth", Proceedings Transducers 2011, P. 942, Beijing (2011).

12. H.K. Lee, R. Melamud, S. Chandorkar, Y-Q Qu, J. Salvia and T.W. Kenny, "Motional Impedance of Resonators in the Nonlinear Regime", Proceedings IEEE International Frequency Control Conference, 2011, San Francisco (2011).

13. S. Yoneoka, M. Liger, G. Yama, R. Schuster, F. Purkl, J. Provine, F.B. Prinz, R.T. Howe and T.W. Kenny, "ALD-Metal Uncooled Bolometer", Proceedings IEEE MEMS 2011 P. 676, Cancun, MX (2011).

14. J. Provine, N. Ferralis, **A.B. Graham, M.W. Messana**, R. Kant, R. Maboudian, T.W. Kenny, and R.T. Howe, "Time Evolution of Released Hole Arrays into Membranes via Vacuum Silicon Migration", Proceedings 2010 Solid State Sensors and Actuators Workshop, P344, Hilton Head, SC (2010).

15. **G. Bahl, J. Salvia, H-K. Lee, R. Melamud, B. Kim**, R.T. Howe and T.W Kenny, "Heterodyned Electrostatic Transduction Oscillators Evade Low-Frequency Noise Aliasing", Proceedings 2010 Solid State Sensors and Actuators Workshop, P384, Hilton Head, SC (2010).

16. **W.S. Smith**, P.G. Hartwell, R.G. Walmsley, and T.W. Kenny, "Contact Geometry Effects on Friction in MEMS Probe Arrays", Proceedings 2010 Solid State Sensors and Actuators Workshop, P198, Hilton Head, SC (2010).

17.    **M.A. Philippine, C-F. Chang, J. Salvia, C.M. Jha, S. Yoneoka**, and T.W. Kenny, "Material Distribution Design for a Piezoelectric Energy Harvester Desplaying Geometric Nonlinearity", Proceedings 2010 Solid State Sensors and Actuators Workshop, P451, Hilton Head, SC (2010).

18.    R.G. Hennessy, M.M. Shulaker, **R. Melamud**, N. Klejwa, **S. Chandorkar, B. Kim**, J. Provine, T.W. Kenny and R.T. Howe, "Vacuum Encapsulated Resonators for Humidity Measurement", Proceedings 2010 Solid State Sensors and Actuators Workshop, P487, Hilton Head, SC (2010).

19.    **H.K. Lee, J.C. Salvia, S. Yoneoka, G. Bahl, Y.Q. Qu, R. Melamud, S. Chandorkar, M.A. Hopcroft, B. Kim** and T.W. Kenny, "Stable Oscillation of MEMS Resonators Beyond the Critical Bifuration Point", Proceedings 2010 Solid State Sensors and Actuators Workshop, P70, Hilton Head, SC (2010).

20.    **M.W. Messana, A.B. Graham, S. Yoneoka**, R.T. Howe and T.W. Kenny, "Packaging of Large Lateral Deflection MEMS using a Combination of Fusion Bonding and Epitaxial Reactor Sealing", Proceedings 2010 Solid State Sensors and Actuators Workshop, P336, Hilton Head, SC (2010).

21.    **B. Kim, R. Melamud, R.A. Candler, M.A Hopcroft, C.M. Jha, S. Chandorkar**, and T.W. Kenny, "Encapsulated MEMS Resonators – A technology path for MEMS into Frequency Control", (Invited) Proceedings 2010 International Frequency Control Symposium, 1 Newport Beach, CA, 2010.

22.    **G. Bahl, J. Salvia, I. Bargatin, S. Yoneoka, R. Melamud, B. Kim, S. Chandorkar, M.A. Hopcroft,** R. Bahl, R.T. Howe, and T.W. Kenny, "Charge-drift elimination in resonant electrostatic MEMS", 23rd IEEE International Conference on Micro Electro Mechanical Systems (MEMS 2010), Hong Kong January 2010, P. 108 (2010).

23.    **S. Wang, C. Chandorkar, J. Salvia, R. Melamud, Y.Q. Qu, H.K. Lee**, and T.W. Kenny, "Nonlinearity of hermetically-encapsulated high-Q double-balanced breathe-mode ring resonator", 23rd IEEE International Conference on Micro Electro Mechanical Systems (MEMS 2010), Hong Kong January 2010, P. 715 (2010).

24.    **H.K. Lee, S. Yoneoka, G. Bahl, J. Salvia, Y.Q. Qu, R. Melamud, C. Chandorkar, B. Kim, M.A. Hopcroft**, and T.W. Kenny, "A novel characterization method for temperature compensation of composite resonators", 23rd IEEE International Conference on Micro Electro Mechanical Systems (MEMS 2010), Hong Kong January 2010, P. 743 (2010).

25.    **S. Yoneoka, Y.Q. Qu, S. Wang, M.W. Messana, A.B. Graham, J. Salvia, B. Kim, R. Melamud, G. Bahl** and T.W. Kenny, "High-cyclic fatigue experiments on single crystal silicon in an oxygen-free environment", 23rd IEEE International Conference on Micro Electro Mechanical Systems (MEMS 2010), Hong Kong January 2010, P. 224 (2010).

26.    **H.K. Lee, J.Salvia, G. Bahl, R. Melamud, S. Yoneoka, Y.Q. Qu, M.A. Hopcroft, B. Kim** and T.W. Kenny, "Influence of the temperature-dependent A-F effect on the design and performance of oscillators", 23rd IEEE International Conference on Micro Electro Mechanical Systems (MEMS 2010), Hong Kong January 2010, P. 699 (2010).

27.    **Y.Q. Qu, R. Melamud, S.A. Chandorkar, H.K. Lee** and T.W. Kenny, "Stress relaxation study of sputtered platinum films near room temperature using an ultrasensitive strain gauge", 23rd IEEE International Conference on Micro Electro Mechanical Systems (MEMS 2010), Hong Kong January 2010, P. 548 (2010).

28.   **K.L. Chen, S. Wang, J. Salvia**, R.T. Howe, and T.W. Kenny, "Encapsulated Out-Of-plane Differential Square-Plate Resonator with Integrated Actuation Electrodes", 15th International Conference on Solid-State Sensors, Actuators and Microsystems, Transducers 2009 June, 2009.

29.   C.S. Roper, **R. Candler, S. Yoneoka**, T. Kenny, R.T Howe, R. Maboudian, "Simultaneous Wafer-Scale Vacuum-Encapsulation and Microstructure Cladding with LPCVD Pilycrystalline 3C-SiC", 15th International Conference on Solid-State Sensors, Actuators and Microsystems, Transducers 2009 June, 2009.

30.   **Y.Q. Qu, R. Melamud** and T.W. Kenny, "Using Encapsulated MEMS Resonators to Measure Evolution in Thin Film Stress", 15th International Conference on Solid-State Sensors, Actuators and Microsystems, Transducers 2009 June, 2009.

31.   M. Weinberg, **R. Candler, S. Chandorkar**, J Varasnik, T. Kenny, and A. Duwel, "Energy Loss in MEMS Resonators and the Impact on Inertial and RF Devices", 15th International Conference on Solid-State Sensors, Actuators and Microsystems, Transducers 2009 June, 2009.

32.   **K.L. Chen, R. Melamud, S Wang** and T.W. Kenny, "An Integrated Solution for Wafer-Level packaging and Electrostatic Actuation of Out-Of Plane Devices", Proceedings 22nd International Conference on MicroElectro Mechanical Systems (IEEE MEMS), January 2009.

33.   **S. Yoneoka, G. Bahl, J. Salvia, K.L. Chen, A.B Graham, H.K. Lee**, G. Yama, **R.N. Candler** and T.W. Kenny "Acceleration Compensation of MEMS Resonators using Electrostatic Tuning", Proceedings 22nd International Conference on MicroElectro Mechanical Systems (IEEE MEMS), January 2009.

34.   **A.B. Graham, M. Messana,** P. Hartwell, J. Provine, **S. Yoneoka, B. Kim, R. Melamud**, R.T. Howe, and T.W. Kenny, "Wafer-Scale Encapsulation of Large Lateral Deflection MEMS Structures", Proceedings 22nd International Conference on MicroElectro Mechanical Systems (IEEE MEMS), January 2009.

35.   **J. Salvia, R. Melamud, S Chandorkar, H.K.Lee, Y.Q.Qu, S.F. Lord**, B. Muhrmann, and T.W. Kenny, "Phase Lock Pool-Based Temperature Compensation for MEMS Oscillators", Proceedings 22nd International Conference on MicroElectro Mechanical Systems (IEEE MEMS), January 2009.

