# Exhibit K

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STMICROELECTRONICS, INC., | Case No. CV 12-02475-JSW |
| Plaintiff, | **DECLARATION OF DR. JOHN C. BRAVMAN REGARDING CLAIM CONSTRUCTION** |
| v. | |
| INVENSENSE, INC., | |
| Defendant. | |

I, JOHN C. BRAVMAN, PH.D, declare as follows,

1.      I am President of Bucknell University and a Professor of Electrical Engineering at that university. I make this declaration based on my personal knowledge except where stated on information and belief, and if so stated, I believe my information to be true and correct.  If called as a witness, I could and would testify competently to the matters set forth herein.

2.      InvenSense Inc. has asked me to offer my opinions concerning the meaning of certain claim terms from U.S. Patent No. 6,504,253 (the "'253 patent).  In particular, I have been asked to opine regarding how a person of ordinary skill in the art at the time of the invention would interpret "an insulation region surrounding laterally said plug region" appearing in claim 1 of the '253 patent and "an insulation region laterally surrounding said plug region" appearing in claim 17 of the '253 patent.

3.      In performing my analysis, I have reviewed the proposed constructions and supporting evidence set forth by Invensense and STMicroelectronics Inc. ("ST") for these claim terms, which have been summarized in **Exhibit 1**.  My analysis indicates that the evidence supports Invensense's proposed construction of these terms and, therefore, I agree with the construction proposed by Invensense in **Exhibit 1**.

4.      Below, I offer specific analysis as to the reasons why I agree with Invensense's proposed construction.  In my analysis, I have relied upon the patent, its prosecution history, my understanding of the knowledge of one of ordinary skill in the art, and the parties' proposed claim constructions.  My opinions below are not exhaustive, and they are rendered without the benefit of any expert opinions offered by ST or positions taken by ST in its opening claim construction brief.

5.      I reserve the right to offer additional opinions concerning the interpretation of these claim terms in response to any expert opinions or briefing from ST, including during my deposition or at the claim construction hearing in this action.  Moreover, I understand that Invensense has asked the Court for leave to construe additional claim terms, and I reserve the right to supplement this declaration should the Court grant that request.

sf- 3250175

## I.     EDUCATION AND EXPERIENCE

6.      I have extensive experience in the field of microelectronic materials and systems fabrication and analysis.  The details of my background, education and a listing of publications I have authored, and a list of consulting engagements are provided in my curriculum vitae, attached to this declaration as **Exhibit 2**.  Below I provide a short summary of my education and experience which I believe to be most pertinent to the opinions that I express.

7.      My academic training was at Stanford University, where I received my Bachelor of Science degree in Materials Science and Engineering in 1979, and a Master of Science degree in 1981, also in Materials Science and Engineering.  I completed my Doctor of Philosophy degree in 1984, with a dissertation that focused on the nature of silicon—silicon dioxide interfaces as found in integrated circuit devices.

8.      From 1979 to 1984, while a graduate student at Stanford, I was employed part-time by Fairchild Semiconductor in their Palo Alto Advanced Research Laboratory.  I worked in the Materials Characterization group.  In 1985, upon completion of my doctorate, I joined the faculty at Stanford as Assistant Professor of Materials Science and Engineering.  I was promoted to Associate Professor with tenure in 1991, and achieved the rank of Professor in 1995.  In 1997, I was named to the Bing Professorship.

9.      At Stanford I was Chairman of the Department of Materials Science and Engineering from 1996 to 1999, and Director of the Center for Materials Research from 1998 to 1999.  I served as Senior Associate Dean of the School of Engineering from 1992 to 2001 and the Vice Provost for Undergraduate Education from 1999 to 2010.  On July 1, 2010, I retired from Stanford University and assumed the Presidency of Bucknell University, where I also became a Professor of Electrical Engineering.

10.     I have worked for more than 25 years in the areas of thin film materials processing and analysis.  Much of my work has involved materials for use in microelectronic interconnects and packaging, and in superconducting structures and systems.  I have also led multiple development efforts of specialized equipment and methods for determining the microstructural and mechanical properties of materials and structures.

2

sf- 3250175

11.     My early work on microelectronic packaging blended fundamental aspects of the behavior of microelectromechanical systems (MEMS)—specifically, compliant multilayer cantilever beams—for possible test probe and package implementations.  More recently, I investigated the mechanical behavior of flip-chip package underfill systems, focusing on the relationship between microstructures, processing, adhesion, delamination, and cracking; as part of this work we considered the use of various silane adhesion promoters in packaging systems.  My group also published extensively in the areas of thin film stress analysis and electromigration, two areas of great concern in microelectronic packaging and microelectromechanical systems.

12.     I have taught a wide variety of courses at the undergraduate and graduate level in materials science and engineering, emphasizing both basic science and applied technology, including coursework in the areas of integrated circuit materials and processing.  More than two thousand students have taken my classes, and I have trained 24 doctoral students, most of whom now work in the microelectronics industry.

## II.     LEGAL FRAMEWORK

13.     I have been informed by counsel regarding the legal framework by which patent claim terms are interpreted.  I understand that claim terms should be given their "ordinary and customary meaning"—the  meaning that the term would have to a person of ordinary skill in the art in question at the time of the invention—unless the patentee acted as his own lexicographer and provided a special meaning for the term.  Importantly, the person of ordinary skill in the art is deemed to read the claim term in the context of the entire patent, including the claims and specification, and also the patent's file history.  The context in which the claim term appears in the asserted claim, as well as the context provided by other claims, can also be instructive as to the meaning of the term.  The specification is often the best source for understanding the scope and meaning of the claims, as the words of the claims must be based on the description.  Like the specification, the prosecution history provides evidence of how the PTO and the inventor understood the scope of the patent claims.  Extrinsic evidence external to the patent and prosecution history can shed useful light on the meaning of the claims and the relevant art, but is less significant than the intrinsic record.

3

**III.    '253 PATENT**

14.    The '253 patent is entitled "Structure for Electrically Connecting A First Body of Semiconductor Material Overlaid By A Second Body of Semiconductor Material Composite Structure Using Electric Connection Structure."  The patent generally relates to an electric connecting structure for connecting a first body of semiconductor material that is overlaid by a second body of semiconductor material.  The connecting structure comprises a plug region that extends through a portion of the second (overlaying) body made of monocrystalline semiconductor material and an insulation region laterally surrounds the plug region.  The plug region allows the second body, which is not directly accessible from the front, to be easily connected to the outside.

15.    According to the face of the patent, the '253 patent was filed on April 27, 2001 and claims priority to a European patent application filed April 28, 2000.  My opinions relating to the '253 patent are based on the understanding of one of ordinary skill in the art as of the April 27, 2001 filing date.  My opinions would be the same if the relevant date was moved to April 28, 2000.

16.    A person of ordinary skill in the art at the time of the alleged invention would have a bachelor's degree in material science engineering, electrical engineering, mechanical engineering, or in a related field, and four or more years of experience relating to the manufacture or design of MEMS sensors.

17.    As a result of my education and experience, including my work as a professor at Stanford University and Bucknell University, I am very familiar with the state of the art for the '253 patent.  For more than 25 years, I have conducted research, directed doctoral students, and published widely on various aspects of thin film materials, with special emphases on the mechanical behavior of thin film structures such as those used extensively in MEMS devices. Paragraph 8 above describes some of this work.  I was conducting research and teaching in the area of MEMS design and manufacture in the 2000-2001 time frame, having started this work in 1987 and continuing through at least 2003.

4

sf- 3250175

18.     Therefore, I consider myself to be a person with at least ordinary skill in the art pertaining to the '253 patent.

19.     The term "an insulation region surrounding laterally said plug region" appears in claim 1 of the '253 patent.  The term "an insulation region laterally surrounding said plug region" appears in claim 17.  Here, "surrounding laterally" and "laterally surrounding" have the same meaning to one of ordinary skill in the art.  Therefore, I agree that the same construction should govern both terms.

20.     In light of the intrinsic evidence and knowledge of one of ordinary skill in the art at the time of the invention, I believe the aforementioned terms should be construed as "a space adjacent the sides of the plug region filled with a material that electrically insulates the plug region from the rest of the second body."  (*See, e.g.*, '253 patent, Claims 1, 7, 11, 14, 17, 25, 26; Specification at Abstract; 1:56-65; 2:58-67; 4:9-15; 4:64-66; 5:27-32; 5:63-65; 6:64-66; Figs. 1-19.)

21.      As explained in the '253 patent, "[t]o form the plug region [3], trenches [2a] are dug in a first wafer [1] and are filled, at least partially, with insulating material [6]."  ('253 patent, Abstract; Figs. 1 and 2.)



Fig.1

Fig.2

22.    "The plug region [3] is fixed to a metal region [23] provided on a second wafer [10], by performing a low-temperature heat treatment which causes a chemical reaction between the metal and the silicon."  (*Id.* at Abstract; Fig. 3.)



Fig.3

23.    "The first wafer [1] is thinned until the trenches and electrical connections are formed on the free surface [26] of the first wafer [1]."  (*Id.* at Abstract; Fig. 4.)



Fig.4

24.    "[P]lug regions 3 enable the second wafer 10, not directly accessible from the front, to be connected to the outside, without requiring costly processes to be carried out from the back."  (*Id.* at 3:65-4:3; Fig. 7.)

sf- 3250175



Fig.7

25.    "The plug regions 3 are insulated by insulation regions formed by the insulating material 6 and possibly by the air present in the first deep trenches 2a, and are thus electrically insulated from the rest of the first wafer 1 . . . ." (*Id.* at 4:9-15.)

26.    In light of this context, one of ordinary skill in the art would understand that "an insulation region" is "a space adjacent the sides of the plug region filled with a material that electrically insulates the plug region" from the rest of the wafer (i.e., the "second body" of claims 1 and 17).  In particular, the specification teaches that "insulation regions" are "formed by the insulating material 6 and possibly by the air present in the first deep trenches 2a" and electrically insulate the plug region from the rest of the wafer.  (*Id.* at 4:9-15.)  The ordinary artisan would also understand that "laterally surrounding said plug region" means "adjacent the sides of the plug region," as the specification teaches that the insulation region is formed from material deposited into the trenches 2a immediately adjacent the plug region.  (*Id.* at 2:51-67; Figs. 1-2.)

I declare under penalty of perjury that the foregoing is true and correct.  Executed on this 12th day of February in Lewisburg, Pennsylvania.

*John C. Bravman*

_____

John C. Bravman

# EXHIBIT 1

**Exhibit 1:  Proposed Constructions - U.S. Patent No. 6,504,253**

| CLAIM TERM | ST'S PROPOSED CONSTRUCTION | ST'S SUPPORTING EVIDENCE | INVN'S PROPOSED CONSTRUCTION | INVN'S SUPPORTING EVIDENCE |
|---|---|---|---|---|
| "an insulation region surrounding laterally said plug region" (Claim 1) "an insulation region laterally surrounding said plug region" (Claim 17) | Plain and ordinary meaning | None. | "a space adjacent the sides of the plug region filled with a material that electrically insulates the plug region from the rest of the second body" | Intrinsic Evidence: Claims 1, 7, 11, 14, 17, 25, 26. Specification at Abstract; 1:56-65; 2:58-67; 4:9-15; 4:64-66; 5:27-32; 5:63-65; 6:64-66; Figs. 1-19. |

1

# EXHIBIT 2

– JOHN C. BRAVMAN –

PRESIDENT, AND PROFESSOR OF ELECTRICAL ENGINEERING, BUCKNELL UNIVERSITY
BING CENTENNIAL PROFESSOR EMERITUS, MATERIALS SCIENCE & ENGINEERING, STANFORD UNIVERSITY
FREEMAN–THORNTON VICE PROVOST, EMERITUS, STANFORD UNIVERSITY

---

## RESEARCH INTERESTS & EXPERTISE

- Integrated circuit manufacturing
- IC failure processes and phenomena
- Mechanical behavior of thin films
- High spatial resolution materials analysis
- Microelectronic packaging
- IP analysis and litigation

## EDUCATION

| | |
|---|---|
| *1975 − 1979* | B.S., Materials Science and Engineering, Stanford University |
| *1979 − 1984* | M.S., Ph.D., Materials Science and Engineering, Stanford University |

