# Exhibit L

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STMICROELECTRONICS, INC., | Case No. CV 12-02475-JSW |
| Plaintiff, | **DECLARATION OF DR. R. JACOB BAKER REGARDING CLAIM CONSTRUCTION** |
| v. | |
| INVENSENSE, INC., | |
| Defendant. | |

sf-3249322

I, R. JACOB BAKER, PH.D, declare as follows,

1.      I am a Professor of Electrical and Computer Engineering at University of Nevada, Las Vegas.  I make this declaration based on my personal knowledge except where stated on information and belief, and if so stated, I believe my information to be true and correct.  If called as a witness, I could and would testify competently to the matters set forth herein.

2.      InvenSense Inc. has asked me to offer my opinions concerning the meaning of certain claim terms from U.S. Patent No. 7,409,291 (the "'291 patent").  In particular, I have been asked to opine regarding how a person of ordinary skill in the art at the time of the invention would interpret these claim terms.

3.      In performing my analysis, I have reviewed the proposed constructions and supporting evidence set forth by Invensense and STMicroelectronics Inc. ("ST") for these claim terms, which have been summarized in **Exhibit 1**.  My analysis indicates that the evidence supports Invensense's proposed constructions of these terms and, therefore, I agree with the constructions proposed by Invensense in **Exhibit 1**.

4.      Below, I offer specific analysis as to some of the claim terms listed in **Exhibit 1**, which I understand may be at issue in the parties' claim construction briefing.  In my analysis, I have relied upon the patent, its prosecution history, and the parties' proposed claim constructions. My opinions below are not exhaustive, and they are rendered without the benefit of any expert opinions offered by ST or positions taken by ST in its opening claim construction brief.  Without more, it is not apparent how ST believes that its claim construction positions are supported.

5.      I reserve the right to offer additional opinions concerning the interpretation of these claim terms in response to any expert opinions or briefing from ST, including during my deposition or at the claim construction hearing in this action.  Moreover, I understand that Invensense has asked the Court for leave to construe additional claim terms, and I reserve the right to supplement this declaration should the Court grant that request.

## I.      EDUCATION AND EXPERIENCE

6.      The details of my background, education, a listing of publications I have authored, and a listing of my testifying experience  are provided in my curriculum vitae, attached to this

1   declaration as **Exhibit 2**.  Below I provide a short summary of my education and experience

2   which I believe to be most pertinent to the opinions that I express.

3       7.      I received a Ph.D. degree in Electrical Engineering from the University of Nevada,

4   Reno in 1993.  I received Bachelor's and Master's degrees in Electrical Engineering from the

5   University of Nevada, Las Vegas in 1986 and 1988, respectively.

6       8.      I am a licensed Professional Engineer in the State of Idaho and have more than

7   25 years of industry experience including extensive experience in the design of integrated circuit

8   chips for signal processing.

9       9.      I currently serve as a Full Professor of Electrical and Computer Engineering at

10  the University of Nevada, Las Vegas.  Prior to my position at UNLV, I was a Full Professor of

11  Electrical engineering at Boise State from 2004 to 2012 and an Associate Professor between 2000

12  and 2004.  I was an Associate Professor from 1998 to 2000 and an Assistant Professor of

13  Electrical Engineering between 1993 and 1998 at the University of Idaho.  I was a part-time

14  lecturer at UNLV and the University of Nevada, Reno from 1991 - 1993.

15      10.     I have taught courses in integrated circuit design (analog, digital, mixed-signal,

16  etc.), linear circuits, microelectronics, and communication systems.  I have been the main advisor

17  to five Doctoral students and about 70 Masters students.

18      11.     I am the author of several books covering the area of integrated circuit design

19  including:  DRAM Circuit Design:  Fundamental and High-Speed Topics (two editions), CMOS

20  Circuit Design, Layout, and Simulation (three editions), and CMOS Mixed-Signal Circuit Design

21  (two editions).  I have authored, and co-authored, more than 75 papers and presentations in the

22  areas of solid-state circuit design, and I am the named inventor on 122 granted U.S. patents in

23  integrated circuit design.

24      12.     I have received numerous awards for my work, including the Frederick Emmons

25  Terman (the "Father of Silicon Valley") Award.  The Terman Award is bestowed annually upon

26  an outstanding young electrical/computer engineering educator in recognition of the educator's

27  contributions to the profession.  I have also received the IEEE Circuits and Systems Education

28  Award, the IEEE Power Electronics Best Paper Award, and I am an IEEE Fellow.

## II.  LEGAL FRAMEWORK

8.  I have been informed by counsel regarding the legal framework by which patent claim terms are interpreted.  I understand that claim terms should be given their "ordinary and customary meaning"—the  meaning that the term would have to a person of ordinary skill in the art in question at the time of the invention—unless the patentee acted as his own lexicographer and provided a special meaning for the term.  Importantly, the person of ordinary skill in the art is deemed to read the claim term in the context of the entire patent, including the claims and specification, and also the patent's file history.  The context in which the claim term appears in the asserted claim, as well as the context provided by other claims, can also be instructive as to the meaning of the term.  The specification is often the best source for understanding the scope and meaning of the claims, as the words of the claims must be based on the description.  Like the specification, the prosecution history provides evidence of how the PTO and the inventor understood the scope of the patent claims.  Extrinsic evidence external to the patent and prosecution history can shed useful light on the meaning of the claims and the relevant art, but is less significant than the intrinsic record.

## III.  '291 PATENT

9.  The '291 patent is entitled "Device for Automatic Detection of States of Motion and Rest, and Portable Electronic Apparatus Incorporating It."  The patent generally relates to a motion detection device with an inertial sensor having a first preferential detection axis.  A converter coupled to the inertial sensor supplies a first signal correlated to forces acting on the inertial sensor in the first preferential detection axis.  A processing stage is structured to process the first signal and supply a second signal correlated to a dynamic component of the first signal, measuring dynamic accelerations due to non-constant forces.  The processing stage comprises a filter that supplies a third signal correlated to a static component of the first signal, measuring static accelerations due to constant forces like the force of gravity.  The processing stage also comprises a subtractor element for subtracting the third (static component) signal from the first (acceleration) signal to produce the second (dynamic component) signal.  A threshold comparator then supplies a pulse when said second (dynamic component) signal exceeds a threshold.

10.     According to the face of the patent, the '291 patent was filed on February 26, 2004.  My opinions relating to the '291 patent are based on the understanding of one of ordinary skill in the art as of that filing date.

11.     A person of ordinary skill in the art at the time of the alleged invention of the '291 patent would have a bachelor's degree in electrical engineering, or in a related field, as well as four or more years of experience in sensor integrated circuits and the associated signal processing algorithms.

12.     As a result of my education and experience, I am very familiar with the state of the art for the '291 patent.  I have deep experience in charge sensing signal processing electronics used in accelerometers, including MEMS capacitive sensors, biological and chemical sensing circuits, and integrated circuit memories employing charge storage.  I was researching and teaching in the area of charge sensing signal processing electronics in the 2004 time frame.  Therefore, I consider myself to be a person with at least ordinary skill in the art pertaining to the '291 patent.

   **B.     "a first processing stage structured to process said first signal . . . " (claim 1);
           "processing the first signal . . . " (claim 19)**

14.     The third limitation of claim 1 of the '291 patent recites "a first processing stage structured to process said first signal and supply a second signal correlated to a dynamic component of said first signal wherein said first processing stage comprises a filter, supplying a third signal correlated to a static component of said first signal, and a subtractor element, for subtracting said third signal from said first signal."  The phrase "processing the first signal and supplying a second signal correlated to a dynamic component of the first signal wherein the processing comprises filtering the first signal to create a third signal correlated to a static component of the first signal, and subtracting the third signal from the first signal to create the second signal" appears in the third limitation of claim 19 of the '291 patent.

15.     In light of the teachings from the intrinsic record, (*see, e.g.*, '291 patent, Claims 1, 12, 19, 25, 27; Specification at 2:66-3:26; 4:31-5:48; Figs. 1-3; File History at April 30, 2007 Office Action; July 30, 2007 Response to Office Action; February 1, 2008 Response to Office

sf-3249322

Action), one of ordinary skill in the art would understand the term "a first processing stage structured to process said first signal and supply a second signal correlated to a dynamic component of said first signal wherein said first processing stage comprises a filter, supplying a third signal correlated to a static component of said first signal, and a subtractor element, for subtracting said third signal from said first signal" to mean "a first processing stage structured to process said first signal and supply a second signal correlated to a component of said first signal measuring dynamic accelerations wherein said first processing stage comprises a low-pass filter supplying a third signal correlated to a component of the first signal measuring static accelerations, and a subtractor element, for subtracting said third signal from said first signal."

16.     In particular, one of ordinary skill in the art would understand that "a second signal correlated to a dynamic component of said first signal" means "a component of said first signal measuring dynamic accelerations."  The ordinary artisan would understand that "a filter, supplying a third signal correlated to a static component of said first signal" means "a low-pass filter supplying a third signal correlated to a component of the first signal measuring static accelerations."

17.     As explained in the specification, the '291 patent is directed to a device that "detects both the static accelerations (due to constant forces, like the force of gravity) and dynamic accelerations (due to non-constant forces) to which the apparatus 1 is subjected." ('291 patent, 2:66-3:6.)  "When the dynamic accelerations directed along at least one of the three axes X, Y, Z exceed a pre-determined threshold, the activation device 10 generates an activation pulse . . . ." (*Id*. at 3:17-20.)

