| | | |
|---|---|---|
| 1 | QUINN EMANUEL URQUHART & SULLIVAN, LLP | MORRISON FOERSTER LLP |
| 2 |   Charles K. Verhoeven (Bar No. 170151) |   Rachel Krevans (Bar No. 116421) |
| |   charlesverhoeven@quinnemanuel.com |   RKrevans@mofo.com |
| 3 |   Sean Pak (Bar No. 219032) |   Esther Kim (Bar No. 258024) |
| |   seanpak@quinnemanuel.com |   EKim@mofo.com |
| 4 | 50 California Street, 22nd Floor | 425 Market Street |
| | San Francisco, California 94111-4788 | San Francisco, CA 94105 |
| 5 | Telephone: (415) 875-6600 | Telephone: (415) 268-7000 |

QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Charles K. Verhoeven (Bar No. 170151)
  charlesverhoeven@quinnemanuel.com
  Sean Pak (Bar No. 219032)
  seanpak@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone: (415) 875-6600

  Michael Powell (Bar No. 202850)
  mikepowell@quinnemanuel.com
555 Twin Dolphin Drive, Fifth Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000

  Thomas D. Pease (Admitted *Pro Hac Vice*)
  thomaspease@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000

Attorneys for Plaintiff STMicroelectronics, Inc.

MORRISON FOERSTER LLP
  Rachel Krevans (Bar No. 116421)
  RKrevans@mofo.com
  Esther Kim (Bar No. 258024)
  EKim@mofo.com
425 Market Street
San Francisco, CA 94105
Telephone: (415) 268-7000

  Rudy Kim (Bar No. 199426)
  RudyKim@mofo.com
755 Page Mill Road
Palo Alto, CA 94304
Telephone: 650.813.5600

TUROCY & WATSON LLP
  Vinay Joshi (Bar No. 213487)
  vjoshi@thepatentattorneys.com
560 S Winchester Blvd Suite 500
San Jose, CA 95128
Telephone: (408) 893-1512

Attorneys for Defendant InvenSense, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STMICROELECTRONICS, INC., <br><br>      Plaintiff, <br><br>vs. <br><br>INVENSENSE, INC., <br><br>      Defendant. | Case No. 12-CV-2475 JSW <br><br>**STIPULATED REQUEST AND [~~PROPOSED~~] ORDER FOR EXTENSION OF TIME TO FILE JOINT STATUS REPORT;** <br><br>**DECLARATION OF MICHAEL D. POWELL IN SUPPORT THEREOF** |

      Pursuant to Civil Local Rules 6-1(b), 6-2, and 7-12, Plaintiff STMicroelectronics, Inc. ("ST") and Defendant InvenSense, Inc. ("INV") stipulate to and jointly request that the Court extend the deadline for their submission of the joint report required by the Court's Order Granting Motion to Stay Litigation (Docket No. 81):

      1.      WHEREAS, this Court entered an order on February 27, 2013 staying the litigation;

      2.      WHEREAS, in its Order, the Court further ordered "the parties to submit a joint

1  status report regarding the status of the reexamination proceedings every 120 days until the stay is
2  lifted);
3       3.    WHEREAS, the parties agree that an extension of 30 days is mutually amenable
4  and appropriate to permit the parties to prepare the joint report;
5       4.    WHEREAS, the parties will not be prejudiced and the litigation, which is currently
6  stayed, will be unduly delayed by the requested extension;
7       IT IS HEREBY STIPULATED by the parties, through their respective counsel of record,
8  that the parties' joint status report should be due no later than July 29, 2013.
9       **IT IS SO STIPULATED.**

DATED:  June 26, 2013                QUINN EMANUEL URQUHART & SULIVAN, LLP


                                     By  /s/ *Michael D. Powell*
                                         Michael D. Powell
                                         Attorneys for STMicroelectronics Inc.


DATED:  June 26, 2013                MORRISON & FOERSTER LLP


                                     By  /s/ *Rudy Kim*
                                         Rudy Kim
                                         Attorneys for InvenSense, Inc.


**ATTESTATION OF CONCURRENCE**

I, Michael D. Powell, am the ECF User whose ID and password are being used to file this document. In compliance with General Order 45, X.B., I hereby attest that counsel for InvenSense Inc. has concurred in this filing.

DATED:  June 26, 2013                By:   /s/  *Michael D. Powell*
                                         Michael D. Powell

-2-
STIPULATED REQUEST FOR EXTENSION OF TIME
Case No. 12-CV-2475 JSW

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: June 28, 2013

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA

By: _____
Hon. Jeffrey S. White