36.   **K.L. Chen**, H. Chandrahalim, **A.B. Graham**, S.A. Bhave, R.T. Howe and T.W. Kenny, "Epitaxial Silicon Microshell Vacuum-Encapsulated CMOS-Compatible 200 MHz Bulk-Mode Resonator", Proceedings 22nd International Conference on MicroElecrtro Mechanical Systems (IEEE MEMS), January 2009.

37.   **J. Salvia, M. Messana**, M. Ohline, **M.A. Hopcroft, R. Melamud, S. Chandorkar, H.K. Lee, G. Bahl**, B. Muhrmann, and T.W. Kenny, "Exploring the limits and practicality of Q-Based Temperature Compensation for Silicon Resonators", Proceedings 2008 IEDM Meeting, December 2008.

38.   **S.A. Chandorkar, M. Agarwal, R. Melamud**, R.N. Candler, K.E. Goodson and T.W. Kenny, "Limits of Quality Factor in Bulk-Mode Micromechanical Resonators", Proceedings IEEE MEMS Conference, Tucson, AZ (2008).

39.   **H.K. Lee, M.A. Hopcroft, R. Melamud, B. Kim, J. Salvia, S. Chandorkar**, and T.W. Kenny, "Electrostatic Tuning of Hermetically-Encapsulated Composite Resonator", Proceedings 2008 Solid State Sensors and Actuators Workshop, Hilton Head, SC (2008).

40.     **G. Bahl, R. Melamud, B. Kim, S. Chandorkar, J. Salvia, M.A. Hopcroft, R.G. Hennessy, S. Yoneoka, C.M. Jha**, G. Yama, D. Elata, R.N. Candler, R.T. Howe, and T.W. Kenny, "Observations of Fixed and Mobile Charge in Composite MEMS Resonators", Proceedings 2008 Solid State Sensors and Actuators Workshop, Hilton Head, SC (2008).

41.     **B. Kim, M.A. Hopcroft, R. Melamud, C.M. Jha, M. Agarwal, S.A. Chandorkar** and T.W. Kenny, " CMOS-Compatible wafer-scale encapsulation with MEMS Resonators", Proceedings of the ASME InterPACK 2007, 499 (2007).

42.     **H-S. Kim**, **H.O. Song**, T.W. Kenny, "An improved method of thermal resistance measurement for variable thermal resistors", Proceedings of the ASME InterPACK 2007, 249 (2007).

43.     **M.A. Hopcroft, H.K. Lee, B. Kim, R. Melamud, S. Chandorkar, M. Agarwal, C.M. Jha, J. Salvia, G. Bahl, H. Mehta,** and T.W. Kenny **"A High-Stability MEMS Frequency Reference"**, Proceedings, 14th International Conference on Solid State Sensors Actuators and Mictosystems (Transducers '07), 1307 (2007).

44.     **Ginel C. Hill, Daniel R. Soto, Stephanie J. Lue, Anne M. Peattie**, **Robert J. Full, and Thomas W. Kenny, "Investigating the Role of Orientation Angle on Gecko Setae Adhesion using a Dual-Axis MEMS Force Sensor",** Proceedings, 14th International Conference on Solid State Sensors Actuators and Mictosystems (Transducers '07), 2263 (2007).

45.     **C. M. Jha, G. Bahl, R. Melamud, S. A. Chandorkar, M. A. Hopcroft, B. Kim, M. Agarwal, J. Salvia, H. Mehta and T. W. Kenny**, "CMOS Compatible Dual Resonator MEMS Temperature Sensor with Milli-degree Accuracy", Proceedings, 14th International Conference on Solid State Sensors Actuators and Mictosystems (Transducers '07), 229 (2007)

46.     **B. Kim, M. Hopcroft, C.M Jha, R. Melamud, S. Chandorkar, M. Agarwal, K.L. Chen, W.T. Park, R. Candler**, G. Yama[2] A. Partridge, M. Lutz, T.W. Kenny, "Using MEMS to Build the Device and the Package", Invited Talk, Transducers '07 Lyon France (6/7/07)

47.     **B. Kim, M.A. Hopcroft, R. Melamud, C.M. Jha. M. Agarwal, S.A. Chandorkar,** and T.W. Kenny, "MEMS Resonators in CMOS Compatible Wafer-Scale Encapsulation", Proceedings of IPACK2007  (2007).

48.     **R. Melamud, B. Kim, M.A. Hopcroft,  S.Chandorkar, M.Agarwal, C.M. Jha**, and T.W. Kenny, "Composite Flexural-Mode Resonator with Controllable Turnover Temperature", Proceedings 2007 International Conference on MEMS, Kobe, Japan (2007).

49.     **S. A. Chandorkar**[1]**, H. Mehta**[1]**, M. Agarwa1**[1]**, M.A. Hopcroft**[1]**, C. M. Jha**[1]**, R.N. Candler**[2]**,** G.Yama[2]**, G. Bahl**[1]**, B. Kim**[1]**, R. Melamud**[1], K. E. Goodson[1] and T. W. Kenny [1] "Non-Isothermal Micromechanical Resonators", Proceedings 2007 International Conference on MEMS, Kobe, Japan (2007).

50.     **M.Agarwal , H. Mehta, R.N. Candler, S.A. Chandorkar,  B. Kim , M.A. Hopcroft, R. Melamud, G. Bah**l, G. Yama,  T.W. Kenny  and B. Murmann, "Impact of Miniaturization on the Current Handling of MEMS Resonators",  Proceedings 2007 International Conference on MEMS, Kobe, Japan (2007).

51.     T.Kenny, M. Lutz, A. Partridge, G. Yama, **R.N. Candler, W.T. Park, M. Hopcroft, B. Kim, M. Agarwal, S. Chandorkar, R. Melamud, C. Jha**, "Advances in MEMS Integration: MEMS First or MEMS Last?", Proceedings 12th International Micromachine/Nanotech Symposium,  Tokyo, Japan 11/06.

52.    T.W.Kenny, A. Partridge, **R.N. Candler, W.T. Park, M. Hopcroft, B. Kim, M. Agarwal, S. Chandorkar, R. Melamud, C. Jha**, M. Lutz and G. Yama, "<u>Manufacturable MEMS : Building the MEMS, the Package and the Circuit in the Same Technology</u>" Proceedings, Second International Forum on Micro-nano Hetero System Integration (MHSI'06) and 2nd Fraunhofer Gesellschaft Symposium, Sendai, Japan 11/06.

53.    **M. Agarwal, K.K. Park, R.N. Candler, B. Kim, M.A. Hopcroft, S.A. Chandorkar, C.M. Jha, R. Melamud,** T.W. Kenny, and B. Murmann, "<u>Nonlinear Characterization of Electrostatic MEMS Resonators</u>", 2006 Frequency Control Symposium (2006)

54.    **M. Agarwal, K.K. Park, B. Kim, M.A. Hopcroft, S.A. Chandorkar, R.N. Candler, C.M. Jha, R. Melamud,** T.W. Kenny and B. Murmann, "<u>Amplitude Noise Induced Phase Noise in Electrostatic MEMS Resonato</u>rs", Proceedings of the 2006 Hilton Head Workshop in Solid State Sensors, Actuators, and Microsystems, p62 (2006).

55.    **R Melamud, B. Kim, M.A. Hopcroft, S. Chandorkar, M. Agarwal, C. Jha, S. Bhat, K.K. Park**, and T.W. Kenny, "<u>Composite Flexural Mode Resonators with Reduced Temperature Coefficient of Frequency</u>", Proceedings of the 2006 Hilton Head Workshop in Solid State Sensors, Actuators, and Microsystems, p90 (2006).

56.    **B. Kim, C.M. Jha, T. White, R.N. Candler, M. Hopcroft, M. Agarwal, K.K. Park, R. Melamud**, and T.W. Kenny, "<u>Temperature Dependence of Quality Factor in MEMS Resonators</u>", Proceedings 2006 International Conference on MEMS, Istanbul, Turkey (2006).

57.    **M. Agarwal, K.K. Park, M. Hopcroft, S. Chandorkar, R.N. Candler, B. Kim, R. Melamud,** G. Yama, B. Murmann, and T.W. Kenny, "<u>Effects of Mechanical Vibrations and Bias Voltage Noise on Phase Noise of MEMS Resonator-based Oscillators</u>", Proceedings 2006 International Conference on MEMS, Istanbul, Turkey (2006).

58.    **M.A. Hopcroft, M. Agarwal, K.K. Park, B. Kim, C.M. Jha, R.N. Candler,** G. Yama, B. Murmann, and T.W. Kenny, "<u>Temperature Compensation of a MEMS Resonator using Quality Factor as a Thermometer</u>", Proceedings 2006 International Conference on MEMS, Istanbul, Turkey (2006).