## PROFESSIONAL CAREER

| | |
|---|---|
| *1979 − 1984* | Research Engineer, Fairchild Semiconductor Research Laboratory, Palo Alto, CA |
| *1985 − 1991* | Assistant Professor, Dept. of Materials Science & Engineering, Stanford University |
| *1991 − 1995* | Associate Professor, Dept. of Materials Science & Engineering, Stanford University |
| *1991 − 1995* | Assc. Chairman, Dept. of Materials Science & Engineering, Stanford University |
| *1992 − 1993* | Associate Dean for Undergraduate Affairs, School of Engineering, Stanford Univ. |
| *1993 − 2001* | Senior Associate Dean, School of Engineering, Stanford University |
| *1995 − 1997* | Professor, Dept. of Materials Science & Engineering, Stanford University |
| *1997 − 2010* | Bing Centennial Professor, Materials Science & Engineering, Stanford University |
| *1996 − 1999* | Chairman, Dept. of Materials Science & Engineering, Stanford University |
| *1998 − 1999* | Director, Center for Materials Research, Stanford University |
| *1999 − 2010* | Dean of the Freshman/Sophomore College, Stanford University |
| *1999 − 2010* | Freeman Thornton Vice Provost for Undergraduate Education, Stanford University |
| *2001* | Interim Vice Provost for Student Affairs, Stanford University |
| *2001 − 2010* | Professor, by courtesy, Dept. of Electrical Engineering, Stanford University |
| *2010 − present* | Bing Centennial Professor of Materials Science and Freeman Thornton Vice Provost for Undergraduate Education, Emeritus, Stanford University |
| *2010 − present* | President, and Professor of Electrical Engineering, Bucknell University |
| *2012 − present* | Board of Directors, Geisinger Health System |

## HONORS AND AWARDS

| | |
|---|---|
| *1987* | School of Engineering Distinguished Advisor Award, Stanford University |
| *1988* | Excellence in Teaching Award, Society of Black Scientists & Engineers |
| *1989* | Walter J. Gores Award for Excellence in Teaching, Stanford University's highest award for teaching |

| | |
|---|---|
| *1990* | Tau Beta Pi Engineering Honor Society Award for Excellence in Undergraduate Engineering Teaching, Stanford University |
| *1991* | Bradley Stoughton Award, ASM International, a national teaching award for scientists under the age of 35. |
| *1992 − 1995* | Bing Teaching Fellow, Stanford University |
| *1992* | Excellence in Teaching Award, Society of Women Engineers, Stanford Univ. |
| *1994* | President, Materials Research Society |
| *1995 − 1997* | University Fellow, Stanford University |
| *1997* | Bing Centennial Professor, Stanford University |
| *2001* | Stanford Associates Award for Service to the Alumni Association |
| *2004* | Woody White Award, Materials Research Society |
| *2010* | Kenneth M. Cuthbertson Award for Exceptional Service, Stanford University's highest award for contributions to the university. |

## EXTERNAL SERVICE AND SCHOLARLY ACTIVITIES

| | |
|---|---|
| *1986 − 1987* | Symposium Organizer, *1987* Fall Meeting of the Materials Research Society; "Workshop on Specimen Preparation for Transmission Electron Microscopy of Materials" |
| *1987 − 1988* | Symposium Organizer, *1988* Fall Meeting of the Materials Research Society; "Thin Films: Stresses and Mechanical Properties" |
| *1988 − 1989* | Organizing Committee, International Conference on Materials and Mechanisms of Superconductivity − High Temperature Superconductivity |
| *1988 − 1989* | Symposium Organizer, *1989* Meeting of the Electron Microscopy Society of America: "Structure and Reactivity of Metal − Semiconductor Interfaces" |
| *1989 − 1990* | Conference Chairman, *1990* Spring Meeting of the Materials Research Society |
| *1989 − 1990* | Symposium Organizer, *1990* Spring Meeting of the Materials Research Society: "Laser Ablation for Thin Film Synthesis" |
| *1989 − 1990* | Symposium Organizer, *1990* Spring Meeting of the Materials Research Society: "Frontiers of Materials Science" |
| *1990 − 1991* | Symposium Organizer, *1991* Fall Meeting of the Materials Research Society; "Thin Films: Stresses and Mechanical Properties III" |
| *1990 − 1991* | Symposium Organizer, *1991* Fall Meeting of the Materials Research Society; "Workshop on Specimen Preparation for Transmission Electron Microscopy of Materials III" |
| *1991 − 1993* | Council Member, Materials Research Society |
| *1991 − 1992* | Symposium Organizer, *1992* Spring Meeting of the Materials Research Society: "Structure and Defects in Electronic Oxides" |
| *1991 − 1996* | Technical Editorial Board, Materials Research Society Bulletin |
| *1992* | Second Vice President, Materials Research Society |
| *1992 − 1998* | Editorial Board, Annual Reviews of Materials Science |
| *1992* | Guest Editor, July *1992* Issue of the Materials Research Society Bulletin; "Mechanical Properties of Thin Film Materials" |
| *1993* | First Vice President, Materials Research Society |

| | |
|---|---|
| *1993 − 1995* | Selection Committee, Bradley Stoughton Award, ASM International |
| *1993, 2001* | Member, National Advisory Board, Materials Science & Technology Programs, Sandia National Laboratories |
| *1994* | President, Materials Research Society |
| *1994 − 1995* | Conference Organizer, 3rd International Workshop on Stress Induced Phenomena, Stanford, CA |
| *1995 − 1998* | Solid States Sciences Committee of the National Research Council |
| *1996 − 1999* | Awards Committee, ASM International |
| *1996 − 1999* | Chair, Program Development Subcommittee, Materials Research Society |
| *1996 − 1999* | Member, Electronics and Photonics Program National Advisory Board, Sandia National Laboratories |
| *1997 − 1998* | Symposium Organizer, *1998* Spring Meeting of the Materials Research Society, "Materials Reliability in Microelectronics VIII" |
| *1997 − 1998* | Conference Organizer, 15th Biennial Conference on National Materials Policy, Washington, D.C. |
| *1998 − 1999* | Program Committee, 5th International Workshop on Stress Induced Phenomena, Stuttgart, Germany |
| *1998 − 1999* | Chair, Long Range Planning Committee, Materials Research Society |
| *1998 − 2001* | Member, Editorial Board, Applied Physics Reviews |
| *1998 − 2006* | Associate Editor, Annual Reviews of Materials Science |
| *2000 − 2004* | Chair, Program Committee, Materials Research Society |
| *2001* | Member, Middle States Association Accreditation Review Panel, Cornell University |
| *2001* | Member, Middle States Association Accreditation Review Panel, University of Pennsylvania |
| *2002 − present* | Visiting Committee, Massachusetts Institute of Technology |
| *2002 − 2006* | Member, Director's Review Board, Chemistry and Materials Science, Lawrence Livermore National Laboratory. |
| *2005 − 2009* | Board of Directors, LEAD Program for Underserved Youth |
| *2006 − 2010* | Member, Advisory Board, Journal of Engineering Education |
| *2010 − present* | Member, Board of Directors, Council of Higher Education Accreditation |
| *2010 − present* | Member, Selection Committee for the Clare Booth Luce Awards, Henry Luce Foundation |
| *2011 − 2012* | Chair, Publications Review Committee, Materials Research Society |

## Stanford University Service

| | |
|---|---|
| *1986 − 1992; 96 – 2010* | Freshman Advisor |
| *1991 − 1992* | Deans' Advisory Group, Libraries & Information Resources |
| *1991* | Faculty Advisor, Freshman Alcohol Responsibility & Management Program |
| *1991 − 1995* | Committee on Residential Computing |
| *1991 − 1997* | Steering Committee, Continuing Education Program |
| *1992* | Faculty Expenditure Certification Process Task Force |

*Updated: 15 September 2012*

| | |
|---|---|
| *1992 − 1995* | Faculty Resident Fellow, Yost House Undergraduate Residence |
| *1992* | Search Committee, Director of Environmental Health and Safety |
| *1992 − 1996* | Chair, University Committee on Health and Safety |
| *1993 − 1999* | Chair, C-AAA Subcommittee on University and Departmental Honors |
| *1993* | Search Committee, Director of Residential Education |
| *1993 − 1997* | Faculty Senate of the Academic Council |
| *1993 − 1999* | Steering Committee, Center for Teaching and Learning |
| *1993 − 1994* | President's Commission on Undergraduate Education at Stanford; Chair of Subcommittee on Technology in Teaching and Learning |
| *1993 − 1995* | C-ASIS Subc. on Distributed Information & Computing Environment |
| *1994 − 1995* | President's Commission on Technology in Teaching and Learning |
| *1994 − 1997* | Board of Directors, Faculty Club |
| *1994 − 2003* | C−AAA Subcommittee on Academic Standing |
| *1995 − 2004* | Faculty Member, Stanford Sophomore College |
| *1995* | Search Committee, Dean of Students |
| *1995 − 1996* | Faculty Senate Committee on Committees |
| *1995 − 1997* | Design Committee for Cultures, Ideas & Values Program |
| *1996* | Search Committee, Director of Career Planning and Placement Center |
| *1996 − 1998* | Stanford University Board of Trustees Committee on Development |
| *1996 − 1999* | Writing Advisory Board |
| *1996 − 2010* | University Undergraduate Advisory Council |
| *1996 − 1997* | Residences Task Force |
| *1996 − 1999* | Executive Committee, Center for Materials Research |
| *1997* | Search Committee, Dean of Admissions & Financial Aid |
| *1997 − 1999* | Residence Programs Implementation Group |
| *1998 − 2001* | Stanford University Board of Trustees Committee on Nominations |
| *1998 − 1999* | Director, Center for Materials Research |
| *1999* | Elected Chair, Faculty Senate of the Academic Council |
| *1999 − 2010* | Dean of the Freshman/Sophomore College |
| *1999 − 2010* | Freeman−Thornton Vice Provost for Undergraduate Education |
| *2000* | Co−Chair, Search Committee, Dean of Admissions & Financial Aid |
| *2000 − 2001* | Provost's Task Force, University Needs Assessment |
| *2000 − 2003* | Strategic Planning Board, Cantor Center for the Visual Arts |
| *2001* | Search Committee, Dean of Humanities and Sciences |
| *2001* | Chair, Search Committee, Vice Provost for Student Affairs |
| *2001* | Interim Vice Provost for Student Affairs |
| *2004−2005* | Co−Chair, Search Committee, Dean of Admissions & Financial Aid |
| *2004 − 2007* | Dean of Potter College |
| *2005 − 2006* | Search Committee, Director of Athletics |
| *2006* | Co−Chair, Stanford Task Force Evaluating Education in the Residences |
| *2006 − 2007* | Search Committee, University Registrar |
| *2006 − 2010* | Co−Chair, WASC Reaccreditation Steering Committee |

## STANFORD SCHOOL OF ENGINEERING SERVICE

| | |
|---|---|
| *1986 − 1990* | EE–ICL Faculty Search Committees (Silicon Processing; Sensors) |
| *1986 − 1992* | Radiation Safety Committee |
| *1987 − 1992* | School of Engineering Committee on Computers |
| *1991 − 2001* | Member of Undergraduate Council |
| *1991 − 2006* | Faculty Advisor, Tau Beta Pi Engineering Honor Society |
| *1992 − 1993* | MSE–EE Faculty Search Committee (Magnetic Materials & Devices) |
| *1992 − 1994* | MSE–Chem. E. Faculty Search Committee (Comput. Materials Science) |
| *1992 − 1993* | Associate Dean for Undergraduate Affairs |
| *1992 − 2009* | Faculty Advisor, Stanford Solar Car Project |
| *1993 − 2001* | Senior Associate Dean for Student Affairs |

## STANFORD DEPARTMENTAL SERVICE

| | |
|---|---|
| *1986 − 1987* | Student Faculty Liaison Committee, Dept. of Materials Science |
| *1986 − 1987* | Industrial Affiliates Program Committee, Dept. of Materials Science |
| *1986 − 1990* | Advanced Degree Committee, Dept. of Materials Science |
| *1986 − 1990* | Curriculum Committee, Dept. of Materials Science |
| *1986 − 1991* | Project Director, X–ray Diffraction Lab., Dept. of Materials Science |
| *1986 − 1991* | Chair, Computer Committee, Dept. of Materials Science |
| *1987 − 1991* | Chair, Space and Building Committee, Dept. of Materials Science |
| *1990 − 1995* | Chair, Financial Aids Committee, Dept. of Materials Science |
| *1991 − 1995* | Associate Chairman, Dept. of Materials Science and Engineering |
| *1996 − 1999* | Chairman, Department of Materials Science & Engineering |

## REFEREE

| | |
|---|---|
| *Journals* | Journal of Applied Physics, Applied Physics Letters, Journal of Materials Science, Journal of the Electrochemical Society, Physical Review B, IEEE Electron Device Letters, Journal of Materials Research, Physical Review Letters, Journal of Engineering Education |
| *Agencies* | National Science Foundation, Electric Power Research Institute, Air Force Office of Scientific Research, Department of Energy, Army Research Labs, Science and Engineering Research Council (Singapore) |

## PROFESSIONAL SOCIETY MEMBERSHIPS

| | |
|---|---|
| American Physical Society | American Society of Metals |
| Materials Research Society | The Metallurgical Society of AIME |
| Electron Microscopy Society of America | Institute of Electrical & Electronic Engineers |

*Updated: 15 September 2012*

PATENTS

"Drug Delivery Systems using Mesoporous Oxide Films," Dimitrios Pantelidis and John C. Bravman, US Patent 7981441, issued July 19, 2011.