18.     In order to measure dynamic accelerations in all three axes, the '799 patent teaches that "[e]ach of the [acceleration] detection lines 28, 29, 30 comprises a subtractor node 34, *a filter 35, of a low-pass type*, and a threshold comparator 36." (*Id*. at 4:31-33 (emphasis added).)  "In practice, the filters 35 extract the d.c. components of the acceleration signals $A_x$, $A_y$, $A_z$ and supplies at output a first static-acceleration signal $A_{xs}$, a second static-acceleration signal $A_{ys}$ and a third static-acceleration signal $A_{zs}$, respectively.  The subtractor nodes 34 subtract the static-acceleration signals $A_{xs}$, $A_{ys}$, $A_{zs}$ from the corresponding acceleration signals $A_x$, $A_y$, $A_z$.  A first

1   dynamic-acceleration signal $A_{xd}$, a second dynamic-acceleration signal $A_{yd}$ and a third dynamic-

2   acceleration signal $A_{zd}$, which are correlated exclusively to the accelerations due to variable

3   forces, are thus provided on the outputs of the subtractor nodes 35 of the first, second and third

4   detection lines 28, 29, 30, respectively."  (*Id*. at 4:38-59.)

5      19.     The low-pass nature of the claimed "filter" is also confirmed by the file history.  In

6   particular, pending claim 2 recited "a filter, supplying a third signal correlated to a static

7   component of said first signal, and a subtractor element, for subtracting said third signal from said

8   first signal."  ('291 patent file history, February 26, 2004 Application, 11.)  In rejecting claim 2 in

9   light of the prior art, the Examiner stated that "the output of a high-pass filter is equivalent to

10  subtracting the output of a low-pass filter from the original signal."  (*Id*. at April 30, 2007 Office

11  Action, 5.)  In response, and even though pending claim 2 merely claimed a "filter" and not a

12  "low-pass filter," the applicant distinguished the claimed invention on the basis that it used "a

13  low-pass filter and subtractor element."  (*Id*. at July 30, 2007 Amendment, 10-11.)

14     20.     In detail, the applicant stated:  "[t]he Examiner is mistakenly asserting that it

15  would be obvious to replace the high-pass filter of Ishiyama with the *low-pass filter* and

16  subtractor of claim 2 based only on the alleged equivalence of the output signals.  First, nothing in

17  Hartmann and Ishiyama suggests that one skilled in the art would know that the *low-pass filter*

18  and subtractor combination could or should be used in place of Ishiyama's high-pass filter.  In

19  addition, the cited prior art does not provide any reason why one skilled in the art would be

20  motivated to replace the high-pass filter with a *low-pas filter* and subtractor.  Furthermore, the

21  Office Action does not cite any reference showing a combination of a *low-pass filter* and

22  subtractor.  Thus, the combination of Hartmann and Ishiyama fails to teach the invention of claim

23  2."  (*Id*. at 11.)  The applicant's remarks revealed an inherent understanding that the claimed

24  "filter" meant a "low-pass filter."  With this context, one of ordinary skill in the art would

25  understand that the claimed invention was distinctly directed to the use of a low-pass filter.

26     21.     Moreover, one of ordinary skill in the art would understand that in order to supply

27  the "static component" of an acceleration signal, i.e., extract the low-frequency "d.c.

28

sf-3249322

components" of the acceleration signal, the claimed "filter" is necessarily of the "low-pass type," as also confirmed in the specification and file history.

22.     For the same reasons set out above, I believe that the term "processing the first signal and supplying a second signal correlated to a dynamic component of the first signal wherein the processing comprises filtering the first signal to create a third signal correlated to a static component of the first signal, and subtracting the third signal from the first signal to create the second signal" should be construed as "processing the first signal and supplying a second signal correlated to a component of the first signal measuring dynamic accelerations wherein the processing comprises low-pass filtering the first signal to create a third signal correlated to a component of the first signal measuring static accelerations, and subtracting the third signal from the first signal to create the second signal."

23.     In particular, in light of the intrinsic evidence, one of ordinary skill in the art would understand that "supplying a second signal correlated to a dynamic component of the first signal" means "supplying a second signal correlated to a component of the first signal measuring dynamic accelerations."  The ordinary artisan would understand that "filtering the first signal to create a third signal correlated to a static component of the first signal" means "low-pass filtering the first signal to create a third signal correlated to a component of the first signal measuring static accelerations."

I declare under penalty of perjury that the foregoing is true and correct.  Executed on this 12th day of February in Las Vegas, Nevada.

_R. J. Baker_
_____
R. Jacob Baker, PhD, PE

7

# EXHIBIT 1

**Exhibit 1:  Proposed Constructions for U.S. Patent No. 7,409,291**

| CLAIM TERM | ST'S PROPOSED CONSTRUCTION | ST'S SUPPORTING EVIDENCE | INVN'S PROPOSED CONSTRUCTION | INVN'S SUPPORTING EVIDENCE |
|---|---|---|---|---|
| "a first processing stage structured to process said first signal and supply a second signal correlated to a dynamic component of said first signal wherein said first processing stage comprises a filter, supplying a third signal correlated to a static component of said first signal, and a subtractor element, for subtracting said third signal from said first signal" (Claim 1) / "processing the first signal and supplying a second signal correlated to a dynamic component of the first signal wherein the processing comprises filtering the first signal to create a third signal correlated to a static component of the first signal, and subtracting the third signal from the first signal to create the second signal" (Claim 19) | Plain and ordinary meaning | None | "a first processing stage structured to process said first signal and supply a second signal correlated to a component of said first signal measuring dynamic accelerations wherein said first processing stage comprises a low-pass filter supplying a third signal correlated to a component of the first signal measuring static accelerations, and a subtractor element, for subtracting said third signal from said first signal" / "processing the first signal and supplying a second signal correlated to a component of the first signal measuring dynamic accelerations wherein the processing comprises low-pass filtering the first signal to create a third signal correlated to a component of the first signal measuring static accelerations, and subtracting the third signal from the first signal to create the second signal" | Intrinsic Evidence:

Claims 1, 12, 19, 25, 27.

Specification at 2:66-3:26; 4:31-5:48; Figs. 1-3.

File History at April 30, 2007 Office Action; July 30, 2007 Response to Office Action; February 1, 2008 Response to Office Action. |

| CLAIM TERM | ST'S PROPOSED CONSTRUCTION | ST'S SUPPORTING EVIDENCE | INVN'S PROPOSED CONSTRUCTION | INVN'S SUPPORTING EVIDENCE |
|---|---|---|---|---|
| "supplying a [pulse/activation pulse] when said [second/fourth/sixth] signal exceeds a [threshold/first threshold/third threshold]"<br><br>(Claims 1, 19, 20, 25-27) | Plain and ordinary meaning | None | "immediately supplying a [pulse/activation pulse] when said [second/fourth/sixth] signal exceeds a [threshold/first threshold/third] threshold" | Intrinsic Evidence:<br><br>Claims 1, 19, 20, 25-27.<br><br>Specification at 1:63-2:8; 2:25-52; 3:8-26;4:31-5:48; Figs. 1-3.<br><br>File History at April 30, 2007 Office Action; July 30, 2007 Response to Office Action; November 1, 2007 Office Action. |
| "dynamic component"<br><br>(Claims 1, 19, 20, 25-27) | Plain and ordinary meaning | None | "component measuring dynamic accelerations" | Intrinsic Evidence:<br><br>Claims 1, 8, 10, 17, 19, 20, 22, 25-27.<br><br>Specification at Abstract, 1:63-2:8; 2:66-3:26; 4:31-5:48; Figs. 1-3.<br><br>File History at April 30, 2007 Office Action; July 30, 2007 Response to Office Action. |

| CLAIM TERM | ST'S PROPOSED CONSTRUCTION | ST'S SUPPORTING EVIDENCE | INVN'S PROPOSED CONSTRUCTION | INVN'S SUPPORTING EVIDENCE |
|---|---|---|---|---|
| "filter, supplying a third signal correlated to a static component of said first signal" (Claim 1) / "filtering the first signal to create a third signal correlated to a static component of the first signal" (Claim 19) | Plain and ordinary meaning | None | "low-pass filter supplying a third signal correlated to a component of the first signal measuring static accelerations" / "low-pass filtering the first signal to create a third signal correlated to a component of the first signal measuring static accelerations" | Intrinsic Evidence: Claims 1, 12, 19. Specification at 2:66-3:26; 4:31-5:48; Figs. 1-3. File History at April 30, 2007 Office Action; July 30, 2007 Response to Office Action; February 1, 2008 Response to Office Action. |
| "filter" (Claim 1) | Plain and ordinary meaning | None | "low-pass filter" | Intrinsic Evidence: Claims 1, 12, 19. Specification at 2:66-3:26; 4:31-5:48; Figs. 1-3. File History at April 30, 2007 Office Action; July 30, 2007 Response to Office Action; February 1, 2008 Response to Office Action. |

3

# EXHIBIT 2



**R. JACOB (JAKE) BAKER, PH.D., P.E.**

University of Nevada, Las Vegas
Department of Electrical and Computer Engineering
Box 454026 • 4505 S. Maryland Parkway
Las Vegas, Nevada 89154-4026

(208) 850-0517 (cell)
(702) 895-4125 (office)