59.    **M. Agarwal, K. Park, R. Candler, M. Hopcroft, C. Jha, R. Melamud, B. Kim**, B. Muhrman, and T. Kenny, "<u>Nonlinearity Cancellation in MEMS Resonators for Improved Power Handling</u>", 2005 International Electron Devices Meeting (2005).

60.    **R. Melamud, M. Hopcroft, C. Jha, B. Kim, S. Chandorkar, R. Candler**, T.W. Kenny, "<u>Effects of Stress on the Temperature Coefficient of Frequency in Double-Clamped Resonators</u>", Proceedings Transducers '05, 392-395 (2005).

61.    **W.T. Park**, K.N. O'Connor, J.R. Mallon, T. Maetani, **R.N. Candler, V. Ayanoor-Vitikkate**, J. Roberson, S. Puria, and T.W. Kenny, "<u>Sub-Millimeter Encapsulated Accelerometers : A Fully Implantable Sensor for Cochlear Implants</u>", Proceedings Transducers '05 109-112 (2005).

62.    **R.N. Candler, W.T. Park,  M. Hopcroft,, B. Kim**, and T.W. Kenny, "<u>Hydrogen Diffusion and Pressure Control of Encapsulated MEMS Resonators</u>", Proceedings, Transducers '05, 597-600 (2005).

63.    **R.N. Candler, M. Hopcroft, C.W. Low, S. Chandorkar, B. Kim**, M. Varghese, A. Duwel, and T.W. Kenny, "<u>Impact of Slot Location in Thermoelastic Dissipation in Micromechanical Resonators</u>", Proceedings, Transducers '05, 920-923 (2005).

64.    **B. Kim, R.N. Candler, M. Hopcroft, M. Agarwal, W.T. Park**, and T.W. Kenny, "<u>Frequency Stability of Wafer-Scale Encapsulated MEMS Resonators</u>", Proceedings, Transducers '05, 1965-1968 (2005).

65.   **W.T. Park, R.N. Candler, V.A. Vittikkate**, M. Lutz, A. Partridge, G. Yama, T.W. Kenny, "Fully-Encapsulated Sub-MM Accelerometer", Proceedings18th IEEE International Conference on MEMS, 347, Miami, Fl (2005), 347-350 (2005).

66.   **B. Kim, R.N. Candler, M. Hopcroft, M. Agarwal, W.T Park, J.T. Li**, and T. Kenny, "Investigation of MEMS Resonator Characteristics for Long-Term Operation and Wide Temperature Variation Condition", ASME Winter Annual Meeting, Anaheim CA, 2004.

67.   **M. Hopcroft, R. Melamud, R.N. Candler, W-T. Park, B. Kim**, G. Yama, A. Partridge, M. Lutz, and T.W. Kenny, "Active Temperature Compensation for Micromachined Resonators", Proceedings 2004 Solid State Sensors and Actuators Workshop, 364-367 (2004).

68.   **E.N. Wang,** S. Devasenathipathy, C.H. Hidrovo, D.W. Fogg, J.M. Koo, J.G. Santiago. K.E. Goodson and T.W. Kenny, "A Quantitative Understanding of Transient Bubble Growth in Microchannels using $\mu$PIV", Proceedings 2004 Solid State Sensors and Actuators Workshop, 101-102 (2004).

69.   **R.N. Candler, M. Hopcroft, WT. Park, S.A. Chandorkar,** G. Yama, K.E. Goodson, M. Varghese, A.E. Duwel, A. Partridge, M. Lutz and T.W. Kenny, "Reduction in Thermoelastic Dissipation in Micromechanical Resonators by Disruption of Heat Transport", Proceedings 2004 Solid State Sensors and Actuators Workshop, 45-48 (2004).

70.   T.W. Kenny, **Y. Liang, B.L. Pruitt, J.A. Harley, M. Bartsch, and R. Rudnitsky**, "Fundamental Noise in MEMS Force Sensors", Proceedings 2004 SPIE Conference on Fluctuations and Noise in Sensors and Measurements, Maspalomas Gran Canaria ,143-151 (2004).

71.   G. Upadhya, P. Zhou, K. Goodson, M. Munch, and T.W. Kenny, "Closed-Loop Cooling Technologies for Microprocessors", Proceedings 2003 International Electronic Devices Meeting, Washington, 775-778 (2003).

72.   **W.T. Park, R.N. Candler, J. Cho, H. Li, H. Li**, M. Lutz, A. Partridge, G. Yama, and T.W. Kenny, "Wafer-Scale Encapsulation of MEMS Devices", Proceedings InterPACK '03, Kanapaali, HI  IPACK 2003-35032 (2003).

73.   **W.T. Park, R.N. Candler**, S. Kronmueller, M. Lutz, A. Partridge, G. Yama, and T.W. Kenny, "Wafer-Scale Film Encapsulation of Micromachined Accelerometers", Proceedings Transducers '03, Boston, 1903-1906 (2003).

74.   B.W. Chui, **Y. Hishinuma**, R. Budakian, H.J. Mamin, T.W. Kenny, and D. Rugar, "Mass-Loaded Cantilevers with Suppressed Higher-Order Modes for Magnetic Resonance Force Microscopy", Proceedings Transducers '03, Boston, 1120-1123  (2003).

75.   **M.S. Bartsch**, W. Federle, R.J. Full, and T.W. Kenny, "Small Insect Force Measurements using a Custom MEMS Force Sensor", Proceedings Transducers '03, Boston, 1035-1038  (2003).

76.   **R.N. Candler, H. Li**, M. Lutz, **W.T. Park**, A. Partridge, G. Yama, and T.W. Kenny, "Investigation of Energy Loss Mechanisms in Micromechanical Resonators", Proceedings Transducers '03, Boston, 332-335  (2003).

77.   **D.J. Laser**, A.M. Meyeers, S. Yao, K.F. Bell, K.E. Goodson, J.G. Santiago, and T.W. Kenny, "Silicon ElectroOsmotic MicroPumps for Integrated Circuit Thermal Management", Proceedings Transducers '03, Boston, 151-154  (2003).

78.    L. Jiang, J.M. Koo, S. Zheng, J.C. Mikkelsen, **L. Zhang**, J.G. Santiago, T.W. Kenny, K.E. Goodson, "Two-phase microchannel heat sinks for an electrokinetic VLSI chip cooling system" Seventeenth Annual IEEE Semiconductor Thermal Measurement and Management Symposium, (2001).

79.    J.M. Koo, L. Jiang, A. Bari, L. Zhang, **E. Wang**, T.W. Kenny, J.G. Santiago, K.E. Goodson, "Convective boiling in microchannel heat sinks with spatially-varying heat generation", ITherm 2002. Eighth Intersociety Conference on Thermal and Thermomechanical Phenomena in Electronic Systems, 30 (2002).

80.    J.P. Lynch, K.H. Law, A.S. Kiremidjian, E. Carryer, T.W. Kenny, A. Partridge, A. Sundararajan, "Validation of a Wireless Modular Monitoring System for Structures", Proceedings of the SPIE - The International Society for Optical Engineering 4696, 124 (2002)

81.    T.W. Kenny, **R.N. Candler, H.J. Li, W.T. Park, J. Cho, H. Li**, A. Partridge, G. Yama, M. Lutz, "An Integrated Wafer-Scale Packaging Process for MEMS", 2002 ASME International Mechanical Engineering Congress and Exhibition, New Orleans (2002).

82.    Jiang, L., Mikklsen, J., Koo, J-M, **Zhang, L.,** Huber, D., Yao, S., Bari, A., Zhou, P., Santiago, J., and Kenny, T.W. and Goodson, K.E., "Transient and Sub-atmospheric Performance of A Closed-loop Electroosmotic Microchannel Cooling System", *Proceeding of Thermal Challenges in Next Generation Electronic Systems, THERMES 2002*, Santa Fe, New Mexico, USA, 133-139, Jan. 13-16, 2002.

83.    **A.E. Herr**, J.C. Mikkelsen, J.G. Santiago, and T.W. Kenny , "Two-Dimensional Chip-Based Protein Analysis using Coupled Isoelectric Focusing and Capillary Electrophoresis", Proceedings, 2002 Workshop on Solid State Sensors, Actuators and Microsystems, Hilton Head, 366-369 (2002).

84.    **A. Tewary, K.Y. Yasumura, T.D. Stowe**, T.W. Kenny, and D. Rugar, "Quality Factor Enhancement of in situ Annealing Cantilevers", Proceedings, 2002 Workshop on Solid State Sensors, Actuators and Microsystems, Hilton Head, 337-340 (2002).