 "Bioactive Material Delivery Systems Comprising Sol–Gel Compositions," Dimitrios Pantelidis, John C. Bravman, Jonathan Rothbard, and Richard Klein, US Patent 8097269, issued January 17, 2012.

CONSULTING ACTIVITIES – TECHNICAL ADVISORY

| | |
|---|---|
| *1985 – 1987* | **Fairchild Semiconductor**, Palo Alto, CA. (technical consulting) |
| *1986 – 1992* | **National Semiconductor**, Santa Clara, CA. (technical consulting) |
| *1987 – 1990* | **Intel Corporation**, Santa Clara, CA. (technical consulting) |
| *1992 – 2000* | **Mayfield Fund**, Menlo Park, CA. (technical consulting) |
| *1994 – 2002* | Chair, National Advisory Board, Materials Science & Technology Programs, **Sandia National Laboratories** |
| *1998 – 2003* | **Mohr, Davidow**, Menlo Park, CA. (technical consulting) |
| *2001 – 2005* | **Reflectivity, Inc.**, Sunnyvale, CA. (technical consulting) |
| *2003 – 2007* | **Applied Plasma Lab, Inc.**, Santa Clara, CA. (Board of Directors) |
| *2004 – present* | **Medlogics**, Santa Rosa, CA. (technical consulting) |
| *2005 – 2007* | **Sharefare**, Los Altos, CA. (Technical Advisory Board) |
| *2006 – 2008* | **HSH Nordbank**, New York, NY. (technical due diligence) |
| *2007* | **Virgin Fuels**, London, U.K. (technical due diligence) |

*Updated: 15 September 2012*

CONSULTING ACTIVITIES − PATENTS/INTELLECTUAL PROPERTY, TRADE SECRET, PRODUCT LIABILITY

| | |
|---|---|
| *1999 − 2000* | **Robins, Kaplan, Miller and Ciresi**<br>• for Raychem; patent litigation, consultant, 1999 − 2000. [*completed*] |
| *2001 − present* | **Perkins Coie**<br>• for Semitool in Semitool *vs.* Applied Materials, Novellus, and Ebara; patent litigation, testifying witness, 2001 − 2004. [Case CV 01-1066-BR (Applied Materials), Case CV 01-874-BR (Novellus), Case CV 01-873-BR (Ebara); US District Court, District of Oregon.] [*completed*]<br>• for Semitool in Semitool *vs.* DMS; patent litigation, testifying witness, 2004 − 2005. [Case 01−1391 WHA; US District Court, Northern District of California, San Francisco Division; filed April 9, 2001] [*completed*]<br>• for Micron in Ohmi *vs.* Intel, IBM, Samsung and Micron; patent litigation, testifying witness, 2006 − 2007. [Case 2−05−CV−209; US District Court, Eastern District of Texas, Marshall Division; filed June 2, 2005.] [*completed*]<br>• for On Semiconductor in On Semiconductor *vs.* Hynix Semiconductor, Elpida Memory, Nanya Technology, and Hittite Microwave; patent litigation, testifying witness, 2010. [Case 6−09−CV−390; United States District Court for the Eastern District Of Texas.] [*completed*]<br>• for Intel in Semcon Tech LLC *vs.* Intel Corporation; patent litigation, testifying witness, 2012 − present. [Case 12-531-RGA; United States District Court for Deleware.] |
| *2003 − 2011* | **Kirkland & Ellis**<br>• for Honeywell Electronic Materials; patent litigation; consultant, 2003. [*completed*]<br>• for Samsung in Ohmi *vs.* Intel, IBM, Samsung and Micron; patent litigation; testifying witness, 2006 − 2007. [Case 2−05−CV−209; US District Court, Eastern District of Texas, Marshall Division; filed June 2, 2005.] [*completed*]<br>• for Samsung in Samsung *vs.* Matsushita; patent litigation; testifying witness, 2006 − 2007. [Case 6:06-CV-154 LED; US District Court, Eastern District of Texas, Tyler Division; filed September 15, 2005.] [*completed*]<br>• for Agere Systems in Agere *vs.* Atmel; patent litigation; testifying witness, 2006. [Case 02−CV−864; US District Court, Eastern District of Pennsylvania] [*completed*]<br>• for Samsung in On Semiconductor *vs.* Samsung; patent litigation; testifying witness, 2008 − 2009 [Case 07−449 (JJF); US District Court, District of Delaware]; and in Samsung *vs.* On Semiconductor; patent litigation; testifying witness, 2008 − 2009 [Case 06−720 (JJF); US District Court, District of Delaware]. [*completed*]<br>• for Samsung in Spansion *vs.* Samsung; patent litigation; testifying witness, 2009 [Investigation 337−TA−664; US International Trade Commission, Washington D.C.] [*completed*]<br>• for Samsung in Samsung *vs.* Samsung; patent litigation; testifying witness, 2010 − 2011 [Case 08−855 (SLR); US District Court, District of Delaware]. [*completed*]<br>• for Samsung in Spansion *vs.* Samsung;  patent litigation; testifying witness, 2011 − 2011 [Case No. 3:10-CV-685 (WMC); US District Court, Western District of Wisconsin]. [*completed*] |
| *2003* | **McDermott, Will & Emery**<br>• for Motorola/Freescale in Motorola *vs.* Analog Devices; patent litigation, testifying witness, 2003. [Case 1:03-CV-0131; US District Court, Eastern District of Texas, Beaumont Division; filed March 4, 2003.] [*completed*] |

*2003 − 2004*     **Jones Day**
- for Motorola/Freescale in Motorola *vs.* Analog Devices; patent litigation, testifying witness, 2003 − 2004. [Case 1:03-CV-0131; US District Court, Eastern District of Texas, Beaumont Division; filed March 4, 2003.] [*completed*]

*2004 − present*   **Silicon Valley Expert Witness Group**

*2004 − 2005*     **Heller Erhman White & McAuliffe**
- for Fujitsu in Fujitsu *vs.* Sumitomo, Amkor, and Cirrus Logic; product liability, testifying witness, 2004 − 2005. [Case 1-03-CV-009885; Superior Court of the State of California, County of Santa Clara; filed November 25, 2003.] [*completed*]
- for Western Digital in Reiber et al. *vs.* Western Digital et al., patent litigation, testifying witness, 2008. [Investigation No. 337-TA-616.] [*completed*]

*2004 − 2005*     **Paul, Hastings, Janofsky & Walker**
- for SMIC in TSMC *vs.* SMIC; trade secrets, consultant, 2004 − 2005. [Case C-03-5761 MMC; US District Court, Northern District of California.] [*completed*]

*2005 − 2006*     **Townsend and Townsend and Crew**
- for Hynix in Toshiba *vs.* Hynix; patent litigation, testifying witness, 2005 − 2006. [Case 3:04-CV-04708 VRW; US District Court, Northern District of California; filed September 1, 2006.] [*completed*]

*2005 − 2007*     **Keker and Van Nest**
- for Intel in Ohmi *vs.* Intel, Samsung and Micron; patent litigation, testifying witness, 2005 − 2007. [Case 2−05CV−209; US District Court, Eastern District of Texas, Marshall Division; filed June 2, 2005.] [*completed*]
- for Sputtered Films Inc. in SFI *vs.* Advanced Modular Sputtering; trade secret litigation, consultant, 2006. [Case 0113-2336; Superior Court of the State of California, Anacapa Division; filed December 23, 2003.] [*completed*]

*2005 − 2008*     **Fish and Richardson**
- for Hynix in Toshiba *vs.* Hynix; patent litigation, testifying witness, 2005 − 2006. [Investigation 337−TA−552; US International Trade Commission, Washington D.C.] [*completed*]
- for Metconnex in JDS Uniphase *vs.* Metconnex; patent litigation, consultant, 2005 − 2006. [Case 05-5371-AG(SS); US District Court, Central District of California, Southern Division; filed July 25, 2005.] [*completed*]
- for Hynix in Toshiba *vs.* Hynix; patent litigation, testifying witness, 2007 − 2008. [Investigation 337−TA−592; US International Trade Commission, Washington D.C.] [*completed*]
- for Samsung in Renesas *vs.* Samsung; patent litigation, testifying witness, 2007 − 2008. [Investigation 337−TA−595; US International Trade Commission, Washington D.C.] [*completed*]
- for Applied Materials, in Applied Materials *vs.* SSC, patent litigation, testifying witness, 2007 − 2008 [*completed*]
- for Samsung in Spansion *vs.* Samsung; patent litigation, testifying witness, 2010 − present. [Investigation 337−TA−735; US International Trade Commission, Washington D.C.] [*completed*]

*Updated: 15 September 2012*

| | |
|---|---|
| *2006 − present* | **Irell & Manella** |

- for Tessera in Tessera, Inc. *vs.* Amkor; patent litigation, testifying witness, 2006 − 2008. [International Court of Arbitration of The International Chamber Of Commerce][*completed*]
- for Tessera in Tessera, Inc. *vs.* Advanced Micro Devices, Inc., Spansion Inc., Spansion Technology Inc., Spansion LLC, Advanced Semiconductor Engineering, Inc., ASE (US) Inc., ChipMOS Technologies Inc., ChipMOS USA Inc., Siliconware Precision Industries Co. Ltd, Siliconware USA Inc., STMicroelectronics N.V. STMicroelectronics, Inc., STATSChipPac Ltd., STATSChipPac, Inc., STATSChipPac (BVI) Limited; patent litigation, testifying witness, 2006 − *2008.* [Case 4:05−CV−04063 CW); US District Court, Northern District of California; filed January 31, 2006 (Second Amended Complaint).] [*completed*]
- for Chi Mei Optoelectronics in LG Display *vs.* Chi Mei Optoelectronics; patent litigation, testifying witness, 2009 − present. [Case 06-726, 07-357, 08-355 (D. Dell); US District Court, Delaware.] [*completed*]
- for Tessera in Tessera, Inc. *vs.* Amkor; patent litigation, testifying witness, 2010 − 2011. [International Court of Arbitration of The International Chamber Of Commerce] [*completed*]
- ★ for Tessera in Tessera, Inc. *vs.* Sony Corporation, 2012 − present.

| | |
|---|---|
| *2006 − present* | **Sheppard, Mullin, Richter, & Hampton** |

- for Northrup Grumman; contract dispute, consultant, 2006 − present. [*completed*]

| | |
|---|---|
| *2006 − 2007* | **Foley & Lardner** |

- for Schlumberger Technology Corporation in Memry Corporation *vs.* Kentucky Oil Technology N.V., Peter Besselink, Memory Metals Holland, B.V., and Kentucky Oil Technology N.V. *vs.* Memry Corporation and Schlumberger Technology Corporation; trade secrets, consultant, 2006 − 2008. [Case 04−CV−03843 RMW (HRL); US District Court, Northern District of California.] [*completed*]

| | |
|---|---|
| *2007 − 2009* | **Baker Botts** |

- for Agere in Agere *vs.* Sony; patent litigation, testifying witness, 2007 − *2009.* [Case 2:06−CV−00079 (TJW); US District Court, Eastern District of Texas, Marshall Division.] [*completed*]
- for Samsung in Samsung vs. Pioneer Corporation; patent litigation, testifying witness, 2007 − *2008.* [Case 2:06−CV−384 (DF); US District Court, Eastern District of Texas, Marshall Division.] [*completed*]

| | |
|---|---|
| *2007 − 2008* | **Wolf, Greenfield & Sacks** |

- for Nanya Technology Corporation in Fujitsu *vs.* Nanya; patent litigation, testifying witness, 2007 − 2008. [Case 4:06-CV-06-06613 (CW); US District Court, Northern District of California, Oakland Division.] [*completed*]

| | |
|---|---|
| *2008 − 2009* | **Quinn Emanuel Urquhart Oliver & Hedges** |

- for Samsung in Samsung *vs.* SanDisk; patent litigation, testifying witness, 2008 − 2009. [*completed*]

*2008 − 2010*  **Winston & Strawn**
- for S.O.I.TEC Silicon on Insulator Technologies in S.O.I.TEC Silicon on Insulator Technologies *vs.* MEMC Electronic Materials; patent litigation, testifying witness, 2008 − *present*. [Case 1:08-cv-292-SLR; US District Court, District of Delaware.] [*completed*]

*2009 − 2011*  **Lerner, David, Littenberg, Krumholz & Mentlik**
- for Tessera in Tessera *vs.* ST Microelectronics; patent re−examination, consulting expert, 2009 − 2011.