Email: rjacobbaker@gmail.com
Website: http://CMOSedu.com/jbaker/jbaker.htm

**SUMMARY**

- Active scholar (h-index of 26 and g-index of 61) whose research is focused on:
  - High-speed interfaces for electro-optic, mixed-signal, and analog integrated circuits;
  - Design of writing and sensing circuitry for emerging nonvolatile memory technologies, focal planes, and displays (arrays) in nascent nanotechnologies (e.g. magnetic, chalcogenide);
  - Analog and mixed-signal circuit techniques for nanometer CMOS; 3D packaging techniques
  - Delivery of circuit design education to off-campus students/engineers via the Internet.
- Mentor to:
  - Approximately 75 graduate students (major professor), http://CMOSedu.com/jbaker/students/students.htm
  - Electrical and Computer Engineering Department faculty;
  - Engineers locally, nationally, and internationally;
  - New and established companies.
- Extensive leadership experience including:
  - Chair, Electrical and Computer Engineering Department, Boise State University;
  - Dealing with conflict, problems, and limited resources;
  - Leading the department through ABET accreditation;
  - Creation and implementation of both Master and Doctoral programs in ECE.
- Inventor with more than 200 granted or pending patents in integrated circuit design.
- Integrated circuit designer and educator whose designs have been used in billions of dollars worth of products. See additional information at http://cmosedu.com/jbaker/projects/fund.htm
- Textbook authorship and Internet contributions (see http://CMOSedu.com), have helped tens of thousands of engineers.
- Recognized by the IEEE Power Electronics Society with the Best Paper Award in 2000 (*IEEE Transactions on Power Electronics*) from PhD dissertation work.
- International known in the field of integrated circuit design, recipient of many honors including the Terman Award, the IEEE CAS Education Award, and IEEE Fellow.

## EDUCATION

Ph.D. in Electrical Engineering; December 1993; University of Nevada, Reno, GPA 4.0/4.0 Dissertation Title: *Applying power MOSFETs to the design of electronic and electro-optic instrumentation.*

M.S. and B.S. in Electrical Engineering: May 1986 and 1988; University of Nevada – Las Vegas Thesis Title: *Three-dimensional simulation of a MOSFET including the effects of gate oxide charge.*

## ACADEMIC EXPERIENCE

**August 2012 - Present:** Professor of Electrical and Computer Engineering at the University of Nevada, Las Vegas

- Research focused on analog and mixed-signal integrated circuit design. Worked with multi-disciplinary teams (civil engineering, biology, materials science, etc.) on projects that have been funded by EPA, DARPA, NASA and the Air Force Research Lab.
- Current research interests are:
  o Design of readout integrated circuits (ROICs) for use with focal plane arrays (FPAs)
  o Heterogeneous integration of III-V photonic devices (e.g. FPAs and VCSELs) with CMOS
  o Methods (e.g., 3D packaging and capacitive interconnects) to reduce power consumption in semiconductor memories
  o Analog and mixed-signal circuit design for communication systems, synchronization, and data conversion especially using the $K$-Delta-1-Sigma modulator
  o The design of writing and sensing circuitry for emerging nonvolatile memory technologies, focal planes, and displays (arrays) in nascent nanotechnologies (e.g. magnetic, chalcogenide)
  o Reconfigurable electronics design using nascent memory technologies
  o Finding an electronic, that is, no mechanical component, replacement for the hard disk drive using nascent fabrication technologies
  o Methods to deliver circuit design education to industry and off-campus students, see videos here
- Led the department in graduate curriculum, program development, and an ABET accreditation visit in 2005.
- Worked with established and start-up companies (in and outside Idaho), to provide technical expertise and identify employment opportunities for students.
- Held various leadership and service positions including: ECE chair, graduate coordinator, college curriculum committee (chair), promotion and tenure committee, scholarly activities committee, faculty search committee, university level search committees, etc.  Collaborate with College of Engineering faculty on joint research projects.
- Taught courses in circuits, analog IC design, digital VLSI, and mixed-signal integrated circuit design to both on- and, via the Internet, off-campus students. Research emphasis in integrated circuit design using nascent technologies.

**January 2000 - July 2012:** Professor (2003 – present), Department Chair (2004 - 2007), Associate Professor (2000 - 2003), Electrical and Computer Engineering Department, Boise State University.

**August 1993 - January 2000:** Assistant Professor (1993 - 1998) and then tenured Associate Professor (1998) in electrical engineering at the University of Idaho.  Assisted (on the department's ABET committee) with the preparation of the 2000 ABET accreditation report for the Electrical and Computer Engineering Department's fall 2000 visit.

**January 1991 - May 1993:** Lecturer in the departments of Electrical Engineering at the University of Nevada, Las Vegas and Reno, and taught courses in circuits, communication systems, electronics, and material science.

## INDUSTRIAL EXPERIENCE

**2013 – present:** Cirque, Inc. Consulting on the design of analog-to-digital interfaces for capacitive touch displays and pads.

**2010 - present:** Working with Arete' Associates on the design of high-speed compressive transimpedance amplifiers for LADAR projects and the design of ROIC unit cells. Work funded by the U. S. Air Force.

**2012:** Consultant at Lockheed-Martin. CMOS circuit design for the development and manufacture of infrared components and imaging systems with an emphasis on highest sensitivity Indium Antimonide (InSb) focal plane arrays (FPAs) in linear through large staring formats. Product groups include FPAs, integrated dewar assemblies (IDCAs), camera heads, and infrared imaging systems.

**2010 - 2012:** Working with Aerius Photonics (and then FLIR Inc. when Aerius was purchase by FLIR) on the design of Focal Plane Arrays funded (SBIRs and STTRs) by the U.S. Air Force, Navy, and Army. Experience with readout integrated circuits (ROICs) and the design/layout of photodectors in standard CMOS.

**2009 - 2010:** Sun Microsystems, Inc. (now Oracle) VLSI research group. Provided consulting on memory circuit design and proximity connection (PxC) interfaces to DRAMs and SRAMs for lower power and 3D packaging.

**2009 - 2010:** Contour Semiconductor, Inc. Design of NMOS voltage and current references as well as the design of a charge pump for an NMOS memory chip.

**1994 - 2008:** Affiliate faculty (Senior Designer), Micron Technology. Designed CMOS circuits for DRAMs including DLLs (design is currently used in Micron's DDR memory), PLLs for embedded graphics chips, voltage references and regulators, data converters, field-emitting display drivers, sensing for MRAM (using delta-sigma data conversion topologies), CMOS active pixel imagers and sensors, power supply design (linear and switching), input buffers, etc. Worked on a joint research project between Micron and HP labs in magnetic memory using the MJT memory cell. Worked on numerous projects (too many to list) resulting in numerous US patents (see following list). Considerable experience working with product engineering to ensure high-yield from the production line.

Co-authored a book on DRAM circuit design through the support of Micron. Gained knowledge in the entire memory design process from fabrication to packaging.

Developed, designed, and tested circuit design techniques for multi-level cell (MLC) Flash memory using signal processing (35 nm technology node).

**January 2008:** Consultant for Nascentric located in Austin, TX. Provide directions on circuit operation (DRAM, memory, and mixed-signal) for fast SPICE circuit simulations.

**May 1997 - May 1998:** Consultant for Tower Semiconductor, Haifa, Israel. Designed CMOS integrated circuit cells for various modem chips.

**Summer 1998:** Consultant for Amkor Wafer Fabrication Services, Micron Technology, and Rendition, Inc., Design PLLs and DLLs for custom ASICs and a graphics controller chip.

**Summers 1994 - 1995:** Micron Display Inc. Designing phase locked loop for generating a pixel clock for field emitting displays and a NTSC to RGB circuit on chip in NMOS. These displays are miniature color displays for camcorder and wrist watch size color television.

**September - October 1993:** Lawrence Berkeley Laboratory. Designed and constructed a 40 A, 2 kV power MOSFET pulse generator with a 3 ns risetime and 8 ns falltime for driving Helmholtz coils.

**Summer 1993:** Lawrence Livermore National Laboratory, Nova Laser Program. Researched picosecond instrumentation, including time-domain design for impulse radar and imaging.

**December 1985 - June 1993:** (from July 1992 to June 1993 employed as a consultant), E.G.&G. Energy Measurements Inc., Nevada, Senior Electronics Design Engineer. Responsible for the design and manufacturing of instrumentation used in support of Lawrence Livermore National Laboratory's Nuclear Test Program. Responsible for designing over 30 electronic and electro-optic instruments. This position provided considerable fundamental grounding in EE with a broad exposure to PC board design to the design of cable equalizers. Also gained experience in circuit design technologies including: bipolar, vacuum tubes (planar triodes for high voltages), hybrid integrated circuits, GaAs (high speed logic and HBTs), microwave techniques, fiber optic transmitters/receivers, etc.

**Summer 1985:** Reynolds Electrical Engineering Company, Las Vegas, Nevada. Gained hands on experience in primary and secondary power system design, installation and trouble shooting electric motors on mining equipment.


## EXPERT WITNESS EXPERIENCE

**2012-13  Morgan, Lewis & Bockius LLP (Palo Alto, CA)**
Case − Nanya Technology Corporation v. *Elipda Memory, Inc. and Kingston Technology Company, Inc.*, ITC Investigation No. 337-TA-821
Project − Provided expert consulting and reports on validity, infringement, and domestic industry. Provided declarations, deposition, and trial testimony

**2012  Farella Braun + Martel LLP (San Francisco, CA)**
Case − Round Rock Research LLC v. *Dell, Inc.*
Project − Provide expert consulting, non-infringement analysis, and invalidity analysis.