85.    **B.L. Pruitt, W.-T. Park**, and T.W. Kenny , "Measurement System for Low Force and Small Displacement Contacts", Proceedings, 2002 Workshop on Solid State Sensors, Actuators and Microsystems, Hilton Head 297-300 (2002)

86.    **D.J. Laser,** K.E. Goodson, J.G. Santiago, and T.W. Kenny , "High-Frequency Actuation with Silicon Electroosmotic Micropumps", Proceedings, 2002 Workshop on Solid State Sensors, Actuators and Microsystems, Hilton Head, 231-235 (2002)

87.    **W.P. King**, T.W. Kenny, K.E. Goodson, M. Despont, U. Duerig, M. Lantz, H. Rothuizen, G. Binnig, and P. Vettiger, "Microcantilevers for Thermal NanoImaging and Thermomechanical Surface Modification", Proceedings, 2002 Workshop on Solid State Sensors, Actuators and Microsystems, Hilton Head, 210-213 (2002)

88.    V. Chandrasekaran, **E.M. Chow**, T.W. Kenny, T. Nishida, L.N. Cattafesta, B.V. Sankar, and M.Sheplak, "Thermoelastically Actuated Acoustic Proximity Sensor with Integrated Through-Wafer Interconnects", Proceedings, 2002 Workshop on Solid State Sensors, Actuators and Microsystems, Hilton Head, 102-105 (2002)

89.    T.W. Kenny, **Y. Liang, S-W Ueng, M. Bartsch and R. Rudnitsky**, "Micromechanical Force Sensing with Application to Biology", Proceedings, 2002 Workshop on Solid State Sensors, Actuators and Microsystems, Hilton Head, 62-65 (2002)

90.    **E.N. Wang, L. Zhang,** L. Jiang, J-M. Koo, K.E. Goodson, and T.W. Kenny, "Micromachined Jet Arrays for Liquid Impingement Cooling of VLSI Chips", Proceedings, 2002 Workshop on Solid State Sensors, Actuators and Microsystems, Hilton Head, 46-49 (2002)

91.    **L. Zhang, E.N. Wang,** J-M. Koo**,** L. Jiang, K.E. Goodson, J.G. Santiago, and T.W. Kenny, "Enhanced Nucleate Boiling in Microchannels", 2002 IEEE International Conference on MicroElectroMechanical Systems, Las Vegas, 89-92 (2002).

92.    **L. Zhang, E.N. Wang,** J. Koch, J.Liu, J-M. Koo, L. Jiang, K.E. Goodson, J.G. Santiago, T.W. Kenny, "Microscale Liquid Impingement Cooling", 2001 ASME International Mechanical Engineering Congress and Exhibition, New York (2001).

93.    **D.J. Laser,** K.E. Goodson, J.G. Santiago, and T.W. Kenny, "Impact of Pumping Surface Separation Distance on Micromachined Silicon Electrokinetic Pump Performance", 2001 ASME International Mechanical Engineering Congress and Exhibition, New York (2001).

94.    **O. Ajakaiye,** and T.W. Kenny, "Performance Characterization of Micromachined Tunneling Infrared Sensors", 2001 ASME International Mechanical Engineering Congress and Exhibition, New York (2001).

95.    T. Kenny  **A. Partridge, A. Rice** and M. Lutz, "An Integrated Wafer-Scale Packaging Process for MEMS", Proceedings IEEE/ASME InterPACK Conference, Kauai (2001).

96.    **L. Zhang,** J. Koo, L, Jiang, K. Goodson,. J. Santiago, and T.W. Kenny, "Study of Boiling Regimes and Transient Signal Measurements in Microchannels", Proceedings Transducers '01, Munich Germany, 1514-1517  (2001).

97.    **D. Laser,** S.Yao, C-H Chen, J. Mikkelsen, K.E. Goodson, J.Santiago, and T.W. Kenny, "A Micromachined Low-Voltage, Parallel-Plate Electrokinetic Pump", Proceedings Transducers '01, Munich Germany, 930-933  (2001).

98.    **Y. Liang, S-W Ueng,** T.W. Kenny, "Performance Characteristics of Ultra-Thin n-Type Piezoresistive Cantilevers", Proceedings Transducers '01, Munich Germany, 998-1001 (2001).

99.    **M. Bartsch,** T. Kenny, W. Federle, and R. Full, "Exploring insect Biomechanics with Micromachined Force Sensors", Proceedings Transducers '01, Munich Germany, 1662-1665 (2001).

100.   **B. Pruitt,** D. Choi, J. Florando, W. Nix, T. Kenny, R. Martens, S. Wenzel, and C. Reynolds, "Low-Force Electrical Contact Measurements using Piezoresistive MEMS Cantilevers to Characterize Thin Film Metallization", Proceedings Transducers '01, Munich Germany, 1032 –1035 (2001).

101.   J.M. Koo, L. Jiang, **L. Zhang,** P. Zhou, **S. Bannerjee,** T.W. Kenny, J.G. Santiago, and K.E. Goodson, "Modeling of Two-Phase Microchannel Heat Sinks for VLSI Chips", Proceedings 2001 IEEE International Conference on MicroElectromechanical Systems, 422-425 (2001)

102.   **A. Partridge, A.E. Rice,** T.W. Kenny and M. Lutz, "New Thin Film Epitaxial Polysilicon Encapsulation for Piezoresistive Accelerometers", Proceedings 2001 IEEE International Conference on MicroElectromechanical Systems, 54-57 (2001)

103.   **A.E. Herr,** J.C. Mikkelsen, J.G. Santiago, and T.W. Kenny, "Electroosmotic Flow Suppression and its Implications for a Miniaturized Full-Field Detection Approach to Capillary Isoelectric Focusing (cIEF)", Proceedings ASME 2000 Winter Annual Meeting, MEMS Vol. 2, 513 (2000).

104.   **M.S. Bartsch, A. Partridge, B.L.. Pruitt**, R.J. Full and T.W. Kenny, "A Three-Axis Piezoresistive Micromachined Force Sensor for Studying Cockroach Biomechanics", Proceedings ASME 200 Winter Annual Meeting, MEMS Vol. 2, 443-448 (2000).

105.   **B.L. Pruitt, A. Partridge, M. Bartsch, Y. Liang**, T.W. Kenny, S. Wenzel, and C. Reynolds, "Design of Piezoresistive Cantilevers for Low-Force Electrical Contact Measurements", Proceedings ASME 2000 Winter Annual Meeting, MEMS Vol. 2, 183-188 (2000).

106.   **L. Zhang,** J.M. Koo, **L. Jiang, S. Bannerjee,** M. Asheghi, K.E. Goodson, J.G. Santiago, and T.W. Kenny, "Measurements and Modeling of Two-Phase Flow in Microchannels with Nearly-Constant Heat Flux Boundary Conditions", Proceedings ASME 2000 Winter Annual Meeting, MEMS Vol. 2, 129-135 (2000)

107.   L. Jiang, J.M. Koo, S. Zeng, J.C. Mikkelsen, **L. Zhang,** P. Zhou, J.G. Santiago, T.W. Kenny, K.E. Goodson, J.G. Maveety, and Q.A. Tran, "An Electrokinetic Closed-Loop MicroCooler for High-Power VLSI Chips", Proceedings 2001 SEMI-Therm  Conference.

108.   W.P. King, T.W.Kenny, K.E. Goodson, G. Cross, M. Despont, U. Dürig, M. I. Lutwyche, H. Rothuizen, G.K.Binnig, and P. Vettiger, Design of AFM Cantilevers for Combined Thermomechanical Data Writing and Reading, Proceedings 2000 Hilton Head Workshop on Sensors and Actuators, 1-5 (2000).

109.   **J.D. Grade**, J.H. Jerman, and T.W. Kenny, A Large-Deflection Electrostatic Actuator for Optical Switching Applications, Proceedings 2000 Hilton Head Workshop on Sensors and Actuators, 97-100 (2000).

110.   **J.I. Molho, A.E Herr,** B.P. Mosier, J.G. Santiago, and T.W. Kenny, A Low-Dispersion Turn for Miniaturized Electrophoresis, Proceedings 2000 Hilton Head Workshop on Sensors and Actuators, 132-137 (2000).

111.   **A.E. Herr, J.I. Molho**, J.G. Santiago, T.W. Kenny, D.A. Borkholder, G.J. Kintz, P. Belgrader, and M.A. Northrup, Optimization of a Miniaturized Capillary Isoelectric Focusing System using a Full-Field Detection Approach, Proceedings 2000 Hilton Head Workshop on Sensors and Actuators, 115-119 (2000).

112.   **Y. Liang**, K. Autumn, S.T. Hsieh, W. Zesch, W.P. Chan, R.S. Fearing, R.J. Full and T.W. Kenny, Adhesion Force Measurements on Single Gecko Setae, Proceedings 2000 Hilton Head Workshop on Sensors and Actuators, 33-38 (2000).