*2009 − 2010*  **Morrison & Foerster**
- for Advanced Microfabrication Equipment in Applied Materials *vs.* Advanced Microfabrication Equipment; patent litigation, testifying witness, 2009. [Case C07−05248 JW (PVT), US District Court, Northern District of California, San Jose Division.] [*completed*]

*2009*  **Sidley Austin**
- for Samsung in Samsung *vs.* Pioneer Corporation; patent litigation, testifying witness, 2009. [Case 2:06−CV−384 (DF); US District Court, Eastern District of Texas, Marshall Division.] [*completed*]

*2009*  **Thompson & Knight**
- for LSI in Qimonda *vs.* LSI; patent litigation, testifying witness, 2009. [Investigation 337−TA−665; US International Trade Commission, Washington D.C.] [*completed*]

*2009*  **O'Melveny & Myers**
- for Samsung in Semiconductor Energy Laboratory *vs.* Samsung; patent litigation, testifying witness, 2009 − 2010. [Case 3:09−CV−0001; US District Court, Western District of Wisconsin.] [*completed*]

*2010 − 2011*  **Farella, Braun & Martell**
- for Volterra Semiconductor in Volterra *vs.* Infineon Technologies; patent litigation, testifying witness, 2010 − 2011. [Case No. CV−08−5129 (JCS); US District Court, Northern District of California, San Francisco Division.] [*completed*]

*2011*  **Faegre & Benson**
- for CoorsTek in CoorsTek *vs.* Reiber & Reiber; patent litigation, testifying witness, 2011. [Case 08-CV-1133-KMT-CBS; US District Court, District of Colorado.] [*completed*]

*2012*  **WilmerHale**
- for Apple, Intel, and Hewlett-Packard,  in X2Y Attenuators LLC v. Apple, Intel and Hewlett-Packard, patent litigation, testifying witness, 2012. [ITC Investigation No. 337-781.] [*completed*]

---

Note: The designation "[*completed*]" at the end of an entry indicates that Dr. Bravman's involvement in the matter has ended no later than the publication date of this document. Matters indicated with a [*] are active.

*Updated: 15 September 2012*

## Doctoral Students of Prof. John C. Bravman

| | Name | Dissertation Title | Completion Date |
|---|---|---|---|
| 1. | David C. Paine | A Microstructural Study of LPCVD Tungsten Thin Films for Use as a Contact Material to Silicon. | *September 1988* |
| 2. | Ming Bing Chang | Deep Level Related Studies in GaAs with the Constant Capacitance Voltage Transient Technique. | *October 1989* |
| 3. | Soonil Hong | Free Standing Multilayer Thin Film Microstructures for Electronic Systems. | *December 1990* |
| 4. | Bruce M. Lairson | Critical Currents and Flux Creep in $YBa_2Cu_3O_{7-\delta}$ Superconducting Thin Films. | *August 1991* |
| 5. | Paul L. Meissner | Barrier Height Reduction and Interface Chemistry in Pd–Ge Based Contacts to GaAs. | *August 1991* |
| 6. | Ramnath Venkatraman | Plasticity and Flow Stresses in Al Thin Films on Silicon. | *May 1992* |
| 7. | Stephen K. Streiffer | Nucleation and Growth of $YBa_2Cu_3O_{7-\delta}$ Films on Lattice–Matched and Mismatched Substrates. | *November 1992* |
| 8. | Paul R. Besser | X–ray Determination of Thermal Strains, Stresses, and Relaxation in Passivated Al Lines During Thermal Cycling | *August 1993* |
| 9. | Thomas N. Marieb | In-Situ Observations of Void Nucleation and Growth in Passivated Metal Lines | *January 1994* |
| 10. | Richard Vinci | Thermal Stresses and Strains in Copper Films and Interconnect Structures | *August 1994* |
| 11. | Cynthia Lee | Diffusion of Implanted Dopants in GaAs/AlGaAs. | *December 1994* |
| 12. | Eden Zielinski | The Influence of Strain Energy on Abnormal Grain Growth in Copper Thin Films | *August 1995* |
| 13. | Yaser M. Haddara | Transient Diffusion of Dopants in Gallium Arsenide | *March 1997* |
| 14. | Charlie Yu | High Temperature Mechanical Properties of Thin Films used in VLSI Fabrication | *August 1997* |
| 15. | Samantha Lee | The Effects of Passivation on Electromigration Behavior in Aluminum Interconnects | *August 1998* |
| 16. | Jonathan Doan | In–Situ Studies of Electromigration in Thin Films | *December 1998* |
| 17. | Guido Cornella | Monotonic and Cyclic Testing of Thin Film Materials | *December 1998* |
| 18. | Seok Hee Lee | Electromigration in Cu Thin Films | *December 2000* |

*Updated: 15 September 2012*

| | | | |
|---|---|---|---|
| 19. | Nicole Meier | Electromigration in Cu Thin Films | *March 2002* |
| 20. | Dimitrios Pantelidis | Mechanisms of Adhesion of Organic/Inorganic Interfaces Reinforced by Silane Coupling Agents and and Self-Assembling Mesoporous Oxide Thin Films | *June 2003* |
| 21. | Ping Zhang | Thin Film Mechanical Behavior | *May 2003* |
| 22. | Bryan Valek | Thin Film Mechanical Behavior | *March 2003* |
| 23. | Maura Jenkins | Selection and Use of Silane Adhesion Promoters in Microelectronic Packaging | *June 2003* |
| 24. | Gaurav Verma | Laser Silicidation for Deep Submicron MOSFETs | *August 2003* |

## Invited Presentations at Conferences, Workshops, etc.

1. *March 1985* — "High Resolution Microstructural Studies of VLSI Interfaces," Electronic Materials Symposium, Northern California Section, AIME, Santa Clara, CA.

2. *October 1985* — "Microstructural Characterization of LPCVD Tungsten Interfaces," Second Annual Workshop on Tungsten & Other Refractory Metals, Albuquerque, NM.

3. *January 1986* — "High Resolution Microstructural Studies of Semiconductor Materials," 1986 Annual Meeting of the Society of Photo–Optical Instrumentation Engineers, Los Angeles, CA.

4. *February 1987* — "High Resolution Microstructural Studies of Semiconductor Materials," Golden Gate Materials Technology Conference, San Francisco, CA.

5. *June, 1987* — "Structural Characterization of Silicon – LPCVD Tungsten Interfaces," 13th Western Regional Meeting for Electron Microscopy and Microbeam Analysis, Concord, CA.

6. *July 1987* — "TEM Studies of Semiconductor Materials," Annual Meeting of the International Metallographic Society, Monterey, CA.

7. *September 1987* — "Synthesis and Properties of Superconducting Parasites," Regional Meeting of the Materials Research Society, Univ. of Washington, Seattle, WA.

8. *January 1988* — "TEM Studies of VLSI Materials," Northern California American Vacuum Society Thin Film Microanalysis Seminar, San Jose, CA.

9. *January 1988* — "Synthesis and Properties of Superconducting Perovskites," 1988 Annual Meeting of The Metallurgical Society, Phoenix, AZ.

10. *April 1988* — "Morphology and Microstructure of LPCVD Tungsten Films," 1988 Spring Meeting of the Materials Research Society, Reno, NV.

11. *September 1989* — "High Resolution Electron Microscopy of Semiconductor Interfaces," 12th Brazilian Congress on Electron Microscopy, Rio de Janeiro, Brazil.

12. *April 1990* — "Beam Deflection Techniques for Studying Thin Film Mechanical Behavior," 1990 Spring Meeting of the Materials Research Society, San Francisco, CA.

*Updated: 15 September 2012*

13. *June, 1991*      "Mechanical Testing of Thin Films," 6th International Conference on Solid State Sensors and Actuators," San Francisco, CA.

14. *November 1991*      "Mechanical Properties of Thin Film Aluminum," American Vacuum Society Annual Meeting, Seattle, WA.

15. *March 1992*      "Mechanical Testing of Thin Film Media," The Metallurgical Society Annual Meeting, San Diego, CA.

16. *April 1992*      "Mechanical Testing of Thin Film Materials," 1992 Spring Meeting of the Materials Research Society, San Francisco, CA.

17. *March 1993*      "X-ray Determination of Strains, Stresses and Relaxation in Interconnection Metallizations," Second International Workshop on Stress Induced Phenomena in Metallizations, Austin, TX.

18. *June 1994*      "Microstructure and Stresses in Sputtered Copper Films," Symposium on Micromechanisms in Stressed Conductor Lines and Thin Films, Ringberg, Germany.

19. *December 1994*      "In-situ Electromigration Testing of Aluminum Metallizations," 1994 Fall Meeting of the Materials Research Society, Boston, MA.

20. *April 1995*      "Development of High Voltage SEM for In-situ Electromigration Testing," 1995 Spring Meeting of the Materials Research Society, San Francisco, CA.

21. *May 1995*      "Development of High Voltage SEM for In-situ Electromigration Testing," 1995 Meeting, European Materials Research Society, Strasbourg, France.

22. *September 1998*      "In–Situ High Voltage Scanning Electron Microscopy for Electromigration Studies," 14th Quadrennial International Conference on Electron Microscopy, Cancun, Mexico.

23. *June 2001*      "Micromechanical Testing of Free Standing Thin Films for MEMS Applications," 2001 Mechanics and Materials Conference, San Diego. (Keynote)

24. *June 2001*      "In–Situ Dynamic Studies of Electromigration in Copper Metallizations," 2001 Mechanics and Materials Conference, San Diego. (Keynote)

25. *December 2001*      "Micromechanical Testing of Free Standing Thin Films for MEMS Applications," 2001 Fall Meeting of the Materials Research Society, Boston, MA.

## INVITED PRESENTATIONS AT UNIVERSITIES, CORPORATIONS, ETC.

26. *December 1984*      "Transmission Electron Microscopy of Semiconductor Materials," Department of Materials Science, Oregon Graduate Center.

27. *January 1985*      "Transmission Electron Microscopy of VLSI Interfaces," Rockwell International, Semiconductor Products Division, Los Angeles, CA.

28. *January 1985*      "Transmission Electron Microscopy: A Tool for VLSI Research," Hewlett Packard Research Laboratories, Palo Alto, CA.

29. *March 1985*      "Morphological Aspects of Silicon − Silicon Dioxide VLSI Interfaces," Texas Instruments Central Research Laboratories, Dallas, TX.