**2012-13  Morgan, Lewis & Bockius LLP (Washington, DC)**
Case − *Elipda Memory, Inc.* v. Nanya Technology Corporation, ITC Investigation No. 337-TA-819
Project − Provided expert consulting and reports on infringement, domestic industry, and validity. Provided Markman tutorial, declarations, and deposition.

**2012  Useful Arts IP**
Case − Elm Technology v. Tezzaron (formerly Tachyon Semiconductor)
Project − Patent interference, wrote declaration, and provided deposition.

**2011-2012  Wilson, Sonsini, Goodrich, & Rosati P.C. (Palo Alto, CA)**
Case − Panavision Imaging, LLC, v. *OmniVision Technologies, Inc*.
Project − Provide expert consulting, non-infringement analysis, invalidity analysis, two expert reports, and wrote declaration for summary judgment.

**2011  Latham & Watkins LLP (San Francisco, CA)**
Case − Altera Corp. v. *LSI Corp. and Agere Systems, Inc.*
Project − Provide expert consulting, non-infringement analysis, and invalidity analysis.

**2011  Fish & Richardson P.C. (Washington, DC)**
Case − Spansion LLC v. *Samsung Electronics Co., Ltd.*, Apple, Inc., Nokia Corp., PNY Technologies, Inc. Research In Motion Corporation, Transcend Information Inc., ITC Investigation No. 337-TA-735
Project − Provide expert consulting, non-infringement analysis, and invalidity analysis.

**2010  Jones & Day LLP (Palo Alto, CA)**
Case − LSI and Agere, Inc. v. *Xilinx Inc*

Project – Provide expert consulting, non-infringement analysis, and invalidity analysis.

**2009**    **Morrison & Foerster LLP (New York, NY)**
Case – Innurvation, Inc. et al v. *Fujitsu Microelectronics America, Inc.*, Sony Corporation of America; Toshiba America Electronics Components, Inc.; Freescale Semiconductor, Inc.
Project – Provide expert consulting, non-infringement analysis, and invalidity analysis.

**2009**    **McDermott, Will, & Emery (Menlo Park, CA)**
Case – Volterra Semiconductor Corp. v. Primarion & Infineon Technologies North America & *Infineon Technologies, A.G.*
Project – Provide expert consulting, non-infringement analysis, invalidity analysis, deposition, and two expert reports.

**1997-2008** Provided depositions and expert testimony in areas ranging from delay-locked loop design to fire alarm wiring reliability. Helped the Federal Trade Commission and International Trade Commission by providing explanations of how Rambus technology works and how it relates to mainstream DRAM interfaces for synchronous DRAMS.

## MEMBERSHIPS IN PROFESSIONAL AND SCHOLARLY ORGANIZATIONS

ASEE member
IEEE (student, 1983; member, 1988; senior member, 1997) Societies: Circuits and Systems, Education, Instrumentation and Measurement, Solid State Circuits
Member of the Electrical Engineering honor society Eta Kappa Nu
Licensed Professional Engineer

## HONORS AND AWARDS

- IEEE Fellow for contributions to the design of memory circuits - 2013
- IEEE Circuits and Systems (CAS) Education Award - 2011
- Frederick Emmons Terman Award from the American Society of Engineering Education - 2007
- President's Research and Scholarship Award, Boise State University - 2005
- Honored Faculty Member - Boise State University Top Ten Scholar/Alumni Association 2003
- Outstanding Department of Electrical Engineering faculty, Boise State 2001
- Recipient of the IEEE Power Electronics Society's Best Paper Award in 2000
- University of Idaho, Department of Electrical Engineering outstanding researcher award, 1998-99
- Elevated to Senior member of the IEEE, 1997
- University of Idaho, College of Engineering Outstanding Young Faculty award, 1996-97

## SERVICE

Reviewer for IEEE transactions on solid-state circuits, circuits and devices magazine (technology editor), education, instrumentation, nanotechnology, VLSI, etc. Reviewer for several American Institute of Physics journals as well (Review of Scientific Instruments, Applied Physics letters, etc.) Board member of the IEEE press (reviewed dozens of books and book proposals). Solid-State Circuits Society Administrative Committee. Reviewer for the National Institutes of Health. Technology editor for the Solid-State Circuits Magazine.

Led the Department on ABET visits, curriculum and policy development, and new program development including the PhD in electrical and computer engineering. Provided significant University and College service in infrastructure development, Dean searches, VP searches, and growth of academic programs. Provided university/industry interactions including starting the ECE

department's advisory board. Held positions as the ECE department Masters graduate coordinator and coordinator for the Sophomore Outcomes Assessment Test (SOAT).

## ARMED FORCES

6 years USMC reserves, Honorable Discharge, October 23, 1987

## TEXTBOOKS AUTHORED

Baker, R. J., "CMOS Circuit Design, Layout and Simulation, Third Edition" *Wiley-IEEE*, 1174 pages. ISBN 978-0470881323 (2010) **Over 40,000 copies of this book's three editions in print.**

Baker, R. J., "CMOS Mixed-Signal Circuit Design," *Wiley-IEEE*, 329 pages. ISBN 978-0470290262 (second edition, 2009) and ISBN 978-0471227540 (first edition, 2002)

Keeth, B., Baker, R. J., Johnson, B., and Lin, F., "DRAM Circuit Design: Fundamental and High-Speed Topics", *Wiley-IEEE*, 2008, 201 pages. ISBN: 978-0-470-18475-2

Keeth, B. and Baker, R. J., "DRAM Circuit Design: A Tutorial", *Wiley-IEEE*, 2001, 201 pages. ISBN 0-7803-6014-1

Baker, R. J., Li, H.W., and Boyce, D.E. "CMOS Circuit Design, Layout and Simulation," *Wiley-IEEE*, 1998, 904 pages. ISBN 978-0780334168

## BOOKS, OTHER (edited, chapters, etc.)

Saxena, V. and Baker, R. J., "Analog and Digital VLSI," chapter in the CRC Handbook on Industrial Electronics, edited by J. D. Irwin and B. D. Wilamowski, *CRC Press*, 2009 second edition.

Li, H.W., Baker, R. J., and Thelen, D., "CMOS Amplifier Design," chapter 19 in the CRC VLSI Handbook, edited by Wai-kai Chen, *CRC Press*, 1999 (ISBN 0-8493-8593-8) and the second edition in 2007 (ISBN 978-0-8493-4199-1)

Baker, R. J., "CMOS Analog Circuit Design," (A self-study course with study guide, videos, and tests.) IEEE Education Activity Department, 1999. ISBN 0-7803-4822-2 (with textbook) and ISBN 0-7803-4823-0 (without textbook)

Baker, R. J., "CMOS Digital Circuit Design," (A self-study course with study guide, videos, and tests.) *IEEE Education Activity Department*, 1999. ISBN 0-7803-4812-5 (with textbook) and ISBN 0-7803-4813-3 (without textbook)

## INVITED TALKS AND SEMINARS

Over 50 invited talks at conferences and Universities including: AMD, Arizona State University, Carnegie Mellon University, Dublin City University (Ireland), Hong Kong University of Science and Technology, Indian Institute of Science (Bangalore, India), Iowa State University, Temple University, University of Alabama, University of Arkansas, University of Illinois, Urbana-Champaign, Utah State University, University of Nevada, Las Vegas, University of Houston, University of Idaho, University of Nevada, Reno, University of Macau, University of Utah, Yonsei University (Seoul, Korea), University of Maryland, IEEE Electron Devices Conference (NVMTS), IEEE Workshop on Microelectronics and Electron Devices (WMED), the Franklin Institute, National Semiconductor, AMI semiconductor, Micron Technology, Rendition, Sun Microsystems, Stanford University, ST Microelectronics (Delhi, India), Tower (Israel), Foveon, ICySSS keynote, Xilinx, etc.

**RESEARCH FUNDING**

Recent funding listed below. In-kind, equipment, and other non-contract/grant funding [e.g., MOSIS support, money for travel for invited talks, etc.] not listed.

- Campbell, K. A. and Baker, R. J., (2009-2012) "Reconfigurable Electronics and Non-Volatile Memory Research" funded by the Air Force Research Laboratory, $2,790,081
- Baker, R. J., (2010-2012) "Dual Well Focal Plane Array (FPA) Sensor," U.S. Navy, $31,500
- Baker, R. J., (2011) "Readout-Integrated Circuit (ROIC) Development in Support of Corrugated Quantum Well Infrared Photo-detector (C-QWIP) Focal Plane Arrays (FPA) for Tactical Applications," U.S. Army, $27,000
- Baker, R. J., (2011) "Monolithic CMOS LADAR Focal Plane Array (FPA) with a Photonic High-Speed Output Interface," U.S. Air Force/DOD, $50,002
- Campbell, K. A., Baker, R. J., Peloquin, J., and Teasdale, J. (2008-2010) "Radiation Resistant Phase Change Memory and Reconfigurable Electronics," NASA. $1,500,000
- Campbell, K. A., Baker, R. J., Peloquin, J., and Teasdale, J. (2007) "Reliability Investigations of Radiation Resistant, Multi-State Phase-Change Memory," NASA. $726,768
- Baker, R. J., et. al., (2006-2010) "Establishment of a Doctoral Degree Program in Electrical and Computer Engineering in Electrical and Computer Engineering," Micron Foundation. $5,000,000
- Baker, R. J., (2005-2006) "Advanced Processing Techniques for Fabrication of 3-D Microstructures for Future Electronic Devices," DARPA, N66001-01-C-8034, $125,000
- Baker, R. J., (2004-2005) "Multi-Purpose Sensors for Detection and Analysis of Contaminants" EPA, X-97031102, $75,000
- Baker, R. J., (2001-2006) Multi-University Research Initiative (MURI), "The effects of radio frequency pulses on electronic circuits and systems," Air Force Research Laboratory, $350,000.