113.   **L Zhang, S.S. Banerjee**, J.M. Koo, **D.S. Laser**, M. Asheghi, K.E. Goodson, J.G. Santiago, and T.W. Kenny, A Micro Heat-Exchanger with Integrated Heaters and Thermometers, Proceedings 2000 Hilton Head Workshop on Sensors and Actuators, 275-280 (2000).

114.   **E.M. Chow, A. Partridge**, C.F. Quate, and T.W. Kenny, Thru-Wafer Electrical Interconnects Compatible with Standard Semiconductor Processing, Proceedings 2000 Hilton Head Workshop on Sensors and Actuators, 343-346 (2000).

115.   **A.M. Fitzgerald**, R.H. Dauskardt, T.W. Kenny, "High-Resolution Measurement of Crack Growth in Micromachined Single Crystal Silicon", 1999 MRS Symposium Proceedings : Materials Science of Microelectromechanical Systems, p. 43-48 (1999)

116.   W.P. King, J.G. Santiago, T.W. Kenny, and K.E. Goodson, Modeling and Prediction of Sub-Micrometer Heat Transfer during Thermomechanical Data Storage, Proceedings 1999 ASME Winter Meeting (1999).

117.   **Y. Liang, J.N. Welch, R.G. Rudnitsky**, and T.W. Kenny, <u>Biological Force Measurements using Micromachined Cantilevers</u>, Proceedings 1999 ASME Winter Meeting (1999).

118.   **J.K. Reynolds**, T.W. Kenny, D.C. Catling, R.C. Blue, M.H. Hecht, and N.I. Maluf, <u>Packaging of Micromachined Absolute Pressure Sensors for High-Accuracy Measurements</u>, Proceedings InterPAK '99  137-142 (1999).

119.   **K.Yasumura**, J.A. Chiaverini, and T.W. Kenny, <u>Thermoelastic Dissipation in Silicon Nitride Microcantilevers</u>, Proceedings 10th International Conference on Solid State Sensors and Actuators. 564-567 (1999)

120.   **T. Stowe**, T.W. Kenny, D. Rugar, and D. Thompson, <u>Dissipation Microscopy based on Electronic Drag</u>, Proceedings 10th International Conference on Solid State Sensors and Actuators. 1208-1211 (1999)

121.   **A.M. Fitzgerald**, R.H. Dauskardt, and T.W. Kenny, <u>Fracture Toughness of Plasma-Etched Single-Crystal Silicon and Implications for MEMS Design</u>, Proceedings 10th International Conference on Solid State Sensors and Actuators. 928-931 (1999).

122.   **C.H. Liu, A. Barzilai, O. Ajakaiye**, H.K. Rockstad, and T.W. Kenny, <u>Performance Enhancements for the Micromachined Tunneling Accelerometer</u>, Proceedings 10th International Conference on Solid State Sensors and Actuators.1290-1293 (1999)

123.   **J.K. Reynolds**, D.C. Catling, R.C. Blue, N. Maluf, and T.W. Kenny, <u>Packaging and Calibration of a Piezoresistive Pressure Sensor for High-Accuracy at Low Temperatures and Pressures</u>, Proceedings 10th International Conference on Solid State Sensors and Actuators. 1494-1497 (1999)

124.   **E.M. Chow**, H.T. Soh, H.C. Lee, J.D. Adams, S.C. Minne, G. Yaralioglu, A. Atalar, C.F. Quate, and T.W. Kenny, <u>Two-Dimensional Cantilever Arrays with Integrated Thru-Wafer Interconnects</u>, Proceedings 10th International Conference on Solid State Sensors and Actuators. 1886-1889 (1999)

125.   **R. Rudnitsky, E.M. Chow**, and T.W. Kenny, <u>High-Speed Biochemical Screening with Magnetic Force Microscope Cantilever Arrays</u>, Proceedings 10th International Conference on Solid State Sensors and Actuators. 706-709 (1999)

126.   **J.A. Harley, T.D. Stowe**, and T.W. Kenny, <u>Piezoresistive Cantilevers with Femtonewton Force Resolution</u>, Proceedings 10th International Conference on Solid State Sensors and Actuators. 1628-1631 (1999)

127.   **A.E. Herr, J.I. Molho**, T.W. Kenny, J.G. Santiago, M.G. Mungal and M.G. Garguilo, <u>Variation of Capillary Wall Potential in Electrokinetic Flow</u>, Proceedings 10th International Conference on Solid State Sensors and Actuators. 710-713 (1999)

128.   **B.W. Chui**, M. Asheghi, Y.S. Ju, H.J. Mamin, K.E. Goodson, and T.W. Kenny, <u>Measurement and Modeling of Thermal-Electrical Runaway in Silicon Cantilevers</u>, Proceedings 10th International Conference on Solid State Sensors and Actuators. 1862-1865 (1999)

129.   M. Ashegi, W.P. King, **B.W. Chui**, T.W. Kenny, and K.E. Goodson, <u>Thermal Engineering of Doped Single-Crystal Silicon Microcantilevers for High Density Data Storage</u>, Proceedings 10th International Conference on Solid State Sensors and Actuators. 1840-1843 (1999)

130.    S.M Kumar**, **W.C. Reynolds, and T.W. Kenny, MEMS-Based Transducers for Boundary Layer Control, Proceedings 12th International Conference on Micro Electro Mechanical Systems, 135-138 (1999).

**131.**    M.C. Deshpande, C. Ghaddar, J.R. Gilbert, P.M. St. John, T. Woudenberg, C. Connel**, J.I. Molho, A.E. Herr**, G. Mungal, and T.W. Kenny, "Numerical Framework for the Modeling of Electrokinetic Flows", Microfluidic Devices and Systems, Proceedings SPIE 217-223 (1998).

132.    **K. Yasumura, T. Stowe, E. Chow,** T. Pfafman,  T.W. Kenny, and D.  Rugar,   A Study of Microcantilever Mechanical Quality Factor, Proceedings 1998 Hilton Head Workshop on Sensors and Actuators, 65-68. (1998).

133.    **A. Partridge, B.W. Chui, J.K. Reynolds, E. Chow, A.M. Fitzgerald, L. Zhang, S. Cooper,** T.W. Kenny, and N.I. Maluf, A High-Performance Planar Piezoresistive Accelerometer, Proceedings 1998 Hilton Head Workshop on Sensors and Actuators, 59-61. (1998).

**134.    E.M. Chow ,** H.T. Soh, **A. Partridge, J.A. Harley,** T.W. Kenny, and C.F. Quate, Fabrication of High-Density Cantilever Arrays and Thru-Wafer Interconnects, Proceedings 1998 Hilton Head Workshop on Sensors and Actuators, 220-223. (1998).

**135.**    P.M. St. John, T. Woudenberg, C. Connell, **J, Molho, A. Herr**, T.W. Kenny, M.G. Mungal, M. Desphande, J.R. Gilbert, M. Garguilo, D. Rakestraw, and P. Paul, Metrology and Simulation of Chemical Transport in Microchannels, Proceedings 1998 Hilton Head Workshop on Sensors and Actuators, 106-109. (1998).

**136.    B.W. Chui**, T.W. Kenny, H.J. Mamin, B.D. Terris, and D. Rugar, Independent Detection of Vertical and Lateral Forces with a Sidewall-Implaned Dual-Axis Piezoresistive Cantilever, Proceedings of IEEE MicroElectroMechanical Systems Workshop. 12-15 (1998).

137.    **Grade, A. Barzilai, K. Reynolds, C.H. Liu, A. Partridge**, H. Jerman, and T.W. Kenny, Wafer-Scale Processing, Assembly, and Testing of Tunneling Infrared Detectors, Proceedings of Transducers '97 - The 9th International Conference on Solid State Sensors and Actuators 1241-1244 (1997)

138.    **C.H. Liu, J. D. Grade, A. M. Barzilai, J. K. Reynolds, A. Partridge**, H. K. Rockstad, and T. W. Kenny ,Characterization of a High-Sensitivity Micromachined Tunneling Accelerometer, Proceedings of Transducers '97 - The 9th International Conference on Solid State Sensors and Actuators Actuators. 471-472 (1997)

139.    **J.Grade, C.H. Liu, K. Reynolds, A. Partridge, A. Barzilai**, L.Miller, and T.Kenny, Reducing the Low-Frequency Drift in Tunneling Transducers, Proceedings of Transducers '97 - The 9th International Conference on Solid State Sensors and Actuators 871-874 (1997)

140.    **T.D. Stowe, K. Yasumura**, T. Pfafman, T. Kenny, D. Botkin, and D. Rugar, Ultrasensitive Torsional Probes Optimized for Higher-Order Mode Suppression, Proceedings of Transducers '97 - The 9th International Conference on Solid State Sensors and Actuators, P. 141-144 (1997).