Updated: 15 September 2012

| | | |
|---|---|---|
| 30. | October 1987 | "Transmission Electron Microscopy of Thin Films and Interfaces," Department of Materials Science and Mineral Engineering, Univ. of California at Berkeley. |
| 31. | May 1988 | "Progress and Prospects in High Temperature Superconductors," Raychem Corporation, Redwood City, CA. |
| 32. | June 1988 | "An Assessment of LPCVD Tungsten for VLSI Metallizations," Xerox Corp., Palo Alto Research Center, Palo Alto, CA. |
| 33. | April 1989 | "Transmission Electron Microscopy: A Tool for VLSI Research," National Semiconductor Corporation, Santa Clara, CA. |
| 34. | September 1989 | "Mechanical Properties of Thin Film Materials," 12th Brazilian Congress on Electron Microscopy, Rio de Janeiro, Brazil. |
| 35. | October 1989 | "Mechanical Properties of Thin Film Materials," Motorola Corporation, Phoenix, AZ. |
| 36. | February 1991 | "Microstructural Studies of Y–Ba–Cu–O High Tc Thin Films," 1991 Stanford Symposium on Applications of Contemporary Electron Microscopy, Stanford, CA. |
| 37. | May 1991 | "Mechanical Testing Techniques for Thin Film Structures," Microelectronics Center of North Carolina, Research Triangle Park, NC. |
| 38. | September 1991 | "Processing and Structure of Y–Ba–Cu–O High Tc Thin Films," Physical Sciences Colloquium, IBM Almaden Research Center, San Jose, CA. |
| 39. | November 1991 | "Mechanical Properties of Thin Films," Department Colloquium, Materials Science and Engineering, U. C. Berkeley. |
| 40. | March 1992 | "Mechanical Testing of Thin Film Media," Department Colloquium, Materials Science and Engineering, University of Southern California, Los Angeles, CA. |
| 41. | November 1992 | "Mechanical Testing Techniques for Thin Film Structures," Opening Dedication Ceremony, Max Planck Institüt, Stuttgart, Germany. |
| 42. | November 1992 | "Micron–Scale Mechanical Testing of Films and Layered Media," Opening Dedication Ceremony, Max Planck Institut für Metallforschung; Stuttgart, Germany. |
| 43. | September 1993 | "Modern Techniques for Surface and Interface Analysis," National Defense Academy, Japan. |
| 44. | October 1993 | "X-ray Methods for Determining Strains and Stresses in Thin Films and Interconnection Lines," AFOSR Workshop on Stress and Reliability in Thin Film and Optical Materials, The Aerospace Corporation, Los Angeles, CA. |
| 45. | October 1995 | "Development of High Voltage SEM for In-situ Electromigration Testing," University of California at Los Angeles. |
| 46. | November 1996 | "Development of High Voltage SEM for In-situ Electromigration Testing," University of Michigan at Ann Arbor. |
| 47. | August, 1997 | "How to be an Effective Engineering Educator," Linkoping University, Sweden |
| 48. | August 1997 | "How to be an Effective Engineering Educator," Upsala University, Sweden |
| 49. | August 1997 | High Voltage Scanning Electron Microscopy for In-situ Electromigration Testing," Royal Institute of Technology, Sweden |

Updated: 15 September 2012

| 50. | November 1997 | High Voltage Scanning Electron Microscopy for In-situ Electromigration Testing," Georgia Institute of Technology. |
|-----|---------------|------------------------------------------------------------------------------------------------------------------|
| 51. | February 1998 | "The Future of Engineering Education at Major Research Universities: Course Correction or New Paradigm?" Symposium on Engineering Education for the 21st Century, Nagoya, Japan. |
| 52. | March 1998 | "Quantitative Assessments of Electromigration Lifetime," Lehigh Univ. |
| 53. | November 1998 | "A New Method for Studying Electromigration in IC Interconnects," Lawrence Berkeley Laboratory, Advanced Light Source Colloquium Series. |

*Updated: 15 September 2012*

ARCHIVAL REFEREED JOURNALS

1.  "TEM Studies of the Polycrystalline Silicon − Silicon Dioxide Interface," J.C. Bravman and R. Sinclair, Thin Solid Films, 104, 153−61 (1983).

2.  "Observation of Rapid Field Aided Diffusion of Silver in Metal Oxide Semiconductor Structures," J.D. McBrayer, R.M. Swanson, T.W. Sigmon and J.C. Bravman, Applied Physics Letters, 43, 653−54 (1983).

3.  "The Preparation of Cross−section Specimens for Transmission Electron Microscopy," J.C. Bravman and R. Sinclair, Journal of Electron Microscopy Technique, 1, 52−61 (1984).

4.  "Structure and Morphology of Polycrystalline Silicon − Single Crystal Silicon Interfaces," J.C. Bravman, G.L. Patton and J.D. Plummer, Journal of Applied Physics, 57, 2279−82 (1985).

5.  "Physics, Technology and Modeling of Polysilicon Emitter Contacts for VLSI Bipolar Transistors," G.L. Patton, J.C. Bravman and J.D. Plummer, IEEE Transactions on Electron Devices, ED−33, 1754−68 (1986).

6.  "Damage Calculation and Measurement for GaAs Amorphized by Si−Implantation," W.G. Opyd, J.F. Gibbons, J.C. Bravman and M.A. Parker, Applied Physics Letters, 49, 974−976 (1986).

7.  "Observations of Beta−tungsten deposited by Low Pressure Chemical Vapor Deposition," D. C. Paine, J.C. Bravman and C. Y. Yang, Applied Physics Letters, 50, 498−500 (1987).

8.  "The Mechanical Deflection of Cantilever Microbeams: A New Technique for Testing the Mechanical Properties of Thin Films," T. P. Weihs, S. Hong, J.C. Bravman and W.D. Nix, Journal of Materials Research, 3, 931−942 (1988)

9.  "Molecular Beam Epitaxy of Layered Dy−Ba−Cu−O Compounds," D. G. Schlom, J. N. Eckstein, E. S. Hellman, S.K. Streiffer, J. S. Harris, M. R. Beasley, J.C. Bravman, T. H. Geballe, C. Webb, K. von Dessonneck and F. Turner, Applied Physics Letters, 53, 1660−1662. (1988).

10. "Microstructural Characterization of YBa$_2$Cu$_3$O$_{7-d}$ Thin Films on SrTiO$_3$ Using Four Axis X−ray Diffraction," J. Sizemore, R. Barton, A. Marshall and J.C. Bravman, IEEE Transactions on Magnetics, 25 (2), 2245-2249 (1989).

11. "Determination of High Field Enhanced Emission Rates with the Constant Capacitance−Voltage Transient Technique," M.B. Chang, H. Tomokage, J.J. Shiau, R. H. Bube, and J.C. Bravman, Journal of Applied Physics, 65, 2734−2738 (1989).

12. "Phase Characterization of Dysprosium Barium Copper Oxide Thin Films Grown on Strontium Titanate by Molecular Beam Epitaxy," E. S. Hellman, D. G. Schlom, A. F. Marshall, S.K. Streiffer, J. S. Harris, M. R. Beasley, J.C. Bravman and T. H. Geballe, Journal of Materials Research, 4, 476−95 (1989).

13. "Elimination of Current Dissipation in High Transition Temperature Superconductors," J.Z. Sun, B. Lairson, C.B. Eom, J.C. Bravman and T.H. Geballe, Science, 247, 307−309 (1990).

14. "Microwave Properties of Highly Oriented YBa$_2$Cu$_3$O$_{7-d}$ Thin films," A. Inam, X.D. Wu, L. Nazar, M.S. Hegde. C.T. Rogers, T. Venkatesan, R.W. Simon, K. Daly, H. Padamsee, J. Kirchgessner, D. Moffat, D. Rubin, Q.S. Shu, D, Kalolitis, A. Fathy, V. Pendrick, R. Brown, B. Brycki, E. Belohoubek, L. Drabeck, G. Gruner, R. Hammond, F. Gamble, B.M. Lairson and J.C. Bravman, Applied Physics Letters, 56, 1178−80 (1990).

15. "Reduction of Magnetization Decay Rate in High Tc Superconductors," B. Lairson, J.Z. Sun, J.C. Bravman and T.H. Geballe, Physical Review B, 42, 1008−1011 (1990).

16. "Measuring Stiffnesses and Residual Stresses of Silicon Nitride Thin Films," S. Hong, T.P. Weihs, J.C. Bravman and W.D. Nix, Journal of Electronic Materials, 19, 903−909 (1990).

17. "Molecular Beam Epitaxial Growth of Layered Bi−Sr−Ca−Cu−O Compounds," D. G. Schlom, A. F. Marshall, J.T. Sizemore, Z.J.Chen, J. N.

16

*Updated: 15 September 2012*

Eckstein, I. Bozovic, K.E. von Dessonneck, J.S. Harris and J.C. Bravman, Journal of Crystal Growth, 102, 361–375 (1990).

18. "Mechanical Properties and Microstructural Characterization of Al–0.5% Cu Thin Films," R. Venkatraman, J.C. Bravman, P.W. Davies, P.A. Flinn, D.B. Fraser and W.D. Nix, Journal of Electronic Materials, 19, 1231–7 (1990).

19. "The Microstructure of Fe and Ag Thin Films Grown by Molecular Beam Epitaxy on GaAs (001)," C.J. Chien, R.F.C. Farrow and J.C. Bravman, Journal of Applied Physics, 68, 4343–5 (1990).

20. "Vortex Pinning by Twin Boundaries in $YBa_2Cu_3O_{7-d}$ Thin Films," B.M. Lairson, S.K. Streiffer and J.C. Bravman, Physical Review B, 42, 10067–74 (1990).

21. "Magnetic ordering in strain-controlled epitaxial rare-earth films," R. F. C. Farrow, S. S. P. Parkin, W. Bennett, A. Segmuller, J. Chien, and J. C. Bravman, Journal of Applied Physics, 67, 5733 (1990).

22. "Growth of $YBa_2Cu_3O_{7-d}$ Thin Films on Vicinal MgO Surfaces," S.K. Streiffer, B.M. Lairson and J.C. Bravman, Applied Physics Letters, 57, 2501–3 (1990).

23. "Synthesis and Properties of $YBa_2Cu_3O_{7-d}$ Thin Films Grown In–Situ by 90° Off–Axis Single Magnetron Sputtering," C.B. Eom, J.Z. Sun, S.K. Streiffer, A.F. Marshall, B.M. Lairson, K. Yamamoto, S.M. Anlage, J.C. Bravman, T. H. Geballe, S.S. Laderman and R. C. Taber, Physica C, 171, 354–82 (1990).

24. "Role of Atomic Oxygen produced by ECR Plasma in the Oxidation of $YBa_2Cu_3O_{7-d}$ Thin Films studied by In–situ Resistivity Measurements," K. Yamamoto, B.M. Lairson, C.B. Eom, R. H. Hammond, J.C. Bravman and T.H. Geballe, Applied Physics Letters, 57, 1936–8 (1990).

25. "Thermal Activation of Vortex Motion in $YBa_2Cu_3O_{7-d}$ Films at Low Temperatures," B.M. Lairson, J.Z. Sun, T.H. Geballe, M. R. Beasley and J.C. Bravman, Physical Review B, 43, 10405–12 (1991).

26. "Magnetic Relaxation, J–E Characteristics and Possible Dissipation Mechanisms for High Tc Superconducting Films of $YBa_2Cu_3O_{7-d}$," J.Z.

Sun, C.B. Eom, B.M. Lairson, J.C. Bravman and T. H. Geballe, Physical Review B, 43, 3002–8 (1991).

27. "Oxidation Kinetics of $YBa_2Cu_3O_{7-d}$ Thin Films in the Presence of Atomic Oxygen and Molecular Oxygen by In–situ Resistivity Measurements," K. Yamamoto, B.M. Lairson, J.C. Bravman and T.H. Geballe, Journal of Applied Physics, 69, 7189–7201 (1991).

28. "Microstructure of Ultrathin Films of $YBa_2Cu_3O_{7-d}$ on MgO," S.K. Streiffer, B.M. Lairson, C.B. Eom, J.C. Bravman and T. H. Geballe, Physical Review B, 43, 13007–13018 (1991).

29. "Thickness Dependence of the Twin Density in $YBa_2Cu_3O_{7-d}$ Thin Films Sputtered onto MgO Substrates," S.K. Streiffer, E.M. Zielinski, B.M. Lairson, and J.C. Bravman, Applied Physics Letters, 58, 2171–3 (1991).

30. "The Effect of Laser Reflowing on the Variation of Stress with Thermal Cycling in Aluminum Thin Films," R. Venkatraman, S. Chen and J.C. Bravman, Journal of Vacuum Science and Technology A, 9, 2536–42 (1991).

31. "Separation of Film Thickness and Grain Boundary Strengthening Effects in Al Thin Films on Si," R. Venkatraman and J.C. Bravman, Journal of Materials Research, 7, 2040–2048 (1992).

32. "Limits on the use of tunneling to describe the Pd--Ge ohmic contact to GaAs," A. Herrera-Gómez, P. L. Meissner, J. C. Bravman and W. E. Spicer, Journal of Vacuum Science and Technology A, 10, 1029 (1992).

33. "Nucleation and Growth Mechanisms of a,b–Axis Oriented $YBa_2Cu_3O_{7-d}$ Films on La–$lO_3$," S.K. Streiffer, B.M. Lairson, E.M. Zielinski, and J.C. Bravman, Physical Review B, 47, 11431-38 (1993).

34. "Finite–Element Modeling and X–ray Determination of Stress in Passivated Al Lines During Thermal Cycling," P.R. Besser, A. Sauter–Mack, D. Fraser, and J.C. Bravman, Journal of the Electrochemical Society, 140, 1769–73 (1993).