**GRANTED US PATENTS** (over 100 pending US patents and over 100 granted non-US patents not listed, see, http://CMOSedu.com/jbaker/patents.htm for more information and details):

122. Baker, R. Jacob, "Memory with correlated resistance," **8,289,772**, October 16, 2012.
121. Lin, F. and Baker, R. Jacob, "Phase splitter using digital delay locked loops," **8,218,708**, July 10, 2012.
120. Baker, R. Jacob, "Subtraction circuits and digital-to-analog converters for semiconductor devices," **8,194,477**, June 5, 2012.
119. Baker, R. J., "Digital Filters for Semiconductor Devices," **8,149,646**, April 3, 2012.
118. Baker, R. J., "Error detection for multi-bit memory," **8,117,520**, February 14, 2012.
117. Baker, R. J., "Integrators for delta-sigma modulators," **8,102,295**, January 24, 2012.
116. Baker, R. J., "Devices including analog-to-digital converters for internal storage locations," **8,098,180**, January 17, 2012.
115. Baker, R. J. and Beigel, K. D., "Multi-resistive integrated circuit memory," **8,093,643**, January 10, 2012.
114. Baker, R. J., "Quantizing circuits with variable parameters," **8,089,387**, January 3, 2012.
113. Baker, R. J., "Reference current sources," **8,068,367**, November 29, 2011.
112. Baker, R. J., "Methods of quantizing signals using variable reference signals," **8,068,046**, November 29, 2011.
111. Baker, R. J., "Systems and devices including memory with built-in self test and methods of making using the same," **8,042,012**, October 18, 2011.
110. Baker, R. J., "Memory with correlated resistance," **7,969,783**, June 28, 2011.
109. Baker, R. J. and Keeth, B., "Optical interconnect in high-speed memory systems," **7,941,056**, May 10, 2011.

108.  Baker, R. J., "K-delta-1-sigma modulator," **7,916,054**, March 29, 2011.

107.  Li, W., Schoenfeld, A., and Baker, R. J., "Method and apparatus for providing symmetrical output data for a double data rate DRAM," **7,877,623**, January 25, 2011.

106.  Lin, F. and Baker, R. J., "Phase splitter using digital delay locked loops," **7,873,131**, January 18, 2011.

105.  Hush, G. and Baker, R. J., "Complementary bit PCRAM sense amplifier and method of operation," **7,869,249**, January 11, 2011.

104.  Baker, R. J., "Subtraction circuits and digital-to-analog converters for semiconductor devices," **7,839,703**, November 23, 2010.

103.  Baker, R. J., "Digital Filters with Memory" **7,830,729**, November 9, 2010.

102.  Baker, R. J., "Systems and devices including memory with built-in self test and methods of making using the same," **7,818,638**, October 19, 2010.

101.  Baker, R. J., "Integrators for delta-sigma modulators," **7,817,073**, October 19, 2010.

100.  Baker, R. J., "Digital filters for semiconductor devices," **7,768,868**, August 3, 2010.

99.   Baker, R. J., "Quantizing circuits with variable reference signals," **7,733,262**, June 8, 2010.

98.   Baker, R. J., "Quantizing circuits for semiconductor devices," **7,667,632**, February 23, 2010.

97.   Baker, R. J., and Beigel, K. D., "Multi-resistive integrated circuit memory," **7,642,591**, January 5, 2010.

96.   Baker, R. J., "Offset compensated sensing for a magnetic random access memory," **7,616,474**, November 10, 2009.

95.   Baker, R. J., "Resistive memory element sensing using averaging," **7,577,044**, Aug. 18, 2009.

94.   Baker, R. J., "Quantizing circuits with variable parameters," **7,538,702**, May 26, 2009.

93.   Baker, R. J., "Method and system for reducing mismatch between reference and intensity paths in analog to digital converters in CMOS active pixel sensors," **7,528,877**, May 5, 2009.

92.   Baker, R. J., "Method and system for reducing mismatch between reference and intensity paths in analog to digital converters in CMOS active pixel sensors," **7,515,188**, April 7, 2009.

91.   Taylor, J. and Baker, R. J., "Method and apparatus for sensing flash memory using delta-sigma modulation," **7,495,964**, February 24, 2009.

90.   Baker, R. J., "Noise resistant small signal sensing circuit for a memory device," **7,489,575**, February 10, 2009.

89.   Baker, R. J., "Per column one-bit ADC for image sensors," **7,456,885**, November 25, 2008.

88.   Staples, T. and Baker, R. J., "Input buffer design using common-mode feedback," **7,449,953**, November 11, 2008.

87.   Li, W., Schoenfeld, A., and Baker, R. J., "Method and apparatus for providing symmetrical output data for a double data rate DRAM," **7,421,607**, September 2, 2008.

86.   Baker, R. J., "Methods for resistive memory element sensing using averaging," **7,372,717**, May 13, 2008.

85.   Taylor, J. and Baker, R. J., "Method and apparatus for sensing flash memory using delta-sigma modulation," **7,366,021**, April 29, 2008.

84.   Hush, G. and Baker, R. J., "Method of operating a complementary bit resistance memory sensor and method of operation," **7,366,003**, April 29, 2008.

83.   Baker, R. J., "Noise resistant small signal sensing circuit for a memory device," **7,330,390**, February 12, 2008.

82.   Baker, R. J., "Input and output buffers having symmetrical operating characteristics and immunity from voltage variations," **7,319,620**, January 15, 2008.

81.   Staples, T. and Baker, R. J., "Method and apparatus providing input buffer design using common-mode feedback," **7,310,018**, December 18, 2007.

80.   Baker, R. J., "Offset compensated sensing for a magnetic random access memory," **7,286,428**, October 23, 2007.

79.   Baker, R. J., and Cowles, T. B., "Method and apparatus for reducing duty cycle distortion of an output signal," **7,271,635**, September 18, 2007.

78.   Baker, R. J., and Cowles, T. B., "Method and apparatus for reducing duty cycle distortion of an output signal," **7,268,603**, September 11, 2007.

77.   Hush, G., Baker, R. J., and Moore, J., "Skewed sense AMP for variable resistance memory sensing," **7,251,177**, July 31, 2007.

76.   Hush, G. and Baker, R. J., "Method of operating a complementary bit resistance memory sensor," **7,242,603**, July 10, 2007.

75.   Li, W., Schoenfeld, A., and Baker, R. J., "Method and apparatus for providing symmetrical output data for a double data rate DRAM," **7,237,136**, June 26, 2007.

74.   Moore, J. and Baker, R. J., "Rewrite prevention in a variable resistance memory," **7,224,632**, May 29, 2007.

73.   Baker, R. J., "Integrated charge sensing scheme for resistive memories," **7,151,698**, December 19, 2006.

72.   Baker, R. J., "Adjusting the frequency of an oscillator for use in a resistive sense amp," **7,151,689**, December 19, 2006.

71.   Baker, R. J., "Resistive memory element sensing using averaging," **7,133,307**, Nov. 7, 2006.

70.   Lin, F. and Baker, R. J., "Phase detector for all-digital phase locked and delay locked loops," **7,123,525**, October 17, 2006.

69.   Baker, R. J., and Beigel, K. D., "Integrated circuit memory with offset capacitor," **7,109,545**, September 19, 2006.

68.   Baker, R. J., "Input and output buffers having symmetrical operating characteristics and immunity from voltage variations," **7,102,932**, September 5, 2006.

67.   Baker, R. J., "Noise resistant small signal sensing circuit for a memory device," **7,095,667**, August 22, 2006.

66.   Baker, R. J., "Offset compensated sensing for a magnetic random access memory," **7,082,045**, July 25, 2006.

65.   Baker, R. J., "System and method for sensing data stored in a resistive memory element using one bit of a digital count," **7,009,901**, March 7, 2006.

64.   Hush, G. and Baker, R. J., "Complementary bit resistance memory sensor and method of operation," **7,002,833**, February 21, 2006.

63.   Lin, F. and Baker, R. J., "Phase detector for all-digital phase locked and delay locked loops," **6,987,701**, January 17, 2006.

62.   Baker, R. J., "Adjusting the frequency of an oscillator for use in a resistive sense amp," **6,985,375**, January 10, 2006.

61.   Baker, R. J., "Method for reducing power consumption when sensing a resistive memory," **6,954,392**, October 11, 2005.

60.   Baker, R. J., "Noise resistant small signal sensing circuit for a memory device," **6,954,391**, October 11, 2005.

59.   Baker, R. J., "Noise resistant small signal sensing circuit for a memory device," **6,954,390**, October 11, 2005.

58.   Lin, F. and Baker, R. J., "Phase splitter using digital delay locked loops," **6,950,487**, September 27, 2005.

57.   Baker, R. J., "Method and apparatus for measuring current as in sensing a memory cell," **6,930,942**, August 16, 2005.