141.    **B.W. Chui, T.D. Stowe**, T.W. Kenny, H.J., Mamin, B.D. Terris, and D.Rugar, Micromachined Heaters with 1-$\mu$s Thermal Time Constants for AFM Thermomechanical Data Storage, Proceedings of Transducers '97 - The 9th International Conference on Solid State Sensors and Actuators 1085-1088 (1997).

142.    P. Scheeper, **J.K. Reynolds**, and T.W. Kenny, Development of a Modal Analysis Accelerometer Based on a Tunneling Displacement Transducer, Proceedings of Transducers '97 - The 9th International Conference on Solid State Sensors and Actuators 867-870 (1997).

143.   **P. Graven** and T.W. Kenny, Laboratory (and on-orbit) Magnetometer Calibration without Coil Facilities or Orientation Information, Proceedings 1996 AIAA Small Satellite Conference (1996).

144.   **D.S. Clarke, M.T. Hicks, A.M. Fitzgerald, J.J. Suchman**, R.J. Twiggs, J.A. Randolph, and T.W. Kenny,  Picosat Free Flying Magnetometer Experiment, Proceedings 1996 AIAA Small Satellite Conference (1996).

145.   **Grade, A. Barzilai, J.K. Reynolds, C.H. Liu, A. Partridge**, T.W. Kenny, T.R. VanZandt, L.M. Miller, and J.A. Podosek,  Progress in Tunnel Sensors, Proceedings 1996 IEEE Solid State Sensors and Actuators Workshop, 80-83 (1996).

146.   **B.W. Chui**, H.J., Mamin, D. Rugar, B.D. Terris, R. Ried, **T.D. Stowe, S.C. Minne, H.T. Soh**, C.F. Quate, **Y.S.Ju**, O.W. Kaeding, K.E. Goodson, and T.W. Kenny,  Improved Cantilevers for AFM Thermomechanical Data Storage, Proceedings 1996 IEEE Solid State Sensors and Actuators Workshop, 219-224 (1996).

147.   **T. Stowe, K. Yasumura**, T. Kenny, D. Botkin, K. Wago, and D. Rugar,  Ultrasensitive Vertical Force Probe for Magnetic Resonance Force Microscopy, Proceedings 1996 IEEE Solid State Sensors and Actuators Workshop, 225-230 (1996).

148.   L.M. Miller, J.A. Podosek, E. Kruglick, T.W. Kenny, J.A. Kovacich, and W.J. Kaiser, A $\mu$-Magnetometer Based on Electron Tunneling, Proceedings IEEE MEMS Workshop, 467-470 (1996).

149.   **C.H. Liu, J.K. Reynolds, A. Partridge**, T.W. Kenny, L.M. Miller, J.A. Podosek, H.K. Rockstad, and W.J. Kaiser, High-Bandwidth Feedback Control of Micromachined Tunneling Sensors, Proceedings of ASME, DSC-57-2, 1001-1007 (1995).

150.   H.K. Rockstad, **J.K. Reynolds**, T.K. Tang, T.W. Kenny, W.J. Kaiser, and T.B. Gabrielson, A Miniature, High-Sensitivity, Electron-Tunneling Accelerometer, Proceedings, Transducers '95, 675-679 (1995).

151.   H.K. Rockstad, T.W. Kenny, P.J. Kelly, and T.B. Gabrielson, "A Micro-Fabricated Electron-Tunneling Accelerometer as a Directional Acoustic Sensor", Proceedings of Acoustic Particle Velocity Sensors : Design,  Performance and Applications 9/95 Published in AIP Conf. Proc. 368, 57-62 (1996).

152.   R.A. Brennen, M.H. Hecht, D.V. Wiberg, T.D. Stowe, T.W. Kenny, K.H. Jackson, C.K. Malek, "Fabricating Sub-Collimating Grids for X-Ray Solar Imaging Spectrometer using LIGA Technique", SPIE Microlithography and Metrology in Micromachining 10/95, SPIE Vol. 2640, 214-217 (1995).

153.   A.W. Chen, P.A. Kaaret, T.W Kenny, "Micromachined Silicon X-Ray Optics", Proceedings SPIE 2279, 298-301 (1994).

154.   A.W. Chen, P.A. Kaaret, T.W Kenny, "Focusing of X-Rays Using Micromachined Silicon Lobster-Eye Lenses", Proceedings SPIE 2011, 227-230 (1994).

155.   L.M. Miller, M.L. Agronin, R.K. Bartman, W.J. Kaiser, T.W. Kenny, R.L. Norton, and E.C. Vote, "Fabrication and Characterization of a Micromachined Deformable Mirror for Adaptive Optics Applications", Proceedings SPIE V1945, 421-424 (1993).

156.   H.K. Rockstad, T.W. Kenny, J.K. Reynolds, W.J. Kaiser, and T.R. VanZandt, A Miniature High-Resolution Accelerometer Utilizing Electron Tunneling, Proceedings 1992 ASME Winter Meeting, 41-52 (1992).

157.    T.W. Kenny, W.J. Kaiser, J.A. Podosek, H.K. Rockstad, and J.K. Reynolds, <u>Micromachined Electron Tunneling Infrared Sensors</u>, Proceedings IEEE Solid State Sensors and Actuators Workshop, 174-177 (1992).

158.    T.R. VanZandt, T.W. Kenny and W.J. Kaiser, <u>Novel Position Sensor Technologies for Microaccelerometers</u>,  Proceedings of the SPIE 1694, 165-168 (1992).

159.    T.W. Kenny and W.J. Kaiser, <u>Electron Tunnel Sensors</u>, Progress in Precision Engineering, 39-49, May, (1991).

160.    T.W. Kenny, S.B. Waltman, J.K. Reynolds, and W.J. Kaiser, <u>A Micromachined Silicon Electron Tunnel Sensor</u>, Proceedings 1990 IEEE MEMS Workshop, 192-196 (1990).


**Significant Invited Presentations**


1.     **B. Kim, M. Hopcroft, C.M Jha, R. Melamud, S. Chandorkar, M. Agarwal, K.L. Chen, W.T. Park, R. Candler**, G. Yama[2] A. Partridge, M. Lutz, T.W. Kenny, "<u>Using MEMS to Build the Device and the Package</u>", Invited Talk, Transducers '07 Lyon France (6/7/07)

2.     **R.Rudnitsky, Y, Liang, G. Hill, D. Soto**, T.W. Kenny, "MEMS Devices for Measuring Forces at the Nanoscale" , Invited Presentation, 2005 Symposium on Nanoscale, Materials, Processes and Devices (Joint Symposium of Waseda Univ. & Stanford Univ.) Date: November 2 – 4, 2005

3.     T.W. Kenny, **R. Candler, WT Park, M. Hopcroft, B. Kim, R. Melamud, G. Yama, A Partridge, M. Lutz, T.W. Kenny**, "MEMS is a Packaging Technology", 2005 Seoul National University Exchange (2005)

4.     T.W. Kenny, **Y. Liang, M. Bartsch, and R. Rudnitsky**, "Fundamentals and Opportunities for Force Measurement with MEMS Devices", 2005 Seoul National University Exchange (2005).

5.     T.W. Kenny, MEMS Is a Packaging Technology, Keynote Talk MEPTEC Symposium on Future Trends in Packaging, San Jose, CA 5/17/05.

6.     T.W. Kenny, K.E. Goodson, J.G Santiago, **E.N. Wang, J.M. Koo**, L. Jiang, **E. Pop, S. Sinha, L. Zhang, D. Fogg, S. Yao, R. Flynn**, C.H. Chang, C.H. Hidrovo, "Advanced Technologies for Electronics Cooling", 2004 International Workshop on Future Electronics, Aruba (2004).

7.     T.W.Kenny, "Encapsulated MEMS Technology for Ambient Intelligence", 2004 Philips Symposium on Ambient Intelligence, 12/04.

8.     T.W. Kenny, K.E. Goodson, J.G Santiago, E.N. Wang, J.M. Koo, L. Jiang, E. Pop, S. Sinha, L. Zhang, D. Fogg, S. Yao, R. Flynn, C.H. Chang, C.H. Hidrovo, "Liquid Cooling Technologies for Microprocessors",  2004 International Meeting of the American Vacuum Society, 11/04.

9.     T.W. Kenny, "MEMS Devices for Force Sensing in Biology", Invited Presentation, First International Conference on BioNanoTechnology, Singapore, 9/04.

10.     T.W. Kenny, "Microsystems : At the Edge of Innovation", Plenary Speaker, Ohio MEMS Association, 9/04.

11.    T.W. Kenny, **R. Candler, WT Park, M. Hopcroft, B. Kim, R. Melamud, G. Yama, A Partridge, M. Lutz, T.W. Kenny**, "MEMS is a Packaging Technology", 2004 Pan American Studies Institute on MEMS San Carlos de Bariloche, Argentina, (2004)

12.    T.W. Kenny, **Y. Liang, M. Bartsch, and R. Rudnitsky**, "MEMS Devices for Force Sensing in Biology", 2004 Pan American Studies Institute on MEMS San Carlos de Bariloche, Argentina, (2004).