35. "An X-ray Method for Direct Determination of the Stress State and Strain Relaxation in Micro–scale Passivated Metallization Lines During

Thermal Cycling," P.R. Besser, S. Brennan, and J.C. Bravman, Journal of Materials Research, 9, 13–24 (1994).

36. "Elastic Strain Gradients and X-ray Line Broadening Effects as a Function of Temperature in Aluminum Thin Films on Silicon," R. Venkatraman, P.R. Besser, S. Brennan and J.C. Bravman, Journal of Materials Research, 9, 328-35 (1994).

37. "Understanding and Electrochemical Control of YBa$_2$Cu$_3$O$_{7-x}$ Thin Film Epitaxy on Yttrium Stabilized Zirconia," J.L. MacManus–Driscoll, T.H. Geballe, and J.C. Bravman, Journal of Applied Physics, 75, 412-422 (1994).

38. "Effect of Ion Energy on the Diffusion of Si Implanted into GaAs," C.C. Lee, M.D. Deal, K.S. Jones, H.G. Robinson, and J.C. Bravman, Journal of the Electrochemical Society, 141, 2245-2249 (1994).

39. "Eliminating Dopant Diffusion after Ion Implantation by Surface Etching," C.C. Lee, M. E. Deal and J.C. Bravman, Applied Physics Letters, 64, 3302-3304 (1994).

40. "Observation of Voids Induced by Mechanical Stress and Electromigration in Passivated Al Lines Deposited at Different Purity Levels," T. Marieb, J.C. Bravman, P. Flinn, D. S. Gardner, and M. Madden, Applied Physics Letters, 64, 2424-6 (1994).

41. "The Effects of Silver and Lead on the Phase Stability of the Bi–2212 and Bi–2223 Phases Above and Below the Solidus Temperature," J.L. MacManus–Driscoll, J.C. Bravman, R. J. Savoy, G. Gorman and R.B. Beyers, Journal of the American Ceramic Society, 77, 2305-13 (1994).

42. "Effects of Barrier Layer and Annealing on Abnormal Grain Growth in Copper Thin Films," E.M. Zielinski, R.P. Vinci, and J.C. Bravman, Journal of Applied Physics, 76, 4516-23 (1994).

43. "Studies of Structural Disorder in Re-Ba$_2$Cu$_3$O$_{7-x}$ Thin Films as a Function of Rare Earth Ionic Radius and Film Deposition Conditions," J.L. MacManus–Driscoll, J.A. Alonso, P. Wang, T.H. Geballe and J.C. Bravman, Physica C, 232, 288-308 (1994).

44. "Phase Equilibria and Melt Processing of Bi$_2$Sr$_2$Ca$_1$Cu$_2$O$_{8+x}$ Tapes at Reduced Oxygen Partial Pressures, J.L. MacManus–Driscoll, P. Wang, J.C. Bravman and R.B. Beyers, Applied Physics Letters, 65, 2872–4 (1994).

45. "The Influence of Strain Energy on Abnormal Grain Growth in Copper Thin Films," E.M. Zielinski, R.P. Vinci, and J.C. Bravman, Applied Physics Letters, 67, 1078 - 1080 (1995).

46. "Transport Characterization of Calcium-Doped YBCO Thin Films," J.T. Kucera and J.C. Bravman, Physical Review B, 51, 8582-90 (1995).

47. "Thermal Strain and Stress in Copper Thin Films," R.P. Vinci, E.M. Zielinski, J.C. Bravman, Thin Solid Films, 262, 142-153 (1995).(Invited Review)

48. "Effects of Barrier Layer and Processing Conditions on Thin Film Cu Microstructure." E.M. Zielinski, R.P. Vinci, J.C. Bravman, Journal of Electronic Materials, 24, 1485-1492 (1995).

49. "Observations of Electromigration Induced Void Nucleation and Growth in Polycrystalline and Near-bamboo Passivated Al Lines," T. Marieb, P. Flinn, J.C. Bravman, D. Gardner, M. Madden, Journal of Applied Physics, 78, 1026–32 (1995).

50. "Diffusion of Implanted Be in Al$_x$Ga$_{1-x}$As as a Function of Al Concentration and Anneal Temperature," C.C. Lee, M. Deal and J.C. Bravman, Applied Physics Letters, 66, 355-7 (1995).

51. "Phase Equilibria in the Y-Ba-Cu-O System and Melt Processing of Ag Clad Y$_1$Ba$_2$Cu$_3$O$_{7-x}$ Tapes at Reduced Oxygen Partial Pressures," J.L MacManus–Driscoll, J.C. Bravman and R.B. Beyers, Physica C, 241, 401-13 (1995).

52. "Pseudo-Quaternary Phase Relations Near Bi$_2$Sr$_2$Ca$_1$Cu$_2$O$_{8+x}$ in Reduced Oxygen Pressures," J.L MacManus–Driscoll, J.C. Bravman and R.B. Beyers, Physica C, 251, 71-88 (1995).

53. "Modeling Diffusion in Gallium Arsenide: Recent Work," Y.M. Haddara, C.C. Lee, J.C. Hu, M.D. Deal & J.C. Bravman, MRS Bulletin, 20, #4, 41-50 (1995).

54. "Measurement and Interpretation of Strain Relaxation in Passivated Al–0.5%Cu Lines," P.R. Besser, T.N. Marieb, P.A. Flinn, and J.C.

*Updated: 15 September 2012*

Bravman, Journal of Materials Research, 11, 184–193 (1996).

55. "The Effect of Encapsulant Material on the Diffusion of Beryllium in Molecular Beam Epitaxially Grown Gallium Arsenide," Y.M. Haddara, M.D. Deal and J.C. Bravman, Applied Physics Letters, 68, 1939–41 (1996).

56. "An Analysis Technique for Extraction of Thin Film Stresses from X-ray Data," G. Cornella, S.H. Lee, W.D. Nix, and J.C. Bravman, Applied Physics Letters, 71, 2949-52 (1997).

57. "Transient Diffusion of Beryllium and Silicon in Gallium Arsenide," Y. Haddara and J.C. Bravman, Annual Reviews of Materials Science, 28, 185–214 (1998)

58. "Void nucleation on intentionally added defects in Al interconnects," J. C. Doan, S.-H. Lee, J. C. Bravman, P. A. Flinn and T. N. Marieb, Applied Physics Letters, 75, 633-35 (1999).

59. "The Evolution of the Resistance of Aluminum Interconnects during Electromigration," J. C. Doan, J. C. Bravman, P. A. Flinn, and T. N. Marieb, Microelectronics Reliability, 40, 981-990 (2000).

60. A High–Voltage Scanning Electron Microscopy System for In–Situ Electromigration Testing," J. C. Doan, S.–H. Lee, N. E. Meier, J. C. Bravman, P. A. Flinn, T. N. Marieb and M. C. Madden, Review of Scientific Instruments, 71, 2848-2854 (2000).

61. "Stress Relaxation of Free Standing Aluminum Beams for Microelectromechanical Systems Applications," H.–J. Lee, G. Cornella and J. C. Bravman, Applied Physics Letters, 76, 3415-17 (2000).

62. "Differential Thermal Budget in Laser Processing: Application to Formation of Titanium Silicide," J. C. Bravman, G. Verma, and S. Talwar, IEEE Electron Device Letters, 21, #10, 482-84, (2000).

63. "Effects of Dielectric Materials on Electromigration Failure," J. C. Doan, S. Lee, S.-H. Lee, P. A. Flinn, J. C. Bravman and T. N. Marieb, Journal of Applied Physics, 89, 7797-7808 (2001).

64. "Use of angle resolved x-ray photoelectron spectroscopy for determination of depth and thickness of compound layer structures," S. Spruytte, C. Coldren, J. Harris, D. Pantelidis, H.-J. Lee, J. Bravman, and M. Kelly, Journal of Vacuum Science and Technology A, 19, 603-608 (2001).

65. "Creating Process Margin in Laser Thermal Processing: Application to Formation of Titanium Silicide," G. Verma, S. Talwar and J. C. Bravman, Applied Physics Letters, 78, 925-27 (2001).

66. "Submicron X-Ray Diffraction," A. A. MacDowell, R. S. Celestre, N. Tamura, R. Spolenak, B. Valek, W. L. Brown, J. C. Bravman, H. A. Padmore, B. W. Batterman and J. R. Patel, Nuclear Instruments & Methods In Physics Research Section A-Accelerators Spectrometers Detectors And Associated Equipment 467, 936-43 Part 2, (2001)

67. "Miniature Nernstian Oxygen Sensors for Deposition and Growth Environments," E. van Setten, T. M. Gur, D. Blank, J. C. Bravman and M. R. Beasley, Review of Scientific Instruments, 73, 156–161 (2002).

68. "Formation of Titanium Silicide on Narrow Gates Using Laser Processing," G. Verma, C. Gelatos, S. Talwar, and J. C. Bravman, IEEE Transactions on Electron Devices, 49, #1, 42–48 (2002).

69. "Effect of interface conditions on yield behavior of passivated copper thin films," R. P. Vinci, S. A. Forrest, and J. C. Bravman, J. Mater. Res., 17, 1863 (2002).

70. "Stress-induced and electromigration voiding in aluminum interconnects passivated with silicon nitride," S.-H. Lee, J. C. Bravman, J. C. Doan, S. Lee, P. A. Flinn, and T. N. Marieb, Journal of Applied Physics, 91, 3653-57 (2002).

71. "Subcritical debonding of polymer/silica interfaces under monotonic and cyclic loading," J. M. Snodgrass, D. Pantelidis, M. L. Jenkins, J. C. Bravman, and R. H. Dauskardt, Acta Materialia, 50 (9), 2395-2411 (2002).

72. "High spatial resolution grain orientation and strain mapping in thin films using polychromatic submicron x-ray diffraction," N. Tamura, A. A. MacDowell, R. S. Celestre, H. A. Padmore, B. Valek, J. C. Bravman, R. Spolenak, W. L. Brown, T. Marieb, H. Fujimoto, B. W. Bat-

Updated: 15 September 2012

terman and J. R. Patel, *Applied Physics Letters*, 80, 3724–26 (2002).

73. "Electromigration-induced plastic deformation in passivated metal lines," B. C. Valek, J. C. Bravman, N. Tamura, A. A. MacDowell, R. S. Celestre, H. A. Padmore, R. Spolenak, W. L. Brown, B. W. Batterman, and J. R. Patel; Applied Physics Letters, 81, 4168–70 (2002).

74. "Tensile failure by grain thinning in micromachined aluminum thin films," H. J. Lee, P. Zhang, and J. C. Bravman, Journal of Applied Physics, 93, 1443–49 (2003).

75. "Scanning X-ray Microdiffraction with Submicrometer White Beam for Strain/Stress and Orientation Mapping in Thin Film," N. Tamura, A. A. MacDowell, R. Spolenak, B. C. Valek, J. C. Bravman, W. L. Brown, R. S. Celestre, H. A. Padmore, B. W. Batterman, and J. R. Patel, Journal of Synchrotron Radiation, 10, 137–43 (2003).

76. "Local plasticity of Al thin films as revealed by X-ray microdiffraction," R. Spolenak, W. Brown, N. Tamura, A. A. MacDowell, R. S. Celestre, H. A. Padmore, B. C. Valek, J.C. Bravman, T. Marieb, H. Fujimoto, B. W. Batterman, and J. R. Patel, Physical Review Letters, 90(9), (2003).

77. "Quantitative analysis of dislocation arrangements induced by electromigration in a passivated Al (0.5 wt % Cu) interconnect," R. I. Barabash, G. E. Ice, N. Tamura, B. C. Valek, J. C. Bravman, R. Spolenak and J. R. Patel, Journal of Applied Physics, 93 (9), 5701–06 (2003).

78. "Early Stage of Plastic Deformation in Thin Films Undergoing Electromigration," B. C. Valek, N. Tamura, R. Spolenak, W. A. Caldwell, A. A. MacDowell, R. S. Celestre, H. A. Padmore, J. C. Bravman, B. W. Batterman, W. D. Nix, and J. R. Patel, Journal of Applied Physics, 94, 3757–61 (2003).

79. "Study on the strength and elongation of freestanding Al beams for microelectromechanical systems applications," H. J. Lee, P. Zhang, J. C. Bravman, Applied Physics Letters, 84 (6), 915–17 (2004).

80. "Quantitative characterization of electromigration-induced plastic deformation in Aluminum (0.5wt%Cu) interconnect," R. I. Barabash, G.