56.   Baker, R. J., "Offset compensated sensing for a magnetic random access memory," **6,917,534**, July 12, 2005.

55.   Baker, R. J., "Dual loop sensing scheme for resistive memory elements," **6,914,838**, July 5, 2005.

54.   Baker, R. J., "High speed low power input buffer," **6,914,454**, July 5, 2005.

53.   Baker, R. J., and Beigel, K. D., "Method for stabilizing or offsetting voltage in an integrated circuit," **6,913,966**, July 5, 2005.

52.   Moore, J. and Baker, R. J., "PCRAM rewrite prevention," **6,909,656**, June 21, 2005.

51.   Baker, R. J., "Integrated charge sensing scheme for resistive memories," **6,901,020**, May 31, 2005.

50.   Hush, G., Baker, R. J., and Moore, J., "Skewed sense AMP for variable resistance memory sensing," **6,888,771**, May 3, 2005.

49.   Baker, R. J., "Method for reducing power consumption when sensing a resistive memory,"**6,885,580**, April 26, 2005.

48.   Moore, J. and Baker, R. J., "PCRAM rewrite prevention," **6,882,578**, April 19, 2005.

47.   Baker, R. J., "Integrated charge sensing scheme for resistive memories," **6,870,784**, March 22, 2005.

46.   Baker, R. J., "Sensing method and apparatus for a resistive memory device," **6,859,383**, February 22, 2005.

45.   Baker, R. J., "Noise resistant small signal sensing circuit for a memory device," **6,856,564**, February 15, 2005.

44.   Baker, R. J., "Offset compensated sensing for a magnetic random access memory," **6,856,532**, February 15, 2005.

43.   Baker, R. J., "Dual loop sensing scheme for resistive memory elements," **6,829,188**, Dec. 7, 2004.

42.   Baker, R. J., "Noise resistant small signal sensing circuit for a memory device," **6,826,102**, Nov. 30, 2004.

41.   Baker, R. J., "Resistive memory element sensing using averaging," **6,822,892**, Nov. 23, 2004.

40.   Baker, R. J., "System and method for sensing data stored in a resistive memory element using one bit of a digital count," **6,813,208**, Nov. 2, 2004.

39.   Baker, R. J., "Wordline driven method for sensing data in a resistive memory array," **6,809,981**, Oct. 26, 2004.

38.   Baker, R. J., "Noise resistant small signal sensing circuit for a memory device," **6,798,705**, Sept. 28, 2004.

37.   Baker, R. J., "Methods and apparatus for measuring current as in sensing a memory cell," **6,795,359**, Sept. 21, 2004.

36.   Hush, G. and Baker, R. J., "Complementary bit PCRAM sense amplifier and method of operation," **6,791,859**, Sept. 14, 2004.

35.   Baker, R. J., "Method and apparatus for sensing resistance values of memory cells," **6,785,156**, August 31, 2004.

34.   Lin, F. and Baker, R. J., "Phase detector for all-digital phase locked and delay locked loops," **6,779,126**, August 17, 2004.

33.   Baker, R. J., and Lin, F. "Digital dual-loop DLL design using coarse and fine loops," **6,774,690**, August 10, 2004.

32.   Hush, G., Baker, R. J., and Voshell, T., "Producing walking one pattern in shift register," **6,771,249**, August 3, 2004.

31.   Baker, R. J., "Sensing method and apparatus for resistance memory device," **6,741,490**, May 25, 2004.

30.   Li, W., Schoenfeld, A., and Baker, R. J., "Method and apparatus for providing symmetrical output data for a double data rate DRAM," **6,704,881**, March 9, 2004.

29.   Baker, R. J., "Method and system for writing data in an MRAM memory device," **6,687,179**, February 3, 2004.

28.   Baker, R. J., "High speed digital signal buffer and method," **6,683,475**, January 27, 2004.

27.   Baker, R. J., "High speed low power input buffer," **6,600,343**, July 29, 2003.

26.   Baker, R. J., "Offset compensated sensing for magnetic random access memory," **6,597,600**, July 22, 2003.

25. Baker, R. J., "Sensing method and apparatus for resistive memory device," **6,577,525**, June 10, 2003.

24. Baker, R. J., "Method and apparatus for sensing resistance values of memory cells," **6,567,297**, May 20, 2003.

23. Baker, R. J., "High-speed digital signal buffer and method," **6,538,473**, March 25, 2003.

22. Baker, R. J. and Beigel, K. D., "Electronic device with interleaved portions for use in integrated circuits," **6,509,245**, January 21, 2003.

21. Baker, R. J., "Resistive memory element sensing using averaging," **6,504,750**, January 7, 2003.

20. Baker, R. J., "High-speed digital signal buffer and method," **6,483,347**, November 19, 2002.

19. Baker, R. J., and Lin, F., "Digital dual-loop DLL design using coarse and fine loops," **6,445,231**, September 3, 2002.

18. Baker, R. J., "Method and apparatus for receiving synchronous data," **6,424,684**, July 23, 2002.

17. Baker, R. J. and Beigel, K. D., "Comb-shaped capacitor for use in integrated circuits," **6,410,955**, June 25, 2002.

16. Baker, R. J., "High-speed, low-power input buffer," **6,407,588**, June 18, 2002.

15. Miller, J., Schoenfeld, A., Ma, M., and Baker, R. J., "Method and apparatus for improving the performance of digital delay locked loop circuits," **6,316,976**, Nov. 13, 2001.

14. Keeth, B. and Baker, R. J., "Low skew differential receiver with disable feature," **6,256,234**, July 3, 2001.

13. Keeth, B. and Baker, R. J., "Low skew differential receiver with disable feature," **6,104,209**, August 15, 2000.

12. Miller, J., Schoenfeld, A., Ma, M., and Baker, R. J., "Method and apparatus for improving the performance of digital delay locked loop circuits," **6,069,506**, May 30, 2000.

11. Keeth, B. and Baker, R. J., "Low skew differential receiver with disable feature," **6,026,051**, February 15, 2000.

10. Baker, R. J., and Manning, T. A., "Method and apparatus for adaptively adjusting the timing of a clock signal used to latch digital signals, and memory device using same," **6,026,050**, February 15, 2000.

9. Baker, R. J., and Manning, T. A., "Method and apparatus for adaptively adjusting the timing of a clock signal used to latch digital signals, and memory device using same," **5,953,284**, September 14, 1999.

8. Baker, R. J., "Fully-differential amplifier," **5,953,276**, September 14, 1999.

7. Hush, G., Baker, R. J., and Voshell, T., "Timing Control for a Matrixed Scanned Array". **5,909,201**, June 1, 1999.

6. Hush, G. and Baker, R. J., "Field emission display having pulsed capacitance current control," **5,894,293**, April 13, 1999.

5. Baker, R. J., "Adaptively biased voltage regulator and operating method," **5,874,830**, February 23, 1999.

4. Hush, G. Baker, R. J., and Voshell, T., "Serial to Parallel Conversion with a Phase-Locked Loop," **5,818,365**, October 1, 1998.

3. Hush, G., Baker, R. J., and Voshell, T., "Timing Control for a Matrixed Scanned Array," **5,638,085**, June 10, 1997.

2. Wilson, A. J., Baker, R. J., and Schoenfeld, A., "Waveshaping circuit generating two rising slopes for a sense amplifier pulldown device," **5,614,856**, March 25, 1997.

1. Hush, G., Baker, R. J., and Voshell, T., "Serial to Parallel Conversion with a PLL," **5,598,156**, January 28, 1997.

**REFEREED JOURNAL PAPERS**

20. Harvard, Q. I. and Baker, R. J. "Low-Power, High-Bandwidth, and Ultra-Small Memory Module Design," *in preparation*.

19. Estrada, D., Ogas, M. L., Southwick III, R. G., Price, P. M., Baker, R. J., and Knowlton, W. B., *Impact of Single pMOSFET Dielectric Degradation on NAND Circuit Performance* (2008), Microelectronics Reliability, Vol. 48, No. 3, pp 354-363.

18. Leslie, M. B., and Baker, R. J., (2006) "Noise-Shaping Sense Amplifier for MRAM Cross-Point Arrays," *IEEE Journal of Solid State Circuits*, Vol. 41, No. 3, pp. 699-704.

17. Hess, H. L., and Baker, R. J., (2000) "Transformerless Capacitive Coupling of Gate Signals for Series Operation of Power MOS Devices," *IEEE Transcactions on Power Electronics,* Vol. 15, No. 5, pp. 923-930.

16. Lin, F., Miller, J., Schoenfeld, A., Ma, M., and Baker, R. J., (1999) "A Register-Controlled Symmetrical DLL for Double-Data-Rate DRAM," *IEEE Journal of Solid State Circuits*, Vol. 34, No. 4, pp. 565-568.

15. Bruce, J. D., Li, H. W., Dallabetta, M. J., and Baker, R. J., (1996) "Analog layout using ALAS!" *IEEE Journal of Solid State Circuits*, Vol. 31, No. 2, pp. 271-274.

14. Li, H. W., Dallabetta, M. J., and Baker, R. J., (1995) "An interactive impulse response extraction system," *Review of Scientific Instruments* 66(10), 5092-5095.

13. Ward, S. T., Baker, R. J., and Li, H. W., (1995) "A microchannel plate image intensifier gating circuit capable of pulse widths from 30 ns to 10 us," *Measurement Science and Technology*, Vol. 6, No. 11, pp. 1631-1633.