13.    T.W. Kenny, **Y. Liang, B.L. Pruitt, J.A. Harley, M. Bartsch, and R. Rudnitsky**, "Fundamental Noise in MEMS Force Sensors", 2004 SPIE Conference on Fluctuations and Noise in Sensors and Measurements, Maspalomas Gran Canaria, (2004).

14.    G. Upadhya, P. Zhou, K.E. Goodson,. M. Munch and T.W. Kenny, "Advanced Cooling Technologies for Microprocessors", 5th International Conference on Microelectronics and Interfaces, Santa Clara, CA (3004).

15.    G. Upadhya, P. Zhou, K.E. Goodson,. M. Munch and T.W. Kenny, "Closed-Loop Cooling Technologies for Microprocessors", International Electron Devices Meeting, Washington DC, (2003).

16.    Y. Hishinuma, B. Moyzhes, T.Geballe, and T.W. Kenny, "Heat Transport by Thermo-Tunneling : Prospects for a New Cooling Technology?", March Meeting of the American Physical Society, Austin, TX, (2003)

17.    T.W.Kenny, "Nanometer-Scale cantilevers for ultra-low force measurements", 2002 First International Conference and School on Nanometer-Scale Molecular Mechanics, 5/02

18.    T.W. Kenny "MEMS Materials Issues for High-Sensitivity Force Measurements"  Invited Presentation, 2001 Mechanics and Materials Summer Conference, San Diego, CA (2001)

19.    T.W. Kenny, "MEMS Devices for Biological Force Measurements", Invited Presentation, American Physical Society March Meeting, Seattle WA (2001)

20.    T.W.. Kenny, "Materials Issues in High-Performance MEMS Devices", Invited Presentation, Materials Research Society Annual Meeting, Boston (2000).

21.    T.W. Kenny, "MEMS Devices for Force Measurements", Invited Presentation, American Vacuum Society Annual Symposium, Boston (2000)

22.    T.W. Kenny, J.K. Reynolds, D. Catling, R. Blue, N. Maluf, "Piezoresistive Pressure Sensor Packaging for Mars", IMAPS MEMS Packaging Symposium, Chicago, Ill (1999).

23.    T.W. Kenny, "MEMS Devices for Force Measurement", Invited Seminar at U.Illinois, UCSB, Carnegie Mellon, MIT, UCB, Fall 1999.

24.    T.W. Kenny, "Technologies and Applications for Suspended Nanostructures", DARPA Exploratory Workshop on NanoElectroMechanical Systems, San Diego, CA  4/99.

25.    T.W. Kenny, "Miniature Accelerometers for Seismic Detection of Underground Structures", DARPA DSRC Workshop on Seismic Detection of Buried Structures, Washington, 2/99.

26.    T.W. Kenny, Applications of MEMS : Some Things are Harder than they Look, **Invited,** Vanguard Symposium on NextGens : Breakthrough Technologies, San Francisco (July 1998).

27.     T.W. Kenny, <u>Some New Things from the MEMS Community</u>, **Invited,** Gordon Research Conference on Physics and Chemistry of Nanostructure Fabrication, Tilton School, New Hampshire (June 1998).

28.     T.W. Kenny, <u>Scaling of Micromechanical Sensors</u>, **Invited**, Ringberg Symposium on Materials Science aspects of MEMS Technology, Ringberg Castle of the Max Planck Institute, Germany ( June 1998).

29.     T.W. Kenny, <u>MEMS Devices for Measurement of Very Small Forces</u>, **Invited**, 1998 March Meeting of the American Physical Society, Los Angeles, CA (March, 1998)

30.     T.W. Kenny, <u>Precision Microsensors based on Tunneling Transducers</u>, **Invited**,  43rd Annual National Symposium of the American Vacuum Society, Philadelphia, PA (1996).

31.     T.W. Kenny, <u>High-Performance Microsensors Based on Tunneling Displacement Transducers</u>, **Invited**,  4th International Conference on nanometer-Scale Science and Technology, Beijing, China (1996).

32.     T.W. Kenny, <u>MEMS Vision for the Future</u>, **Invited**,  National Academy of Science 7th Symposium on the Frontiers of Science, Irvine, CA, (11/2/95).

33.     T.W. Kenny, <u>Sensors Based on Tunneling Displacement Transducers</u>, **Invited**, International Seminar on Microelectronics and Sensor Technology, Lillehammer, Norway (1994).

34.     T.W. Kenny, L.M. Miller, H.K. Rockstad, W.J. Kaiser, J.A. Podosek, J.K. Reynolds, and E.C. Vote, <u>Micromachined Sensors Based on Tunneling Displacement Transducers</u>, **Invited**, 1994 Gordon Research Conference on Physics and Chemistry of Nanostructure Fabrication, Wolfeboro, NH (1994)

35.     T.W. Kenny, W.J. Kaiser, H.K. Rockstad, J.A. Podosek, E.C. Vote, J.K. Reynolds, and L.M. Miller, <u>Micromachined Tunneling Sensors : Applications and Limitations</u>, **Invited**, AVS Workshop on Micromachining : Technology and Applications, Pasadena, CA (1993).

36.     T.W. Kenny, W.J. Kaiser, H.K. Rockstad, J.A. Podosek, and J.K. Reynolds, <u>Tunneling Sensors</u>, **Invited**, 39th National Symposium of the American Vacuum Society, Chicago, IL (1992)

37.     T.W. Kenny, W.J. Kaiser, H.K. Rockstad, and J.K. Reynolds, <u>Electron Tunneling Sensors</u>, **Invited**, 124th Annual Symposium of the Acoustical Society of America, New Orleans, LA (1992).

38.     T.W. Kenny, W.J. Kaiser, J.K. Reynolds and J.A. Podosek, <u>Principles, Performance and Applications of the  Electron Tunneling Infrared Sensor</u>, **Invited**, Innovative Long-Wavelength Infrared Detector Workshop, Pasadena, Ca (1992).

39.     T.W. Kenny and W.J. Kaiser, <u>Electron Tunneling Sensors</u>, **Invited**, Sixth International Precision Engineering Conference, Braunschweig, Germany (1991).

**40.**     T.W. Kenny, S.B. Waltman, J.K. Reynolds and W.J. Kaiser, <u>A Micromachined Silicon Electron Tunneling Sensor</u>, **Invited**, American Society of Mechanical Engineers Design/West symposium, Anaheim, CA (1990).

41.     T.W. Kenny, S.B. Waltman, J.K. Reynolds and W.J. Kaiser, <u>Micromachined Silicon Electron Tunneling Sensors</u>, **Invited**, DARPA Workshop on Micromachines and Micromotors, La Jolla, CA (1990).

## Patents

1.    Composite Mechanical Resonators and Method Therefor, R. Melamud, B. Kim, M. Hopcroft, S. Chandorkar, T, Kenny, **US Patent 7,806,586 (9/5/10), US Patent #7,824,098 (11/2/10).**

2.    Separation of Particle Types using a Non-Uniform Acoustic Field, H. Li and T. Kenny, Pending

3.    Pump and Fan Control Concepts in a Cooling System, S. Sinha, M. Munch, K. Goodson, T. Kenny, **US Patent # 7,591,302 (9/22/09)**

4.    Remedies to Prevent Cracking in a Liquid System, M. Munch, D. Werner, T. Kenny, K Goodson, **US Patent # 7,077,634 (7/18/06), US Patent # 7,201,214 (4/10/07), US Patent # 7,201,012 (4/10/07). US Patent # 7,278,549 (10/9/07), US Patent#7,344,363 (3/18/08)**, **US Patent # 7,402,029 (7/22/08),** Pending (US2005/0182845A1, US2005/0183445A1, US2005/0183444A1, US2005/0183443A1, US2005/0016715A1, WO0471139A3, WO04071139A2, US2004/0148959A1)

5.    Apparatus for Conditioning Power and Managing Thermal Energy in an Electronic Device, T.W. Kenny, K.E. Goodson, J.G. Santiago.,G. K. Everett **US Patent # 7,061,104 (6/13/06)**

6.    Boiling temperature Design in Pumped Microchannel Cooling Loops, P. Zhou, S. Zheng, T. Kenny, M. Munch. G. Upadhya, K. Goodson, J. Santiago, US 2004/0182551A1, WO04083742A2).

7.    Method and Apparatus for achieving temperature uniformity and hot-spot cooling in a heat-producing device, K. Goodson, T. Kenny, P, Zhou, G. Upadhya, M. Munch, M. McMaster, J, Hom, **US Patent# 7,104,312 (9/12/06**), US2004/0112585A1, WO 04042306A3, WO 04042306A2.