E. Ice, N. Tamura, B. C. Valek, J. C. Bravman, R. Spolenak and J. R. Patel, Microelectronic Engineering, 75 (1), 24–30 (2004)

81. "Important Factors for Silane Adhesion Promoter Efficacy: Surface Coverage, Functionality, and Chain Length," M. L. Jenkins, R. H. Dauskardt, and J. C. Bravman, Journal of Adhesion Science and Technology, 18, 1483–88 (2005).

82. "Stress Relaxation in Free–Standing Aluminum Beams," H. J. Lee, P. Zhang, and J. C. Bravman, Thin Solid Films, 476, 118–24 (2005).

83. "White beam analysis of coupling between precipitation and plastic deformation during electromigration in a passivated Al(0.5wt.% Cu) interconnect," R. I. Barabash, G. E. Ice, N. Tamura, B. C. Valek, J. C. Bravman, and J. R. Patel, Metallofizika I Noveishie Tekhnologii 27, 75–94 (2005) {in Russian}.

84. "Effect of Silane Functional Group on Adhesion of Selected Epoxies for Microelectronic Packaging," M. Jenkins-Borrego, R.H. Dauskardt, and J. C. Bravman, Journal of Microelectronics and Electronic Packaging, 4, 8–16 (2007).

CONFERENCE PROCEEDINGS

85. "High Resolution Transmission Electron Microscopy of Semiconductor Materials," R. Sinclair, F.A. Ponce, J.C. Bravman, T. Yamashita & P. Pirouz, 2nd Oxford Conference on Microscopy of Semiconducting Materials, Oxford, England; Inst. of Physics Conf. Series, 147–52 (1981).

86. "High Resolution Imaging of Semiconductor Interfaces," R. Sinclair, F.A. Ponce, T. Yamashita & J.C. Bravman, Proc. of the Electron Microscopy Society of America #39, G. Bailey, ed., 124–27 (1981).

87. "Interface Morphologies in the Polycrystalline Silicon–Silicon Dioxide Materials System," J.C. Bravman, Proc. of the Electron Microscopy Society of America #41, G. Bailey, ed., 108–09 (1983).

88. "The Morphology of the Polysilicon–Silicon Dioxide Interface," J.C. Bravman & R. Sinclair, Proc. of the Materials Research Society #25: Thin Films and Interfaces II, J. Baglin, D. Campbell & W. Chu, eds., 311–16 (1984).

*Updated: 15 September 2012*

89. "Structural Aspects of Polysilicon Emitter Contacts," J.C. Bravman, G.L. Patton and J.D. Plummer, Electrochemical Society Extended Abstracts, 84–2, 718–19 (1984).

90. "Characterization of Bipolar Transistors with Polysilicon Emitter Contacts," G.L. Patton, J.D. Plummer and J.C. Bravman, 1984 IEEE Conference on VLSI Technology, 53–54, San Diego (1984).

91. "Morphological Studies of Polysilicon Emitter Contacts," J.C. Bravman, G.L. Patton, R. Sinclair & J.D. Plummer, Proc. of the Materials Research Society #37: Layered Structures, Epitaxy and Interfaces, J. Gibson & L. Dawson, eds., 461–66 (1985).

92. "Impact of Processing Parameters on Base Current in Polysilicon Contacted Bipolar Transistors," G.L. Patton, J.C. Bravman and J.D. Plummer, Proc. of the IEEE International Electron Devices Meeting, 30–33 (1985).

93. "Microstructural Characterization of LPCVD Tungsten Interfaces," J.C. Bravman, D.C. Paine and K.C. Saraswat, Proc. of the Materials Research Society: Tungsten and Other Refractory Metals for VLSI Applications (I), R. Blewer, ed, 117–24 (1986). (Invited Paper)

94. "High Resolution Microstructural Studies of Semiconductor Materials," J.C. Bravman, Proc. Society of Photo–Optical Instrumentation Engineers #623: Advanced Processing and Characterization of Semiconductors III, D. Sadana & M. Current, eds., 18–25 (1986). (Invited Paper)

95. "Preparation of Cross–sectioned Semiconductor Devices for Transmission Electron Microscopy," R. Anderson, J.C. Bravman, R. Flutie, E. Hall, B. Marcus & S. Newcomb, Video–taped Tutorial, recorded at 44th. Ann. Meeting Electron Microscopy Society of America (1986). (Invited Paper)

96. "High Performance Packaging for VLSI Systems," F. Pease, J.C. Bravman, O.K. Kwon, S. Hong, S.C. Douglas, B.W. Langley and A.F. Paul, Advanced Research in VLSI – Proc. of the 1987 Stanford Conference, P. Losleben, ed., 279–92, MIT Press (1987). (Invited Paper)

97. "Junction Leakage of Selectively Deposited LPCVD Tungsten for Contact Fill Applications," C. Yang, J. Multani, D. Paine and J.C. Bravman, Proc. of the 1987 IEEE VLSI Multilevel Interconnection Conference, 200–207 (1987).

98. "Conditions for the Deposition of Beta–Tungsten by Low Pressure Chemical Vapor Deposition," D.C. Paine, J.C. Bravman, M. Wong and C. Y. Yang, Electrochemical Society Extended Abstracts (1987).

99. "SUPREM 3.5, Process Modeling of Gallium Arsenide," M.E. Deal, S. E. Hansen, R. Anholt, S. Chou, J.D. Plummer, R.W. Dutton, D. A. Stevenson, C.R. Helms and J.C. Bravman, Proc. of the IEEE International Electron Devices Meeting, 256–259 (1987).

100. "Metastable Beta–tungsten in LPCVD Contacts to Silicon," D.C. Paine, J.C. Bravman and C. Y. Yang, Proc. of the Materials Research Society: Tungsten and Other Refractory Metals for VLSI Applications (III), V.A. Wells, ed., 95–101 (1988).

101. "Structural and Electrical Characterization of LPCVD Tungsten Contacts to Silicon," D. C. Paine and J.C. Bravman, 5th Oxford Conference on Microscopy of Semiconducting Materials, Oxford, England; Inst. of Physics Conf. Series #87, A.G. Cullis and P.D. Augustus, eds., 547–552, Inst. of Physics Press (1988).

102. "Microstructures of Polysilicon," R. Sinclair, A.H. Carim, J. Morgiel and J.C. Bravman, Proc. of the Materials Research Society #106: Polysilicon and its Interfaces, C. Y. Wong, C. V. Thompson and K. N. Tu, eds., 27–38 (1988). (Invited Paper)

103. "Materials and Structures for High Density I/O Interconnection Systems," S. Hong, J.C. Bravman, T. P. Weihs and O. K. Kwon, Proc. of the Materials Research Society #108: Electronic Packaging Materials Science III, R. Jaccodine, K. Jackson and R. Sundahl, eds, 309–317 (1988).

104. "Synthesis and Properties of High Tc Thin Film Superconductors," J.C. Bravman and R. W. Barton, Microstructural Science for Thin Film Metallization in Electronic Applications, J. Sanchez, D.A. Smith and N. Delanerolle, ed.s, 3–6, The Minerals, Metals & Materials Society (TMS), Warrendale, PA (1988). (Invited Paper)

*Updated: 15 September 2012*

105. "Vortex Motion and Time Dependent Magnetic Responses in High Tc Superconductors," J.Z. Sun, C.B. Eom, B. Lairson, J.C. Bravman, T.h. Geballe and A. Kapitulnik, Proc. of the International Conference on Materials and Mechanisms of Superconductivity – High Temperature Super–conductors II, R. Shelton, W.A. Harrison and N.E. Phillips, eds., 687–688 (1989).

106. "Cantilever Beam Micro–contacts in a Multi–chip Interconnection System," S. Hong, T.P. Weihs, O.K. Kwon and J.C. Bravman, Proc. of the 1989 IEEE/CHMT International Electronic Manufacturing Symposium, 239–245 (1989).

107. "Design and Fabrication of a Monolithic High–Density Probe Card for High Frequency On–Wafer Testing," S. Hong and J.C. Bravman, Proc. of the IEEE International Electron Devices Mtg., 289–292 (1989).

108. "The Determination of Mechanical Parameters and Residual Stresses for Thin Films using Micro-cantilever Beams," S. Hong, T. P Weihs, J.C. Bravman and W.D. Nix, Proc. of the Materials Research Society #130: Thin Films – Stresses and Mechanical Properties, 93–98 (1989).

109. "TEM Studies of Semiconductor Materials," J.C. Bravman, Characterization of Advanced Materials, W. Altergott and E. Henneke, eds., Plenum Press, 89 – 96 (1990). (Invited Paper)

110. "Morphology and Defect Structure of Sputtered High–Quality in–situ $YBa_2Cu_3O_{7-d}$ Films," S.K. Streiffer, B.M. Lairson, C.B. Eom, J.C. Bravman, A.F. Marshall and T.H. Geballe, Proc. of the Materials Research Society, #183, 363–68 (1991).

111. "Mechanical Testing of Thin Films," R.P. Vinci and J.C. Bravman, Proc. of the 6th International Conference on Solid State Sensors and Actuators," IEEE Press, 943–48 (1991). (Invited Paper)

112. "Synthesis and Properties of Ultra–Thin $YBa_2Cu_3O_7$ and $YBa_2Cu_3O_7/La_{2-x}Sr_xCu_3O_7$ Multilayers," C.B. Eom, S.K. Streiffer, J.Z. Sun, K. Yamamoto, S.S. Laderman, J.C. Bravman, and T.H. Geballe, Proc. of the Materials Research Society #169, 557–60 (1991).

113. "Investigation of Thin Pd–Ge Layer Formation using Synchrotron Vacuum Ultraviolet Photoemission Spectroscopy," P.L. Meissner, J.C. Bravman, T. Kendelewicz, K. Miyano, J.C. Woicik, C. Bouldin and W. E. Spicer, Proc. of the Materials Research Society #181: Advanced Metallizations in Microelectronics, A. Katz, S. P. Murarka, A. Appelbaum, eds., 265–270 (1990).

114. "Microstructural Investigation of Ultra–thin Films of $YBa_2Cu_3O_7$ Grown on MgO," S.K. Streiffer, C.B. Eom, T. H. Geballe and J.C. Bravman, Proceedings of the XIIth International Congress for Electron Microscopy, 4, 6–7 (1990).

115. "Investigation of $YBa_2Cu_3O_{7-\delta}$ Films Grown on Vicinally–Polished MgO Substrates," S.K. Streiffer, B.M. Lairson, and J.C. Bravman, Proc. of the Materials Research Society #209, 777–82 (1991).

116. "On the Microstructure of Ultrathin Films of $YBa_2Cu_3O_{7-\delta}$," S.K. Streiffer, B.M. Lairson, C.B. Eom, T.H. Geballe, and J.C. Bravman, Program of the 1991 March Meeting of the American Physical Society, Bulletin of the American Physical Society #36, 425 (1991).

117. "Critical Currents and Magnetization Decay in Oxygen Deficient $YBa_2Cu_3O_7$ Thin Films," B.M. Lairson, J. Vargas, S.K. Streiffer, D.C. Larbalestier and J.C. Bravman, Proc. of the International Conference on Materials and Mechanisms of Superconductivity – High Temperature Superconductors III, in Physica C, 2161–62 (1991).

118. "Initial Conditions in Magnetization Decay of High Tc Superconducting Films," B.M. Lairson, J.Z. Sun, T.H. Geballe and J.C. Bravman, Proc. of the International Conference on Materials and Mechanisms of Superconductivity – High Temperature Superconductors III, in Physica C, 2519–20 (1991).

119. "Barrier Height Reduction at the Pd–Ge/n–GaAs Interface," P.L. Meissner, J.C. Bravman, T. Kendelewicz, C.J. Spindt, A. Herrera–Gomez, W. A. Spicer and A.J. Arko, Proc. of the Materials Research Society, #240, 485–490 (1992).

120. "Calculation of Stress Gradients in Thin Al – 0.5% Cu/Ti Lines from Strain Gradients Meas-

*Updated: 15 September 2012*

ured as a Function of Temperature using Grazing Incidence X–ray Scattering," P.R. Besser, R. Venkatraman, S. Brennan and J.C. Bravman, Proc. of the Materials Research Society #239; 233–238 (1992).

121. "Determination of the Strain Distributions in Aluminum Thin Films as a Function of Temperature by the Use of Synchrotron Grazing Incidence X–ray Scattering," R. Venkatraman, P.R. Besser, S. Brennan and J.C. Bravman, Proc. of the Materials Research Society #239; 227–232 (1992).