12. Keeth, B., Baker, R. J., and Li., H. W., (1995) "CMOS transconductor VCO with adjustable operating and center frequencies," *Electronics Letters,* 31(17), 1397-98.

11. Baker, R. J., (1994) "Time domain operation of the TRAPATT diode for picosecond-kilovolt pulse generation," *Review of Scientific Instruments,* 65(10), 3286-88.

10. Baker, R. J. and Ward, S. T., (1994) "Designing nanosecond high voltage pulse generators using power MOSFETs," *Electronics Letters,* 30(20), 1634-35.

9. Baker, R. J. and Johnson, B. P., (1994) "Sweep circuit design for a picosecond streak camera," *Measurement Science and Technology,* 5(4).

8. Baker R. J., Hodder, D. J., Johnson, B. P., Subedi, P. C., and Williams, D. C., (1993) "Generation of kilovolt-subnanosecond pulses using a nonlinear transmission line" *Measurement Science and Technology,* 4(8), 893-95.

7. Baker R. J., and Johnson, B. P., (1993) "Series operation of power MOSFETs for high speed, high voltage switching applications," *Review of Scientific Instruments* 65(6).

6. Baker R. J., and Johnson, B. P., (1993) "Applying the Marx bank circuit configuration to power MOSFETs," *Electronics Letters* 29(1), 56-57.

5. Baker, R. J., and Johnson, B. P., (1992) "Stacking power MOSFETs for use in high speed instrumentation," *Review of Scientific Instruments,* 63(12), 5799-5801.

4. Baker, R. J., and Johnson, B. P., (1992) "A 500 Volt nanosecond pulse generator using cascode connected power MOSFETs," *Measurement Science and Technology,* 3(8), 775-77.

3. Baker, R. J., Perryman, G. T., and Watts, P. W., (1991) "A fiber-optically triggered avalanche transistor," *IEEE Transactions on Instrumentation and Measurement,* 40(3), 649-52.

2. Baker R. J., (1991) "High voltage pulse generation using current mode second breakdown in a bipolar junction transistor," *Review of Scientific Instruments,* 62(4), 1031-1036.

1. Baker R. J., and Pocha, M. D. (1990) "Nanosecond switching using power MOSFETs," *Review of Scientific Instruments* 61(8), 2211-2213.

**REFERRED CONFERENCE PAPERS AND MAGAZINE ARTICLES**

56. Montierth, D., Strand, T., Leatham, J., Linder, L., and Baker, R. J., "Performance and Characteristics of Silicon Avalanche Photodetectors in the C5 Process," submitted to the *55th Midwest Symposium on Circuits and Systems*, August 5-8, 2012.

55. VanAckern, G., Baker, R. J., Moll, A. J., and Saxena, V. "On-Chip 3D Inductors using Thru-Wafer Vias," *Proceedings of the IEEE/EDS Workshop on Microelectronics and Electron Devices (WMED)*, April 20, 2012.

54. Yap, K. and Baker, R. J., "Two Techniques to Reduce Gain and Offset Errors in CMOS Image Sensors using Delta-Sigma Modulation," *Proceedings of the IEEE/EDS Workshop on Microelectronics and Electron Devices (WMED)*, April 20, 2012.

53. Labaziewicz, A. and Baker, R. J., "A 2 GHz Effective Sampling Frequency K-Delta-1-Sigma Analog-to-Digital Converter," *Proceedings of the 54th Midwest Symposium on Circuits and Systems*, August 7-10, 2011.

52. Saxena, V., Balagopal, S., and Baker, R. J., "Systematic Design of Three-Stage Op-amps using Split Length Compensation," *Proceedings of the 54th Midwest Symposium on Circuits and Systems*, August 7-10, 2011.

51. Harvard, Q. and Baker, R. J., "A Scalable I/O Architecture for Wide I/O DRAM," *Proceedings of the 54th Midwest Symposium on Circuits and Systems*, August 7-10, 2011.

50. Wald, S., Baker, R. J., Mitkova, M., and Rafla, N., "A Non-Volatile Memory Array Based on Nano-Ionic Conductive Bridge Measurements," *Proceedings of the IEEE/EDS Workshop on Microelectronics and Electron Devices (WMED)*, pp. 43-46, April 22, 2011.

49. Saxena, V. and Baker, R. J., "Synthesis of Higher-Order K-Delta-1-Sigma Modulators for Wideband ADCs," *Proceedings of the 53rd Midwest Symposium on Circuits and Systems*, August 1-4, 2010.

48. Saxena, V. and Baker, R. J., "Indirect Compensation Techniques for Three-Stage Fully-Differential Op-Amps ," (invited) *Proceedings of the 53rd Midwest Symposium on Circuits and Systems*, August 1-4, 2010.

47. Harvard, Q., Baker, R. J., and Drost, R., "Main Memory with Proximity Communication: A Wide I/O DRAM Architecture," *Proceedings of the IEEE/EDS Workshop on Microelectronics and Electron Devices (WMED)*, pp. 40-43, April 16, 2010.

46. Yap, K. M. and Baker, R. J., "Gain Error Correction for CMOS Image Sensor using Delta-Sigma Modulation," *Proceedings of the IEEE/EDS Workshop on Microelectronics and Electron Devices (WMED)*, pp. 52-55, April 16, 2010.

45. Gagliano, C. and Baker, R. J., "A Compact Delay-Locked Loop for Multi-Phase Non-Overlapping Clock Generation," *Proceedings* (poster) *of the IEEE/EDS Workshop on Microelectronics and Electron Devices (WMED)*, April 16, 2010.

44. Montierth, D., Yap, K. M., and Baker, R. J., "CMOS Image Sensor using Delta-Sigma Modulation," *4th Annual Austin Conference on Integrated Circuits & Systems*, Oct. 26-27, 2009.

43. Saxena, V. and Baker, R. J., "Synthesis of Higher-Order K-Delta-1-Sigma Modulators for Wideband Analog to Digital Conversion," *4th Annual Austin Conference on Integrated Circuits & Systems*, Oct. 26-27, 2009.

42. Li, K., Saxena, V., Zheng, G., and Baker, R. J., "Full Feed-Forward K-Delta-1-Sigma Modulator," *4th Annual Austin Conference on Integrated Circuits & Systems*, Oct. 26-27, 2009.

41. Bollschweiler, L., English, A., Baker, R. J., Kuang, W., Chang, Z.-C., Shih, M.-H., Knowlton, W.B., Hughes, W.L., Lee, J., Yurke, B., Cockerham, N. S., and Tyree, V. C., "Chip-Scale Nanophotonic Chemical and Biological Sensors using CMOS Process," *Proceedings of the 52nd Midwest Symposium on Circuits and Systems*, pp. 413-416, August 2-5, 2009.

40.    Saxena, V., Li, K., Zheng, G., and Baker, R. J., "A K-Delta 1-Sigma Modulator for Wideband Analog to Digital Conversion," *Proceedings of the 52nd Midwest Symposium on Circuits and Systems*, pp. 411-415, August 2-5, 2009**.**

39.    Saxena, V. and Baker, R. J., "Indirect Compensation Techniques for Three-Stage CMOS Op-amps," *Proceedings of the 52nd Midwest Symposium on Circuits and Systems*, pp. 9-12, August 2-5, 2009**.**

38.    Regner, J., Balasubramanian, M., Cook, B., Li, Y., Kassayebetre, H., Sharma, A., Baker, R. J., and Campbell, K. A., "Integration of IC Industry Feature Sizes with University Back-End-of-Line Post Processing: Example Using a Phase-Change Memory Test Chip," *Proceedings of the IEEE/EDS Workshop on Microelectronics and Electron Devices (WMED)*, pp. 28-31, April, 2009.

37.    Gupta, S. Saxena, V., Campbell, K. A., and Baker, R. J., "W-2W Current Steering DAC for Programming Phase Change Memory," *Proceedings of the IEEE/EDS Workshop on Microelectronics and Electron Devices (WMED)*, pp. 59-62, April, 2009.

36.    Rapole, H., Rajagiri, A., Balasubramanian, M., Campbell, K. A., and Baker, R. J., "Resistive Memory Sensing Using Delta-Sigma Modulation," *Proceedings of the IEEE/EDS Workshop on Microelectronics and Electron Devices (WMED)*, pp. 63-66, April, 2009.

35.    Kassayebetre, H., Regner, J., Rajagiri, A., Sharma, A., Hay, R. R., Baker, R. J., and Campbell, K.A., "Surface Acoustic Wave Device Fabrication using Zinc Oxide and Chalcogenide Thin Films**,"** poster presentation at the *IEEE/EDS Workshop on Microelectronics and Electron Devices (WMED)*, April, 2009.

34.    Ande, H. K., Busa, P., Balasubramanian, M., Campbell, K. A., and Baker, R. J., (2008) "A New Approach to the Design, Fabrication, and Testing of Chalcogenide-Based Multi-State Phase-Change Nonvolatile Memory," *Proceedings of the 51st Midwest Symposium on Circuits and Systems*, pp. 570-573, August 10-13, 2008**.**

33.    Saxena, V., and Baker, R. J., (2008) "Compensation of CMOS Op-Amps using Split-Length Transistors," *Proceedings of the 51st Midwest Symposium on Circuits and Systems*, pp. 109-112, August 10-13, 2008**.**

32.    Saxena, V., and Baker, R. J., (2008) "Indirect Compensation Technique for Low-Voltage Op-Amps," *Proceedings of the 3rd Annual Austin Conference on Integrated Systems and Circuits (ACISC)*, May 7-9, 2008**.**

31.    Cahoon, C., and Baker, R. J., (2008) "Low-Voltage CMOS Temperature Sensor Design using Schottky Diode-Based References," *Proceedings of the IEEE/EDS Workshop on Microelectronics and Electron Devices (WMED)*, pp. 16-19, April, 2008.