8.    Hermetic Closed-Loop Fluid System, D. Werner, M.. Munch, and T. Kenny, **US Patent # 7,021,369 (4/4/06).**

9.    Removeable Heat Spreader support mechanism and method of manufacturing thereof, G. Upadhya, M. Munch, P. Zhou, K.E. Goodson and T.W. Kenny, US 2004/0233639A1, WO04070304A3, WO04070304A2,

10.   Method and Apparatus for Low-Cost Electrokinetic Pump Manufacturing, J. Lovette, M. Munch, J.G. Shook, S. Zheng, T.W. Kenny, D. Werner, Z. Cichocki, TCE. Lin, 2004/0234378A1, WO04076857A2).

11.   Apparatus and Method of Forming Channels in a Heat Exchanging Device, T. Kenny, M. McMaster, J. Lovette, **US Patent # 7,017,654 (3/28/06).**

12.   Boiling Temperature Design in Pumped Microchannel Cooling Loops, P. Zhou, S. Zheng, T. Kenny, M. Munch, G. Upadhya, K. Goodson, J. Santiago,  Pending

13.   Method and Apparatus for Efficient Vertical Fluid Delivery for Cooling a Heat-Producing Device, T. Kenny, M. Munch, P. Zhou, J. Shook, K. Goodson, D. Corbin, M. McMaster, J. Lovette,  **US Patent#7,000,684 (2/21/06**), US 2004/0206477A1, US 2004/0112571A1, WO04042304A3, WO04042304A2, WO04042297A3, WO04042297A2,

14.   Apparatus for Conditioning Power and Managing Thermal Energy in an Electronic Device, K. Goodson, J. Santiago, T. Kenny, and G Everett, **US Patent #6,882,543**, 10/882475, 10/883530, 10/882607

15.  Interwoven Manifolds for Pressure Drop Reduction in Microchannel Heat Exchangers, G. Upadhya, M. Munch, P. Zhou, G. Shook, T. Kenny, K. Goodson, D. Corbin, **US Patent# 6,986,382 (1/17/06)** US 2004/0104010A1, WO04042303A3, WO04042303A2

16.  Method and Apparatus for Flexible Fluid Delivery for cooling desired  Hot Spots in a heat-producing device, T. Kenny, J.G. Shook, D. Corbin, M.Munch, K. Goodson, **US Patent# 6,988,534 (1/24/06),** US2004/0104022A1, WO04042313A1

17.  Vapor Escape Microchannel Heat Exchanger, P. Zhou, K. Goodson, T. Kenny, J Santiago, Pending 10/366122.

18.  Ultra-Miniature Accelerometers, T.W. Kenny and W.T. Park, **US Patent# 7,104,130, (9/12/06)**, WO0492746A1

19.  Method and Apparatus for Removably Coupling a Heat Rejection Device to a Heat Producing Device, T.W. Kenny, K.E Goodson,   US 2004/0076408A1.

20.  Microfabricated Electrokinetic Pump with On-Frit Electrodes, T. Kenny, J.G. Shook, S. Zeng, D.J. Lenehan, J. Santiago, J. Lovette, **US Patent # 7,086,839 (8/8/06)**

21.  Microfabricated Electrokinetic Pump, D. Corbin, K. Goodson, T. Kenny, J. Santiago, and S. Zheng, **US Patent # 6,881,039** (5/27/04), US 2005/0042110A1, US200500843385A1, **US Patent # 7,449,122 (11/11/08)**

22.  Electroosmotic MicroPump with Planar Features, **D. Laser**, J.G. Santiago, K.E. Goodson, and T.W. Kenny, **US Patent 7,316,543 (1/8/08)**

23.  UltraMiniature Pressure Sensor and Probes, **M. Bly**, T.W. Kenny, **S.A. Shaughnessey, M.S. Bartsch**, **US Patent #6,959,608**

24.  Method of making a Nanogap for Variable Capacitive Elements, and Device having a NanoGap, M. Lutz, A. Partridge, and T.W. Kenny, WO 04095540A3, WO 04095540A2, US Patent **7,127,917 (2/6/07)**

25.  System Including Power Conditioning Module, T.W. Kenny, K.E. Goodson, J.G. Santiago, C. K,  Everett, R. Chaplinsky, J. Kim, **US Patent # 6,678,168**.

26.  Power Conditioning Module, T.W. Kenny, K.E. Goodson, J.G. Santiago, C. K,  Everett, **Patent # 6,606,251 (8/12/03)**, **US Patent # 7,050,308 (5/23/06)**.

27.   Closed-Loop Microchannel Cooling System, K.E. Goodson, **D.E. Huber**, L. Jiang, T.W. Kenny, **J-M Koo**, J.C. Mikkelsen, J.G. Santiago, **E. Wang, S. Zheng, L. Zhang, D. Laser, H. Chen, US Patent # 7,334,630 (2/26/08),** US20050205241A1.

28.  Electroosmotic Microchannel Cooling System, K.E. Goodson, **D.E. Huber**, L. Jiang, T.W. Kenny, **J-M Koo**, J.C. Mikkelsen, J.G. Santiago, **E. Wang, S. Zheng, L. Zhang, D. Laser, H. Chen, US Patent # 7,185,697 (3/6/07), US Patent # 7,131,486 (12/7/06), Patent # 6,942,018 (9/13/05) US Patent#6,991,024 (1/24/06), US Patent #7,131,486 (11/7/06)** EP1576320A2, US2005/0098299A1, US2004/0089442A2, US2003/0164231A1, WO0302973A3, WO0302973A2, US2003/0062149A1,

29.  Adhesive Microstructure and Method of Forming Same, B. Full, K. Autumn, R. Fearing, and T. Kenny, **US Patent # 6,737,160, US Patent # 7,011723 (3/14/06), US Patent # 7,229,865 (7/11/07)**, US20050072509A1, US2004/0005454A1, EP1241930A4, WO0149776C2, EP1241930A2, WO 0149776A3, WO0149776A2.

30.     Non-Contact Mechanical Resonance Method for Determining the Near-Surface Carrier Mobility in Semiconductors, **T.D.Stowe**, D. Rugar, and T.W, Kenny, **Patent #6,489,776** (12/3/02)

31.     In-Plane Micromachined Accelerometer and Bridge Circuit having same**, A. Partridge, A. M. Fitzgerald, B.W. Chui, J. K. Reynolds** and T.W. Kenny, **Patent # 6,389,899** (5/21/02)

32.     Method of Making Electrical Elements on the Sidewalls of Micromechanical Structures, **B.W. Chui** and T.W. Kenny, **Patent # 6,025,208** (2/15/00).

33.     Micromachined Cantilever Structure Providing for Independent Multidimensional Force Sensing Using High Aspect Ratio Beams, **B.W. Chui** and T.W. Kenny, **Patent # 5,959,200** (9/28/99).

34.     Tunnel Effect Measuring Systems and Particle Detectors, W.J. Kaiser, S.B. Waltman, and T.W. Kenny, **Patent #5,290,102 (3/1/94/94), Patent #5,265,470 (11/30/93), 5,293,781 (3/15/94)**.

35.     Methods and Apparatus for Improving Sensor Performance, W.J. Kaiser, T.W. Kenny, S.B. Waltman, **J.K. Reynolds** and T.R. VanZandt. **Patent # 5,211,051 (5/18/93)**.

36.     Tunnel Effect Wave Energy Detection, W.J. Kaiser, S.B Waltman, and T.W. Kenny. **Patent # 5,449,909** (9/12/95).

37.     Uncooled Tunneling Infrared Sensor, T.W. Kenny, W.J. Kaiser, J.A. Podosek, E.C. Vote, H.K. Rockstad, and **J.K. Reynolds**. **Patent # 5,298,748** (3/29/94).

38.     Uncooled Tunneling Infrared Sensor, T.W. Kenny, W.J. Kaiser, J.A. Podosek, E.C. Vote, R.E. Muller, and P.D. Maker. **Patent # 5,436,452** (7/25/95)

39.     Dual Element Electron Tunneling Accelerometer, W.J. Kaiser, T.W. Kenny, H.K. Rockstad**, J.K. Reynolds**, and T.R. VanZandt. **Patent # 5,563,344** (10/8/96)

40.     High Performance Miniature Hygrometer and Method Thereof, T.R. VanZandt, W.J. Kaiser, and T.W. Kenny, **Patent # 5,364,185** (11/15/94).

41.     Method and Apparatus for Measuring a Magnetic Field using a Deflectable Energized Loop and a Tunneling Tip, W.J. Kaiser, S.B. Waltman, and T.W. Kenny, **Patent # 5,315,247 (1994)**