122. "An Anodic Process for the Determination of Grain Boundary and Film Thickness Strengthening Effects in Aluminum Films on Oxidized Silicon," R. Venkatraman and J.C. Bravman, Proc. of the Materials Research Society #239; 127–132 (1992).

123. "Microstructural Issues found in c–Parallel $YBa_2Cu_3O_{7-d}$ Thin Films," S.K. Streiffer, B.M. Lairson, E. Zielinski, T. Umezawa, T. H. Geballe and J.C. Bravman, Proc. of the Electron Microscopy Society of America, 50th Annual Mtg, G. W. Bailey; 240–241 (1992).

124. "Transmission Electron Microscopy and X–ray Diffraction Studies of a,b–Axis Oriented $YBa_2Cu_3O_{7-\delta}$ Thin Films," S.K. Streiffer, B.M. Lairson, E. Zielinski, and J.C. Bravman, Proc. of the Materials Research Society #275; 771–776 (1993).

125. "X–ray Observation of Stress Gradients and Precipitation in Passivated Al–0.5%Cu Films," P.R. Besser, S. Brennan, and J.C. Bravman, Proceedings of the Materials Research Society #307: Application of Synchrotron Radiation Techniques to Materials Science, 161–167 (1993).

126. "Strain Relaxation and In–situ Observation of Voiding in Passivated Aluminum Lines," P.R. Besser, T.N. Marieb, and J.C. Bravman, Proc. of the Materials Research Society, #308, 249–254 (1993).

127. "Non-destructive Evaluation of Strains and Voiding in Passivated Copper Metallizations," R.P. Vinci, T.N. Marieb and J.C. Bravman, Proc. of the Materials Research Society, #308, 297–302 (1993).

128. "X–ray Determination and Finite–Element Modeling of Stress in Passivated Al Lines During Thermal Cycling," P.R. Besser, A. Sauter–Mack, D. Fraser, and J.C. Bravman, Proceedings of the Materials Research Society #309, 287–292 (1993).

129. "Stress Gradient and Relaxation Measurements in Al and Oxygen Inplanted Al Films," P.R. Besser, S. Bader, R. Venkatraman and J.C. Bravman, Proceedings of the Materials Research Society, #308, 323-328 (1993).

130. "Stress in Copper Thin Films with Barrier Layers," R.P. Vinci and J.C. Bravman, Proceedings of the Materials Research Society #308, 337-341 (1993).

131. "X-ray Determination of Strains, Stresses and Relaxation in Interconnection Metallizations," Proc. of the Second International Workshop on Stress Induced Phenomena in Metallizations, AIP Conference Proc. Series, 305, 46-61 (1994).

132. "Direct Observation of the Growth and Movement of Electromigration Voids under Passivation," T.N. Marieb, E. Abratowski, J.C. Bravman, M. A. Madden and P.A. Flinn, Proc. of the Second International Workshop on Stress Induced Phenomena in Metallizations, AIP Conference Proc. Series, 305, 1-14 (1994).

133. "Measurement and Interpretation of Strain Relaxation in Passivated Al-0.5% Cu Lines," P.R. Besser, T.N. Marieb, J.C. Bravman and P.A. Flinn, Proceedings of the Materials Research Society, 338, 275-80 (1994).

134. "Microstructural Characterization of Copper Thin Films on Metallic Underlayers," E.M. Zielinski, R.P. Vinci, and J.C. Bravman, Proceedings of the Materials Research Society #338, 307-12 (1994).

135. "Thermal Stresses in Passivated Copper Interconnects Determined by X-ray Analysis and Finite Element Modeling," R.P. Vinci, E.M. Zielinski, and J.C. Bravman, Proceedings of the Materials Research Society #338, 289-94 (1994).

136. "In-Situ Observations of Voiding in Metal Lines Under Passivation," T.N. Marieb, J.C. Bravman, P. Flinn, and M. Madden, Proceedings of the Materials Research Society #338, p. 409-413 (1994).

Updated: 15 September 2012

137. "A New Model for the Anomalous Diffusion of Grown –In Magnesium in GaAs," Y. M. Haddara, M.D. Deal, H. G. Robinson, J.C. Bravman, Proceedings of SOTAPOCS XXI, 96-106, Electrochemistry Society p. 96-106 (1995).

138. "Diffusion of implanted Be in $Al_xGa_{1-x}As$ as a function of Al concentration," C.C. Lee, M.D. Deal, J.C. Bravman, Proceedings of SOTAPOCS XXI, 96-106, Electrochemistry Society p. 85–95 (1995).

139. "The Effects of Processing on the Microstructure of Copper Thin Films on Tantalum Barrier Layers," E.M. Zielinski, R.P. Vinci, and J.C. Bravman, Proceedings of the Materials Research Society #391, p. 303-8 (1995).

140. "The Influence of Strain Energy Minimization on Abnormal Grain Growth in Copper Thin Films," E.M. Zielinski, R.P. Vinci, and J.C. Bravman, Proceedings of the Materials Research Society #391, p. 103-8 (1995).

141. "A simple analysis of average mechanical behavior and strain energy density of misoriented grains in a textured film," R.P. Vinci, T.P. Weihs, E.M. Zielinski, T. W. Barbee, J.C. Bravman, Proceedings of the Materials Research Society #391, p. 97–102 (1995).

142. "Finite Element Modeling of Grain Aspect Ratio and Strain Energy Density in a Textured Copper Thin Film," R.P. Vinci, and J.C. Bravman, Proceedings of the Materials Research Society #436, p. xx–xxx (1995).

143. "Modeling the Transient Diffusion Behavior of Beryllium in Gallium Arsenide and the Effect of Encapsulant Material on Non-Equilibrium Point Defect Populations," Fourth International Symposium on Process Physics and Modeling, in press (1996).

144. "Observations of Electromigration Voiding in Copper Lines," S.H. Lee, J.C. Bravman, P.A. Flinn, and L. Arnaud, Proceedings of the Materials Research Society #xxx, (1997).

145. "Comparison of Stresses in Al Lines Under Various Passivations," S. Lee, J.C. Bravman, P.A. Flinn, and T.N. Marieb, Proceedings of the Materials Research Society #xxx, (1997).

146. "In–Situ Stress Measurements during Dry Oxidation of Silicon," C. Yu, P.A. Flinn, and J.C. Bravman, Proceedings of the Materials Research Society #xxx, (1997).

147. "A High Voltage Scanning Electron Microscope for the In–Situ Observation and recording of Electromigration Voids in Metal Lines on Integrated Circuits," P.A. Flinn, S. Lee, J.C. Doan, J.C. Bravman,, T. Marieb, and M.C. Madden, Proceedings: Microscopy and Microanalysis '97, #3 (Supplement 2), p. 615–16 (1997).

148. "A Quantitative Study of Void Nucleation Times in Passivated Aluminum Interconnects," J. C. Doan, J. C. Bravman, P. A. Flinn and T. N. Marieb, Proceedings of the Materials Research Society, 516, 83-88 (1998).

149. "Comparisons of constraint effects on Al lines under various passivations," S. Lee, J. C. Bravman, P. A. Flinn, and T. N. Marieb, AIP Conf. Proc. Series, 418, 277 (1998).

150. "Void phenomena in passivated metal lines: Recent observations and interpretation," P. A. Flinn, S. Lee, J. Doan, T. N. Marieb, J. C. Bravman, and M. Madden, AIP Conf. Proc. Series, 418, 250 (1998).

151. "Comparison of electromigration behavior in passivated aluminum interconnects," S. Lee, J.C. Doan, J. C. Bravman, P. A. Flinn, T. N. Marieb, and S. Ogawa, AIP Conf. Proc. Series, 418, 101 (1998).

152. "Comparison of Electromigration Behavior in Passivated Aluminum Interconnects," S. Lee, J. Doan, J.C. Bravman, P.A. Flinn, T.N. Marieb, and S. Ogawa, Proceedings of the Fourth International Workshop on Stress Induced Phenomena in Metallizations, AIP Conference Proc. Series #xxx, p. 101–106 (1998).

153. "Void Phenomena in Passivated Metal Lines: Recent Observations and Interpretation," P.A. Flinn, S. Lee, J. Doan, T.N. Marieb, J.C. Bravman, and M. Madden, Proceedings of the Fourth International Workshop on Stress Induced Phenomena in Metallizations, AIP Conference Proc. Series #xxx, p. xxx (1998).

154. "Determination of Temperature Dependent Unstressed Lattice Spacings in Crystalline Thin Films on Substrates," G. Cornella, S. Lee, O. Kraft, W.D. Nix, and J.C. Bravman, Proceed-

*Updated: 15 September 2012*

ings of the Materials Research Society, 505 p. 527–32 (1998).

155. "An In–situ Stress Sensor for Vapor–phase Thin Film Deposition," P. Zhang, R. P. Vinci, J.C. Bravman, and T. Kenny, Proceedings of the Materials Research Society, 546, p. xxx–xx (1999).

156. "Observations of Low Cycle Fatigue of Al Thin Films for MEMS Applications," G. Cornella, R.P. Vinci, R. Suryanarayanan, R.H. Dauskardt, and J.C. Bravman, Proceedings of the Materials Research Society, 518 p. xxx–xx (1999).

157. "The Effects of Environment and Fatigue on the Adhesion and Subcritical Debonding of Dielectric Polymers," J.M. Snodgrass, D. Pantelidis, J.C. Bravman, and R.H. Dauskardt, Proceedings of the Materials Research Society, 565 p. xxx–xx (1999).

158. "Electromigration Voiding in Argon-Implanted Interconnects," N.E. Meier, J.C. Doan, T.N. Marieb, P.A. Flinn, and J.C. Bravman, Proceedings of the Materials Research Society, xxx p. xxx–xx (1999).

159. "A Detailed Study of Void Motion in Passivated Aluminum Interconnects," J.C. Doan, J.C. Bravman, P. A. Flinn, and T.N. Marieb, Proceedings of the Materials Research Society, xxx p. xxx–xx (1999).

160. "The Relationship Between Resistance Changes and Void Volume Changes in Passivated Aluminum Interconnects," J.C. Doan, J.C. Bravman, P.A. Flinn and T.N. Marieb, Proceedings of the 37th Annual International Reliability Physics Symposium, IEEE Press, p. 206-212 (1999).

161. "Effect of Microstructure and Chemical Bonding on the Adhesion Strength of a Silicon/Polymer Interface for Microelectronic Packaging Applications," D. Pantelidis and J.C. Bravman, Proceedings of the Materials Research Society, xxx p. xxx–xx (1999).

162. "Direct Measurements of Nucleation Times and Growth Rates of Electromigration–Induced Voids, Proceedings of the Fifth International Workshop on Stress Induced Phenomena in Metallizations, AIP Conference Proc. Series #xxx, p. xxx (1999).

163. "Atomic Force Microscopy Studies of Fracture Surfaces From Oxide / Polymer Interfaces," M. Jenkins, J. Snodgrass, A. Chesterman, R. Dauskardt, and J. C. Bravman, Proceedings of the Materials Research Society, xxx p. xxx–xx (2001).

## EDITED WORKS

1. Specimen Preparation Techniques for Transmission Electron Microscopy of Materials, J.C. Bravman, R. M. Anderson and M. L. McDonald, editors; Volume 115, Symposium Proceedings, Materials Research Society (1988).

2. Thin Films: Stresses and Mechanical Properties, J.C. Bravman, W.D. Nix, D. M. Barnett and D. A. Smith, editors; Volume 130, Symposium Proceedings, Materials Research Society (1989).

3. Laser Abalation for Materials Synthesis, D. C. Paine and J. C. Bravman, editors; Volume 191, Symposium Proceedings, Materials Research Society, (1990).

4. Specimen Preparation Techniques for Transmission Electron Microscopy of Materials III, R. M. Anderson, B. Tracey and J. C. Bravman, editors; Volume 254, Symposium Proceedings, Materials Research Society (1992).

5. Thin Films: Stresses and Mechanical Properties III, W.D. Nix, J.C. Bravman, L. B. Freund and E. A. Arzt, editors; Symposium Proceedings, Materials Research Society (1992).

6. Guest Editor: July, 1992 Issue of the Materials Research Society Bulletin; "Mechanical Properties of Thin Film Materials."

7. Stress–Induced Phenomena in Metallization, P. S. Ho, J. C. Bravman, C. Y. Li, J. Sanchez, editors; Volume 373, AIP Conference Proceedings (1995).

8. Materials Reliability for Microelectronics VIII, J. C. Bravman, T. N. Marieb, J. R. Lloyd, M. A. Korhonen, editors; Volume 516, Symposium Proceedings, Materials Research Society (1998).