30.    Saxena, V., and Baker, R. J., (2006) "Indirect Feedback Compensation of CMOS Op-Amps," *Proceedings of the IEEE/EDS Workshop on Microelectronics and Electron Devices (WMED)*, pp. 3-4, April, 2006.

29.    Duvvada, K., Saxena, V., and Baker, R. J., (2006) High Speed Digital Input Buffer Circuits, *Proceedings of the IEEE/EDS Workshop on Microelectronics and Electron Devices (WMED)*, pp. 11-12, April, 2006.

28.    Saxena, V., Plum, T. J., Jessing, J. R., and Baker, R. J., (2006) "Design and Fabrication of a MEMS Capacitive Chemical Sensor System," *Proceedings of the IEEE/EDS Workshop on Microelectronics and Electron Devices (WMED)*, pp. 17-18, April, 2006.

27.    Gorseth, T. L., Estrada, D., Kiepert, J., Ogas, M. L., Cheek, B. J., Price, P. M., Baker, R. J., Bersuker, G., and Knowlton, W.B., "Preliminary Study of NOR Digital Response to Single pMOSFET Dielectric Degradation," presented at the *Workshop on Microelectronic Devices* (Boise, Idaho; April 14, 2006)

26.    Gribb, M., Plumlee, D., Moll, A. J., Hill, H. H., Hong, F., Baker, R. J., Loo, S. M., Walters, R. and Imonigie, J., (2006) "An In-Situ Ion Mobility Spectrometer Sensor System for Detecting Gaseous

VOCs in the Vadose Zone," *Fourth International Conference on Unsaturated Soils* (*UNSAT '06*) *Conference, April 2-6, 2006, Carefree, AZ.*

25. Gribb, M., Hill, H. H., Baker, R. J., Loo, S. M., and Moll, A. J., (2005), "Ion Mobility Spectrometer (IMS) Sensor Project," presented at the *Environmental & Subsurface Science Symposium*, Inland Research Alliance, Sept. 19-21, 2005, Big Sky, Montana.

24. Ogas, M. L., Price, P. M., Kiepert J., Baker R. J., Bersuker G., and Knowlton W.B., (2005) *Degradation of Rise Time in NAND Gates Using 2.0 nm Gate Dielectrics*, oral presentation and publication at the 2005 IEEE Integrated Reliability Workshop, October 2005.

23. Butler, D. L. and Baker, R. J., (2005) *Low-Voltage Bandgap Reference Design Utilizing Schottky Diodes, Proceedings of the 2005 Midwest Symposium on Circuits and Systems.*

22. Cheek, B. J., Southwick III, R. G., Ogas, M. L., Nagler, P. E., Whelchel, D., Kumar, S., Baker, R. J., and Knowlton, W. B., (2004) "Preliminary Soft Breakdown (SBD) Effects In CMOS Building Block Circuits," poster presentation at *2004 IEEE International Integrated Reliability Workshop*, Oct. 18-21.

21. Ogas, M., Southwick, R. G., Cheek, B. J., Lawrence, C. E., Kumar, S., Haggag, A., Baker, R. J., and Knowlton, W. B., (2004) "Multiple Waveform Pulse Voltage Stress Technique for Modeling Noise in Ultra Thin Oxides," poster presentation at the *Workshop on Microelectronics and Electron Devices*, Boise, Idaho, April 16, 2004.

20. Ogas, M. L., Southwick III, R. G., Cheek, B. J., Baker, R. J., Bersuker, G., and Knowlton, W. B., (2004) "Survey of Oxide Degradation in Inverter Circuits Using 2.0nm MOS Devices," in *Proceedings of the 2004 IEEE International Integrated Reliability Workshop*, pp. 32-36.

19. Cheek, B. J., Stutzke, N., Santosh, K., Baker, R. J., Moll, A. J., and Knowlton, W. B., (2004) Investigation of Circuit-Level Oxide Degradation and its Effect on CMOS Inverter Operation Performance and MOSFET Characteristics, *2004 IEEE International Reliability Physics Symposium*, April, 25-29.

18. Stutzke, N., Cheek, B. J., Wiscombe, M., Lowman, T., Kumar, S., Baker, R. J., Moll, A. J., and Knowlton, W. B., (2003) *Effects of Circuit-Level Stress on Inverter Performance and MOSFET Characteristics*, 2003 IEEE International Integrated Reliability Workshop, Oct, 20-23.

17. Ogas, M. L., Southwick, R. G., Cheek, B. J., Lawrence, C. E., Kumar, S., Haggag, A., Baker, R. J., and Knowlton, W. B., (2003) *Investigation of Multiple Waveform Pulse Voltage Stress (MWPVS) Technique in Ultra-Thin Oxides*, poster presentation at the 2003 IEEE International Integrated Reliability Workshop Oct, 20-23.

16. Baker, R. J., (2003) *Mixed-Signal Design in the Microelectronics Curriculum,* IEEE University/Government/Industry Microelectronics (UGIM) Symposium, June 30 - July 2.

15. Hartman, J. A., Baker, R. J., Gribb, M., Hill, H. H., Jessing, J., Moll, A. J., Prouty, and W., Russell, D., (2003) *A Miniaturized Ion Mobility Spectrometer (IMS) Sensor for Wireless Operation*, FAME (Frontiers in Assessment Methods for the Environment) Symposium, Sponsored by NSF, Minneapolis, Minnesota, August 10-13, 2003.

14. Lawrence, C.E., Cheek, B. J., Lawrence, T. E., Kumar, S., Haggag, A., Baker, R. J., and Knowlton, W. B., (2003) *Gate Dielectric Degradation Effects on nMOS Devices Using a Noise Model Approach*, IEEE University/Government/Industry Microelectronics (UGIM) Symposium, June 30 - July 2.

13. Cheek, B., Lawrence, C., Lawrence, T., Gomez, J., Caldwell, T., Kiri, D., Kumar, S., Baker, R. J., Moll, A. J., and Knowlton, W. B., (2002) *Gate Dielectric Degradation Effects on nMOS Devices and Simple IC Building Blocks (SICBBs),* IEEE Electron Devices Society Boise Meeting, Boise, ID Oct. 25.

12. Lawrence, C., Cheek, B., Caldwell, T., Lawrence, T., Kiri, D., Kumar, S., Baker, R. J., and Knowlton, W. B., (2002) *Pulse voltage stressing of ultrathin gate oxides in NMOS devices, poster session at IEEE International Integrated Reliability Workshop,* October 21-24.

11. Cheek, B., Lawrence, C., Lawrence, T., Caldwell, T., Kiri, D., Kumar, S., Baker, R. J., Moll, A. J., and Knowlton, W. B., (2002) Circuit level reliability of ultrathin gate oxides for SICBBs: Preliminary

study concentrated on the effect of stress on the NMOSFET of an inverter, poster session at IEEE International Integrated Reliability Workshop, October 21-24.

10. Baker, R. J., (2002) "Sensing Circuits for Resistive Memory," *IEEE Electron Devices Society* Meeting, Boise, Idaho October 25, 2002.

9. Rivera, B., Baker, R. J., Melngailis, J., (2001) "Design and Layout of Schottky Diodes in a Standard CMOS Process," 2001 International Semiconductor Device Research Symposium, Washington DC, Dec. 2001.

8. Hess, H. and Baker, R. J., (2000) "Easier Method to Simultaneously Trigger Series-Connected MOS Devices," *Power Systems World Conference* 2000, Boston, Massachusetts, September 2000.

7. Baker, R. J., and Hess, H., (1999) "Transformerless Capacitive Coupling of Gate Signals for Series Operation of Power MOSFET Devices." *International Electric Machines and Drives Conference,* Seattle, Washington, May 1999, pp. 673-676.

6. Baker, R. J., (1999) "A windows based integrated circuit design tool for distance education," *International Conference on Simulation and Multimedia in Engineering Education*."

5. Chen, H. and Baker, R. J., (1998) "A CMOS Standard-Cell Library for the PC-based LASI Layout System," *Proceedings of the 41st Midwest Symposium on Circuits and Systems," August 9-12, 1998.*

4. Liu, S. and Baker, R. J., (1998) "Process and temperature performance of a CMOS beta-multiplier voltage reference," *Proceedings of the 41st Midwest Symposium on Circuits and Systems," August 9-12, 1998.*

3. Boyce, D.E. and Baker, R. J., (1997) "A Complete Layout System for the PC," *1997 Midwest Symposium on Circuits and Systems.*

2. Baker, R. J., and Blair, J.J., (1991) "Step response considerations and the design of a suitable step generator for high speed digitizer testing," *LLNL's Third Annual Workshop on High Speed Digitizers,* April 3-4, Las Vegas, Nevada.

1. Baker, R. J., (1990) "Step-recovery diodes sharpen pulses," *Engineering Design News Magazine*, pp. 154-156, May 10.